IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS F. URBAN, II,

      Plaintiff,

vs.)                                                  Civil Action No.

JAMES F. HUMPHREYS;
CINDY J. KIBLINGER; and
JAMES F. HUMPHREYS &
ASSOCIATES, L.C.

      Defendants.

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW Russell D. Jessee, Esq., of Steptoe & Johnson PLLC, and, pursuant to Rule 83.2 of the Local Rules of Civil Procedure for the District of Columbia hereby moves this Court for leave to allow attorney and applicant, Ancil G. Ramey, Esq., a member of the law firm of Steptoe & Johnson PLLC of Charleston, West Virginia, to appear and participate as counsel for the Defendants, James F. Humphreys, Cindy J. Kiblinger, and James F. Humphreys & Associates, L.C., on a *pro hac vice* basis. The declaration of Ancil G. Ramey, Esq., containing the information required by the local rule is attached in support of this Motion and reflects that he is admitted to the Bar of the State of West Virginia and is a member in good standing.

WHEREFORE, having complied with the requirements of Rule 83.2 of the Local Rules of Civil Procedure regarding Participation by Non-Members of this Court's Bar in Court Proceedings, the undersigned respectfully requests entry of an Order admitting Ancil G. Ramey, Esq., *pro hac vice* in the above-referenced matter.

Respectfully submitted this 23rd day of July, 2007.

                          JAMES F. HUMPHREYS; CINDY J. KIBLINGER; and JAMES F. HUMPHREYS & ASSOCIATES, L.C.

**By Counsel**

STEPTOE & JOHNSON, PLLC

/s/ Russell D. Jessee
Russell D. Jessee, Esq. (DCB No. 468844)
Chase Tower, Eighth Floor
P.O. Box 1588
Charleston, WV 25326-1588
Telephone (304) 353-8112
Facsimile (304) 353-8180

STEPTOE & JOHNSON, PLLC

/s/ Ancil G. Ramey
Ancil G. Ramey, Esq. (WVSB No. 3013)
Chase Tower, Eighth Floor
P.O. Box 1588
Charleston, WV 25326-1588
Telephone (304) 353-8112
Facsimile (304) 353-8180

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS F. URBAN, II,

      Plaintiff,

vs.)                                                                              Civil Action No.

JAMES F. HUMPHREYS;
CINDY J. KIBLINGER; and
JAMES F. HUMPHREYS &
ASSOCIATES, L.C.

      Defendants.

## DECLARATION FOR *PRO HAC VICE* ADMISSION OF ANCIL G. RAMEY, ESQ.

The undersigned, Ancil G. Ramey, Esq., an attorney admitted to the practice of law in the State of West Virginia, hereby declares for admission *pro hac vice* in the above-referenced matter, as follows:

1. Pursuant to LCvR 83.2(d), I seek admission *pro hac vice* in this matter.

2. My contact information is:

> Ancil G. Ramey, Esq.
> Steptoe & Johnson PLLC
> Seventh Floor, Bank One Center
> P. O. Box 1588
> Charleston, WV 25326-1588
> Telephone (304) 353-8000
> Facsimile (304) 353-8180

3. I am currently an attorney in good standing with the West Virginia State Bar and have not been disciplined by such bar or any other bar in any other jurisdiction.

4. I am admitted to practice before the Supreme Court of the United States; the United States Court of Appeals for the Fourth Circuit; the United States District Court for the Northern District of West Virginia; the United States District for

the Southern District of West Virginia, and the Supreme Court of Appeals of West Virginia.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I am not a member of the District of Columbia Bar and do not have an application for membership pending.

7. I do not engage in the practice of law from any office located in the District of Columbia

8. I respectfully request that this Court grant my application for admission *pro hac vice*.

Respectfully submitted this 23rd day of July, 2007.

_____
Ancil G. Ramey, Esq.

STATE OF WEST VIRGINIA
COUNTY OF KANAWHA

Taken, subscribed and sworn to me this 23rd day of July, 2007.

My Commission Expires: Sept. 11, 2011

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
BARBARA K. MATTHEY
HC 61, Box 39
Frametown, WV 25623
My Commission Expires Sept. 11, 2011

_____
Notary Public

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS F. URBAN, II,

   Plaintiff,

vs.)               Civil Action No.

JAMES F. HUMPHREYS;
CINDY J. KIBLINGER; and
JAMES F. HUMPHREYS &
ASSOCIATES, L.C.

   Defendants.

## CERTIFICATE OF SERVICE

 I hereby certify that on the 23rd day of July, 2007, I served the foregoing *Motion for Admission Pro Hac Vice* upon all counsel of record, by depositing a true copy thereof in the United States mail, postage prepaid, in an envelope addressed as follows:

Mark A. Smith, Esq.
Law Office of Mark A. Smith, LLC.
1785 Massachusetts NW
Suite 100
Washington, DC 20036
*Counsel for Plaintiff*

                       /s/ Russell D. Jessee
                       Russell D. Jessee, Esq.
                       DC Bar No. 468844

                       /s/ Ancil G. Ramey
                       Ancil G. Ramey, Esq.
                       WV State Bar No. 3013

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS F. URBAN, II,

    **Plaintiff,**

vs.)                                                  Civil Action No.

JAMES F. HUMPHREYS;
CINDY J. KIBLINGER; and
JAMES F. HUMPHREYS &
ASSOCIATES, L.C.

    **Defendants.**

## ORDER

This day came the parties, by counsel, upon the application of the Defendants, pursuant to Rule 83.2 of the Local Rules of Civil Procedure for the District of Columbia, for the *pro hac vice* admission of Ancil G. Ramey, Esq., to practice before the United States District Court for the District of Columbia, in the above styled civil action.

WHEREFORE, IT APPEARS TO THE COURT that Ancil G. Ramey, Esq., has fully complied with the requirements of Rule 83.2, it is hereby ORDERED that Ancil G. Ramey, Esq., is permitted the privilege to appear and participate in the litigation of this case on a *pro hac vice* basis on behalf of the Defendants.

It is further ORDERED that the Clerk of this Court serve notice of the entry of this Order upon all counsel of record.

ENTERED this _____ day of _____, 2007.

_____
JUDGE

Prepared by:

*/s/ Russell D. Jessee*
Russell D. Jessee, Esq. (DC Bar No. 468844)
STEPTOE & JOHNSON, PLLC
Chase Tower, Eighth Floor
P.O. Box 1588
Charleston, WV 25326-1588
Telephone (304) 353-8112
Facsimile (304) 353-8180

2