UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS F. URBAN, II, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-1367 (JR) |
| JAMES F. HUMPHREYS, *et al.*, | : |
| Defendants. | : |

### ORDER

It appears from a review of the record that the viability of defendants' removal action will depend upon whether or not James F. Humphreys was a citizen of the District of Columbia, within the meaning of 28 U.S.C. 1441(b), on May 7, 2007. Plaintiff may have leave to conduct discovery limited to that question (unless remand is conceded). The parties may have until **September 30, 2007** to file supplemental materials. The question of whether the District of Columbia is the proper venue is in abeyance pending determination of this court's subject matter jurisdiction.

The motion of Ancil G. Ramey for leave to appear *pro hac vice* [#4] is **granted** only upon condition that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree

to file papers electronically.  No court papers will be mailed to any lawyer.

                                            JAMES ROBERTSON
                              United States District Judge