IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**THOMAS F. URBAN, II,**

    **Plaintiff,**

vs.)　　　　　　　　　　　　　　　　　　　Civil Action No. 1:07-cv-01367

**JAMES F. HUMPHREYS;**
**CINDY J. KIBLINGER; and**
**JAMES F. HUMPHREYS &**
**ASSOCIATES, L.C.**

    **Defendants.**

**DEFENDANTS' RESPONSE IN OPPOSITION
TO MOTION TO REMAND**

COME NOW the Defendants, James F. Humphreys, Cindy J. Kiblinger, and James F. Humphreys & Associates, L.C., with their response in opposition to a motion to remand by the Plaintiff, Thomas F. Urban, II, as follows:

1. The sole justification[1] for the Plaintiff's motion to remand is his erroneous assertion that, "Defendant James F. Humphreys is a citizen of the District of Columbia." Motion at 1.

2. The Plaintiff's erroneous assertion is based upon the following: (i) Mr. Humphreys rents an apartment in the District; (ii) Mr. Humphreys garages a vehicle, licensed in West Virginia, in the District; (iii) Mr. Humphreys' firm has an office in the District; (iv) Mr. Humphreys has one cellular telephone with a District number; (v) Mr. Humphreys' daughter attended a private school in the District a year prior to suit being filed; (vi) Mr. Humphreys' son occasionally visited him at

---

[1] The Plaintiff does not contest that James F. Humphreys, L.C., is domiciled in the State of West Virginia, nor that Cindy J. Kiblinger, is a resident of the State of West Virginia, nor does the Plaintiff contest that this case meets the jurisdictional limit of $75,000 for this Court's diversity jurisdiction.

his District apartment; (vii) Mr. Humphreys' son had an automobile accident in the District two years prior to the filing of suit; (viii) Mr. Humphreys hosted a Christmas party in the District two years prior to the filing of suit; (ix) Mr. Humphreys considered, but never purchased, a residence in the District; and (x) Mr. Humphreys has social acquaintances and attends various cultural and sporting events in the District. Motion at 3-4. Against these "straws" that the Plaintiff grasps in an effort to establish Mr. Humphreys' residence in the District, the Defendants note a host of facts that conclusively demonstrate that Mr. Humphreys is and has always been a resident of the State of West Virginia.

3. Mr. Humphreys was born in West Virginia[2] and received his undergraduate degree from West Virginia University.[3]

4. Mr. Humphreys served in the West Virginia Legislature as a Senator from the Eighth District in Kanawha County from 1989-1994.[4]

5. Mr. Humphreys was the Democratic Party nominee for the United States House of Representatives for the Second Congressional District of West Virginia in 2000.[5]

6. Mr. Humphreys was the Democratic Party nominee for the United States House of Representatives for the Second Congressional District of West Virginia in 2002.[6]

---

[2] Mr. Humphreys' place of birth is relevant because "One acquires a 'domicile of origin' at birth, and that domicile continues until a new one (a 'domicile of choice') is acquired." *Mississippi Band of Choctaw Indians v. Holyfield*, 490 U.S. 30, 48 (1989).

[3] *See* www.jfhumphreystv.com/ourattorneys/humphreys.php.

[4] *See* WEST VIRGINIA BLUEBOOK (1989-1994).

[5] *See* www.wv.gov/Offsite.aspx?u=http://www.wvsos.com.

[6] *See* www.wv.gov/Offsite.aspx?u=http://www.wvsos.com.

7.  Mr. Humphreys served as a Delegate to the Democratic National Convention from West Virginia in 2004.[7]

8.  Mr. Humphreys has held and holds a driver's license from the State of West Virginia.[8]

9.  Mr. Humphreys has held and holds a voter's registration card in the State of West Virginia.[9]

10. Mr. Humphreys has held and holds a passport listing referring to his residence in the State of West Virginia.[10]

11. Mr. Humphreys' W-2 for the 2006 tax year was issued to his West Virginia address.[11]

---

[7] *See* www.thegreenpapers.com/P04/WV-D.phtml.

[8] Ex. A.  Courts have used driver's licenses as an indicia of residency for purposes of determining whether the requirements of diversity have been met. *See, e.g., Altimore v. Mount Mercy College*, 420 F.3d 763, 769 (8th Cir. 2005)("The record contains overwhelming evidence pointing to Pennsylvania as Dr. Altimore's state of citizenship-Dr. Altimore resides in Pennsylvania; teaches sociology in Pennsylvania; votes in Pennsylvania; banks in Pennsylvania; possesses a Pennsylvania driver's license; seeks medical treatment in Pennsylvania; pays taxes in Pennsylvania; and, when asked by Temple and the federal government to list his address, lists Pennsylvania."); *McCormick v. Aderholt*, 293 F.3d 1254, 1258 (11th Cir. 2002)("McCormick owned additional real property in Panama City. McCormick had a Florida driver's license, and was registered to vote in Bay County, Florida. In addition, he only paid Florida income taxes. The district court found that the plaintiff had a clear intent of being a Florida resident, despite the fact that his personal physician was located in Birmingham and that he and his wife may have owned property in Alabama, Florida, and England."); *Young v. Century House Historical Society*, 117 F. Supp. 2d 277, 280 (N.D.N.Y. 2000)("Objective indicators of a party's intent regarding domicile include current residence; voting registration and voting practices; location of personal and real property; location of brokerage and bank accounts; membership in unions, fraternal organizations, churches, clubs, and other associations; place of employment or business; driver's license and automobile registration; [and] payment of taxes.").

[9] Ex. A.  Courts have used voter's registration as an indicia of residency for purposes of determining whether the requirements of diversity have been met. *See Altimore, supra* at 769; *McCormick, supra* at 1258; *Young, supra* at 280.

[10] Ex. B.

[11] Ex. C.

12. Mr. Humphreys filed a West Virginia state income tax return for the 2006 tax year.[12]

13. Mr. Humphreys' federal tax return for the 2006 tax year listed him as a West Virginia resident.[13]

14. Mr. Humphreys will be paying real estate taxes for his residence at 1616 Kirklee Road, Charleston, West Virginia, for the 2007 tax year.[14]

15. Mr. Humphreys' personal vehicles, a 1999 Jeep Grand Cherokee, a 2002 Land Rover Freelander, and a 2004 BMW 3 Series, are licensed in West Virginia and he will be paying personal property tax on such vehicles in West Virginia for the 2007 tax year.[15]

16. There are eleven attorneys and sixty staff members at the Humphreys office in West Virginia, but there are currently no attorneys nor staff members at the Humphreys office in the

---

[12] Ex. D. Courts have used the payment of state income taxes as an indicia of residence for purposes of determining whether the requirements of diversity have been met. *See McCormick, supra* at 1258; *Jennings v. Fanti*, 96 F. Supp. 264, 266 (D. Pa. 1951)("Plaintiff has continued to identify himself with the state of New York and has maintained his political and social obligations and rights in that state. He is still employed in New York, pays a New York state resident income tax, has a New York driver's license, his automobile is registered in New York and he is still a registered voter in New York. Though these facts do not conclusively establish plaintiff's domicile to be that of New York, the evidence is sufficient to warrant this Court in holding that plaintiff did not intend to change his domicile from New York to Pennsylvania.").

[13] Ex. E.

[14] Ex. F. Courts have used where a party pays taxes as an indicia of residency for purposes of determining whether the requirements of diversity have been met. *See Altimore, supra* at 769.

[15] Ex. G. Courts have used where a party pays taxes as an indicia of residency for purposes of determining whether the requirements of diversity have been met. *See Altimore, supra* at 769. Courts have also used motor vehicle registration as an indicia of residency for purposes of determining whether the requirements of diversity have been met. *See Blue v. National Fuel Gas Distribution Corp.*, 437 F. Supp. 715, 718 (D. Pa. 1977)("In determining whether a party intended to establish a domicile in a state to which he has moved, the circumstances such as residential quarters, place of business, payment of taxes, motor vehicle registration, church attendance and membership, and his own declaration of domicile are a few of the indicators evidencing domicile and lend some guidance in the determination.").

District of Columbia. Obviously, Mr. Humphreys requires some physical presence in the District in order to attempt to effectively manage the small satellite office there. Moreover, it is true that Mr. Humphreys has other connections to the District. For example, Mr. Humphreys is a graduate of the George Washington University Law School; serves on The George Washington University Law School Board of Advisors; and helped established the Humphreys Complex Litigation Center at The George Washington University Law School to provide judges, court administrators, lawyers, and public policy makers with information about complex litigation.[16] Those connections, however, are matters of convenience, not of residency or domicile, which require both physical presence and intention to remain.

17.     First, "'Residence in fact is an essential element of domicile,' *District of Columbia v. Woods*, 465 A.2d 385, 387 (D.C. 1983) (citations omitted), and 'the place where a [person] lives is properly taken to be [her] domicile until facts adduced establish the contrary.' *In re Estate of Derricotte*, 744 A.2d 535, 538 (D.C. 2000)(*quoting District of Columbia v. Murphy*, 314 U.S. 441, 455, 62 S. Ct. 303, 86 L. Ed. 329 (1941))."[17] Mr. Humphreys' residence is at 1616 Kirklee Road, Charleston, West Virginia, which he has owned and upon which he had paid real property taxes for a number of years, not in an apartment in the District that he leases on a month-to-month basis.[18]

18.     Second, "'[A] domicile once existing continues until another is acquired.' *Heater*

---

[16] *See* www.law.gwu.edu/News/News+Stories/James+F.+Humphreys.htm.

[17] *In re Orshansky*, 804 A.2d 1077, 1091 (D.C. 2002).

[18] In *In re Estate of Derricotte*, 744 A.2d 535, 539 (D.C. 2000), the court held that a "two-year lease" of an apartment outside the District indicated that the lessee did not intend to change her domicile where she had resided in the District for a number of years prior to the move even though she had sold her house in the District. Here, Mr. Humphreys still owns a house in West Virginia, owns no residence in the District, and leases his apartment in the District on a month-to-month basis.

*v. Heater*, 155 A.2d 523, 524 (D.C. 1959). In order for domicile to change, the person must be physically present in a new jurisdiction, and have the intention to change residence permanently to that new jurisdiction. *See id.*"[19] Having an apartment, garaging one's car, hosting and attending social and athletic events, and having one's child attend private school are hardly significant indicia of an intention on the part of Mr. Humphreys to change his residence permanently from West Virginia to the District of Columbia.

19.     As documented herein, Mr. Humphreys has been a resident of the State of West Virginia for many years. He has a home in West Virginia upon which he pays real property taxes. His apartment in the District, which he leases on a month-to-month basis, was secured as a matter of convenience. His physical presence in the District has been transitory. His physical presence in West Virginia has been historic and permanent. None of Mr. Humphreys' official indicia of residence has been changed as the result of what Plaintiff alleges was an intention to permanently change Mr. Humphreys' residence from the State of West Virginia to the District of Columbia.

WHEREFORE, as it is clear that the Defendant, James F. Humphreys, is a resident of the State of West Virginia, not the District of Columbia, the Defendants request that the motion to remand be denied.

---

[19]*Medlantic Long Term Care Corp. v. Smith ex rel. Estate of Ferguson*, 791 A.2d 25, 30 (D.C. 2002); *see also Anwo v. Immigration and Naturalization Service*, 607 F.2d 435, 437 n.7 (D.C. Cir. 1979)("'Residence in fact, and the intention of making the place of residence one's home, are the elements of domicile.'")(citation omitted); *In re Estate of Derricotte*, 744 A.2d 535, 538 (D.C. 2000)("'The two requisites for establishing a change of domicile are "(1) physical presence, and (2) an intent to abandon the former domicile and remain [in the new one] for an indefinite period of time."' District of Columbia v. Woods, 465 A.2d 385, 387 (D.C. 1983)(*quoting Heater v. Heater*, 155 A.2d 523, 524 (D.C.1959)).").

**JAMES F. HUMPHREYS; CINDY J. KIBLINGER; and JAMES F. HUMPHREYS & ASSOCIATES, L.C.**

**By Counsel**

|  |  |
|---|---|
|  | /s/ Russell D. Jessee |
| STEPTOE & JOHNSON, PLLC | Russell D. Jessee, Esq. (DCB No. 468844) |
|  | Chase Tower, Eighth Floor |
|  | P.O. Box 1588 |
|  | Charleston, WV 25326-1588 |
|  | Telephone (304) 353-8112 |
|  | Facsimile (304) 353-8180 |

|  |  |
|---|---|
|  | /s/ Ancil G. Ramey |
| STEPTOE & JOHNSON, PLLC | Ancil G. Ramey, Esq. (WVSB No. 3013) |
|  | Chase Tower, Eighth Floor |
|  | P.O. Box 1588 |
|  | Charleston, WV 25326-1588 |
|  | Telephone (304) 353-8112 |
|  | Facsimile (304) 353-8180 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**THOMAS F. URBAN, II,**

    **Plaintiff,**

vs.)                                                                               Civil Action No. 1:07-cv-01367

**JAMES F. HUMPHREYS;**
**CINDY J. KIBLINGER; and**
**JAMES F. HUMPHREYS &**
**ASSOCIATES, L.C.**

    **Defendants.**

## CERTIFICATE OF SERVICE

    I hereby certify that on August 27, 2007, I filed the foregoing **"DEFENDANTS' RESPONSE IN OPPOSITION TO MOTION TO REMAND"** using the CM/ECF system and the Clerk of the Court will notify the following by electronic mail:

Mark A. Smith, Esq.
Law Office of Mark A. Smith, LLC.
1785 Massachusetts NW
Suite 100
Washington, DC 20036
*Counsel for Plaintiff*

                                                    /s/ Russell D. Jessee
                                                    Russell D. Jesse, Esq.
                                                    DC Bar No. 468844


                                                    /s/ Ancil G. Ramey
                                                    Ancil G. Ramey, Esq.
                                                    WV State Bar No. 3013





The Secretary of State of the United States of America
hereby requests all whom it may concern to permit the citizen/national
of the United States named herein to pass without delay or hindrance
and in case of need to give all lawful aid and protection.

*Le Secrétaire d'État des États-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer le citoyen
ou ressortissant des États-Unis titulaire du présent passeport, sans délai ni
difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.*

*El Secretario de Estado de los Estados Unidos de América por el presente solicita a las
autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos
aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la
ayuda y protección lícitas.*

*[signature: James Humphreys]*

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

**NOT VALID UNTIL SIGNED**

PASSPORT / PASSEPORT / PASAPORTE

**UNITED STATES OF AMERICA**

Type / Type / Tipo: **P**
Code / Code / Código: **USA**
Passport No / No du Passport / No. de Pasaporte: [redacted]

Surname / Nom / Apellidos: **HUMPHREYS**
Given names / Prénoms / Nombres: **JAMES FLOYD**
Nationality / Nationalité / Nacionalidad: **UNITED STATES OF AMERICA**
Date of birth / Date de naissance / Fecha de nacimiento: [redacted]
Sex / Sexe / Sexo: **M**
Place of birth / Lieu de naissance / Lugar de nacimiento: **WEST VIRGINIA, U.S.A.**
Date of issue / Date de délivrance / Fecha de expedición: **08 Dec 1999**
Date of expiration / Date d'expiration / Fecha de caducidad: **07 Dec 2009**
Authority / Autorité / Autoridad: **National Passport Center**
Amendments / Modifications / Enmiendas: **See Page 24**

P&lt;USAHUMPHREYS&lt;&lt;JAMES&lt;FLOYD&lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt;

| a Control number | | OMB No. 1545-0008 | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. | |
|---|---|---|---|---|
| b Employer identification number (EIN) 31-1488320 | | | 1 Wages, tips, other compensation ▓▓▓ | 2 Federal income tax withheld ▓▓▓ |
| c Employer's name, address, and ZIP code James F. Humphreys & Associates, L.C. 500 Virginia St., East Ste 800 Charleston, WV 25301 | | | 3 Social security wages ▓▓▓ | 4 Social security tax withheld ▓▓▓ |
| | | | 5 Medicare wages and tips ▓▓▓ | 6 Medicare tax withheld ▓▓▓ |
| | | | 7 Social security tips 0.00 | 8 Allocated tips 0.00 |
| d Employee's social security number ▓▓▓ | | | 9 Advance EIC payment 0.00 | 10 Dependent care benefits 0.00 |
| e Employee's name, address, and ZIP code    Suff. James F.   Humphreys 1616 Kirklee Road Charleston, WV 25314 | | | 11 Nonqualified plans 0.00 | 12a See instructions for box 12 D   |
| | | | 13 Statutory employee ☐  Retirement plan ☒  Third-party sick pay ☐ | 12b 0.00 |
| | | | 14 Other | 12c 0.00 |
| | | | | 12d 0.00 |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| WV | 31-1488320 | ▓▓▓ 0.00 | ▓▓▓ 0.00 | 0.00 | 0.00 | |

Form **W-2** Wage and Tax Statement        **2006**        Department of the Treasury—Internal Revenue Service

Copy C—For EMPLOYEE'S RECORDS (see Notice to Employee on back of Copy B.)

Safe, accurate, FAST! Use  IRS e-file

**2006 FORM IT-140**

**WEST VIRGINIA RESIDENT INCOME TAX RETURN**



Print in Black or Blue Ink Only
Do not send a photocopy of this form. The original form is printed in black ink. Do not write on, staple or punch holes in barcode.

**A**

| Last Name | Name (if joint return, give first names and initials of both) | Your Social Security Number |
|---|---|---|
| HUMPHREYS | JAMES F | |

Present home address (number and street, including apartment number or rural route): 500 VIRGINIA ST SUITE 800

Spouse's Social Security Number

| City or Town | County | State | Zip Code |
|---|---|---|---|
| CHARLESTON | Kanawha | WV | 25301 |

Enter extended due date: MM DD YY

Your Year of Birth: [redacted]   Spouse's Year of Birth:   Daytime Phone Number:

If you filed Form WV-8379 as an injured spouse, check this box ☐

**B FILING STATUS (CHECK ONE)**
1. Single, Head of household, or Widow(er) with dependent child ........... **X**
2. Married filing jointly (even if only one spouse had income)
3. Married filing separately. Enter spouse's social security number above & name here

**C EXEMPTIONS**
1. Exemptions claimed on your federal return (SEE INSTRUCTIONS IF YOU MARKED FILING STATUS 3) ... **3**
2. Additional exemption if surviving spouse (see page 3). Enter decedent's SSN _____ Year spouse died _____
3. TOTAL EXEMPTIONS (add boxes 1 and 2). Enter here and on line 6 below. If box 3 is zero, enter $500 on line 6 below ... **3**

| | | |
|---|---|---|
| 1. Federal Adjusted Gross Income (Federal Form 1040; Form 1040A; or Form 1040EZ) | 1 | [redacted] |
| 2. Additions to Income (line 29 of Schedule M) (+) | 2 | 00 |
| 3. Subtractions from Income (line 42 of Schedule M) See Schedule M (-) | 3 | [redacted] |
| 4. West Virginia Adjusted Gross Income (line 1 plus line 2 minus line 3) | 4 | [redacted] |
| 5. Low-Income Earned Income Exclusion | 5 | 00 |
| 6. Exemptions (box 3 of Section C above **3** x $2,000) | 6 | [redacted] |
| 7. West Virginia Taxable Income (line 4 minus lines 5 and 6) IF LESS THAN ZERO, ENTER ZERO | 7 | [redacted] |
| 8. Income Tax Due from (check one) ☐ Tax Table ☐ Rate Schedule **X** Schedule T | 8 | [redacted] |
| 9. West Virginia Income Tax Withheld (ENCLOSE LEGIBLE W-2(S) OR 1099(S)) | 9 | [redacted] |
| 10. Estimated Tax Payments and Payments with Extension | 10 | |
| 11. Senior Citizen Tax Credit for Property Tax Paid (enclose Form WV/SCTC-1) | 11 | 00 |
| 12. Tax Credits/Employment/Nonfamily Adoption Credits | 12 | 00 |
| 13. Credit for Income Tax Paid to Other State(s) (enclose Schedule E) | 13 | 00 |
| 14. Sum of Payments and Credits (add lines 9 through 13) | 14 | [redacted] |
| 15. **Balance of Tax Due** (line 8 minus line 14) | 15 | 0 00 |
| 16. Penalty Due from Form IT-210 (see instructions on page 31) CHECK IF REQUESTING WAIVER/ANNUALIZED WORKSHEET ATTACHED ☐ | 16 | 00 |
| 17. **Balance Due the State** (add lines 15 and 16) ENCLOSE PAYMENT VOUCHER (page 2) CHECK HERE IF PAYMENT BY CREDIT/DEBIT CARD ☐ | 17 | 0 00 |
| 18. **Overpayment** (subtract line 8 from line 14) | 18 | [redacted] |
| 19. Amount of Overpayment to be Credited to 2007 Estimated Tax | 19 | [redacted] |
| 20. West Virginia Children's Trust Fund to help prevent child abuse and neglect. Enter the amount of your contribution: ☐ $5 ☐ $25 ☐ $100 ☐ Other $ _____ | 20 | 00 |
| 21. Deductions from your Overpayment (add lines 19 and 20) | 21 | [redacted] |
| 22. **Refund Due You** (subtract line 21 from line 18) (Refund of $2 or less, see page 5) REFUND | 22 | 00 |

DIRECT DEPOSIT OF REFUND  Type:  ☐ Checking  ☐ Savings
Routing number: ____  Account number: ____

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief it is true, correct and complete. I authorize the State Tax Department to discuss my return with my preparer.   YES **X**   NO ☐

**Sign Here**

Your Signature / Date
Spouse's Signature / Date

Preparer's Signature: [signature]  Date: 4/13/07
Preparer's EIN: 55-0661933
Cain & Associates, CPA's
Parkersburg   WV   26101
Address of Preparer
Daytime Phone Number: 304-422-5209

Mail To:
REFUND — WV State Tax Department, P.O. Box 1071, Charleston, WV 25324-1071
BALANCE DUE — WV State Tax Department, P.O. Box 3694, Charleston, WV 25336-3694

# Form 1040  U.S. Individual Income Tax Return  2006

Department of the Treasury—Internal Revenue Service  (99)   IRS Use Only - Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2006, or other tax year beginning , 2006, ending , 20      OMB No. 1545-0074

**Label** (See instructions on page 16.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: **JAMES F**
Last name: **HUMPHREYS**
Your social security number: [redacted]

If a joint return, spouse's first name and initial: 
Last name:
Spouse's social security number:

Home address (number and street). If you have a P.O. box, see page 16.
**500 VIRGINIA ST SUITE 800**
Apt. no.

You **must** enter your SSN(s) above.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 16.
**CHARLESTON   WV 25301**

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ▶ [X] You  [ ] Spouse

**Filing Status**  Check only one box.
1. [ ] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4. [X] Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child (see page 17)

**Exemptions**
- 6a [X] Yourself. If someone can claim you as a dependent, **do not** check box 6a
- b [ ] Spouse
- c Dependents:

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qual. child for child tax cr. (see page 19) |
|---|---|---|---|---|
| JAMES O | HUMPHREYS | [redacted] | Son | |
| KATHLEEN M | HUMPHREYS | [redacted] | Daughter | |

If more than four dependents, see page 19.

Boxes checked on 6a and 6b: **1**
No. of children on 6c who:
- lived with you: **2**
- did not live with you due to divorce or separation (see page 20)
Dependents on 6c not entered above
Add numbers on lines above ▶ **3**

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 23.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

- 7 Wages, salaries, tips, etc. Attach Form(s) W-2 ............................ 7 [redacted]
- 8a Taxable interest. Attach Schedule B if required ........................... 8a [redacted]
- b Tax-exempt interest. **Do not** include on line 8a ... 8b [redacted]
- 9a Ordinary dividends. Attach Schedule B if required ....................... 9a [redacted]
- b Qualified dividends (see page 23) ... 9b
- 10 Taxable refunds, credits, or offsets of state and local income taxes (see page 24) ...... 10 [redacted]
- 11 Alimony received ........................................................................ 11
- 12 Business income or (loss). Attach Schedule C or C-EZ ............... 12 [redacted]
- 13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] ...... 13 [redacted]
- 14 Other gains or (losses). Attach Form 4797 ................................. 14
- 15a IRA distributions ... 15a    b Taxable amount (see page 25) ...... 15b
- 16a Pensions and annuities ... 16a    b Taxable amount (see page 26) ...... 16b
- 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E ...... 17 [redacted]
- 18 Farm income or (loss). Attach Schedule F ................................... 18
- 19 Unemployment compensation ...................................................... 19
- 20a Social security benefits ... 20a    b Taxable amount (see page 27) ...... 20b
- 21 Other income. List type and amount (see page 29) ..................... 21
- 22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ 22 [redacted]

**Adjusted Gross Income**

- 23 Archer MSA deduction. Attach Form 8853 ........................ 23
- 24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ ...... 24
- 25 Health savings account deduction. Attach Form 8889 ...... 25
- 26 Moving expenses. Attach Form 3903 ...................................... 26
- 27 One-half of self-employment tax. Attach Schedule SE ............. 27
- 28 Self-employed SEP, SIMPLE, and qualified plans .................. 28
- 29 Self-employed health insurance deduction (see page 29) ....... 29
- 30 Penalty on early withdrawal of savings ................................... 30
- 31a Alimony paid  b Recipient's SSN ▶ [redacted] ................. 31a [redacted]
- 32 IRA deduction (see page 31) ..................................................... 32
- 33 Student loan interest deduction (see page 33) ......................... 33
- 34 Jury duty pay you gave to your employer ................................. 34
- 35 Domestic production activities deduction. Attach Form 8903 ... 35
- 36 Add lines 23 through 31a and 32 through 35 ..................................................... 36 [redacted]
- 37 Subtract line 36 from line 22. This is your **adjusted gross income** ▶ 37 [redacted]

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 80.
DAA
Form **1040** (2006)

# KANAWHA COUNTY STATEMENT OF TAXES DUE

| PROPERTY TYPE | ACCOUNT NO. | YEAR | TICKET NO. | RATE | CLASS | ASSESSMENT | ASSESSMENT EXEMPTION | HALF YEAR TAX |
|---|---|---|---|---|---|---|---|---|
| REAL | 07285948 | 2007 | 17952 | ▓▓▓ | 2 | 151200 | 151200 | ▓▓▓ |

### PROPERTY DESCRIPTION
LT 96 SHERWOOD FOREST SUB
EXTN AREA B KIRKLEE RD 1616

If you are age 64 or older, or 100% disabled, contact the Kanawha County Assessors Office about the **HOMESTEAD EXEMPTION**. Application period is July 1st thru December 1st each year.

### TAX USAGE FOR DISTRICT 09-CHAS SA
- STATE
- COUNTY CURRENT
- COUNTY EXCESS
- SCHOOL CURRENT
- SCHOOL EXCESS
- SCHOOL BOND
- MUNICIPAL CURRENT
- MUNICIPAL EXCESS
- MUNICIPAL BOND

448***479**141912******AUTO**5-DIGIT 25314

HUMPHREYS JAMES F &
DONNA H
1616 KIRKLEE RD
CHARLESTON  WV  25314-2427

MAP/PARCEL:  6C 0108 0000 0000

*RETAIN THIS SECTION FOR YOUR RECORDS*

## PAYMENT SCHEDULE - SECOND HALF / FULL YEAR

| NAME | ACCOUNT NO. | YEAR | TICKET NO. |
|---|---|---|---|
| HUMPHREYS JAMES F & DONNA H | 07285948 | 2007 | 17952 |

| IF PAID BY: | 2ND HALF | FULL YEAR | DISTRICT | PROPERTY TYPE |
|---|---|---|---|---|
| MARCH 1, 2008 | ▓▓▓ | ▓▓▓ | 09-CHAS SA | REAL |
| MARCH 31, 2008 | ▓▓▓ | ▓▓▓ | | |
| APRIL 1, 2008 | ▓▓▓ | ▓▓▓ | | |
| APRIL 30, 2008 | ▓▓▓ | ▓▓▓ | | |

IF EITHER HALF IS NOT PAID BY APRIL 30TH, IT WILL BE PUBLISHED AS REQUIRED BY LAW WITH FEES ADDED

**PLEASE REVIEW THIS STATEMENT CAREFULLY.** If you feel that there is an error with the assessment of your property, please contact the County Assessor's office immediately. You can contact them by calling 304-357-0250, or via e-mail at **assessor@kanawha.us**. W. Va. Code §?1-3-27 imposes strict deadlines for correcting errors.

THIS STATEMENT IS FOR TAXES ASSESSED ON PROPERTY YOU OWNED ON JULY 1 OF THE PRECEDING YEAR. TAXES ON PROPERTY YOU OWN THIS JULY 1 WILL BE BILLED NEXT YEAR. PLEASE BRING ANY DISCREPANCIES TO THE ATTENTION OF THE COUNTY ASSESSOR.

MAP/PARCEL:  6C 0108 0000 0000

## PAYMENT SCHEDULE - FIRST HALF / FULL YEAR

| NAME | ACCOUNT NO. | YEAR | TICKET NO. |
|---|---|---|---|
| HUMPHREYS JAMES F & DONNA H | 07285948 | 2007 | 17952 |

| IF PAID BY: | 1ST HALF | FULL YEAR | DISTRICT | PROPERTY TYPE |
|---|---|---|---|---|
| SEPTEMBER 1, 2007 | ▓▓▓ | ▓▓▓ | 09-CHAS SA | REAL |
| SEPTEMBER 30, 2007 | ▓▓▓ | ▓▓▓ | | |
| OCTOBER 31, 2007 | ▓▓▓ | ▓▓▓ | | |
| NOVEMBER 30, 2007 | ▓▓▓ | ▓▓▓ | | |
| DECEMBER 31, 2007 | ▓▓▓ | ▓▓▓ | | |
| JANUARY 31, 2008 | ▓▓▓ | ▓▓▓ | | |
| FEBRUARY 28, 2008 | ▓▓▓ | ▓▓▓ | | |
| MARCH 1, 2008 | ▓▓▓ | ▓▓▓ | | |
| MARCH 31, 2008 | ▓▓▓ | ▓▓▓ | | |

**PLEASE REVIEW THIS STATEMENT CAREFULLY.** If you feel that there is an error with the assessment of your property, please contact the County Assessor's office immediately. You can contact them by calling 304-357-0250, or via e-mail at **assessor@kanawha.us**. W. Va. Code §?1-3-27 imposes strict deadlines for correcting errors.

TEAR OFF AND RETURN THIS PORTION WITH YOUR PAYMENT IF YOU ARE PAYING EITHER THE FIRST HALF OR THE FULL YEAR TAXES.

PLEASE CIRCLE THE AMOUNT PAID

TO AVOID INTEREST CHARGES
PAY THE 1ST HALF BEFORE OCTOBER 1
AND THE 2ND HALF BY APRIL 1

THIS STATEMENT IS FOR TAXES ASSESSED ON PROPERTY YOU OWNED ON JULY 1 OF THE PRECEDING YEAR. TAXES ON PROPERTY YOU OWN THIS JULY 1 WILL BE BILLED NEXT YEAR. PLEASE BRING ANY DISCREPANCIES TO THE ATTENTION OF THE COUNTY ASSESSOR.

MAP/PARCEL:  6C 0108 0000 0000

| PROPERTY TYPE | ACCOUNT NO. | YEAR | TICKET NO. | RATE | ASSESSMENT | LESS EXEMPTION | HALF YEAR TAX |
|---|---|---|---|---|---|---|---|
| PERSONAL | 03675372 | 2007 | 320059 | | 4 | 24960 | 24960 |

| PROPERTY DESCRIPTION |
|---|
| 04 BMW 3 SE12750 99 JEEP GRAN04650 |
| 02 LAND FREE07560 |

**TAX USAGE FOR DISTRICT**
**11-CHAS E**

STATE
COUNTY CURRENT
COUNTY EXCESS
SCHOOL CURRENT
SCHOOL EXCESS
SCHOOL BOND
MUNICIPAL CURRENT
MUNICIPAL EXCESS
MUNICIPAL BOND



HUMPHREYS JAMES F
500 VA UNITED CENTER ST E STE
CHARLESTON WV 25301-2125

*RETAIN THIS SECTION FOR YOUR RECORDS*

## PAYMENT SCHEDULE - SECOND HALF / FULL YEAR

| NAME | ACCOUNT NO. | YEAR | TICKET NO. |
|---|---|---|---|
| HUMPHREYS JAMES F | 03675372 | 2007 | 320059 |

| IF PAID BY: | 2ND HALF | FULL YEAR |
|---|---|---|
| MARCH 1, 2008 | | |
| MARCH 31, 2008 | | |
| APRIL 1, 2008 | | |
| APRIL 30, 2008 | | |

DISTRICT: 11-CHAS E    PROPERTY TYPE: PERSONAL

IF EITHER HALF IS NOT PAID BY APRIL 30TH, IT WILL BE PUBLISHED AS REQUIRED BY LAW WITH FEES ADDED

**PLEASE REVIEW THIS STATEMENT CAREFULLY.** If you feel that there is an error with the assessment of your property, please contact the County Assessor s office immediately. You can contact them by calling 304-357-0250, or via e-mail at assessor@kanawha.us. W. Va. Code §?1-3-27 imposes strict deadlines for correcting errors.

THIS STATEMENT IS FOR TAXES ASSESSED ON PROPERTY YOU OWNED ON JULY 1 OF THE PRECEDING YEAR. TAXES ON PROPERTY YOU OWN THIS JULY 1 WILL BE BILLED NEXT YEAR. PLEASE BRING ANY DISCREPANCIES TO THE ATTENTION OF THE COUNTY ASSESSOR.

## PAYMENT SCHEDULE - FIRST HALF / FULL YEAR

| NAME | ACCOUNT NO. | YEAR | TICKET NO. |
|---|---|---|---|
| HUMPHREYS JAMES F | 03675372 | 2007 | 320059 |

| IF PAID BY: | 1ST HALF | FULL YEAR |
|---|---|---|
| SEPTEMBER 1, 2007 | | |
| SEPTEMBER 30, 2007 | | |
| OCTOBER 31, 2007 | | |
| NOVEMBER 30, 2007 | | |
| DECEMBER 31, 2007 | | |
| JANUARY 31, 2008 | | |
| FEBRUARY 28, 2008 | | |
| MARCH 1, 2008 | | |
| MARCH 31, 2008 | | |

DISTRICT: 11-CHAS E    PROPERTY TYPE: PERSONAL

**PLEASE REVIEW THIS STATEMENT CAREFULLY.** If you feel that there is an error with the assessment of your property, please contact the County Assessor s office immediately. You can contact them by calling 304-357-0250, or via e-mail at assessor@kanawha.us. W. Va. Code §?1-3-27 imposes strict deadlines for correcting errors.

TEAR OFF AND RETURN THIS PORTION WITH YOUR PAYMENT IF YOU ARE PAYING EITHER THE FIRST HALF OR THE FULL YEAR TAXES.

PLEASE CIRCLE THE AMOUNT PAID

TO AVOID INTEREST CHARGES
PAY THE 1ST HALF BEFORE OCTOBER 1
AND THE 2ND HALF BY APRIL 1

THIS STATEMENT IS FOR TAXES ASSESSED ON PROPERTY YOU OWNED ON JULY 1 OF THE PRECEDING YEAR. TAXES ON PROPERTY YOU OWN THIS JULY 1 WILL BE BILLED NEXT YEAR. PLEASE BRING ANY DISCREPANCIES TO THE ATTENTION OF THE COUNTY ASSESSOR.