IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON

THOMAS F. URBAN, II,

    Plaintiff,

v.

JAMES F. HUMPHREYS,
CINDY J. KIBLINGER, and
JAMES F. HUMPHREYS &
ASSOCIATES, L.C.,

    Defendants.

RECEIVED
SEP 2 5 2007
Judge Robertson

Case No. 2:07-mc-00082
(D.D.C. No. 1:07-cv-01367-JR)

Let this be filed
/s/ Robertson

O R D E R

This is an ancillary proceeding to a civil action originally filed in the Superior Court of the District of Columbia, and removed to the United States District Court for the District of Columbia. Plaintiff alleges that Defendants are liable to him for breach of contract and other claims relating to his employment as an attorney in Defendants' Washington, D.C. office.

Pending before the court is the Motion to Quash Subpoena (docket # 2), filed by Columbia Properties Charleston, LLC ("Columbia"), pursuant to Fed. R. Civ. P. 45(c)(3)(A). According to Columbia, it was served with a subpoena on September 7, 2007, which commanded the production of documents at Plaintiff's attorney's office in Washington, D.C. on September 14, 2007.

1

Columbia states that a response to the subpoena will require a manual search of paper documents at an offsite storage facility. Columbia requests that the court either quash or modify the subpoena to allow a reasonable period of time in which to produce the documents.

Federal Rule of Civil Procedure 45(c)(3)(A)(i) provides that, "[o]n timely motion," a court "shall quash or modify the subpoena if it fails to allow reasonable time for compliance." Columbia's motion was filed on September 18, 2007; the court finds that the motion is timely, even though it was filed after the response time expired. The court further finds that two weeks should be reasonable time for compliance with the subpoena. Accordingly, it is hereby **ORDERED** that Columbia's Motion to Quash (# 2) is **DENIED**, Columbia's alternative Motion to Modify is **GRANTED**, and Columbia is directed to produce the records to the office of Mark A. Smith, Esq. in Washington, D.C. on or before **October 4, 2007**.

The Clerk is requested to provide a copy of this Order to all counsel of record in the District of Columbia case, and the Hon. James Robertson.

ENTER: September 20, 2007

*Mary E. Stanley*
Mary E. Stanley
United States Magistrate Judge