UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS F. URBAN, II,                  :
                                      :
        Plaintiff,                    :
                                      :
    v.                                : Civil Action No. 07-1367 (JR)
                                      :
JAMES F. HUMPHREYS, *et al.*,         :
                                      :
        Defendants.                   :

## ORDER

Upon consideration of defendant's motion for protective/confidentiality order, and after reviewing the two written rulings of Magistrate Judge Mary E. Stanley (which I have fiated for filing in the docket of this case), it is **ORDERED** that counsel appear for a status conference in Courtroom 23A on **Monday, October 1, 2007, at 4:30 p.m.**


                            JAMES ROBERTSON
                       United States District Judge