UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS F. URBAN, II )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 1:07-CV-01367<br>JAMES F. HUMPHRIES; et al., ) Judge: James Robertson<br>)<br>    Defendants. )<br>) | |

## MOTION TO CONTINUE STATUS HEARING

  PLAINTIFF, Thomas F. Urban, II, by and through undersigned counsel, Mark A. Smith, respectfully moves this Court to continue the status hearing, which is now set for October 1, 2007, until after October 10th, 2007. In Support of this motion Plaintiff states the following:

  1. Plaintiff's counsel is scheduled to attend a week-long course at the Harvard Business School, which starts on Sunday September 30, 2007.

  2. The tuition for the course is $7,500.00 and counsel for Plaintiff had to go through a selective application process to be eligible to enroll. Counsel was fortunate to be selected to participate in the course and has already incurred the tuition fees.

  3. Plaintiff's counsel is participating in the course with two other clients. This course has been on Plaintiff's counsel's calendar long before the events of the instant case became factors in counsel's professional life.

4.  Plaintiff's counsel will be filing a document with this Court, on or before September 30, 2007, which will provide probative, supplemental evidence to assist this Court in resolving the removal dispute upon which this Court predicated its order of August 22, 2007, granting Plaintiff special discovery.  Furthermore, the filing will address, where necessary, Defendants' recent request for a Protective/Confidentiality order.

WHEREFORE, for the reasons stated above, Plaintiff respectfully requests that the Court continue the status hearing scheduled to occur on October 1, 2007.

Respectfully Submitted,

_____/s/_____

Mark A. Smith, Esq.
D.C. Bar No. 439116
1785 Massachusetts Avenue, N.W.
Suite 100
Washington, D.C. 20036
(202) 776-0022
marksmith@masmithlaw.com

*Counsel for Plaintiff*