IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**THOMAS F. URBAN, II,**

    **Plaintiff,**

vs.)                                                              Civil Action No. 1:07-CV-01367

**JAMES F. HUMPHREYS;**
**CINDY J. KIBLINGER; and**
**JAMES F. HUMPHREYS &**
**ASSOCIATES, L.C.**

    **Defendants.**

**DEFENDANTS' RESPONSE TO MOTION TO
CONTINUE STATUS HEARING**

COME NOW the Defendants, James F. Humphreys, Cindy J. Kiblinger, and James F. Humphreys & Associates, L.C., with their response to Plaintiff's Motion to Continue Status Hearing, stating as follows:

1. The Defendants do not oppose a continuance of the status conference presently scheduled for October 1, 2007, at 4:30 p.m., for the reasons set forth in the Plaintiff's motion, but undersigned counsel, Ancil G. Ramey, is scheduled for two oral arguments before the Supreme Court of Appeals of West Virginia on October 10, 2007, an alternative date suggested by the Plaintiff;

2. The undersigned counsel, Ancil G. Ramey, is available on October 11, 12, 16, 17, 18, and 19, 2007, for a status conference;

3. In light of the significant privacy issues at stake, however, the Defendants respectfully request that their proposed

Confidentiality/Protective Order or some Confidentiality/Protective Order be entered on an interim basis;

4. First, the Defendants are concerned about the contents of the impending pleading referenced in the Plaintiff's motion and whether it may contain or attach highly sensitive private information;

5. Second, the Defendants are concerned about the public dissemination of the information referenced in their recent motion; and,

6. Finally, the Defendants respectfully submit that the Plaintiff will suffer no undue prejudice by entry of an interim confidentiality/protective order as the Defendants can perceive no legitimate basis for the dissemination of the videotape, transcripts, or exhibits either used in the depositions conducted of the Defendant, James F. Humphreys, and his ex-wife, Donna Humphreys, or produced during this phase of limited discovery.

WHEREFORE, the Defendants, James F. Humphreys; Cindy J. Kiblinger; and James F. Humphreys & Associates, L.C., do not oppose a continuance of the status conference for the reasons set forth herein, but request entry of an interim Protective/Confidentiality Order until such time as the status conference can be conducted or their Motion for a Protective/Confidentiality Order is otherwise resolved.

**JAMES F. HUMPHREYS; CINDY J. KIBLINGER; and JAMES F. HUMPHREYS & ASSOCIATES, L.C.**

**By Counsel**

|  |  |
|---|---|
| STEPTOE & JOHNSON, PLLC | /s/ Russell D. Jessee<br>Russell D. Jessee, Esq.<br>DCB No. 468844<br>Chase Tower, Eighth Floor<br>P.O. Box 1588<br>Charleston, WV 25326-1588<br>Telephone (304) 353-8112<br>Facsimile (304) 353-8180 |
| STEPTOE & JOHNSON, PLLC | /s/ Ancil G. Ramey<br>Ancil G. Ramey, Esq.<br>WVSB No. 3013 – Pro Hac Vice<br>Chase Tower, Eighth Floor<br>P.O. Box 1588<br>Charleston, WV 25326-1588<br>Telephone (304) 353-8112<br>Facsimile (304) 353-8180 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**THOMAS F. URBAN, II,**

    **Plaintiff,**

vs.)                                                                 Civil Action No. 1:07-CV-01367

**JAMES F. HUMPHREYS;**
**CINDY J. KIBLINGER; and**
**JAMES F. HUMPHREYS &**
**ASSOCIATES, L.C.**

    **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2007, I filed the foregoing **"DEFENDANTS' RESPONSE TO MOTION TO CONTINUE STATUS HEARING"** using the CM/ECF system and the Clerk of the Court will notify the following by electronic mail:

Mark A. Smith, Esq.
Law Office of Mark A. Smith, LLC.
1785 Massachusetts NW
Suite 100
Washington, DC 20036
*Counsel for Plaintiff*

    /s/ Russell D. Jessee
    Russell D. Jesse, Esq.
    DC Bar No. 468844

    /s/ Ancil G. Ramey
    Ancil G. Ramey, Esq.
    WV Bar No. 3013 – Pro Hac Vice