UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS F. URBAN, II,                :
                                    :
        Plaintiff,                  :
                                    :
    v.                              : Civil Action No. 07-1367 (JR)
                                    :
JAMES F. HUMPHREYS, *et al.*,       :
                                    :
        Defendants.                 :

### ORDER

Plaintiff's motion [#18] to continue the status conference that had been set for 10/1/07 is **granted**. The status conference is re-set for **10:30 a.m. 10/19/07**. Unitl further order of this Court, neither party is to make any kind of public dissemination of the videotape, transcripts, or exhibits either used in the depositions conducted of the defendant and his ex-wife, or produced during discovery. The "probative, supplemental evidence" plaintiff has promised to file before 9/30/07 is to be filed **under seal**. It is **SO ORDERED**.

                                JAMES ROBERTSON
                           United States District Judge