IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS F. URBAN, II,

      Plaintiff,

vs.)                    Civil Action No. 1:07–CV–01367

JAMES F. HUMPHREYS;
CINDY J. KIBLINGER; and
JAMES F. HUMPHREYS &
ASSOCIATES, L.C.

      Defendants.

DEFENDANTS' SUPPLEMENTAL RESPONSE
IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

COME NOW the Defendants, James F. Humphreys, Cindy J. Kiblinger, and James F. Humphreys & Associates, L.C., with their supplemental response in opposition to the motion to remand by the Plaintiff, Thomas F. Urban, II, as follows:

1.      The sole justification for the Plaintiff's motion to remand is his erroneous assertion that, "Defendant James F. Humphreys is a citizen of the District of Columbia." Docket Entry No. 5 at 1.[1]

---

[1]The Plaintiff's erroneous assertion was based upon the following: (1) Mr. Humphreys rents an apartment in the District; (2) Mr. Humphreys garages a vehicle, licensed in West Virginia, in the District; (3) Mr. Humphreys' firm has an office in the District; (4) Mr. Humphreys has one cellular telephone with a District number; (5) Mr. Humphreys' daughter attended a private school in the District (actually Virginia) a year prior to suit being filed; (6) Mr. Humphreys' son occasionally visited him at his District apartment; (7) Mr. Humphreys' son had an automobile accident in the District two years prior to the filing of suit; (8) Mr. Humphreys hosted a Christmas party in the District for two years prior to the filing of suit; (9) Mr. Humphreys considered, but never purchased, a residence in the District; and (10) Mr. Humphreys has social acquaintances and attends various cultural and sporting events in the District. Motion at 3-4. The Plaintiff does not contest that James F.

2.  On August 22, 2007, this Court entered an order providing, in part, as follows: "It appears from a review of the record that the viability of defendants' removal action will depend upon whether or not James F. Humphreys was a citizen of the District of Columbia, within the meaning of 28 U.S.C. 1441(b), on May 7, 2007. Plaintiff may have leave to conduct discovery limited to that question (unless remand is conceded). The parties may have until **September 30, 2007** to file supplemental materials."[2]

3.  It is well settled that whether federal diversity jurisdiction exists is determined by examining a party's actual citizenship at the time the action is commenced.[3]

4.  A federal court may look to any record evidence, including deposition testimony, affidavits, and other materials, to determine the presence or absence of diversity jurisdiction.[4]

5.  The determination of an individual's domicile involves a

---

Humphreys, L.C., is domiciled in the State of West Virginia, nor that Cindy J. Kiblinger, is a resident of the State of West Virginia, nor does the Plaintiff contest that this case meets the jurisdictional limit of $75,000 for this Court's diversity jurisdiction.

[2]Docket Entry No. 9 (emphasis in original).

[3]*Smith v. Sperling*, 354 U.S. 91 1957); *Beghin-Say Int'l Inc. v. Ole-Bendt Rasmuessen*, 733 F.2d 1568 (Fed. Cir. 1984).

[4]*See, e.g., Brown v. Mutual of New York Life Ins. Co.*, 213 F. Supp. 2d 667 (S. D. Miss. 2002); *Hicks v. Brophy*, 839 F. Supp. 948 (D. Conn. 1993, adhered to on reconsideration on other grounds, 841 F. Supp. 466 (D. Conn.) 1994); *Roedel-Hanson and Associates, Inc. v. Environamics Corp.*, 242 F. Supp. 2d 582 (E. D. Wis. 2003); *United Computer Systems, Inc. v. AT & T Corp.*, 298 F.3d 756 (9th Cir. 2002).

number of factors, including: (1) place of birth;[5] (2) current residence;[6] (3) location of personal and real property;[7] (4) whether the person owns a home or pays rent;[8] (5) location of brokerage and bank accounts;[9] (6) location of spouse and family;[10] (7) membership in unions and other organizations;[11] (8) place of employment or

---

[5]Mr. Humphreys' place of birth is relevant because "One acquires a 'domicile of origin' at birth, and that domicile continues until a new one (a 'domicile of choice') is acquired." *Mississippi Band of Choctaw Indians v. Holyfield*, 490 U.S. 30, 48 (1989).

[6]*See* 32A Am. Jur. 2d *Federal Courts* § 868 (*citing Palazzo ex rel. Delmage v. Corio*, 232 F.3d 38 (2d Cir. 2000) (mailing address); *Lew v. Moss*, 797 F.2d 747, 21 Fed. R. Evid. Serv. 589 (9th Cir. 1986); *Sunseri v. Macro Cellular Partners*, 412 F.3d 1247 (11th Cir. 2005); *Brignoli v. Balch, Hardy & Scheinman, Inc.*, 696 F. Supp. 37 (S.D. N.Y. 1988)).

[7]*Id.* (*citing Bank One, Texas, N.A. v. Montle*, 974 F.2d 220 (1st Cir. 1992); *Lew v. Moss*, 797 F.2d 747, 21 Fed. R. Evid. Serv. 589 (9th Cir. 1986); *McCormick v. Aderholt*, 293 F.3d 1254 (11th Cir. 2002); *Computer People, Inc. v. Computer Dimensions Intern., Inc.*, 638 F. Supp. 1293 (M.D. La. 1986); Thomas v. Farmer, 148 F. Supp. 2d 593 (D. Md. 2001); *Brignoli v. Balch, Hardy & Scheinman, Inc.*, 696 F. Supp. 37 (S.D. N.Y. 1988)).

[8]*Id.* (*citing* Computer *People, Inc. v. Computer Dimensions Intern., Inc.,* 638 F. Supp. 1293 (M.D. La. 1986); *Brignoli v. Balch, Hardy & Scheinman, Inc.*, 696 F. Supp. 37 (S.D. N.Y. 1988)).

[9]*Id.* (*citing Bank One, Texas, N.A. v. Montle*, 974 F.2d 220 (1st Cir. 1992); *Palazzo ex rel. Delmage v. Corio*, 232 F.3d 38 (2d Cir. 2000); Lew v. Moss, 797 F.2d 747, 21 Fed. R. Evid. Serv. 589 (9th Cir. 1986); *Matthews v. Lee*, 753 F. Supp. 291 (E.D. Mo. 1991)).

[10]*Id.* (*citing Lew v. Moss*, 797 F.2d 747, 21 Fed. R. Evid. Serv. 589 (9th Cir. 1986); *Computer People, Inc. v. Computer Dimensions Intern., Inc.*, 638 F. Supp. 1293 (M.D. La. 1986); *Brignoli v. Balch, Hardy & Scheinman, Inc.*, 696 F. Supp. 37 (S.D. N.Y. 1988)).

[11]*Id.* (*citing Bank One, Texas, N.A. v. Montle*, 974 F.2d 220 (1st Cir. 1992); *Lew v. Moss*, 797 F.2d 747, 21 Fed. R. Evid. Serv. 589 (9th Cir. 1986).

business;[12] (9) driver's license and automobile registration;[13] (10)

place of payment of taxes;[14] (11) retention of place of abode in an

_____

[12] *Id.* (*citing Bank One, Texas, N.A. v. Montle*, 974 F.2d 220 (1st Cir. 1992); *Lew v. Moss*, 797 F.2d 747, 21 Fed. R. Evid. Serv. 589 (9th Cir. 1986); *Thomas v. Farmer*, 148 F. Supp. 2d 593 (D. Md. 2001); *Matthews v. Lee*, 753 F. Supp. 291 (E.D. Mo. 1991)).

[13] *Id.* (*citing Bank One, Texas, N.A. v. Montle*, 974 F.2d 220 (1st Cir. 1992); *Lew v. Moss*, 797 F.2d 747, 21 Fed. R. Evid. Serv. 589 (9th Cir. 1986); *McCormick v. Aderholt*, 293 F.3d 1254 (11th Cir. 2002); *Computer People, Inc. v. Computer Dimensions Intern., Inc.*, 638 F. Supp. 1293 (M.D. La. 1986); Thomas v. Farmer, 148 F. Supp. 2d 593 (D. Md. 2001); *Matthews v. Lee*, 753 F. Supp. 291 (E.D. Mo. 1991); *Brignoli v. Balch, Hardy & Scheinman, Inc.*, 696 F. Supp. 37 (S.D. N.Y. 1988)). *See also Altimore v. Mount Mercy College*, 420 F.3d 763, 769 (8th Cir. 2005)("The record contains overwhelming evidence pointing to Pennsylvania as Dr. Altimore's state of citizenship-Dr. Altimore resides in Pennsylvania; teaches sociology in Pennsylvania; votes in Pennsylvania; banks in Pennsylvania; possesses a Pennsylvania driver's license; seeks medical treatment in Pennsylvania; pays taxes in Pennsylvania; and, when asked by Temple and the federal government to list his address, lists Pennsylvania."); *McCormick*, *supra*, at 1258 ("McCormick owned additional real property in Panama City. McCormick had a Florida driver's license, and was registered to vote in Bay County, Florida. In addition, he only paid Florida income taxes. The district court found that the plaintiff had a clear intent of being a Florida resident, despite the fact that his personal physician was located in Birmingham and that he and his wife may have owned property in Alabama, Florida, and England."); *Young v. Century House Historical Society*, 117 F. Supp. 2d 277, 280 (N.D.N.Y. 2000)("Objective indicators of a party's intent regarding domicile include current residence; voting registration and voting practices; location of personal and real property; location of brokerage and bank accounts; membership in unions, fraternal organizations, churches, clubs, and other associations; place of employment or business; driver's license and automobile registration; [and] payment of taxes."); *Blue v. National Fuel Gas Distribution Corp.*, 437 F. Supp. 715, 718 (D. Pa. 1977)("In determining whether a party intended to establish a domicile in a state to which he has moved, the circumstances such as residential quarters, place of business, payment of taxes, motor vehicle registration, church attendance and membership, and his own declaration of domicile are a few of the indicators evidencing domicile and lend some guidance in the determination.").

[14] *Id.* (*citing Bank One, Texas, N.A. v. Montle*, 974 F.2d 220 (1st Cir. 1992); *Lew v. Moss*, 797 F.2d 747, 21 Fed. R. Evid. Serv. 589 (9th Cir. 1986); *McCormick v. Aderholt*, 293 F.3d 1254 (11th Cir. 2002); *Computer People, Inc. v. Computer Dimensions Intern., Inc.*, 638 F. Supp. 1293 (M.D. La. 1986); *Matthews v. Lee*, 753 F. Supp. 291 (E.D. Mo. 1991); *Jones v. Wide World of Cars, Inc.*, 820 F. Supp. 132, 21 U.C.C. Rep. Serv. 2d

old state of residence;[15] (12) investments in local property or enterprises in an old state of residence;[16] and (13) voter registration.[17]  Mr. Humphreys meets each and every one of these tests for domicile.

6.  In order for a party to defeat the presumption that once an individual has established a domicile that he remains a citizen there,[18] the party must demonstrate both (1) residence in a new

_____

27 (S.D. N.Y. 1993)).  *See also Jennings v. Fanti*, 96 F. Supp. 264, 266 (D. Pa. 1951)("Plaintiff has continued to identify himself with the state of New York and has maintained his political and social obligations and rights in that state. He is still employed in New York, pays a New York state resident income tax, has a New York driver's license, his automobile is registered in New York and he is still a registered voter in New York. Though these facts do not conclusively establish plaintiff's domicile to be that of New York, the evidence is sufficient to warrant this Court in holding that plaintiff did not intend to change his domicile from New York to Pennsylvania.").

[15]*Id.* (*citing Computer People, Inc. v. Computer Dimensions Intern., Inc.*, 638 F. Supp. 1293 (M.D. La. 1986); *Noreiga v. Lever Bros. Co.; Inc.*, 671 F. Supp. 991 (S.D. N.Y. 1987).

[16]*Id.* (*citing Computer People, Inc. v. Computer Dimensions Intern., Inc.*, 638 F. Supp. 1293 (M.D. La. 1986).

[17]*See Bank One, Texas, N.A. v.* Montle, 964 F.2d 48 (1st Cir. 1992); *Baker v. Keck*, 13 F. Supp. 486 (E.D. Ill. 1936); *Deasy v. Louisville & Jefferson County Metropolitan Sewer* Dist., 47 Fed. Appx. 726 (6th Cir. 2002); *Altimore, supra* at 769; *McCormick, supra* at 1258; *Young, supra* at 280.

[18]The presumption, for purposes of diversity jurisdiction, is that the state in which a person resides at any given time is also that person's domicile.  *Audi Performance & Racing, LLC v. Kasberger*, 273 F. Supp. 2d 1220 (M.D. Ala. 2003); *Jones v. Law Firm of Hill and Ponton*, 141 F. Supp. 2d 1349 (M.D. Fla. 2001); *National Inspection & Repairs, Inc. v. George S. May Intern. Co.*, 202 F. Supp. 2d 1238 (D. Kan. 2002). *See also Nelson v. Wal-Mart, Inc.*, 63 Fed. Appx. 920 (7th Cir. 2003) (An assertion that pro se plaintiff had been resident of Wisconsin since birth permitted inference that plaintiff was present in Wisconsin and intended to remain there when he filed complaint, making Wisconsin his domicile and state of citizenship for purposes of establishing diversity jurisdiction.).

state and (2) an intention to remain in that state indefinitely.[19] Thus, it is the Plaintiff who bears the burden on this issue.

7.   In addition to Mr. Humphreys' affidavit attesting that he was at the commencement of this lawsuit and still is domiciled in the State of West Virginia,[20] the Defendants also produced, pursuant to an agreement of the parties,[21] Mr. Humphreys and his former wife, Donna Humphreys, with whom he resides at 1616 Kirklee Road, Charleston, West Virginia, for deposition on September 18-19, 2007, in Charleston, West Virginia.[22]

8.   In an effort to establish Mr. Humphreys' residence in the District, Plaintiff's counsel asked Ms. Humphreys a multitude of questions regarding the most intimate details of her personal life and relationship with Mr. Humphreys, including sleeping

---

[19]*Acridge v. Evangelical Lutheran Good Samaritan Soc.*, 334 F.3d 444 (5th Cir. 2003);  *Audi Performance & Racing, LLC v. Kasberger*, 273 F. Supp. 2d 1220 (M.D. Ala. 2003);  *Jones v. Law Firm of Hill and Ponton*, 141 F. Supp. 2d 1349 (M.D. Fla. 2001).

[20]Exhibit B, Amended Notice of Removal, Docket Entry No. 1.

[21]An agreed condition of such production was that the videotape, transcripts, and exhibits used at such depositions be kept confidential. Following such depositions, however, the Plaintiff refused to agree to the submission of a confidentiality order memorializing the agreement, insisting that only the videotape needed to be kept confidential, but not the transcripts and exhibits.  Thereafter, the Defendants filed a motion for a protective/confidentiality order, which is pending.

[22]Ostensibly, because Mr. and Ms. Humphreys have continuously resided at 1616 Kirklee Road, Charleston, West Virginia, after their divorce in 2003, counsel for the Plaintiff asked a series of intimate questions regarding the intimate relationship between Mr. and Ms. Humphreys. *See* Defendants' Motion for Protective Order and Confidentiality Order, Docket Entry No. 13.  In addition to these depositions, the Plaintiff served written discovery requests, seeking similar private information, regarding Mr. Humphreys' financial, insurance, tax, health, business, and other sensitive private information.  *Id.*

arrangements between she and Mr. Humphreys;[23] Mr. Humphreys' other
sexual relationships;[24] her own sexual relationships;[25] the contents
of a draft of a letter stolen from Mr. Humphreys' private papers,
to one of Mr. Humphreys' companions;[26] whether she and Mr. Humphreys
"have an open arrangement about who the two of you see;"[27] the
couple's discussions concerning reconciliation;[28] the reasons for
the couple's divorce;[29] the amount of financial support provided by
Mr. Humphreys;[30] and the amount of her other sources of financial
income.[31]

9.   During the videotaped[32] deposition of Mr. Humphreys, the
deponent was likewise subjected to a multitude of questions

---

[23]D. Humphreys Depo. at 31-32.

[24]*Id.* at 32-33; 68.

[25]*Id.* at 74.

[26]*Id.* at 34-35, 49-56.   The Defendants preserved their objection
during Ms. Humphreys' deposition to the use of information apparently
stolen from Mr. Humphreys' private papers.   *Id.* at 32-33.

[27]*Id.* at 48.

[28]*Id.* at 48-49.

[29]*Id.* at 50.   This testimony also involved matters concerning the
deponent's private medical and mental health history, *id.* at 50-52,
including such questions as, "Were you ever committed?"   *Id.* at 51.

[30]*Id.* at 57-59.

[31]*Id.* at 65-66.

[32]Both Mr. and Ms. Humphreys' depositions were noticed as video
depositions.   After Ms. Humphreys objected, the Plaintiff withdrew his
request to videotape her deposition, but refused to withdraw his notice
to videotape Mr. Humphreys' deposition, which was conducted over the
objections of the Defendants due to the limited nature of the discovery
ordered by the Court.

regarding his personal life and relationships, none of which were in any way relevant to the issue of his residency, including his medical history;[33] the contents of a draft of a letter, stolen from his private papers, to a girlfriend;[34] his companions at various social functions;[35] his gifts to his friends;[36] his intimate relationships;[37] his knowledge of Ms. Humphreys' medical and mental health history;[38] the contents of his personal address book, also stolen from his private papers;[39] his religious beliefs;[40] the identity and circumstances of his legal representation in other non-related matters;[41] the identity of his medical providers,

---

[33]J. Humphreys Depo. at 5-6.

[34]*Id.* at 12-13; 18-19; 119-121.  The Defendants preserved their objection during Ms. Humphreys' deposition to the use of information apparently stolen from Mr. Humphreys' private papers.  *Id.* at 12.

[35]*Id.* at 17-18; 20-21.

[36]*Id.* at 19; 21-22; 131-33.

[37]*Id.* at 22-23; 31-35; 85-88; 153 ("I'm going to read the names of a number of women, and the purpose of this is I want you to tell me whether you had a paramour relationship with those women.  Okay?") Some of these questions concerning more than twenty-five women, whose names were apparently taken from Mr. Humphreys' stolen private address book and to which the Defendants continually objected, involved relationships in which Mr. Humphreys was involved as long as twenty to thirty years ago.  *Id.* at 33; 87-88; 156; 157; 158.  Incredibly, Mr. Humphreys was also asked, over objection, about any use of dating or escort services.  *Id.* at 148-49; 163-66.

[38]*Id.* at 24.

[39]*Id.* at 125-19.  Again, the Defendants preserved their objection during Mr. Humphreys' deposition to the use of information apparently stolen from Mr. Humphreys' private papers.  *Id.* at 127.

[40]*Id.* at 137 ("Do you believe in what people call a God?").

[41]*Id.* at 139-42.

diagnoses, medications, and treatment;[42] and the identity of his private e-mail accounts.[43]

10. Against the "straws" that the Plaintiff grasps in an effort to establish Mr. Humphreys' residence in the District, including private information stolen from Mr. Humphreys, the overwhelming preponderance of the evidence[44] conclusively demonstrates that Mr. Humphreys is and always has been a citizen of the State of West Virginia.

11. Mr. Humphreys was born in West Virginia,[45] received his undergraduate degree from West Virginia University,[46] and has been a lifelong resident of West Virginia.

12. Mr. Humphreys served in the West Virginia Legislature as a Delegate from Kanawha County from 1983-1989 and as Senator from the Eighth District in Kanawha County from 1989-1994.[47] Presently, Mr. Humphreys is considering running for the state Senate in 2008.[48]

---

[42] *Id.* at 144-48.

[43] *Id.* at 148-49.

[44] Once challenged, a party invoking diversity jurisdiction must prove domicile by a preponderance of the evidence. *Garcia Perez v. Santaella*, 364 F. 3d 348 (1st Cir. 2004); *St. Onge v. McNeilus Truck and Mfg., Inc.*, 645 F. Supp. 280 (D. Minn. 1986).

[45] Ex. 1. Indeed, Mr. Humphreys was born in Charleston, West Virginia, and raised in the small town of Nitro, West Virginia.

[46] *See* www.jfhumphreystv.com/ourattorneys/humphreys.php.

[47] *See* WEST VIRGINIA BLUEBOOK (1989-1994).

[48] *See* The Charleston Gazette, Jul. 25, 2007, p. 1C ("Palumbo said he is fully aware that he could face some tough competition in 2008. Democrats who've been mentioned as possible candidates include former

13.  Mr. Humphreys was the Democratic Party nominee for the United States House of Representatives for the Second Congressional District of West Virginia in 2000.[49]

14.  Mr. Humphreys was the Democratic Party nominee for the United States House of Representatives for the Second Congressional District of West Virginia in 2002.[50]

15.  Mr. Humphreys served as a Delegate to the Democratic National Convention from West Virginia in 2004.[51]

16.  Mr. Humphreys has held and holds a driver's license from the State of West Virginia.[52]

17.  Mr. Humphreys has held and holds a voter's registration card in the State of West Virginia.[53]

18.  Mr. Humphreys has held and holds a passport referring to his residence in the State of West Virginia.[54]

19.  Mr. Humphreys' W-2 and 1099s have been and were issued to

---

state Sen. Jim Humphreys . . . ."); The Charleston Gazette, June 18, 2007, p. 1C ("the latest word is that Charleston lawyer Jim Humphreys is considering running for the seat he held from 1989 until his re-election defeat to Jack Buckalew in 1994, and that Humphreys' wealth could scare off other challengers.").

[49] *See* www.wv.gov/Offsite.aspx?u=http://www.wvsos.com.

[50] *See* www.wv.gov/Offsite.aspx?u=http://www.wvsos.com.

[51] *See* www.thegreenpapers.com/P04/WV-D.phtml.

[52] Ex. 2.

[53] Ex. 3.

[54] Ex. 1.

him in the State of West Virginia for the 2006 tax year.[55]

20.    Mr. Humphreys filed a "West Virginia Resident Income Tax Return" for the 2006 tax year.[56]

21.    Mr. Humphreys' federal tax return for the 2006 tax year listed him as a West Virginia resident.[57]

22.    Mr. Humphreys owns jointly with his former wife, and has paid for the past twelve years and will be paying real estate taxes for their residence at 1616 Kirklee Road, Charleston, West Virginia, as well as their farm in Greenbrier County, West Virginia, as long as they have owned that property and for the 2007 tax year.[58]

---

[55]Ex. 4.  For more than a quarter century, Mr. Humphreys has paid federal income taxes as a resident of West Virginia, including his quarterly payments for the 2007 tax year.

[56]Ex. 5. For more than a quarter century, Mr. Humphreys paid state income taxes as a resident of West Virginia, including his quarterly payments for the 2007 tax year.

[57]Ex. 6.

[58]Ex. 7.  In her deposition, Ms. Humphreys testified that although she and Mr. Humphreys divorced in 2003, he never moved out of their Charleston residence, but that they have continued to reside together since that time.  D. Humphreys Depo. at 6.  Ms. Humphreys testified that Mr. Humphreys' clothes are kept at their Charleston home.  *Id.* at 32, 46.  She testified that Mr. Humphreys pays of all their household expenses. *Id.* at 67.  She testified that when Mr. Humphreys goes to the District, "it's for business or an opera."  *Id.* at 37.  She testified that Mr. Humphreys spends "75 percent, 80 percent, sometimes 90 percent" of his time at their Charleston home.  *Id.* at 42.  She testified that Mr. Humphreys stays in Charleston hotels "very infrequently," such as when "our only working shower was off" or to attend "conferences."  *Id.* at 43, 60.  She testified that her daughter spent time in her husband's District apartment when she attended Madeira, but, "Her stuff is with me when she's in Charleston. . . . My kids come to the home residence."  *Id.* at 44.   She further testified that she visited the District apartment to attend her daughter's graduation or cultural events with her daughter. *Id.* at 45.

23.  Mr. Humphreys has paid and pays utility bills in the State of West Virginia, including telephone, cellular telephone, electric, gas, cable, water, and municipal fees for Mr. and Ms. Humphreys' residence at 1616 Kirklee Road, Charleston, West Virginia, and for their farm in Greenbrier County, West Virginia.[59]

24.  Mr. and Ms. Humphreys' daughter is located out-of state for the purpose of her college studies, but her residence is still listed as 1616 Kirklee Road, Charleston, West Virginia.[60]

25.  The family pet, a labrador retriever named Laedee, lives with Mr. and Ms. Humphreys at their residence at 1616 Kirklee Road, Charleson, West Virginia, and Mr. and Ms. Humphreys maintain horses in the State of West Virginia.[61]

26.  Mr. Humphreys owns vehicles and airplanes registered, insured, and hangared in West Virginia and he has paid and will be paying personal property tax on such vehicles in West Virginia for the 2007 tax year.[62]

27.  Mr. Humphreys maintains checking, savings, credit, and investment accounts as well as personal insurance in the State of

---

[59]Ex. 8.

[60]Ex. 9.  *See also Schieszler v. Ferrum College*, 236 F. Supp. 2d 602 (W. D. Va. 2002)(Because students who are attending college out-of-state are often located in such state for duration of and for purpose of their studies, they are generally presumed to lack the intention to remain in such state indefinitely when determining their citizenship).

[61]Ex. 10.

[62]Ex. 11.

West Virginia.[63]

28.   Mr. Humphreys' primary medical providers are located in the State of West Virginia.[64]

29.   Mr. Humphreys maintains his primary office at 500 Virginia Street, East Suite 800 Charleston, West Virginia 25301, and has a satellite office in the District of Columbia.[65]

30.   For his convenience, Mr. Humphreys rents, on a month-to month basis, an apartment in the District of Columbia and maintains a telephone number in the District of Columbia, but he does not reside in the District of Columbia.[66]   He does not have a driver's

---

[63]Ex. 12.

[64]Ex. 13.

[65]Mr. Humphreys is regarded as a "Charleston lawyer."  *See* The Charleston Gazette, July 23, 2007, at 1A ("Charleston lawyer Jim Humphreys, a former lawmaker and congressional candidate, donated the maximum amount to both Edwards and Democrat Joe Biden on March 31."). Mr. Humphreys is a member of the West Virginia State Bar; the West Virginia Bar Association; and West Virginia Association for Justice, but belongs to no voluntary bar associations in the District of Columbia.

[66]Mr. Humphreys testified that, "I never kept a log.  But I would estimate that it was clearly over half of my time was spent" at the Charleston residence he shares with his former wife.  J. Humphreys Depo. at 9.  Mr. Humphreys admitted that he had discussions with a girlfriend, who moved from Maryland to New Mexico in 2006, *id.* at 29, 131, about possibly moving out of the residence he shared with his former wife into another residence in Charleston because she resented his continuing "to reside in my home place, as we call it in West Virginia," *id.* at 20, and that he looked at purchasing a house in the District for investment and convenience purposes, *id.* at 97-99, but no house was ever purchased, and he has continued to reside in West Virginia: "I have occasionally lived outside of West Virginia, sometime for a day on business and sometimes for several days on business or vacation, and in Washington, DC, when I was doing business there.  But my residence is 1616 Kirklee in the City of Charleston," *id.* at 24-25.  As to his stays in Charleston hotels, Mr. Humphreys estimated such visits at "fewer than 10 times a year."  *Id.* at 26.  As to one of his multiple cellular phones with a District area code, Mr. Humphreys testified that his primary phone number was his West

license issued in the District of Columbia.  He does not own any vehicles registered or insured in the District of Columbia.  He has never registered to vote in the District of Columbia.[67]  He is not liable for income taxes in the District of Columbia.  The tickets for events he attends in the District of Columbia are not even sent to his office or apartment in the District of Columbia; all such information, whether the event is in the District of Columbia or West Virginia, is sent to his office in West Virginia.[68]

31.  There are nine attorneys and sixty staff members at the Humphreys office in West Virginia, but there are currently no attorneys nor staff members at the Humphreys office in the District of Columbia.  Obviously, Mr. Humphreys requires some physical presence in the District in order to attempt to effectively manage the small satellite office there.  Moreover, it is true that Mr. Humphreys has connections to the District; indeed, he has had

---

Virginia residential number, *id.* at 53, and that his District cellular phone is "a business number that is used mostly when I'm in Washington, DC."  *Id.* at 55.  As to his medical care, Mr. Humphreys testified that he has conferred with a podiatrist, who is in the District, but his primary care providers, including his personal physician and other specialists, are in West Virginia.  *Id.* at 145-147.  As to Mr. Humphreys' satellite office in the District, he testified that his firm no longer has employees there, and he is the only person who occasionally works out of that office.  *Id.* at 95.  Finally, the District apartment where Mr. Humphreys occasionally stays is rented on a "month-to-month" basis.  *Id.* at 115.

[67]*Id.* at 11.

[68]Ex. 14.  Mr. Humphreys also has season tickets for West Virginia athletic teams, including West Virginia University and Marshall University.  *Id.*  Mr. Humphreys testified that he purchases the Redskins and Nationals tickets for client development purposes.  J. Humphreys Depo. at 150-51.

connections to the District for nearly thirty years.[69]   Those
connections, however, are matters of convenience, not of residency
or domicile, which require both physical presence and intention to
remain.

32.  First, "'Residence in fact is an essential element of
domicile,' *District of Columbia v. Woods*, 465 A.2d 385, 387 (D.C.
1983) (citations omitted), and 'the place where a [person] lives is
properly taken to be [her] domicile until facts adduced establish
the contrary.' *In re Estate of Derricotte*, 744 A.2d 535, 538 (D.C.
2000)(*quoting District of Columbia v. Murphy*, 314 U.S. 441, 455, 62
S. Ct. 303, 86 L. Ed. 329 (1941))."[70]   Mr. Humphreys' residence is
at 1616 Kirklee Road, Charleston, West Virginia, which he has owned
and upon which he has paid real property taxes for a number of
years, not in an apartment in the District that he leases on a
month-to-month basis.[71]

---

[69]For example, Mr. Humphreys is a graduate of the George Washington
University Law School; serves on the George Washington University Law
School Board of Advisors; serves on the George Washington University
Board of Trustees, and established the Humphreys Complex Litigation
Center at the George Washington University Law School.
www.law.gwu.edu/News/News+Stories/James+F.+Humphreys.htm.  It has never
been suggested in all of those years that by maintaining these contacts,
Mr. Humphreys was establishing residency in the District.

[70]*In re Orshansky*, 804 A.2d 1077, 1091 (D.C. 2002).

[71]In *In re Estate of Derricotte*, 744 A.2d 535, 539 (D.C. 2000), the
court held that a "two-year lease" of an apartment outside the District
indicated that the lessee did not intend to change her domicile where she
had resided in the District for a number of years prior to the move even
though she had sold her house in the District.  Here, Mr. Humphreys still
owns a house in West Virginia, owns no residence in the District, and
leases his apartment in the District on a month-to-month basis.

33.  Second, "'[A] domicile once existing continues until another is acquired.'  *Heater v. Heater*, 155 A.2d 523, 524 (D.C. 1959).  In order for domicile to change, the person must be physically present in a new jurisdiction, and have the intention to change residence permanently to that new jurisdiction. *See id.*"[72] Having an apartment, garaging one's car, hosting and attending social and athletic events, and having one's child attend private school are hardly significant indicia of an intention on the part of Mr. Humphreys to change his residence permanently from West Virginia to the District of Columbia.

34.  As documented herein, Mr. Humphreys has been a resident of the State of West Virginia for his entire life.  He has a home in West Virginia upon which he pays real property taxes.   His apartment in the District, which he leases on a month-to-month basis, was secured as a matter of convenience.   His physical presence in the District has been transitory.   His physical presence in West Virginia has been historic and permanent.  None of Mr. Humphreys' official indicia of residence has been changed as the result of what Plaintiff alleges was an intention to

---

[72]*Medlantic Long Term Care Corp. v. Smith ex rel. Estate of Ferguson*, 791 A.2d 25, 30 (D.C. 2002); *see also Anwo v. Immigration and Naturalization Service*, 607 F.2d 435, 437 n.7 (D.C. Cir. 1979)("'Residence in fact, and the intention of making the place of residence one's home, are the elements of domicile.'")(citation omitted); *In re Estate of Derricotte*, 744 A.2d 535, 538 (D.C. 2000)("'The two requisites for establishing a change of domicile are "(1) physical presence, and (2) an intent to abandon the former domicile and remain [in the new one] for an indefinite period of time."'  District of Columbia v. Woods, 465 A.2d 385, 387 (D.C. 1983)(*quoting Heater v. Heater*, 155 A.2d 523, 524 (D.C.1959)).").

16

permanently change Mr. Humphreys' residence from the State of West Virginia to the District of Columbia.

35.   Finally, with respect to Mr Humphreys' draft letter to a girlfirend and his personal address book used by Plaintiff's counsel during the depositions of Mr. and Ms. Humphreys, both were stolen from Mr. Humphreys private papers.[73]   Neither stolen document demonstrates Mr. Humphreys' residence in the District of Columbia and intention to remain in the District of Columbia indefinitely. Moreover, the Defendants respectfully request that this Court exercise its inherent authority to sanction the Plaintiff for using evidence wrongfully obtained outside the discovery process by dismissing his Complaint, dismissing his motion to remand, and/or precluding the Plaintiff from using such evidence in this litigation.

36.   Federal courts have addressed the proper sanction for a plaintiff's use of improperly obtained evidence in preparation for litigation.  In *Jackson v. Microsoft Corp*, 211 F. R. D. 423 (2002), a former Microsoft employee sued Microsoft for alleged civil rights violations.   After the former employee acknowledged in discovery that he had stolen internal documents before and after he left Microsoft, the federal district court granted Microsoft's motion to dismiss the complaint as follows:

> For dismissal to be proper, the conduct to be sanctioned must be characterized by "willfulness, fault, or bad

_____

[73]*See* Affidavit of James F. Humphreys, attached as Ex. 15.

17

faith." Anheuser-Busch, 69 F.3d at 348 (internal
citations omitted). "Due process concerns further require
that there exist a relationship between the sanctioned
party's misconduct and the matters in controversy such
that the transgression 'threaten [s] to interfere with
the rightful decision of the case.' " *Id.* (*quoting Wyle
v. R.J. Reynolds Indus., Inc.*, 709 F.2d 585, 591 (9th
Cir.1983)).

*Jackson*, 211 F.R.D. at 431.

38.  In another case, *Fayemi v. Hambrecht & Quist, Inc.*, 174

F.R.D. 319 (S.D.N.Y. 1997), a former employee entered his

employer's offices after he was dismissed and obtained documents

from his supervisor's computer which he later used to sue his

employer for wrongful termination.  After the former employee's

possession of the documents was discovered, the employer moved for

dismissal.  With respect to its inherent authority to sanction the

former employee's conduct, the federal district court stated:

> [C]ourts necessarily have the inherent equitable power
> over their own process "to prevent abuses, oppression and
> injustices." Gumbel v. Pitkin, 124 U.S. 131, 144, 8 S.Ct.
> 379, 383, 31 L.Ed. 374 (1888). Pursuant to this inherent
> authority, a court must be able to sanction a party that
> seeks to introduce improperly obtained evidence;
> otherwise the court, by allowing the wrongdoer to utilize
> the information in litigation before it, becomes
> complicit in the misconduct.
>
> * * *
>
> Rule 26(c) ... does not provide authority for regulating
> the use of information obtained by a party independent of
> the discovery process. A court may, however, exercise its
> inherent equitable powers to sanction a party that seeks
> to use in litigation evidence that was wrongfully
> obtained.

*Fayemi*, 174 F.R.D. at 324-25 (citations omitted).  With respect to

the appropriate sanction, the court stated that it would consider

18

"the severity of the wrongdoing and the prejudice to the adversary." *Id*. at 325. The court determined that since dismissal with prejudice was a "drastic remedy that should be imposed only in extreme circumstances," the more appropriate sanction was to prevent the former employee from benefitting from his wrongdoing by precluding his use of the wrongfully obtained evidence in the litigation. *Id*. at 325-26.[74]

39. In this case, the Plaintiff, or someone on his behalf, has clearly engaged in pre-litigation misconduct and improperly obtained the private papers of Mr. Humphreys, warranting dismissal of his Complaint, dismissal of his motion to remand, and/or precluding the Plaintiff from using such evidence in support of his motion to remand.

WHEREFORE, as it is clear that the Defendant, James F. Humphreys, is a resident and citizen of the State of West Virginia, not the District of Columbia, the Defendants request that the Plaintiff's motion to remand be denied.

**JAMES F. HUMPHREYS; CINDY J. KIBLINGER; and JAMES F. HUMPHREYS & ASSOCIATES, L.C.**

---

[74] *See also, Weaver v. ZeniMax Media, Inc.*, 175 Md. App. 16, 923 A.2d 1032 (2007) (Circuit court had inherent authority and discretion to sanction former chief technology officer for his prelitigation conduct in improperly obtaining evidence from employer by breaking into other executives' offices and obtaining copies of their e-mails and notes regarding negotiations over his continued employment, as necessary in order to remedy prejudice to employer and to safeguard court's ability to properly adjudicate breach of contract and breach of duty of loyalty action between employee and employer).

19

**By Counsel**

_____
              /s/ Russell D. Jessee
              Russell D. Jessee, Esq.
              DCB No. 468844
              STEPTOE & JOHNSON, PLLC
              Chase Tower, Eighth Floor
              P.O. Box 1588
              Charleston, WV 25326-1588
              Telephone (304) 353-8112
              Facsimile (304) 353-8180

_____
              /s/ Ancil G. Ramey
              Ancil G. Ramey, Esq.
              WVSB No. 3013
STEPTOE & JOHNSON, PLLC   Chase Tower, Eighth Floor
              P.O. Box 1588
              Charleston, WV 25326-1588
              Telephone (304) 353-8112
              Facsimile (304) 353-8180

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**THOMAS F. URBAN, II,**

   **Plaintiff,**

**vs.)**        **Civil Action No. 1:07-cv-01367**

**JAMES F. HUMPHREYS;
CINDY J. KIBLINGER; and
JAMES F. HUMPHREYS &
ASSOCIATES, L.C.**

   **Defendants.**


**<u>CERTIFICATE OF SERVICE</u>**

   I hereby certify that on September 30, 2007, I filed the foregoing **"DEFENDANTS' SUPPLEMENTAL RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND"** using the CM/ECF system and the Clerk of the Court will notify the following by electronic mail:

Mark A. Smith, Esq.
Law Office of Mark A. Smith, LLC.
1785 Massachusetts NW, Suite 100
Washington, DC 20036
*Counsel for Plaintiff*


      /s/ Russell D. Jessee
      Russell D. Jesse, Esq.
      DC Bar No. 468844


      /s/ Ancil G. Ramey
      Ancil G. Ramey, Esq.
      WV State Bar No. 3013

# EXHIBIT 1



The Secretary of State of the United States of America
hereby requests all whom it may concern to permit the citizen/national
of the United States named herein to pass without delay or hindrance
and in case of need to give all lawful aid and protection.

Le Secrétaire d'État des États-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer le citoyen
ou ressortissant des États-Unis titulaire du présent passeport, sans délai ni
difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por el presente solicita a las
autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos
aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la
ayuda y protección lícitas.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

NOT VALID UNTIL SIGNED

PASSPORT
PASSEPORT
PASAPORTE

UNITED STATES OF AMERICA

Type/Type/Tipo   Code/Code/Código   Passport No./No. du Passeport/No. de Pasaporte
P

Surname/Nom/Apellidos
HUMPHREYS

Given names/Prénoms/Nombres
JAMES FLOYD

Nationality/Nationalité/Nacionalidad
UNITED STATES OF AMERICA

Date of birth/Date de naissance/Fecha de nacimiento

Sex/Sexe/Sexo   Place of birth/Lieu de naissance/Lugar de nacimiento
M            WEST VIRGINIA, U.S.A.

Date of issue/Date de délivrance/Fecha de expedición   Authority/Autorité/Autoridad
08 Dec 1999                                            National
                                                       Passport Center
Date of expiration/Date d'expiration/Fecha de caducidad
07 Dec 2009
Amendments/Modifications/Enmiendas
See Page 24

P<USAHUMPHREYS<<JAMES<FLOYD<<<<<<<<<<<<<<<

# EXHIBIT 2



# EXHIBIT 3



# EXHIBIT 4

| a Control number | | | OMB No. 1545-0008 | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. |
|---|---|---|---|---|

| Employer identification number (EIN) | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| 31-1488320 | | |

| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| James F. Humphreys & Associates, L.C. 500 Virginia St., East Ste 800 Charleston, WV 25301 | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 7 Social security tips        0.00 | 8 Allocated tips        0.00 |

| d Employee's social security number | 9 Advance EIC payment        0.00 | 10 Dependent care benefits        0.00 |
|---|---|---|

| e Employee's name, address, and ZIP code          Suff. | 11 Nonqualified plans        0.00 | 12a See instructions for box 12    D |
|---|---|---|
| James F.                Humphreys 1616 Kirklee Road | 13 Statutory employee  Retirement plan [X]  Third-party sick pay | 12b        0.00 |
| Charleston, WV 25314 | 14 Other | 12c        0.00 |
| | | 12d        0.00 |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| WV | 31-1488320 | 0.00 | 0.00 | 0.00 | 0.00 | |

Form **W-2** **Wage and Tax Statement**

**2006**

Copy C—For EMPLOYEE'S RECORDS (see Notice to Employee on back of Copy B.)

Department of the Treasury—Internal Revenue Service

Safe, accurate, FAST! Use 

| a Control number | | | OMB No. 1545-0008 | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. | |
|---|---|---|---|---|---|

| b Employer identification number (EIN) 31-1488320 | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|
| c Employer's name, address, and ZIP code James F. Humphreys & Associates, L.C. 500 Virginia St., East Ste 800 Charleston, WV 25301 | | 3 Social security wages | 4 Social security tax withheld |
| | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | 7 Social security tips 0.00 | 8 Allocated tips 0.00 |
| d Employee's social security number 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 | | 9 Advance EIC payment 0.00 | 10 Dependent care benefits 0.00 |
| e Employee's name, address, and ZIP code James F.          Humphreys 1616 Kirklee Road Charleston, WV 25314 | | 11 Nonqualified plans 0.00 | 12a See instructions for box 12 D |
| | | 13 Statutory employee ☐   Retirement plan ☒   Third-party sick pay ☐ | 12b 0.00 |
| | | 14 Other | 12c 0.00 |
| | | | 12d 0.00 |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| WV | 31-1488320 | 0.00 | 0.00 | 0.00 | 0.00 | |

Form **W-2** Wage and Tax Statement

**2005**

Department of the Treasury—Internal Revenue Service

| a Control number | | | OMB No. 1545-0008 | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. |
|---|---|---|---|---|

| b Employer identification number 31-1488320 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|

| c Employer's name, address, and ZIP code James F. Humphreys & Associates, L.C. 500 Virginia St., East Ste 800 Charleston, WV 25301 | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 7 Social security tips 0.00 | 8 Allocated tips 0.00 |

| d Employee's social security number 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 | 9 Advance EIC payment 0.00 | 10 Dependent care benefits 0.00 |
|---|---|---|

| e Employee's name, address, and ZIP code James F. Humphreys 1616 Kirklee Road Charleston, WV 25314 | 11 Nonqualified plans 0.00 | 12a See instructions for box 12 D |
|---|---|---|
| | 13 Statutory employee ☐  Retirement plan ☒  Third-party sick pay ☐ | 12b 0.00 |
| | 14 Other | 12c 0.00 |
| | | 12d 0.00 |

| 15 State WV | Employer's state ID number 31-1488320 | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. 0.00 | 19 Local income tax 0.00 | 20 Locality name |
|---|---|---|---|---|---|---|

Form **W-2** **Wage and Tax Statement**   **2004**

Copy C—For EMPLOYEE'S RECORDS. (See Notice to Employee on back of Copy B.)

Department of the Treasury—Internal Revenue Service

Safe, accurate, FAST! Use 

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| LONG & FOSTER REAL ESTATE, INC<br>1  1 Random Hills Rd.<br><br>Fairfax          VA 22030<br>(703) 359-1612  Ext. 0000 | $ ▮▮▮▮▮▮ | **2006**<br>Form **1099-MISC** | **Miscellaneous Income** |
| | 2 Royalties<br>$ | | |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | **Copy B**<br>**For Recipient** |

| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds | 6 Medical and health care payments |
|---|---|---|---|
| 54-0840457 | 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 | $ | $ |

| RECIPIENT'S name, address, and ZIP code | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|---|
| JAMES F HUMPHREYS<br><br>UNITED CENTER SUITE 800<br>300 VIRGINIA ST EAST<br><br>CHARLESTON          WV 25301 | $ | $ | |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | 11 | 12 | |

| Account number (see instructions) | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
|---|---|---|---|
| 50-3290-5813 | $ | $ | |

| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|---|
| $ | $ | $<br>$ | | $<br>$ |

06 FORM LMB

| PAYER'S Federal identification number 42-0127290 | | 1 Gross distribution | 2004 | **FORM 1099-R** OMB No. 1545-0119 |
|---|---|---|---|---|
| PAYER'S name, street address, city, state, and ZIP code PRINCIPAL LIFE INSURANCE CO 711 HIGH STREET DES MOINES IA 50392-2440 | | 2a Taxable amount | ☐ CORRECTED (if checked) | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
| | | 2b Taxable amount not determined ☐ | Total distribution ☐ | |
| | | 3 Capital gain (included in box 2a) | 4 Federal income tax withheld | **COPY B** |
| Account number (optional) 435925 | RECIPIENT'S identification number 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 | 5 Employee contributions or insurance premiums | 6 Net unrealized appreciation in employer's securities | Report this income on your Federal tax return. If this form shows Federal income tax withheld in Box 4, attach this copy to your return. |
| RECIPIENT'S name, address, and ZIP code JAMES F HUMPHREYS 1616 KIRKLEE ROAD CHARLESTON WV 25314 | | 7 Distribution code 8 | IRA/SEP SIMPLE ☐ | 8 Other % | |
| | | 9a Your percentage of total distribution % | 9b Total employee contributions | |
| | | 10 State income tax withheld | 11 State/Payer's state number WV 42-012-7290-001 0 M | 12 State distribution |

Department of the Treasury-Internal Revenue Service

| PAYER'S Federal identification number 42-0127290 | | 1 Gross distribution | 2005 | **FORM 1099-R** OMB No. 1545-0119 |
|---|---|---|---|---|
| PAYER'S name, street address, city, state, and ZIP code PRINCIPAL LIFE INSURANCE CO 711 HIGH STREET DES MOINES IA 50392-2440 | | 2a Taxable amount | ☐ CORRECTED (if checked) | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
| | | 2b Taxable amount not determined ☐ | Total distribution ☐ | |
| | | 3 Capital gain (included in box 2a) | 4 Federal income tax withheld | **COPY 2** |
| Account number (see instructions) 435925 | RECIPIENT'S identification number 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 | 5 Employee contributions or insurance premiums | 6 Net unrealized appreciation in employer's securities | File this copy with your state, city, or local income tax return when required. |
| RECIPIENT'S name, address, and ZIP code JAMES F HUMPHREYS SUITE 800 500 VIRGINIA ST E CHARLESTON WV 25301 | | 7 Distribution code 8 | IRA/SEP SIMPLE ☐ | 8 Other % | |
| | | 9a Your percentage of total distribution % | 9b Total employee contributions | |
| | | 10 State income tax withheld | 11 State/Payer's state number WV 42-012-7290-001 0 M | 12 State distribution |

Department of the Treasury-Internal Revenue Service

F361TA-1







Fidelity INVESTMENTS

0851283 002215478

## 2004 Tax Reporting Statement

| Taxpayer ID | Page |
|---|---|
| [redacted] | 1 of 2 |

FIDELITY DISTRIBUTORS CORP.
82 Devonshire Street
Boston, MA 02109

Private Access: 800-544-5704
Visit Us Online: Fidelity.com

0851283 01 AT 0.292 **AUTO TO 0 0601 25301-216499
L A 01

UNITED NATIONAL BANK
JAMES F HUMPHREYS
500 VIRGINIA ST E
UNITED CENTER STE 800
CHARLESTON WV 25301-2164

**Tax reporting information is supplied to you by each mutual fund as a separate reporting entity. The IRS requires Fidelity to report each mutual fund separately and to not include an aggregate total of all funds. Report these amounts on the appropriate IRS Form 1040 for each mutual fund. Do not report amounts in aggregate under Fidelity Investments.**

00002

**Form 1099-DIV** **2004 Dividends and Distributions** **OMB NO. 1545-0110** **Copy B for Recipient**

| Fund Name Fund No. | Fund Tax ID | Total Ordinary Dividends (1a) | Qualified Dividends (1b) | Total Capital Gain Distributions (2a) | Non-Taxable Distributions (3) | Federal Income Tax Withheld (4) | Foreign** Tax Paid (6) |
|---|---|---|---|---|---|---|---|
| [redacted] TRUSTEE FOR BENEFIT OF JAMES F HUMPHREYS | | | | | | | |
| FIDELITY BLUE CHIP GROWTH | | | | | | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

** - Foreign Country or U.S. Possession (7) - Various

**This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.**

0747048    001815503

## 2005 Tax Reporting Statement

FIDELITY DISTRIBUTORS CORP.
82 Devonshire Street
Boston, MA 02109

| Taxpayer ID | Page |
|---|---|
| ▮▮▮▮▮▮▮ | 1 of 2 |

Private Access:    800-544-5704
Visit Us Online:   Fidelity.com

O747048 01 AT 0.308 **AUTO   T8 0 0601 25301-216499
L A  01

հվՄիՄԱԱՄԱՄՄՄՄ

JAMES F HUMPHREYS
500 VIRGINIA ST E
UNITED CENTER STE 800
CHARLESTON WV 25301-2164

Tax reporting information is supplied to you by each mutual fund as a separate reporting entity. The IRS requires Fidelity to report each mutual fund separately and to not include an aggregate total of all funds. Report these amounts on the appropriate IRS Form 1040 for each mutual fund. Do not report amounts in aggregate under Fidelity Investments.

00002

| Form 1099-DIV | | 2005 Dividends and Distributions | | | | OMB NO. ▮▮▮▮▮ |
|---|---|---|---|---|---|---|
| | | | | | | Copy B for Recipient |

| Fund Name Fund No. | Fund Tax ID | Total Ordinary Dividends (1a) | Qualified Dividends (1b) | Total Capital Gain Distributions (2a) | Nondividend Distributions (3) | Federal Income Tax Withheld (4) | Foreign** Tax Paid (6) |
|---|---|---|---|---|---|---|---|
| 2BW-827100 JAMES F HUMPHREYS - INDIVIDUAL | | | | | | | |
| FIDELITY BLUE CHIP GROWTH | | | | | | | |
| ▮▮  | | 4  |  |  |  |  |  |

** - Foreign Country or U.S. Possession (7) - Various

  **Fidelity**
INVESTMENTS

0652421    001575192

| 2006 Tax Reporting Statement | |
| --- | --- |
| Taxpayer ID | Page |
| ▓▓▓▓▓▓▓▓ | 1 of 2 |

FIDELITY DISTRIBUTORS CORP.
82 Devonshire Street
Boston, MA  02109

Private Access:     800-544-5704
Visit Us Online:    Fidelity.com

D652421 01 AT 0.308  **AUTO   T6 0 0601 25301-212500
L A 01
||.|.|||..||.|||....||.|.|..||.|.||.|.|||...||...||.|.|
JAMES F HUMPHREYS
BANC ONE LEASING CORPORATION
500 VIRGINIA ST E STE 800
CHARLESTON WV 25301-2125

Tax reporting information is supplied to you by each mutual fund as a separate reporting entity. The IRS requires Fidelity to report each mutual fund separately and to not include an aggregate total of all funds. Report these amounts on the appropriate IRS Form 1040 for each mutual fund. Do not report amounts in aggregate under Fidelity Investments.

00002

| **Form 1099-DIV** | **2006 Dividends and Distributions** | OMB NO. ▓▓▓▓▓▓▓ |
| --- | --- | --- |
| | | Copy B for Recipient |

| Fund Name Fund No. | Fund Tax ID | Total Ordinary Dividends (1a) | Qualified Dividends (1b) | Total Capital Gain Distributions (2a) | Nondividend Distributions (3) | **Federal Income Tax Withheld (4)** | Foreign** Tax Paid (6) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ▓▓▓▓▓▓▓▓▓▓▓▓ FOR BENEFIT OF JAMES F HUMPHREYS | | | | | | | |
| FIDELITY BLUE CHIP GROWTH |  |  |  |  |  |  | |
| 2BW-827100 JAMES F HUMPHREYS - INDIVIDUAL | | | | | | | |
| FIDELITY BLUE CHIP GROWTH | | | | | | | |
| ▓▓▓▓▓ ▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓ | ▓▓▓▓▓ | | |

** (7) Foreign Country or U.S. Possession - Various

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

# EXHIBIT 5

2006
FORM
IT-140

**WEST VIRGINIA**
**RESIDENT**
**INCOME TAX RETURN**



```
P 1 1 2 0 0 6 0 1 G
```

Print in Black or Blue Ink Only
Do not send a photocopy of this form. The original form is printed in black ink. Do not write on, staple or punch holes in barcode.

| A | Last Name | Name (if joint return, give first names and initials of both) | Your Social Security Number |
|---|---|---|---|
| | HUMPHREYS | JAMES F | |

| Present home address (number and street, including apartment number or rural route) | Spouse's Social Security Number |
|---|---|
| 500 VIRGINIA ST SUITE 800 | |

| City or Town | County | State | Zip Code | Enter extended due date |
|---|---|---|---|---|
| CHARLESTON | Kanawha | WV | 25301 | |

MM  DD  YY

| Your Year of Birth | Spouse's Year of Birth | Daytime Phone Number | If you filed Form WV-8379 as an injured spouse, check this box |
|---|---|---|---|

**B**  FILING STATUS (CHECK ONE)

1. Single, Head of household, or Widow(er) with dependent child .................................

2. Married filing jointly (even if only one spouse had income) .................................  **X**

3. Married filing separately. Enter spouse's social security number above & name here .......

**C**  EXEMPTIONS

1. Exemptions claimed on your federal return (SEE INSTRUCTIONS IF YOU MARKED FILING STATUS 3) .........  **3**

2. Additional exemption if surviving spouse (see page 3). Enter decedent's SSN _____  Year spouse died _____

3. TOTAL EXEMPTIONS (add boxes 1 and 2). Enter here and on line 6 below. If box 3 is zero, enter $500 on line 6 below .....  **3**

| | | |
|---|---|---|
| 1. Federal Adjusted Gross Income (Federal Form 1040; Form 1040A; or Form 1040EZ) | 1 | ▓▓▓▓ |
| 2. Additions to Income (line 29 of Schedule M) (+) | 2 | 00 |
| 3. Subtractions from Income (line 42 of Schedule M)  *See Schedule M* (-) | 3 | ▓▓▓▓ |
| 4. West Virginia Adjusted Gross Income (line 1 plus line 2 minus line 3) | 4 | ▓▓▓▓ |
| 5. Low-Income Earned Income Exclusion | 5 | 00 |
| 6. Exemptions (box 3 of Section C above __3__ x $2,000) | 6 | ▓▓▓▓ |
| 7. West Virginia Taxable Income (line 4 minus lines 5 and 6) IF LESS THAN ZERO, ENTER ZERO | 7 | ▓▓▓▓ |
| 8. Income Tax Due from (check one) ☐ Tax Table ☐ Rate Schedule ☒ Schedule T | 8 | ▓▓▓▓ |
| 9. West Virginia Income Tax Withheld (ENCLOSE LEGIBLE W-2(S) OR 1099(S)) | 9 | ▓▓▓▓ |
| 10. Estimated Tax Payments and Payments with Extension | 10 | |
| 11. Senior Citizen Tax Credit for Property Tax Paid (enclose Form WV/SCTC-1) | 11 | 00 |
| 12. Tax Credits/Employment/Nonfamily Adoption Credits | 12 | 00 |
| 13. Credit for Income Tax Paid to Other State(s) (enclose Schedule E) | 13 | 00 |
| 14. Sum of Payments and Credits (add lines 9 through 13) | 14 | ▓▓▓▓ |
| 15. Balance of Tax Due (line 8 minus line 14) | 15 | 0 00 |
| 16. Penalty Due from Form IT-210 (see instructions on page 31) | 16 | 00 |
|     CHECK IF REQUESTING WAIVER/ANNUALIZED WORKSHEET ATTACHED ☐ | | |
| 17. Balance Due the State (add lines 15 and 16) ENCLOSE PAYMENT VOUCHER (page 2) | 17 | 0 00 |
|     CHECK HERE IF PAYMENT BY CREDIT/DEBIT CARD ☐ | | |
| 18. Overpayment (subtract line 8 from line 14) | 18 | ▓▓▓▓ |
| 19. Amount of Overpayment to be Credited to 2007 Estimated Tax | 19 | |
| 20. West Virginia Children's Trust Fund to help prevent child abuse and neglect. | | |
|     Enter the amount of your contribution: ☐ $5 ☐ $25 ☐ $100 | | |
|     ☐ Other $ _____ | 20 | 00 |
| 21. Deductions from your Overpayment (add lines 19 and 20) | 21 | ▓▓▓▓ |
| 22. Refund Due You (subtract line 21 from line 18) (Refund of $2 or less, see page 5) .... REFUND | 22 | 00 |

DIRECT DEPOSIT OF REFUND   Type: ☐ Checking  ☐ Savings

Routing number _____  Account number _____

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief it is true, correct and complete. I authorize the State Tax Department to discuss my return with my preparer.   YES ☒   NO ☐

**Sign Here**

Your Signature _____  Date _____  4/13/07

Spouse's Signature _____  Date _____

| Preparer's Signature | |
|---|---|
| 55-0661933 | |
| Preparer's EIN | |
| Cain & Associates, CPA's | |
| Parkersburg              WV 26101 | |
| Address of Preparer | Daytime Phone Number  304-422-5209 |

Mail To:
REFUND
WV State Tax Department
P.O. Box 1071
Charleston, WV 25324-1071

BALANCE DUE
WV State Tax Department
P.O. Box 3694
Charleston, WV 25336-3694

# EXHIBIT 6

| Form **1040** | Department of the Treasury—Internal Revenue Service<br>**U.S. Individual Income Tax Return** | **2006** | (99) | IRS Use Only - Do not write or staple in this space. |
|---|---|---|---|---|

For the year Jan. 1–Dec. 31, 2006, or other tax year beginning _____ , 2006, ending _____ , 20 ___     OMB No. 1545-0074

**Label**
(See instructions on page 16.)
Use the IRS label.
Otherwise, please print or type.

| L A B E L | Your first name and initial **JAMES F**    Last name **HUMPHREYS** | Your social security number |
|---|---|---|
| | If a joint return, spouse's first name and initial    Last name | Spouse's social security number |
| H E R E | Home address (number and street). If you have a P.O. box, see page 16. **500 VIRGINIA ST SUITE 800**    Apt. no. | **You must enter your SSN(s) above.** ▲ |
| | City, town or post office, state, and ZIP code. If you have a foreign address, see page 16. **CHARLESTON    WV 25301** | Checking a box below will not change your tax or refund. |

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ▶ [X] You [ ] Spouse

**Filing Status**
Check only one box.

1. [ ] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4. [X] Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child (see page 17)

**Exemptions**

6a [X] Yourself. If someone can claim you as a dependent, **do not** check box 6a
b [ ] Spouse
c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qual. child for child tax cr. (see page 19) |
|---|---|---|---|
| JAMES O   HUMPHREYS | | Son | |
| KATHLEEN M   HUMPHREYS | | Daughter | |
| | | | |
| | | | |

If more than four dependents, see page 19.

Boxes checked on 6a and 6b **1**
No. of children on 6c who:
- lived with you **2**
- did not live with you due to divorce or separation (see page 20)
Dependents on 6c not entered above
Add numbers on lines above ▶ **3**

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 23.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see page 23) | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 24) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions | 15a |    b Taxable amount (see page 25) | 15b | |
| 16a | Pensions and annuities | 16a |    b Taxable amount (see page 26) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits | 20a |    b Taxable amount (see page 27) | 20b | |
| 21 | Other income. List type and amount (see page 29) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | |

**Adjusted Gross Income**

| 23 | Archer MSA deduction. Attach Form 8853 | 23 | |
|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction (see page 29) | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid   b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction (see page 31) | 32 | |
| 33 | Student loan interest deduction (see page 33) | 33 | |
| 34 | Jury duty pay you gave to your employer | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 80.
DAA
Form **1040** (2006)

# EXHIBIT 7

THIS DEED, Made and entered into this **10th day of December,** **1993,** by and between **D. ORSON BRUMBAUGH** and **ROBERTA R. BRUMBAUGH,** his wife, parties of the first part, and **JAMES F. HUMPHREYS** and **DONNA H. HUMPHREYS, his wife,** parties of the second part.

### WITNESSETH:

That for and in consideration of the sum of Ten Dollars ($10.00) cash in hand paid and other good and valuable considerations, the receipt and sufficiency of all of which is hereby acknowledged, the said parties of the first part do hereby **GRANT** and **CONVEY** unto the said parties of the second part, as joint tenants with the right of survivorship and not as tenants in common, all that certain lot or parcel of land, together with the improvements thereon and the appurtenances thereunto belonging, situate in the City of Charleston, Charleston South Annex Tax District, Kanawha County, West Virginia, and being all of Lot Ninety-Six (96) of Sherwood Forest Subdivision, as shown upon a map thereof entitled, "No. _1616_ Kirklee Road being Lot Ninety-Six in Sherwood Forest, a subdivision of Sherwood Land Co., Extension of Area "B" on the waters of Davis Creek, Loudon District, Kanawha County, West Virginia, Property of Ronald L. Riley and Mary E. Riley, dated April 3, 1973, made by G. C. McClung, L.L.S., and of record in the Office of the Clerk of the County Commission of Kanawha County, West Virginia, in Deed Book 1688 at page 659; and being all of the same property conveyed unto D. Orson Brumbaugh and Roberta R. Brumbaugh, his wife, from Ramakrishnan Iyer and Chang Iyer, his wife, by deed dated February 28, 1992, and of record in aforesaid Clerk's Office in Deed Book 2290 at page 787. Reference being here made to aforesaid deed and map for a more particular description of the property herein conveyed.

This conveyance is made expressly subject to the protective covenants, restrictions, reservations for mineral rights, rights of way and easements and reservation five feet in width adjoining the rear property line of the hereinabove conveyed property as

*My James F. Humphreys* *707 Virginia St. E.* *Bank One Center Ste. Sw.* *Charleston WV 25301* *1113*






contained or referred to in the deed from Sherwood Land Company, a corporation, to Ronald L. Riley and wife by deed dated April 5, 1973, and of record in aforesaid Clerk's Office in Deed Book 1688 at page 656.

Subject to prior restrictive covenants, reservations, conditions, easements and rights of way contained in prior deeds of record affecting said lot or parcel of land, the parties of the first part covenant with the parties of the second part that they will **WARRANT GENERALLY** the title to the property hereby conveyed, and that the same is free and clear of all liens and encumbrances except real estate taxes assessed for the tax year 1994 which shall be paid by the parties of the second part when due.

### DECLARATION OF CONSIDERATION OR VALUE

The grantors hereby declare the total consideration paid for this property is 

**WITNESS** the following signatures and seals:

  

_D. Orson Brumbaugh_ (SEAL)
**D. ORSON BRUMBAUGH**

_Roberta R. Brumbaugh_ (SEAL)
**ROBERTA R. BRUMBAUGH**

STATE OF WEST VIRGINIA,

COUNTY OF KANAWHA, to-wit:

The foregoing instrument was acknowledged before me this the 10th day of December, 1993, by D. ORSON BRUMBAUGH and ROBERTA R. BRUMBAUGH, his wife.

My commission expires: _August 30, 1999_ .

_Melea H. Brotherton_
NOTARY PUBLIC

### OWNER OCCUPIED
The property described in this deed will be used exclusively for residential purposes.

**THIS INSTRUMENT PREPARED BY:**
Larry D. Taylor, Attorney at Law
Bank One Center, Suite 1130
707 Virginia Street, East
Charleston, West Virginia  25301  (304) 346-0563

OFFICIAL SEAL
STATE OF WEST VIRGINIA
NOTARY PUBLIC
MELEA H. BROTHERTON
1332 Morningside Drive
Charleston, WV 25314
My Commission Expires 8-30-99

This instrument was presented to the Clerk of the County Commission of Kanawha County, West Virginia, on and the same is admitted to record. **DEC 1 0 1993**

Teste: _Alma G. King_ , Clerk,

    

| PROPERTY TYPE | ACCOUNT NO. | YEAR | TICKET NO. | RATE | CLASS | ASSESSMENT | ASSESSMENT LESS EXEMPTION | HALF YEAR TAX |
|---|---|---|---|---|---|---|---|---|
| REAL | 07285948 | 2007 | 17952 | | 2 | 151200 | 151200 | ▆▆▆ |

### PROPERTY DESCRIPTION

LT 96 SHERWOOD FOREST SUB
EXTN AREA B KIRKLEE RD 1616

If you are age 64 or older, or 100% disabled, contact the Kanawha County Assessors Office about the **HOMESTEAD EXEMPTION**. Application period is July 1st thru December 1st each year.

### TAX USAGE FOR DISTRICT
### 09-CHAS SA

STATE
COUNTY CURRENT
COUNTY EXCESS
SCHOOL CURRENT
SCHOOL EXCESS
SCHOOL BOND
MUNICIPAL CURRENT
MUNICIPAL EXCESS
MUNICIPAL BOND

448***479**141912******AUTO**5-DIGIT 25314

|.|..||.|..||..||.|.|..|.|.|.|..||...||..|..||.||

HUMPHREYS JAMES F &
DONNA H
1616 KIRKLEE RD
CHARLESTON WV 25314-2427

MAP/PARCEL:   6C 0108 0000 0000

*RETAIN THIS SECTION FOR YOUR RECORDS*

### PAYMENT SCHEDULE - SECOND HALF / FULL YEAR

| NAME | ACCOUNT NO. | YEAR | TICKET NO. |
|---|---|---|---|
| HUMPHREYS JAMES F & DONNA H | 07285948 | 2007 | 17952 |

| IF PAID BY: | 2ND HALF | FULL YEAR | DISTRICT | PROPERTY TYPE |
|---|---|---|---|---|
| MARCH 1, 2008 | ▆▆▆ | ▆▆▆ | 09-CHAS SA | REAL |
| MARCH 31, 2008 | ▆▆▆ | ▆▆▆ | | |
| APRIL 1, 2008 | ▆▆▆ | ▆▆▆ | | |
| APRIL 30, 2008 | ▆▆▆ | ▆▆▆ | | |

IF EITHER HALF IS NOT PAID BY APRIL 30TH, IT WILL BE PUBLISHED AS REQUIRED BY LAW WITH FEES ADDED

**PLEASE REVIEW THIS STATEMENT CAREFULLY.**
If you feel that there is an error with the assessment of your property, please contact the County Assessors them immediately. You can contact them by calling 304-357-0250, or via e-mail at **assessor@kanawha.us**. W. Va. Code §?1-3-27 imposes strict deadlines for correcting errors.

THIS STATEMENT IS FOR TAXES ASSESSED ON PROPERTY YOU OWNED ON JULY 1 OF THE PRECEDING YEAR. TAXES ON PROPERTY YOU OWN THIS JULY 1 WILL BE BILLED NEXT YEAR. PLEASE BRING ANY DISCREPANCIES TO THE ATTENTION OF THE COUNTY ASSESSOR.

MAP/PARCEL:   6C 0108 0000 0000

### PAYMENT SCHEDULE - FIRST HALF / FULL YEAR

| NAME | ACCOUNT NO. | YEAR | TICKET NO. |
|---|---|---|---|
| HUMPHREYS JAMES F & DONNA H | 07285948 | 2007 | 17952 |

| IF PAID BY: | 1ST HALF | FULL YEAR | DISTRICT | PROPERTY TYPE |
|---|---|---|---|---|
| SEPTEMBER 1, 2007 | ▆▆▆ | ▆▆▆ | 09-CHAS SA | REAL |
| SEPTEMBER 30, 2007 | ▆▆▆ | | | |
| OCTOBER 31, 2007 | ▆▆▆ | ▆▆▆ | | |
| NOVEMBER 30, 2007 | ▆▆▆ | ▆▆▆ | | |
| DECEMBER 31, 2007 | ▆▆▆ | ▆▆▆ | | |
| JANUARY 31, 2008 | ▆▆▆ | ▆▆▆ | | |
| FEBRUARY 28, 2008 | ▆▆▆ | ▆▆▆ | | |
| MARCH 1, 2008 | ▆▆▆ | ▆▆▆ | | |
| MARCH 31, 2008 | ▆▆▆ | ▆▆▆ | | |

**PLEASE REVIEW THIS STATEMENT CAREFULLY**
If you feel that there is an error with the assessment of your property, please contact the County Assessor s office immediately. You can contact them by calling 304-357-0250, or via e-mail at **assessor@kanawha.us**. W. Va. Code §?1-3-2 imposes strict deadlines for correcting errors.

TEAR OFF AND RETURN THIS PORTION WITH YOUR PAYMENT IF YOU ARE PAYING EITHER THE FIRST HALF OR THE FULL YEAR TAXES.

PLEASE CIRCLE THE AMOUNT PAID

TO AVOID INTEREST CHARGES
PAY THE 1ST HALF BEFORE OCTOBER 1
AND THE 2ND HALF BY APRIL 1

THIS STATEMENT IS FOR TAXES ASSESSED ON PROPERTY YOU OWNED ON JULY 1 OF THE PRECEDING YEAR. TAXES ON PROPERTY YOU OWN THIS JULY 1 WILL BE BILLED NEXT YEAR. PLEASE BRING ANY DISCREPANCIES TO THE ATTENTION OF THE COUNTY ASSESSOR.

MAP/PARCEL:   6C 0108 0000 0000



KANAWHA COUNTY SHERIFF'S OFFICE
TAX DIVISION
409 VIRGINIA ST E RM 120
CHARLESTON, WV 25301-2595

If you are age 64 or older, or 100% disabled, contact the Kanawha County Assessors Office about the **HOMESTEAD EXEMPTION**. Application period is July 1st thru December 1st each year.

HUMPHREYS JAMES F &                                    184
DONNA H
1616 KIRKLEE RD
CHARLESTON WV 25314-2427

## KANAWHA COUNTY STATEMENT OF TAXES DUE

| PROPERTY TYPE | ACCOUNT NO. | YEAR | TICKET NO. |
|---|---|---|---|
| REAL | 07285948 | 2006 | 17766 |

| DISTRICT |
|---|
| 09-CHAS SA |

### PROPERTY DESCRIPTION

LT 96 SHERWOOD FOREST SUB
EXTN AREA B KIRKLEE RD 1616

| RATE | CLASS | ASSESSMENT | ASSESSMENT LESS EXEMPTION | HALF YEAR TAX |
|---|---|---|---|---|
| 1.453400 | 2 | 150900 | 150900 | |

| TOTAL (1/2 YEAR) ➡ | |
|---|---|

*RETAIN THIS SECTION FOR YOUR RECORDS*

## PAYMENT SCHEDULE - SECOND HALF / FULL YEAR

| NAME | COUNTY | ACCOUNT NO. | YEAR | TICKET NO. |
|---|---|---|---|---|
| HUMPHREYS JAMES F & DONNA H |  | 07285948 | 2006 | 17766 |

| IF PAID BY: | 2ND HALF | FULL YEAR | DISTRICT | PROPERTY TYPE |
|---|---|---|---|---|
| ARCH 1, 2007 | | | 09-CHAS SA | REAL |
| ARCH 31, 2007 | | | | |
| PRIL 1, 2007 | | | | |
| PR** 30, 2007 | | | | |

IF EITHER HALF IS NOT PAID BY APRIL 30TH, IT WILL BE PUBLISHED AS REQUIRED BY LAW WITH FEES ADDED

### TAX USAGE

STATE
COUNTY CURRENT
COUNTY EXCESS
SCHOOL CURRENT
SCHOOL EXCESS
SCHOOL BOND
MUNICIPAL CURRENT
MUNICIPAL EXCESS
MUNICIPAL BOND

MAP/PARCEL:    6C 0108 0000 0000

STATEMENT IS FOR TAXES ASSESSED ON PROPERTY YOU OWNED ON JULY 1 OF THE PRECEDING YEAR. ES ON PROPERTY YOU OWN THIS JULY 1 WILL BE BILLED NEXT YEAR. PLEASE BRING ANY DISCREPANCIES HE ATTENTION OF THE COUNTY ASSESSOR.

MIKE RUTHERFORD
SHERIFF & TREASURER
KANAWHA        COUNTY

RECEIPT FOR TAXES PAID
REAL PROPERTY TAXES        2005

| DISTRICT | NAME | TICKET NO. |
|---|---|---|
| CHAS SA | HUMPHREYS JAMES F & DONNA H 1616 KIRKLEE RD | 17740 |

| DESCRIPTION | RATE | CLASS | VALUATION | VAL LESS HOMESTEAD EXEMP. | "TAX (½ year)" |
|---|---|---|---|---|---|
| LT 96 SHERWOOD FOREST SUB EXTN AREA B KIRKLEE RD 1616 | 1.453600 | 2 | 151020 | 151020 | ▉ |
| | | | | TOTAL | ▉ |

| TYPE OF PAYMENT | DATE PAID | | |
|---|---|---|---|
| FULL YEAR | 7/21/2005 | LESS 2½% DISCOUNT | ▉ |
| HUMPHREYS JAMES F & DONNA H 1616 KIRKLEE RD CHARLESTON    WV 25314 | | PLUS 9% INTEREST PER ANNUM | ▉ |
| | | ADVERTISING AND RECEIPT FEE | ▉ |
| | | AMOUNT COLLECTED | ▉ |
| | | DEPUTY | ▉ |



| PROPERTY TYPE | KANAWHA COUNTY | DISTRICT | ACCOUNT NO. | YEAR | TICKET NO. |
|---|---|---|---|---|---|
| AL | | 09-CHAS SA | 07285948 | 2004 | 17741 |

| PROPERTY DESCRIPTION | RATE | CLASS | ASSESSMENT | ASSESSMENT LESS EXEMPTION | HALF YEAR TAX |
|---|---|---|---|---|---|
| 96 SHERWOOD FOREST SUB IN REA B KIRKLEE RD 1616 | 1.473800 | 2 | ▓ | ▓ | ▓ |

|  | TOTAL HALF YEAR TAX | ▓ |
|---|---|---|

HUMPHREYS JAMES F &
DONNA H
1616 KIRKLEE RD
CHARLESTON          WV 25314

MAKE CHECKS PAYABLE TO:

DAVE TUCKER, SHERIFF/TREASURER
KANAWHA COUNTY COURTHOUSE
409 VIRGINIA ST. E., ROOM 120
CHARLESTON, WV 25301

*RETAIN THIS SECTION FOR YOUR RECORDS.*

| NAME | KANAWHA COUNTY | ACCOUNT NO. | YEAR | TICKET NO. |
|---|---|---|---|---|
| MPHREYS JAMES F & NNA H | | 07285948 | 2004 | 17741 |

| PAYMENT SCHEDULE - SECOND HALF | | | DISTRICT | PROPERTY TYP |
|---|---|---|---|---|
| IF PAID BY: | 2ND HALF | FULL YEAR | 09-CHAS SA | REAL |

| IF PAID BY: | 2ND HALF | FULL YEAR |
|---|---|---|
| RCH 1 | ▓ | ▓ |
| RCH 3i | ▓ | ▓ |
| RI' 1 | | |
| R. 30 | | |

IF EITHER HALF IS NOT PAID BY APRIL 30TH, IT WILL BE PUBLISHED AS REQUIRED BY LAW WITH FEES ADD

TAX USAGE:
STATE
COUNTY CURRENT
COUNTY EXCESS
SCHOOL CURRENT
SCHOOL EXCESS
SCHOOL BOND
MUNICIPAL CURRENT
MUNICIPAL EXCESS
MUNICIPAL BOND

IIS STATEMENT IS FOR TAXES ASSESSED ON PROPERTY YOU OWNED ON JULY 1 OF THE PRECEDING YEAR.
XES ON PROPERTY YOU OWN THIS JULY 1 WILL BE BILLED NEXT YEAR. PLEASE BRING ANY DISCREPANCIES
) THE ATTENTION OF THE COUNTY ASSESSOR.

MAP/PARCEL:    6C 0108 0000 0000

Fee $5.50 Mail to: Goodwin & Goodwin, LLP
ATT: Tammy J. Owen, P.O. Box 2107, Charleston, WV 25328-2107

THIS DEED, Made this the 16th day of April, 2001, by and between **JAMES F. HUMPHREYS** and **DONNA H. HUMPHREYS**, his wife, GRANTORS AND PARTIES OF THE FIRST PART, and **FOXCROSS FARMS, LLC**, a West Virginia Limited Liability Company GRANTEE AND PARTY OF THE SECOND PART.

## W I T N E S S E T H:

That for and in consideration of the sum of TEN DOLLARS ($10.00) and other good and valuable consideration, the receipt of all of which is hereby acknowledged upon delivery of this deed, the GRANTORS do hereby grant and convey, with covenants of general warranty of title, to the said FOXCROSS FARMS, LLC, all of those three (3) certain tracts or parcels of real estate, together with any and all improvements, easements, rights of ways and appurtenances thereunto belonging, lying and situate primarily in Blue Sulphur District and a small portion of Tract No. 2 in Fort Spring District, Greenbrier County, West Virginia, and more particularly bounded and described as follows:

### TRACT NO. 1 - 479.184 ACRES, MORE OR LESS:

"Beginning at a large walnut tree, on the hillside at a fence corner, a corner to the lands of Gainer, Clark Trust and Polan; thence with the lands of Gainer N 47°-25' E 1,000.00 feet to an iron pipe, set in the fence line; thence through the Gainer lands S 76°-45' E 1,007.48 feet to an iron pipe set in the fence line near a turn in the fence; thence N 81°-24' E 932.45 feet to a large oak tree at a turn in the fence; thence N 19 °-O1' E 974.97 feet to a fence post at an off-set in the fence line; thence N 55°-20' E 757.56 feet to a fence post; thence N 76°-30' E 875.00 feet to an iron pipe in the fence line; thence leaving the fence line S 39°-08' E 461.50 feet to an iron pipe on the south side of the access road to the spring; thence along the south side of the road N 76°-18' E 1,299.11 feet to an iron pipe near the road; thence N 61°-04' E 400.00 feet to an iron pipe below the road; thence leaving the road and crossing Mill Creek S 63°-08' E 600.00 feet to an iron pipe on the side of the hill west of the spring; thence N 72°-19' E 794.87 feet to an oak tree on the outside lines of the Gainer property; thence with the outside lines of the Gainer 735.15 acre tract N 82°-02' E 523.83 feet to a fence post on the line of the Frye tract; thence with Frye S 40°-24' W 472.40 feet to two red oaks near a large rock; continuing with Frye N 71°-24' E 1,012.26 feet to a fence post at the corner of Falls; thence leaving Frye S 08°-06' W 2,437.12 feet with the lines of Falls and Hedrick to an oak tree in the fence line, a corner to Chase; thence with the lines of Chase S 34°-31' W 578.66 feet to a walnut tree in the line of an old rail fence; thence S 77°-19' W 583.95 feet to an iron pipe on a flat; thence S 33 °-09' W 1,204.50 feet to a large oak on the side of the hill, a common corner to Chase, Gainer and Clark; thence leaving Chase with the line between Gainer and Clark N 37°-26' W 255.59 feet to a stake; S 73°-29' W. 408.11 feet to a stake; N 69°-50' W 995.24 feet to a stake in the road to the spring; N 63°-17' W 192.46 feet; N 45°-30' W 151.10 feet; N 18°-18' W 395.00 feet; N 34°-22' W 111.12 feet; N 59°-00' W 256.05 feet; N 83°-56' W 334.00 feet; S 79°-19' W 123.40 feet; N 22°-02' W 297.96 feet; N 22°-07' W 300.48 feet; N 89°-36' W 187.38 feet; S 68°-11' W 178.18 feet; S 14°-00' E 266.75 feet; S 02°-00' E 167.14 feet; S 40°-06' W 43.07 feet; S 60°-19' W 373.02 feet; S 75°-02' W 192.77 feet; S 58°-48' W

104.58 feet; S 29°-06' W 167.27 feet; S 06°-28 W 200.32 feet; S 65°-43' W 140.37 feet; S 76°-18' W 227.82 feet; N 56°-00' W 80.93 feet; S 73°-17' W 457.00 feet; S 81°-24' W 779.28 feet; S 84°-03' W 298.66 feet; N 47°-25' W 287.36 feet; N 28°-49' E 472.24 feet; N 62°-01' E 167.12 feet to a large rock on the south side of Mill Creek; thence crossing the creek N 10°-08' W 239.57 feet to a red-cap metal pin; thence N 66°-55' W 1,348.95 feet to the point of beginning, containing in all 479.184 acres, more or less."

This tract is further described on that certain plat of survey prepared by McGuire Engineering Company on December 16, 1986, and of record in Map Book 4, Hanging File 40-B, and reference is hereby made to said plat for a more particular description of said tract.

The Grantors do further grant and convey unto the Grantee, a non-exclusive easement from the Asbury Road, State Secondary Route 54/2, through the residue of the Gainer real estate over the roadway presently established and along the spring access road, as more particularly shown on the aforesaid plat, and thence across Mill Creek to the north line of the real estate hereby conveyed, for the purpose of ingress to and egress from that tract.

### TRACT NO. 2 – 1,305.156 ACRES, MORE OR LESS:

"Beginning at a large walnut tree, on the hillside at a fence corner, a corner to the lands of P. L. Gainer, Clark Trust and a former Polan tract that is now P.L. Gainer; thence with the lines of Gainer S 05°-57' E. 422.15 feet to a bunch of elms on the side of Mill Creek; thence down the creek continuing with Gainer S 66°-44' W 212.55 feet to a beech and ash; N 90°-00 W 456.90 feet to a double elm tree; S 41°-08' W 378.01 feet to a fence post; S 85°-57' W 644.60 feet to a walnut tree; S 85°-56' W 359.03 feet to a stake on the bank of the creek; N 70°-50'W 261.35 feet to a stake at the creek; S 82°-55' W 130.57feet to a post where a down sugar is called for, a corner to the Qualls tract (formerly Feamster); thence leaving Gainer with the lines of Qualls, leaving the creek S 47°-46' E 265.78 feet to three ash trees on the side of the hill; S 19°-10' E 992.57feet to a double elm tree; S 03°-02' E 380.12 feet to a fence post; S 58°-11' W 1,642.47 feet to an elm in the fence line; N 59°-31' W 182.41 feet to a black walnut tree; N 70°-25' W 873.89 feet crossing the bottom and Mill Creek to a post on the south line of W. Va. State Route No. 12; thence leaving Qualls with the line of the highway S 20°-31' W 202.00 feet to a point; S 28°-22' W 271.65 feet to a point; S 35°-04' W 488.71 feet, crossing Mill Creek at a culvert, to a post on the Clyde Feamster Tract; thence continuing with the highway S 42°-19' W 2,139.60 feet to a fence post at the northeast corner of the intersection of the south line of Route No. 12 and the east side of S. S. R. No. 54/3; thence leaving the highway S 62°-36' E 487.79 feet to a post, a corner on the Granielle Farms, Inc. tract; thence with the lines of the Granielle Farms, Inc., with the lines of a fence N 81°-41' E 563.29 feet to a fence post; N 87°-31' E 159.23 feet to a fence post; S 83°-17' E 1,103.98 feet to a fence post; N 67°-57' E 824.53 feet to a corner fence post opposite a cattle guard on access road; S 09°-34' E 735.80 feet to a buckeye stump in the fence; S 82°-03' E 184.86 feet to a fence post; S 04°-01' E 278.37 feet to a fence post; S 21°-03' E 1,091.29 feet to a post at three gates; N 61°-59' E 867.14 feet to a fence post; N 84°-12' E 292.76 feet to a fence post; S 05°-58' E 724.29 feet to a fence post on the north side of the Mountain Gap Road, S. S. R . No. 54/5; thence with the road S 62°-40' W 307.99 feet to a point on the side of the road; N 78°-09' W 309.00 feet to a point on the side of the road; S 74°-15' W 362.74 feet to a point in the road; S 71°-33' W 569.50 feet to a point in the road at a turn of the same, to the right; thence leaving the road S 14°-29' W 594 .15 feet to a fence post at the corner of the Hanger Cemetery; thence S 34°-50' E 324.27 feet to a chestnut oak at the corner of the cemetery, a corner to the Will Baker land; thence with Will Baker N 73°-43' E 1,356.78 feet to a fence post; S 83°-58' E 613.04 feet to a ten inch maple tree; S 40°-20' E 124.18 feet to a fence post in the corner of a field; S

86°-14' E 732.14 feet to a point on the edge of Muddy Creek Mountain Road; thence with the road N 78°-13' E 480.00 feet to a point on the road, on the line of Voorhees; thence leaving the road with the line of Voorhees N 00°-36' W 821.72 feet to a beech tree; N 86°-58' E 352.51 feet to a beech tree; N 86°-58' E 352.51 feet to a beech tree; N 39°-02' E 701.58 feet to a fence post at a gate near a spring; N 06°-40' E 460.13 feet to a large sugar maple; N 63°-48' E 386.84 feet to an ash tree; N 09°-00' E 258.02 feet to a sugar maple tree; N 76°-58' E 1,050.91 feet to a sugar maple tree; S 49°-24' E 406.59 feet, up the mountain to a poplar tree; S 73°-37' E 296.77 feet to a lynn tree by the mountain road; thence leaving Voorhees and with the road N 46°-58' E 83.63 feet to a locust tree, a corner to the McVey tract; thence leaving the road with McVey N 27°-00' W 477.16 feet to an ash tree; N 04°-54' E 301.18 feet to a 24" maple tree; N 29°-00' E 658.97 feet to a 26" oak tree; N 47°-09' E 1,724.82 feet to a 26" sugar, a corner to Chase; thence leaving McVey with the lines of Chase N 84°-42' E 190.45 feet to 2 chestnut stumps; N 33°-43' E 367.37 feet to a chestnut stump in a fence line; N 60°-55' E 350.93 feet to a double popular tree; N 66°-05' E 271.65 feet to 3 chestnut stumps; N 44°-55' E 144.93 feet to a black walnut tree; N 10°-46' E 658.83 feet to a chestnut stump in fence line; N 28°-31' E 208.02 feet to 3 chestnut stumps; N 75°-05' E 521.50 feet to a large maple tree just under the bank of the Muddy Creek Mountain road; thence continuing with Chase N 54°-06' W 515.15 feet to a large oak tree, a common corner to Chase, P. L. Gainer and Clark Trust; thence leaving Chase with the line between Gainer and Clark Trust N 37°-26' W 255.59 feet to a stake; S 73°-29' W 408.11 feet to a stake; N 69°-50' W 995.24 feet to a stake in the road to the spring; N 63°-17' W 192.46 feet; N 45°-30' W 151.10 feet; N 18°-18' W 395.00 feet; N 34°-22' W 111.12 feet; N 59°-00' W 256.05 feet; N 83°-56' W 334.00 feet; S 79°-19' W 123.40 feet; N 22°-02' W 297.96 feet; N 22°-07' W 300.48 feet; N 89°-36' W 187.38 feet;. S 68°-11' W 178.18 feet; S 14°-00' E 266.75 feet; S 02°-00' E 16°.14 feet; S 40°-06' W 43.07 feet; S 60°-19' W 373.02 feet; S 75°-02' W 192.77 feet; S 58°-48' W 104.58 feet; S 29°-06' W 167.27 feet; S 06°-28' W 200.32 feet; S 65°-43' W 140.37 feet; S 76°-18' W 227.82 feet; N 56°-00' W 80.93 feet; S 73°-17' W 457.00 feet; S 81°- 24' W 779.28 feet; S 84°-03' W 298.66 feet; N 47°-25' W 287.36 feet; N 28°-49' E 472.24 feet; N 62°-01' E 167.12 feet to a large rock on the south side of Mill Creek; thence crossing the creek N 10°-08' W 239.57 feet to a red-cap metal pin; thence N 66°-55' W 1,348.95 feet to the point of beginning, containing in all 1,305.156 acres, more or less."

This tract is further described on that certain plat of survey prepared by McGuire Engineering Company on December 16, 1986, and of record in map Book 4, Hanging File 40-B, and reference is hereby made to said plat for a more particular description of said tract.

Included within the boundaries of said 1,305.156 acre tract is a smaller tract containing 23.743 acres, more or less, which was conveyed by separate deed to Buena Vista, L.L.C., by Manuel Dupkin II, et ux., by deed dated December 10, 1997, and of record in the Greenbrier County Clerk's Office in Deed Book 447 at page 332 and which tract is more particularly bounded and described as follows:

"Beginning at an iron pipe, set in the fence line on the North side of the gravel roadway leading into the house site, which iron pipe is situate N 49°-07' W 697.28 feet from a 48 inch white oak tree on the slope in front of the house; thence with the line of the fence N 60°-27' E 270.40 feet to a fence post at the east end of a watering trough; thence leaving the fence and through a patch of woods N 69°-29' E 1,263.72 feet to an iron pipe set on a knoll in an open field; thence crossing over a low ridge S 04°30' E 900.00 feet to an iron pipe on the side of the hill; thence along the side of the hill S 68°-13 W 824.13 feet to an iron pipe; thence N 49°-07'

W 957.73 feet, passing the 48 inch white oak reference tree at 260.44 feet, to the point of beginning, containing 23.743 acres, more or less."

It is the intention of the Grantors herein to grant and convey unto the Grantee as aforesaid the 23.743 acre tract as aforedescribed. Said tract is also described on the above referred to plat of survey to which reference is also made.

Further included in this conveyance are the easements which benefit said 23.743 acre tract which are more particularly set forth as follows:

"THE PARTIES OF THE FIRST PART FURTHER GRANT unto the party of the second part a non-exclusive easement or right-of-way for purposes of ingress and egress from West Virginia Secondary Route No. 54/3 over the Gravel Access Road as presently established to the western line of the real estate hereby conveyed, the right to use water from the spring on the slope of Muddy Creek Mountain east of the real estate hereby conveyed, including the right to locate a pump at that spring and the pipeline extending from the same to the real estate hereby conveyed, with the right to repair, replace and remove that pipeline, the right to maintain a pump at the spring and such other rights as may be necessary or convenient to fully utilize the same."

The above description to the 1,305.156 acre tract is hereby modified to the extent of that Boundary Line Agreement dated August 18, 1998 by and between Buena Vista, L.L.C. and Paul K. Moran and Ann C. Moran, recorded among the records of the Greenbrier County Clerk's Office prior to the recordation of this deed. The new boundary line as established by said agreement is more particularly set forth as follows:

"Beginning at a 1/2 inch rebar found on the north right-of-way line of State Local Service Route 40 (Muddy Creek Mountain Road), and on the line of Buena Vista, LLC (DB 447, PG 325) and Paul K. Moran (DB 401, PG 627); thence leaving the north right-of-way line of S.L.S. Route 40, and with an agreed line between Buena Vista LLC and Paul K. Moran, by 1877 survey (DB 30, PG 164), N 05-06-35 E 806.64 feet to a 36 inch beech tree; thence, N89-58-52 E 329.09 feet to a 1/2 inch rebar found; thence, N 41-58-52 E 21.85 feet to a 1/2 inch rebar set, thence, N 41-58-52 E 308.29 feet to a 1/2 inch rebar set; thence, N 41-25-44 E 430.67 feet, crossing a soil road to a 1/2 inch rebar found, thence, N 41-25-44 E 18.10 feet to a 1/2 inch rebar set in the fence line, on the west edge of a soil road; thence continuing with the west edge of said road, and with the fence line, N 03-24-23 W 68.49 feet to a fence post; thence, N 01-51-19 E 115.89 feet to a fence post; thence, N 05-56-57 E 54.34 feet to a fence post; thence N 11-51-38 E 73.24 feet to a fence post; thence, N 25-34-59 E 67.72 feet to a fence post; thence, N 40-38-33 E 67.00 feet to a fence post; thence leaving the west edge of said soil road, and leaving the fence line, N 46-45-57 E 544.81 feet to a fence post on the northwest side of aforementioned soil road; thence leaving the road and the fence line, N 71-19-02 E 318.14 feet to a 34 inch poplar tree; thence, N 67-14-17 E 883.27 feet to a 1/2 inch rebar set in the branch, thence up the branch S 46-07-49 E 170.58 feet to a point in the branch; thence up the branch, S 58-10-34 E 181.77 feet to a point in the branch; thence up the branch, S 73-50-20 E 121.53 feet to a point in the branch; thence up the branch, S 63-41-43 E 136.89 feet to a point in the branch; thence up the branch, S 44-59-52 E 270.70 feet to a point in the branch;

thence up the branch, S 53-29-47 E 86.47 feet to a point in the branch; thence, S 75-46-46 E 221.59 feet to a 1/2 inch rebar set on the northwest right of way line of S.L.S. Route 40..."

Reference is also made to that plat of survey representing the new boundary line as aforesaid of record in the Greenbrier County Clerk's Office in Map Book 4, Hanging File A-109.

### TRACT NO. 3 - 73.14 ACRES:

"Beginning at a fence post on the south side of the Sam Anderson Road, which fence post is the first common corner to the lands of Hillwinds, Inc. and Granielle Farms, Inc. after leaving West Virginia Route No. 12 on the Sam Anderson Road; thence with several calls of the Hillwinds, Inc. real estate N 81-41 E 563.29 feet to a fence post; N 87-31 E 159.23 feet to a fence post; S 83-17 E 1,103.98 feet to a fence post; N 67-57 E 824.53 feet to a fence post; S 09-34 E 735.80 feet to a buckeye stump; S 82-03 E 184.86 feet to a fence post; thence leaving Hillwinds, Inc. and through the Granielle Farms, Inc. tract S 88-40 W 1,098.79 feet to a fence post in the edge of a field; S 05-38 W 648.10 feet to a point on a large rock, near the head of a small hollow; N 85-47 W 2,336.98 feet to an iron pipe set in the fence on the line of the Gordon Skaggs sub-division; thence with Skaggs N 33-43 E 795.83 feet to a fence post on the east side of a right-of-way from the Sam Anderson Road; thence with the east side of the right-of-way N 14-02 E 614.85 feet to the point of beginning, containing in all 83.53 acres, more or less."

There is excepted and reserved and not herein conveyed from said Tract No. 3 that certain tract or parcel of real estate conveyed J. Michael Gibbs, et ux., by deed dated August 22, 1989, and of record in the aforesaid Clerk's Office in Deed Book 395 at page 131, which tract contains 10.39 acres, more or less, and is more particularly bounded and described as follows:

"Beginning at a point in a woven wire fence where that fence crosses the outside line of the Hillwinds, Inc., tract of 83.53 acres acquired from Granielle Farms, Inc., which point is situate N 85-47 W 340.37 feet from a point in a rock at the beginning of a 2,336.98 foot line between Hillwinds, Inc., and J. Michael Gibbs; thence with J. Michael Gibbs N 85-47 W 1,996.61 feet to an iron pipe in the fence on the line of Gordon Skaggs; thence leaving Gibbs and with the line of Skaggs S 33-43 W 295.83 feet to a point in the fence; thence leaving Skaggs and through the Hillwinds tract S 85-47 E 1,519.82 feet to a point in the first mentioned woven-wire fence; thence continuing with the fence S 47-55 E 419.46 feet to the point of beginning, containing 10.39 acres, more or less.

The Grantors do further grant and convey unto the Grantee as aforesaid all of that certain right of way for a roadway for purposes of ingress and egress, leading from the south side of West Virginia Secondary Route 54/3 serving the Buena Vista property, over the Buena Vista remainder, lying between the south side of that road and the real estate herein described and conveyed along the location of a grade leading to a gate now installed in the fence line of Tract No. 3 herein conveyed, which right of way is 30 feet in width, as described in that prior deed in the chain of title dated January 30, 1975, from Kenneth A. Clark, et ux., to John N. Chaffin, which deed is of record in the aforesaid Clerk's Office in Deed Book 292 at page 1.

Said Tract No. 3 is also made subject to the exceptions and reservations mentioned and contained in that deed dated October 15, 1985, and from the Flattop National Bank of Bluefield, a National Banking Association, to Granielle Farms, Inc., which is of record in the aforesaid Clerk's Office in Deed Book 371 at page 618.

These being the same tracts or parcels of real estate conveyed to Grantors herein by deed dated September 18, 1998, and of record in the Office of the Clerk of the County Commission of Greenbrier County in Deed Book 452 at page 184.

This conveyance is in gross and not by the acre.

This conveyance is made subject to any other easements, reservations, restrictions and limitations which are contained in prior instruments of record relating to the real estate herein conveyed.

## DECLARATION OF CONSIDERATION OF VALUE

Under the penalties of fine and imprisonment as provided by law, the undersigned hereby declares the total consideration of the property transferred by the document to which this declaration is appended is ███████████████

WITNESS the following signatures and seals:



JAMES F. HUMPHREYS

DONNA H. HUMPHREYS

DEED 468 PAGE 454

STATE OF WEST VIRGINIA

COUNTY OF KANAWHA, To-wit:

I, _____ MARY MASON WALKER _____, a notary public in and for said state, do

hereby certify that JAMES F. HUMPHREYS, who signed the writing above, bearing date the

4th day of _____ May _____, 2001 has this day acknowledged the same before me.

Given under my hand this 4th day of _____ May _____, 2001.

My commission expires _____ 10/16/2001 _____.



(Affix Notary Seal)

_Mary Mason Walker_
Notary Public

STATE OF WEST VIRGINIA

COUNTY OF KANAWHA, To-wit:

I, _____ MARY MASON WALKER _____, a notary public in and for said state, do

hereby certify that DONNA H. HUMPHREYS, who signed the writing above, bearing date the

4th day of _____ May _____, 2001 has this day acknowledged the same before me.

Given under my hand this _4th day of _____ May _____, 2001.

My commission expires _____ 10/16/2001 _____.

_Mary Mason Walker_
Notary Public

(Affix Notary Seal)



Prepared by:

Tammy J. Owen, Esquire (WVSB #5552)
Goodwin & Goodwin, LLP
300 Summers Street, Suite 1500
Charleston, West Virginia 25301
(304) 346-7000

WEST VIRGINIA, Greenbrier County, S. S:
In the Clerk's Office of Greenbrier County Court 16th day of May 20 01
This DEED was this day presented in the office aforesaid and thereupon, together with the
Certificate thereto annexed, admitted to record.

Teste W. J. Livesay Jr. Clerk
By Rebecca D. Spangler Deputy

# TAX RECEIPT

| DESCRIPTION | COUNTY | TAX YEAR | TICKET NO. |
|---|---|---|---|
| ).184   (BUENA VISTA LLC) | GREENBRIER COUNTY | 2007 | 2705 |
|  | DISTRICT | | ACCOUNT NO. |
|  | 03-BLUE SULPHUR DISTRIC | | 00004012 |

| | RATE | CLASS | ASSESSMENT | ASSESSMENT LESS EXEMPTION | TAX DUE (1/2 YEAR) |
|---|---|---|---|---|---|
| MAP/PARCEL:    29 0011 0001 0000 | .932700 | 2 | 8640 | 8640 | ▓▓▓ |
| C/O MARY WALKER FOXCROSS FARMS LLC 500 VIRGINIA ST EAST SUITE 800 CHARLESTON, WV  253012125 | | | | TOTAL | ▓▓▓ |

| | |
|---|---|
| LESS 2 1/2% DISCOUNT | ▓▓▓ |
| PLUS 9% INTEREST PER ANNUM | .00 |
| ADVERTISING AND RECEIPT FEES | .00 |
| AMOUNT COLLECTED | ▓▓▓ |

ROGER L. SHEPPARD
SHERIFF & TREASURER

| PAYMENT FOR | DEPUTY |
|---|---|
| FULL YEAR PAYMENT REAL PROPERTY    PAID:   08/06/2007 | LAB |

*Thank You*

*Please Verify Your Receipt*

# TAX RECEIPT

| DESCRIPTION | COUNTY | TAX YEAR | TICKET NO. |
|---|---|---|---|
| .14 A   (BUENA VISTA LLC) GRAINELLE FARMS INC | GREENBRIER COUNTY | 2007 | 2706 |
| | **DISTRICT** | | **ACCOUNT NO.** |
| | 03-BLUE SULPHUR DISTRIC | | 00004101 |

| | RATE | CLASS | ASSESSMENT | ASSESSMENT LESS EXEMPTION | TAX DUE (1/2 YEAR) |
|---|---|---|---|---|---|
| MAP/PARCEL:   33 0027 0000 0000 | .932700 | 2 | 1320 | 1320 | ▮▮▮ |
| C/O MARY WALKER FOXCROSS FARMS LLC 500 VIRGINIA ST EAST SUITE 800 CHARLESTON, WV  253012125 | | | | **TOTAL** | ▮▮▮ |

| | |
|---|---|
| **LESS 2 1/2% DISCOUNT** | ▮▮▮ |
| **PLUS 9% INTEREST PER ANNUM** | .00 |
| **ADVERTISING AND RECEIPT FEES** | .00 |
| ROGER L. SHEPPARD SHERIFF & TREASURER   **AMOUNT COLLECTED** | ▮▮▮ |

| PAYMENT FOR | DEPUTY |
|---|---|
| FULL YEAR PAYMENT REAL PROPERTY    PAID:   08/06/2007 | LAB |

*Thank You*

*Please Verify Your Receipt*

# TAX RECEIPT

| DESCRIPTION | COUNTY | TAX YEAR | TICKET NO. |
|---|---|---|---|
| .  REAGE  1281.413  (BUENA VISTA ON WATERS OF MILL CREEK BLAKERS MILL | GREENBRIER COUNTY | 2007 | 2707 |
| | *DISTRICT* | | *ACCOUNT NO.* |
| | 03-BLUE SULPHUR DISTRIC | | 00004102 |

| | RATE | CLASS | ASSESSMENT | ASSESSMENT LESS EXEMPTION | TAX DUE (1/2 YEAR) |
|---|---|---|---|---|---|
| MAP/PARCEL:   34 0003 0000 0000 | .932700 | 2 | 191520 | 191520 | ▬▬▬ |
| C/O MARY WALKER FOXCROSS FARMS LLC 500 VIRGINIA ST EAST SUITE 800 CHARLESTON, WV  253012125 | | | | **TOTAL** | ▬▬▬ |

| | |
|---|---|
| **LESS 2 1/2% DISCOUNT** | ▬▬▬ |
| **PLUS 9% INTEREST PER ANNUM** | .00 |
| **ADVERTISING AND RECEIPT FEES** | .00 |
| ROGER L. SHEPPARD<br>SHERIFF & TREASURER  **AMOUNT COLLECTED** | ▬▬▬ |

| PAYMENT FOR | | DEPUTY |
|---|---|---|
| FULL YEAR PAYMENT REAL PROPERTY     PAID:   08/06/2007 | | LAB |

## *Thank You*

## *Please Verify Your Receipt*

# TAX RECEIPT

| DESCRIPTION | COUNTY | | TAX YEAR | TICKET NO. |
|---|---|---|---|---|
| .743 A  (BUENA VISTA LLC) | GREENBRIER COUNTY | | 2007 | 2708 |
| | DISTRICT | | | ACCOUNT NO. |
| | 03-BLUE SULPHUR DISTRIC | | | 00004103 |

| | RATE | CLASS | ASSESSMENT | ASSESSMENT LESS EXEMPTION | TAX DUE (1/2 YEAR) |
|---|---|---|---|---|---|
| MAP/PARCEL:   34 0003 0001 0000 | .932700 | 2 | 934500 | 934500 | ▓▓▓▓▓ |

C/O MARY WALKER
FOXCROSS FARMS LLC
500 VIRGINIA ST EAST SUITE 800
CHARLESTON, WV  253012125

| | | |
|---|---|---|
| | TOTAL | ▓▓▓▓▓ |
| LESS 2 1/2% DISCOUNT | | ▓▓▓▓▓ |
| PLUS 9% INTEREST PER ANNUM | | .00 |
| ADVERTISING AND RECEIPT FEES | | .00 |
| AMOUNT COLLECTED | | ▓▓▓▓▓ |

ROGER L. SHEPPARD
SHERIFF & TREASURER

| PAYMENT FOR | DEPUTY |
|---|---|
| FULL YEAR PAYMENT REAL PROPERTY     PAID:   08/06/2007 | LAB |

*Thank You*

*Please Verify Your Receipt*

TAXPAYER COPY

**GREENBRIER COUNTY, WV**    03

BLUE SULPHUR DISTRIC
ROGER L. SHEPPARD
SHERIFF OF GREENBRIER COUNTY

| MAP & PARCEL | TICKET NO. |
|---|---|
| 29  0011 | 266A |
| 000000 | |

REAL PROPERTY

**TAX YEAR:** 2006          **DATE PAID:** 07/31/2006

# RECEIPT

C/O MARY WALKER
FOXCROSS FARMS LLC
500 VIRGINIA ST EAST SUITE 800
CHARLESTON, WV  25301

479.184  (BUENA VISTA LLC)



| | FIRST HALF | SECOND HALF |
|---|---|---|
| GROSS TAX | | |
| INTEREST | | |
| DISCOUNT | | |
| PUBLICATION FEE | | |
| **TOTALS** | | |

| VALUATION | TAX CODE |
|---|---|
| 000008640 | 2 |

BY:  LAB

**PROPERTY DESCRIPTION**

TAXPAYER COPY

**GREENBRIER COUNTY, WV**                03
    BLUE SULPHUR DISTRIC
    ROGER L. SHEPPARD
SHERIFF OF GREENBRIER COUNTY

| MAP & PARCEL | TICKET NO. |
|---|---|
| 33  0027 | 2669 |
| 000000 | |

REAL PROPERTY

**TAX YEAR:** 2006          **DATE PAID:** 07/31/2006

# RECEIPT

   C/O MARY WALKER
FOXCROSS FARMS LLC
500 VIRGINIA ST EAST SUITE 800
CHARLESTON, WV  25301


  73.14 A  (BUENA VISTA LLC)

|  | FIRST HALF | SECOND HALF |
|---|---|---|
| GROSS TAX | | |
| INTEREST | | |
| DISCOUNT | | |
| PUBLICATION FEE | | |
| **TOTALS** | | |

| VALUATION | TAX CODE |
|---|---|
| 000001320 | 2 |

GRAINELLE FARMS INC

BY: _____ LAB

**PROPERTY DESCRIPTION**

TAXPAYER COPY

**GREENBRIER COUNTY, WV**          03
          BLUE SULPHUR DISTRIC
ROGER L. SHEPPARD
SHERIFF OF GREENBRIER COUNTY

| MAP & PARCEL | TICKET NO. |
|---|---|
| 34  0003 | 2670 |
| 000000 | |

REAL PROPERTY

**TAX YEAR:** 2006                **DATE PAID:** 07/31/2006

# RECEIPT

C/O MARY WALKER
FOXCROSS FARMS LLC
500 VIRGINIA ST EAST SUITE 800
CHARLESTON, WV  25301



| | FIRST HALF | SECOND HALF |
|---|---|---|
| GROSS TAX | | |
| INTEREST | | |
| DISCOUNT | | |
| PUBLICATION FEE | | |
| **TOTALS** | | |

| VALUATION | TAX CODE |
|---|---|
| 000189360 | 2 |

ACREAGE  1281.413 (BUENA VISTA          ON WATERS OF MILL CREEK
BLAKERS MILL

BY: ___LAB___

**PROPERTY
DESCRIPTION**

TAXPAYER COPY

**GREENBRIER COUNTY, WV**    03
BLUE SULPHUR DISTRIC
ROGER L. SHEPPARD

SHERIFF OF GREENBRIER COUNTY

| MAP & PARCEL | TICKET NO. |
|---|---|
| 34 0003 | 2671 |

REAL PROPERTY

**TAX YEAR:** 2006      **DATE PAID:** 07/31/2006

# RECEIPT

C/O MARY WALKER
FOXCROSS FARMS LLC
500 VIRGINIA ST EAST SUITE 800
CHARLESTON, WV 25301

23.743 A (BUENA VISTA LLC)

**PROPERTY DESCRIPTION**



|  | FIRST HALF | SECOND HALF |
|---|---|---|
| GROSS TAX | | |
| INTEREST | | |
| DISCOUNT | | |
| PUBLICATION FEE | | |
| TOTALS | | |

| VALUATION | TAX CODE |
|---|---|
| | |

LAB

BY: _____

TAXPAYER COPY

**GREENBRIER COUNTY, WV**                03

        BLUE SULPHUR DISTRIC
    ROGER L. SHEPPARD
SHERIFF OF GREENBRIER COUNTY

| MAP & PARCEL | TICKET NO. |
|---|---|
| 34  0003 | 2721 |
| 0001  0000 | |

REAL PROPERTY

**TAX YEAR:** 2005        **DATE PAID:** 7/20/2005

# RECEIPT

FOXCROSS FARMS LLC
C/O MARY WALKER
500 VIRGINIA ST EAST SUITE 800
CHARLESTON          WV 25301

| | **FIRST HALF** | **SECOND HALF** |
|---|---|---|
| GROSS TAX ——— | 1/2 YR | |
| INTEREST | FULL YEAR | |
| DISCOUNT | PAYMENT | |
| PUBLICATION FEE | | |
| **TOTALS** | TOTAL PAID | |

| **VALUATION** | **TAX CODE** |
|---|---|
| 800640 | 2 |

BY:    LAB

    23.743 A   (BUENA VISTA LLC)

**PROPERTY
DESCRIPTION**

TAXPAYER COPY

**GREENBRIER COUNTY, WV**                    03

BLUE SULPHUR DISTRIC

ROGER L. SHEPPARD

SHERIFF OF GREENBRIER COUNTY

| MAP & PARCEL | TICKET NO. |
|---|---|
| 34   0003 | 2720 |

REAL PROPERTY

**TAX YEAR:** 2005          **DATE PAID:** 7/20/2005

# RECEIPT

FOXCROSS FARMS LLC
C/O MARY WALKER
500 VIRGINIA ST EAST SUITE 800
CHARLESTON          WV 25301

| | FIRST HALF | SECOND HALF |
|---|---|---|
| GROSS TAX | 1/2 YR | |
| INTEREST | FULL YEAR | |
| DISCOUNT | PAYMENT | |
| PUBLICATION FEE | | |
| **TOTALS** | TOTAL PAID | |

| VALUATION | TAX CODE |
|---|---|
| 175260 | 2 |

BY: _____LAB_____

ACREAGE   1281.413 (BUENA VISTA      ON WATERS OF MILL CREEK
BLAKERS MILL

**PROPERTY DESCRIPTION**

TAXPAYER COPY

GREENBRIER COUNTY, WV          03

BLUE SULPHUR DISTRIC
ROGER L. SHEPPARD
SHERIFF OF GREENBRIER COUNTY

| MAP & PARCEL | TICKET NO. |
|---|---|
| 33  0027 | 2719 |
| 0000  0000 | |

REAL PROPERTY

**TAX YEAR:** 2005          **DATE PAID:** 7/20/2005

# RECEIPT

| | FIRST HALF | SECOND HALF |
|---|---|---|
| GROSS TAX --- 1/2 YR | | |
| INTEREST  FULL YEAR | | |
| DISCOUNT  PAYMENT | | |
| PUBLICATION FEE | | |
| **TOTALS**  TOTAL PAID | | |

FOXCROSS FARMS LLC
C/O MARY WALKER
500 VIRGINIA ST EAST SUITE 800
CHARLESTON          WV 25301

| VALUATION | TAX CODE |
|---|---|
| 1320 | 2 |

BY: ____ LAB ____

73.14 A  (BUENA VISTA LLC)          GRAINELLE FARMS INC

PROPERTY
DESCRIPTION

TAXPAYER COPY

**GREENBRIER COUNTY, WV**              03

| | MAP & PARCEL | TICKET NO. |
|---|---|---|
| | 29  0011 | 2718 |

BLUE SULPHUR DISTRIC
ROGER L. SHEPPARD
SHERIFF OF GREENBRIER COUNTY

REAL PROPERTY

0001  0000

**TAX YEAR:** 2005

**DATE PAID:** 7/20/2005

# RECEIPT

| | FIRST HALF | SECOND HALF |
|---|---|---|
| GROSS TAX ---- | 1/2 YR | |
| INTEREST | FULL YEAR | |
| DISCOUNT | PAYMENT | |
| PUBLICATION FEE | | |
| **TOTALS** | TOTAL PAID | |

FOXCROSS FARMS LLC
C/O MARY WALKER
500 VIRGINIA ST EAST SUITE 800
CHARLESTON          WV 25301

| VALUATION | TAX CODE |
|---|---|
| 8640 | 2 |

479,184   (BUENA VISTA LLC)

BY: _____LAB_____

**PROPERTY DESCRIPTION**

Current
Voter Aprv Bonds
Voter Aprv Excess
Total

State     County    Bd Of Ed.

    

TAXPAYER COPY

| GREENBRIER COUNTY, WV | 3 |
|---|---|

DISTRICT:BLUE SULPHUR DISTRICT
ALBERT W LINDSEY

| MAP & PARCEL | TICKET NO. |
|---|---|
| 33 | 0027000 | 2806 |
| | 0000 | |

REAL ESTATE

SHERIFF OF GREENBRIER COUNTY    **TAX YEAR:** 2004

**DATE PAID** 08/06/2004
TOTAL PAID:

# RECEIPT

FOXCROSS FARMS LLC

C/O MARY WALKER
500 VIRGINIA ST EAST SUITE 800
CHARLESTON
WV   25301 0000

|  | FIRST HALF | SECOND HALF |
|---|---|---|
| GROSS TAX | | |
| INTEREST | | |
| DISCOUNT | | |
| PUBLICATION FEE | | |
| **TOTALS** | | |

| VALUATION | TAX CODE |
|---|---|
| 1320 | 0002 |
| 1320 | NET |

ccc



|  | State | County | Bd Of Ed. |
|---|---|---|---|
| urrent |  |  |  |
| Voter Aprv Bonds |  |  |  |
| Voter Aprv Excess |  |  |  |
| Total |  |  |  |

TAXPAYER COPY

**GREENBRIER COUNTY, WV**                    3

DISTRICT: BLUE SULPHUR DISTRICT

ALBERT W LINDSEY

| MAP & PARCEL | TICKET NO. |
|---|---|
| 34   .0003000   .0000 | 2808 |

REAL ESTATE

SHERIFF OF GREENBRIER COUNTY

**TAX YEAR:** 2004

**DATE PAID:** 08/06/2004

TOTAL PAID:

# RECEIPT



FOXCROSS FARMS LLC

C/O MARY WALKER
500 VIRGINIA ST EAST SUITE 800
CHARLESTON
WV   25301 0000

|  | FIRST HALF | SECOND HALF |
|---|---|---|
| GROSS TAX |  |  |
| INTEREST |  |  |
| DISCOUNT |  |  |
| PUBLICATION FEE |  |  |
| **TOTALS** |  |  |

| VALUATION | TAX CODE |
|---|---|
| 771780 | 0002 |
| 771780 | NET |

Current
Voter Aprv Bonds
Voter Aprv Excess
Total

State    County    Bd Of Ed.





TAXPAYER COPY

GREENBRIER COUNTY, WV      3
DISTRICT:BLUE SULPHUR DISTRICT
ALBERT W LINDSEY
SHERIFF OF GREENBRIER COUNTY    TAX YEAR:  2004

| MAP & PARCEL | TICKET NO. |
|---|---|
| 34   0003000 | 2807 |
| 0000 | |

REAL ESTATE

DATE PAID:08/06/2004
TOTAL PAID:

# RECEIPT

FOXCROSS FARMS LLC

C/O MARY WALKER
500 VIRGINIA ST EAST SUITE 800
CHARLESTON
WV  25301 0000

|  | FIRST HALF | SECOND HALF |
|---|---|---|
| GROSS TAX | | |
| INTEREST | | |
| DISCOUNT | | |
| PUBLICATION FEE | | |
| TOTALS | | |



| VALUATION | TAX CODE |
|---|---|
| 174240 | 0002 |
| 174240 | NET |

BY:        SSF

CK 4562

PROPERTY DESCRIPTION    ACREAGE  1281.413 (BUENA VISTA
ON WATERS OF MILL CREEK
BLAKERS MILL

Current
Voter Aprv Bonds
Voter Aprv Excess
Total

State    County    Bd Of Ed. 



TAXPAYER COPY

| GREENBRIER COUNTY, WV | 3 | | MAP & PARCEL | | TICKET NO. | |
|---|---|---|---|---|---|---|

DISTRICT:BLUE SULPHUR DISTRICT
ALBERT W LINDSEY

MAP & PARCEL: 29  0011000   TICKET NO. 2805    REAL ESTATE

SHERIFF OF GREENBRIER COUNTY        TAX YEAR: 2004        DATE PAID: 08/06/2004
TOTAL PAID:

# RECEIPT

FOXCROSS FARMS LLC

C/O MARY WALKER
500 VIRGINIA ST EAST SUITE 800
CHARLESTON
WV   25301 0000

| | FIRST HALF | SECOND HALF |
|---|---|---|
| GROSS TAX | | |
| INTEREST | | |
| DISCOUNT | | |
| PUBLICATION FEE | | |
| **TOTALS** | | |



| VALUATION | TAX CODE |
|---|---|
| 8640 | 0002 |
| 8640 | NET |



# EXHIBIT 8

 at&t

Billing Cycle Date: 07/26/07 - 08/25/07
Account Number: 995001097
Foundation Account Number : 00024455
Invoice Number: 995001097X09052007

**How To Contact Us:**
- 1-800-331-0500 or 611 from your cell phone
- For Deaf/Hard of Hearing Customers (TTY/TDD)
  1-866-241-6567

**Wireless Number with Rollover**
304-552-0934  -  1,583 Minutes

**Wireless Number(s)**
304-541-9240
304-545-5661

| | |
|---|---|
| Previous Balance | |
| Payment Posted | |
| BALANCE | |
| Monthly Service Charges | |
| Usage Charges | |
| Credits/Adjustments/Other Charges | |
| Government Fees & Taxes | |
| TOTAL CURRENT CHARGES Due Sep 20, 2007 Late fees assessed after Sep 25 | |
| **Total Amount Due** | |

## AT&T is the new name for Cingular Wireless

Important Payment information:
Your wireless bill payments should now be made payable to
AT&T Mobility.  For Business Customers W9 forms are
available at att.com/wireless - Enter W9 in the Search field.

Return the portion below with
payment to AT&T Mobility only.

# Your AT&T Statement
May 14 - July 13, 2007




```
#BWNCJFM
#07020902754010# 9747.4.152.29203 1 AT 0.334
```
JAMES HUMPHREYS
500 VIRGINIA ST E STE 800
CHARLESTON WV 25301-2125



Customer ID: 304 744-9573  0902754
Page 1 of 5

Customer Service:  1 800 222-0300
Text Phone (TTY):  1 800 833-3232
Internet Address:  www.att.com

## Summary of charges

| | |
|---|---|
| Previous balance ................................................ | ▉ |
| Payment received May 29 -  Thank you ........................ | ▉ |
| AT&T One Rate® Plan calls...........................p 3 ........ | ▉ |
| Other charges and credits .............................p 4 ........ | ▉ |
| **Total amount due** | ▉ |

| Date due | |
|---|---|
| | **August 7, 2007** |

This statement includes charges from the last two months.

### Extra! Extra!
Get your telephone and
DSL network equipment at
one place,
www.att.com/buy.

## Your savings and benefits

Never Mail Another Check to Pay Your AT&T Bill.
For the ultimate convenience, enroll in AT&T Automatic Bill
Payment (ABP) and have your future payments automatically
deducted from your enclosed check. To enroll, check the box
and sign on the line on the back of the remittance coupon, and
return with your payment. Or sign up for online billing to review
and pay your bill each month by logging onto your AT&T Online
Billing account at www.att.com/remitdoc



### Benefit news

Sign up for AT&T Online
Billing and you won't get
another paper bill! To sign
up just visit
www.att.com/online

Why more customers are
choosing online billing!
Simply visit
www.customerservice.att.c
om to manage or set up
your online account.

**Continues on back**



Page:                3 of 14
Billing Cycle Date:  06/01/07 – 06/30/07
Account Number:      857896494



| Prior Activity | 857896494 |
|---|---|
| Previous Balance | |
| Detail of Payments Posted | |
| Payment by Check posted on Jun 18, 2007 | |
| TOTAL BALANCE | $0.00 |

| Wireless Line Summary For: | 304-546-4164 |
|---|---|

User Name: JAMES HUMPHREYS

| Monthly Service Charges | Period | Prorated Charge | Monthly Charge | Total Charge |
|---|---|---|---|---|
| Rate Plan | | | | |
| NATP900RUMMUNW | 06/01-06/30 | | | |
| Includes: | | | | |
| - 900 ANYTIME MINUTES | | | | |
| - ANYTIME ROLLOVER MINS | | | | |
| - AUTHENTICATION | | | | |
| - Basic Voice Mail | | | | |
| - CALL WAITING | | | | |
| - CALLER ID | | | | |
| - Call Hold | | | | |
| - DETAILED BILLING | | | | |
| - Direct Bill Detail | | | | |
| - IMMEDIATE CALL FORWARD | | | | |
| - MESSAGE NOTIFICATION | | | | |



Page:                1 of 14
Billing Cycle Date:  06/01/07 – 06/30/07
Account Number:      857896494



**How To Contact Us:**
- 1-800-331-0500 or 611 from your cell phone
- For Deaf/Hard of Hearing Customers (TTY/TDD)
  1-866-241-6567

**Wireless Number with Rollover**
304-546-4164 -  8,703 Minutes



| Previous Balance | |
| Payment Posted | |
| BALANCE | |
| Monthly Service Charges | |
| Usage Charges | |
| Credits/Adjustments/Other Charges | |
| Government Fees & Taxes | |
| TOTAL CURRENT CHARGES | |
| Due Jul 28, 2007 | |
| Late fees assessed after Jul 31 | |
| Total Amount Due | |

## Important Payment Information Below

AT&T is the new name for Cingular. Effective on your next
billing statement, your wireless bill payment should be made
payable to AT&T Mobility.

**Statement** for account number: 4388 5760 2277 3405

U N I T E D

Mileage Plus.

You do not have to make a payment at this time.

| Amount Enclosed | $ | . | Make your check payable to Chase Card Services.<br>New address or e-mail? Print on back. |
|---|---|---|---|

43885760227734050000000000000000000000009

03087 BEX Z 22907 C
MR JAMES F HUMPHREYS
500 VIRGINIA ST E STE 800
CHARLESTON WV 25301-2125

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153

⑁500016028⑁ 23660227734051⑁

UNITED

Mileage Plus.

| | |
|---|---|
| Opening/Closing Date: | 07/18/07 - 08/17/07 |
| Payment Due Date: | 09/11/07 |

**CUSTOMER SERVICE**
In U.S.            1-800-537-7783
Español          1-888-446-3308
TDD               1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
                      1-847-888-6600

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

Minimum Payment Due for Credit Access Line
Total Minimum Payment Due



### VISA SIGNATURE SUMMARY

Account Number:  4388 5760 2277 3405

Previous Balance
Payment, Credits
Purchases, Cash, Debits
New Balance



| | |
|---|---|
| Credit Access Line | $35,000 |
| Available Credit | $35,000 |
| Cash Access Line | $7,000 |
| Available for Cash | $7,000 |

**PAYMENT ADDRESS**
P.O. Box 15153
Wilmington, DE 19886-5153

**VISIT US AT:**
www.chase.com/united

You have a credit balance, so no payment is required. You may make charges against the credit or request a refund by contacting Cardmember Service at the address above. If after 6 months the credit balance is $1.00 or more, we will refund the credit within 30 days.

### MILEAGE PLUS MILES EARNED

| | |
|---|---|
| Miles earned this statement from purchases | -860 |
| Total miles earned this statement | -860 |
| Total miles transferred to United | -860 |

1-800-421-4655 (Mileage Plus)
1-800-241-6522 (Reservations)



Fruth Pharmacy
PO Box 418
Point Pleasant, WV 25550

James Humphreys
1616 Kirklee Rd
Charleston, WV 25314-2427

379820

18111   D0205

June 17, 2007

| REFERENCE | DATE | TYPE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| | | | BALANCE BROUGHT FORWARD | | 0.00 |
| 242726 | 6/26/2007 | Invoice | 107871 | | |
| 243067 | 7/6/2007 | Invoice | 109677 | | |
| 243848 | 7/23/2007 | Invoice | 1324 | | |

*Please Pay at your local Fruth Pharmacy store.*

AMOUNT DUE ▶

| Current | 1 to 30 | 31 to 60 | 61 to 90 | Over 90 |
|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 |

Invoice #    13586

**Movin' On Storage Centers**
200 Piedmont Road
Charleston, WV 25301

| DATE |
|---|
| 5/5/2007 |
| UNIT(S) |
| 3003 |

**James Humphreys**
United Center Suite 800
Charleston, WV 25301

$ _____
AMOUNT ENCLOSED

For billing questions, please call (304) 344-1104

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

| Unit | Date | To | Billed | Payments | Balance | Category / Comments |
|---|---|---|---|---|---|---|
| 3003 | 5/17/2007 | 6/17/2007 | ▆▆▆ | | ▆▆▆ | Rent |
| **Ending Balance** | | | **AMOUNT DUE:** | | ▆▆▆ | |

We are now a Credit Reporting Agency.

**Movin' On Storage Centers**

**ORKIN**

**PEST CONTROL**
World's Best

Orkin Inc.
119 LAKEVIEW DR
CHARLESTON, WV 25313-1467

Customer Information

Account Number        D-4460048
Branch Number         486
Branch Telephone #    (304)776-4922
Customer's Service Address:
                      1616 KIRKLEE RD
                      CHARLESTON, WV 25314-2427

AT 01 156390 07859B532 A**3DGT-----

||.|.|.|..||.||......||.|.|.|..||.|.|.|.|.||..||..|.|.|.|

JAMES HUMPHREYS
500 VIRGINIA ST E STE 800
CHARLESTON WV 25301-2125

Call your branch
office for
satisfaction. If
necessary, call
our Orkin Customer
Care Center
toll free at
1-800-346-7546.
Calls may be
monitored for
quality assurance.

## Service Detail

| Date | Description | Charges | Tax | Total |
|------|-------------|---------|-----|-------|
| 07/10/2007 | SERVICE:  INVOICE #30623087 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 07/17/2007 | PAYMENT:  10652 | **Thank You** | | ▓▓▓ |
| | AUG SCH. SERVICE - 8/14/2007 | ▓▓▓ | ▓▓▓ | ▓▓▓ |

**Total Amount Due:**                                              ▓▓▓

Checks received after 07/26/2007 are not reflected on this statement.

**PAYMENT IS DUE WHEN SERVICE IS RENDERED.**

## "Thank you for choosing Orkin"

Spider tips: To reduce spiders, reduce outside lights that attract flying
insects that spiders feed on.  Also, knock down the webs whenever you
discover them...the spiders will move on.  For more information, see our
Website at www.orkin.com.

Please detach and mail lower portion with check made payable to ORKIN, Inc. Please write your account number on your check.



**suddenlink**™

*Life Connected*℠

July 20, 2007

| Account Number: | **001 2020 052929601** |

MR JAMES HUMPHREYS
1616 KIRKLEE RD
CHARLESTON WV 25314-2427

Page 1 of 5

| Previous Balance | Payments Received | Adjustments | Current Charges | **Total Due** | Due By |
|---|---|---|---|---|---|
| ▓▓▓▓ | ▓▓▓▓ | $0.00 | ▓▓▓▓ | ▓▓▓▓ | Aug 14, 2007 |

**Current Charges as of July 20, 2007**

| | |
|---|---|
| Total Cable Services | ▓▓▓▓ |
| Total Data Services | ▓▓▓▓ |
| Total Taxes and Fees | ▓▓▓▓ |
| Total Current Charges | ▓▓▓▓ |

**Questions?**
RESIDENTIAL: 800-972-5757
BUSINESS ACCTS: 800-490-9604
On-line: www.suddenlink.com

## About Your Account

Welcome to Suddenlink! This bill reflects installation and service charges from date of Installation through your current billing period. We look forward to providing you quality service. Thank you for choosing Suddenlink.

## What's New From Suddenlink

We appreciate your patronage and timely payments for services rendered. Please be advised that delinquent accounts will be charged a $2.00 late fee in accordance with state law.

If your check is returned for non-sufficient funds, you expressly authorize your account to be electronically debited or bank drafted for the amount of the check plus any applicable fees. The use of a check for payment is your acknowledgement and acceptance of this policy and its terms and conditions.



**verizon**

Billing Date: 07/17/07 Page 1 of 9
Telephone Number: 304 744-9573
Account Number: 000016162212 12 Y
How to Reach Us: See page 2

JAMES HUMPHREYS

## Account Summary

| | |
|---|---|
| Previous Charges | ~~████~~ |
| Payment Received Jun 29 . Thank you. | ~~████~~ |
| **Balance Forward** | **$ . 00** |

| New Charges | |
|---|---|
| Verizon (page 3) | ~~████~~ |
| Verizon Long Distance (page 5) | ~~████~~ |
| **Total New Charges due Aug 16** | ~~████~~ |

A late payment charge of 1% applies to any
portion of the bill not paid before the next month's bill.

**Total Due** (Past Due + New)    ~~████~~

### 1-866-VZ-MOVES

*Moving? 1-866-VZ-MOVES*

*Across the street or across the
nation, one call can do it all.
Call us for Internet, phone and
entertainment in your
new home.*



*Verizon Unveils Thinkfinity.org*

*Thinkfinity.org provides K-12 and
literacy resources to educators,
students and parents.
Thinkfinity offers more than 55,000
free resources that were built by the
leading standard-setting
organizations.*



*Fergie Verizon Mobile VIP Tour*

*Concerts occur from May through July.
Go behind the scenes with Fergie at
fergieperformances.com*

**Mail Payments to :**
Verizon, PO Box 17577, Baltimore, MD 21297-0513

**Change of address?**
Go to verizon.com/billingaddress or see page 2

▼ Detach & return payment slip with your check, payable to Verizon

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

10696

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY Three Hundred Six and 28/100 ************************************************************************

TO THE
ORDER OF

DATE
8/3/2007

AMOUNT
$******306.28

APPALACHIAN POWER
PO BOX 24413
CANTON OH 44701-4413

023-898-040-1-0

*James Humphreys* MP

⑈010696⑈ ⑉051900395⑉ ⑈00000030628⑈

---

10653

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY Three Hundred Seventy-Two and 45/100 ********************************************************************

TO THE
ORDER OF

DATE
7/16/2007

AMOUNT
$******372.45

APPALACHIAN POWER
PO BOX 24413
CANTON OH 44701-4413

023-898-040-1-0

*James Humphreys* MP

⑈010653⑈ ⑉051900395⑉ ⑈00000037245⑈

---

10600

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY Two Hundred Twenty-Six and 65/100 ********************************************************************

TO THE
ORDER OF

DATE
6/8/2007

AMOUNT
$******226.65

APPALACHIAN POWER
PO BOX 24413
CANTON OH 44701-4413

023-898-040-1-0

*James Humphreys* MP

⑈010600⑈ ⑉051900395⑉ ⑈00000022665⑈

10461

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

**UNITED BANK**
69-39-519

One Hundred Fifty-Seven and 81/100 **************************************************************

TO THE
ORDER OF

DATE 4/6/2007      AMOUNT $******157.81

APPALACHIAN POWER
PO BOX 24413
CANTON OH 44701-4413

023-898-040-1-0

⑆010461⑆ ⑆051900395⑆                               ⑆0000015781⑆

---

10415

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

**UNITED BANK**
69-39-519

PAY Two Hundred Forty-Four and 11/100 ***********************************************************

TO THE
ORDER OF

DATE 3/8/2007      AMOUNT $******244.11

APPALACHIAN POWER

023-898-040-1-0

⑆010415⑆ ⑆051900395⑆                               ⑆0000024411⑆

---

10369

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

**UNITED BANK**
69-39-519

PAY Three Hundred Thirty and 36/100 ************************************************************

TO THE
ORDER OF

DATE 2/1/2007      AMOUNT $******330.36

APPALACHIAN POWER

023-898-040-1-0

⑆010369⑆ ⑆051900395⑆                               ⑆0000033036⑆

10302

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

One Hundred Seventeen and 19/100 ***************************************************************

TO THE
ORDER OF

DATE
1/4/2007

$******117.19
AMOUNT

APPALACHIAN POWER

023-898-040-1-0

MP

⑈010302⑈ ⑆051900395⑆ ⑈00000⑈1719⑈

10255

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY One Hundred Eighty-Five and 03/100 ***************************************************************

TO THE
ORDER OF

DATE
12/11/2006

$******185.03
AMOUNT

APPALACHIAN POWER

023-898-040-1-0

MP

⑈010255⑈ ⑆051900395⑆ ⑈0000018503⑈

10194

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY One Hundred Sixty and 62/100 ***************************************************************

TO THE
ORDER OF

DATE
11/3/2006

$******160.62
AMOUNT

APPALACHIAN POWER

023-898-040-1-0

MP

⑈010194⑈ ⑆051900395⑆ ⑈0000016062⑈

10143

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

Two Hundred Eighty-Three and 65/100 ************************************************************************

TO THE
ORDER OF

DATE 9/27/2006

AMOUNT $******283.65

APPALACHIAN POWER

023-898-040-1-0

⑈010143⑈ ⑈051900395⑈                                    ⑈00000 283 65⑈

---

10090

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY Three Hundred Thirteen and 58/100 ********************************************************************

TO THE
ORDER OF

DATE 8/30/2006

AMOUNT $******313.58

APPALACHIAN POWER

023-898-040-1-0

⑈010090⑈ ⑈051900395⑈                                    ⑈00000 313 58⑈

---

10022

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY Two Hundred Sixty and 97/100 ************************************************************************

TO THE
ORDER OF

DATE 7/28/2006

AMOUNT $******260.97

APPALACHIAN POWER

023-898-040-1-0

⑈010022⑈ ⑈051900395⑈                                    ⑈00000 260 97⑈

6944



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY Two Hundred Two and 50/100 *************************************************************

TO THE
ORDER OF

|  | DATE | AMOUNT |
|---|---|---|
|  | 7/14/2006 | $******202.50 |

APPALACHIAN POWER
PO BOX 24413
CANTON OH 44701-4413

023-898-040-1-0

_James Humphreys_ MP
AUTHORIZED SIGNATURE

⑈006944⑈ ⑆051900366⑆ ⑈00000 20 250⑈

---

6873



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY One Hundred Forty-Seven and 79/100 *********************************************************

TO THE
ORDER OF

|  | DATE | AMOUNT |
|---|---|---|
|  | 6/2/2006 | $******147.79 |

APPALACHIAN POWER
PO BOX 24413
CANTON OH 44701-4413

023-898-040-1-0

_James Humphreys_ MP
AUTHORIZED SIGNATURE

⑈006873⑈ ⑆051900366⑆ ⑈00000 14 779⑈

---

6825



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY One Hundred Seventy-One and 33/100 *********************************************************

TO THE
ORDER OF

|  | DATE | AMOUNT |
|---|---|---|
|  | 5/12/2006 | $*******171.33 |

APPALACHIAN POWER
PO BOX 24413
CANTON OH 44701-4413

023-898-040-1-0

_James Humphreys_ MP
AUTHORIZED SIGNATURE

⑈006825⑈ ⑆051900366⑆ ⑈00000 17 133⑈

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6744

One Hundred Seventy-Seven and 26/100 ***************************************************************

TO THE
ORDER OF

DATE
4/4/2006

AMOUNT
$******177.26

APPALACHIAN POWER
PO BOX 24413
CANTON OH 44701-4413

023-898-040-1-0

AUTHORIZED SIGNATURE

⑈006744⑈ ⑆051900366⑉ ⑈000001772⑆

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6701

PAYOne Hundred Ninety-Two and 22/100 ***************************************************************

TO THE
ORDER OF

DATE
3/16/2006

AMOUNT
$******192.22

APPALACHIAN POWER
PO BOX 24413
CANTON OH 44701-4413

023-898-040-1-0

AUTHORIZED SIGNATURE

⑈006701⑈ ⑆051900366⑉ ⑈000001922⑆

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6621

PAYTwo Hundred Fifty-Three and 90/100 ***************************************************************

TO THE
ORDER OF

DATE
1/31/2006

AMOUNT
$******253.90

APPALACHIAN POWER
PO BOX 24413
CANTON OH 44701-4413

023-898-040-1-0

AUTHORIZED SIGNATURE

⑈006621⑈ ⑆051900366⑉ ⑈000002539⑆

6563

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

Two Hundred Eighty-Four and 13/100 ***************************************************

| DATE | AMOUNT |
|---|---|
| 1/4/2006 | $******284.13 |

TO THE
ORDER OF

APPALACHIAN POWER
PO BOX 24413
CANTON OH 44701-4413

023-898-040-1-0

AUTHORIZED SIGNATURE

⑈006563⑈ ⑆051900366⑆                            ⑈0000028413⑈

---

6435

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY Two Hundred Thirty-Eight and 64/100 ***************************************************

| DATE | AMOUNT |
|---|---|
| 11/4/2005 | $******238.64 |

TO THE
ORDER OF

APPALACHIAN POWER
PO BOX 24413
CANTON OH 44701-4413

023 898 040 1 0

AUTHORIZED SIGNATURE

⑈006435⑈ ⑆051900366⑆                            ⑈0000024864⑈

---

6348

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY Two Hundred Thirty-Five and 10/100 ***************************************************

| DATE | AMOUNT |
|---|---|
| 9/27/2005 | $******235.10 |

TO THE
ORDER OF

APPALACHIAN POWER

023 898 040 1 0

AUTHORIZED SIGNATURE

⑈006348⑈ ⑆051900366⑆                            ⑈0000023510⑈

6299



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

Three Hundred Seventy and 96/100 ****************************************************

| DATE | AMOUNT |
|---|---|
| 8/29/2005 | $*****370.96 |

TO THE
ORDER OF

APPALACHIAN POWER

023 898 040 1 0

AUTHORIZED SIGNATURE
MP

⑆006299⑈ ⑆051900366⑈ ⑆0000037096⑈

---

6254



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY Three Hundred Seventy-Nine and 00/100 ****************************************************

| DATE | AMOUNT |
|---|---|
| 8/1/2005 | $*****379.00 |

TO THE
ORDER OF

APPALACHIAN POWER

023 898 040 1 0

AUTHORIZED SIGNATURE
MP

⑆006254⑈ ⑆051900366⑈ ⑆0000037900⑈

---

6181

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY Two Hundred Forty-Five and 81/100 ****************************************************

| DATE | AMOUNT |
|---|---|
| 6/29/2005 | $*****245.81 |

TO THE
ORDER OF

APPALACHIAN POWER

023 898 040 1 0

AUTHORIZED SIGNATURE
MP

⑆006181⑈ ⑆051900366⑈ ⑆0000024581⑈

10671

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

Forty-Five and 94/100 ***************************************************************************************

TO THE
ORDER OF

DATE 7/27/2007

$*******45.94 AMOUNT

AT&T

357551114 6006@@@@@@@@ 6006 00

357244740 5952@@@@@@@@ 5954 10

304 744-9573

*James Humphreys*

MP

⑈010671⑈ ⑈051900395⑈                                    ⑈0000004594⑈

---

10573

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY Forty-Three and 20/100 ***************************************************************************************

TO THE
ORDER OF

DATE 5/25/2007

$*******43.20 AMOUNT

AT&T

334395928 3699103150000 3699 00

351642515 3363@@@@@@@@ 3363 10

304 744-9573

*James Humphreys*

MP

⑈010573⑈ ⑈051900395⑈                                    ⑈0000004320⑈

---

10440

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY Forty-Eight and 00/100 ***************************************************************************************

TO THE
ORDER OF

DATE 3/22/2007

$*******48.00 AMOUNT

AT&T

335519010 401@@@@@@@@ 4014 10
355410995 4424103150000

304 744-9573

*James Humphreys*

MP

⑈010440⑈ ⑈051900395⑈                                    ⑈0000004800⑈

10314

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

...·Fifty-Eight and 44/100 ****************************************************************************************************

TO THE
ORDER OF

DATE
1/4/2007

$*******58.44

AMOUNT

AT&T

304 744-9573

⑈⑈0 10 3 14⑈⑈  ⑈051900395⑈:  ⑈■■■■■■⑈    ⑈0000005844⑈

10124

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAYThirty-One and 92/100 ****************************************************************************************************

TO THE
ER OF

DATE
9/21/2006

$*******31.92

AMOUNT

AT&T

304 744-9573

⑈⑈0 10 124⑈⑈  ⑈051900395⑈:  ■■■■■■■  ⑈0000003192⑈



6871

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

Fifty-Five and 46/100 ***********************************************************************

TO THE
ORDER OF

DATE
6/2/2006

AMOUNT
$*******55.46

AT&T
PO BOX 8212
AURORA IL 60572-8212

304-744-9573 0902754

AUTHORIZED SIGNATURE

⑈006871⑈ ⑆051900366⑆ ⑈000000 5546⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6817

PAYThirty-Four and 56/100 ***********************************************************************

TO THE
ORDER OF

DATE
5/12/2006

AMOUNT
$*******34.56

AT&T
PO BOX 8212
AURORA IL 60572-8212

304-744-9573 0902754

AUTHORIZED SIGNATURE

⑈006817⑈ ⑆051900366⑆ ⑈000000 3456⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6745

PAYThirty-Five and 90/100 ***********************************************************************

TO THE
ORDER OF

DATE
4/4/2006

AMOUNT
$*******35.90

AT&T
PO BOX 8212
AURORA IL 60572-8212

304-744-9573 0902754

AUTHORIZED SIGNATURE

⑈006745⑈ ⑆051900366⑆ ⑈000000 3590⑈



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6699

Sixty-Nine and 16/100 *********************************************************

|  | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 3/16/2006 | $*******69.16 |

AT&T
PO BOX 8212
AURORA IL 60572-8212

304-744-9573 0902754

AUTHORIZED SIGNATURE

⑆006699⑆ ⑈051900366⑈ ⑈000000691 6⑆

---



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6481

PAYForty-One and 64/100 *****************************************************

|  | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 11/23/2005 | $*******41.64 |

AT&T
PO BOX 8212
AURORA IL 60572-8212

304-744-9573 0902754

332191096 5922031872621 5927 22

AUTHORIZED SIGNATURE

⑆006481⑆ ⑈051900366⑈ ⑈0000004164⑆

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6429

PAYOne Hundred Nine and 62/100 **********************************************

|  | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 11/4/2005 | $******109.62 |

AT&T
PO BOX 8212
AURORA IL 60572-8212

304-744-9573 0902754

330972919 5108031872621 4127 22

AUTHORIZED SIGNATURE

⑆006429⑆ ⑈051900366⑈ ⑈00000 10962⑆



6246

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

Fifty-Six and 73/100 *********************************************************************************************************

| | DATE | AMOUNT |
|---|---|---|
| | 8/1/2005 | $*******56.73 |

TO THE
ORDER OF

AT&T
PO BOX 8212
AURORA IL 60572-8212

304-744-9573 0902754

330107870 4880031872621 4820 28

AUTHORIZED SIGNATURE
MP

⑆006246⑆ ⑈051900366⑇ ⑆000000056 73⑆

---

6090

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519



PAY Fifty and 11/100 *********************************************************************************************************

| | DATE | AMOUNT |
|---|---|---|
| | 5/23/2005 | $*******50.11 |

TO THE
ORDER OF

AT&T
PO BOX 8212
AURORA IL 60572-8212

304-744-9573 0902754

330602055 5840031872621 5840 27

AUTHORIZED SIGNATURE
MP

⑆006090⑆ ⑈051900366⑇ ⑆000000050 11⑆

---

6019

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY Sixty-One and 09/100 *********************************************************************************************************

| | DATE | AMOUNT |
|---|---|---|
| | 4/20/2005 | $*******61.09 |

TO THE
ORDER OF

AT&T
PO BOX 8212
AURORA IL 60572-8212

304-744-9573 0902754

334378040 5322001872621 5322 22



AUTHORIZED SIGNATURE
MP

⑆006019⑆ ⑈051900366⑇ ⑆000000061 09⑆



5872

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

Seven and 73/100 ***************************************************************************

| DATE | AMOUNT |
|---|---|
| 3/3/2005 | $*******7.73 |

TO THE
ORDER OF

AT&T

304-744-9573 0902754

353991820 343503157262L 3439 22

AUTHORIZED SIGNATURE

MP

⑈005872⑈ ⑉051900366⑈ ⑈0000000773⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

5787

PAY Forty-Seven and 99/100 ***********************************************************************

| DATE | AMOUNT |
|---|---|
| 1/27/2005 | $*******47.99 |

TO THE
ORDER OF

AT&T

304-744-9573 0902754

344033355 6284 6249 82

AUTHORIZED SIGNATURE

MP

⑈005787⑈ ⑉051900366⑈ ⑈0000004799⑈

10669

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

**UNITED BANK**
69-39-519

Sixty-Five and 07/100 *************************************************************************

TO THE
ORDER OF

DATE  7/27/2007          $*******65.07  AMOUNT

CHARLESTON SANITARY BOARD
& CITY OF CHARLESTON FEES
PO BOX 711787
COLUMBUS OH 43271-1787

403-2880-04-1

⑈0⑈0⑈6⑈6⑈9⑈  ⑆051900395⑆          ⑈000000650⑈7⑈

---

10655

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

**UNITED BANK**
69-39-519

PAY Fifty-Seven and 52/100 *************************************************************************

TO THE
ORDER OF

DATE  7/16/2007          $*******57.52  AMOUNT

CHARLESTON SANITARY BOARD
& CITY OF CHARLESTON FEES
PO BOX 711787
COLUMBUS OH 43271-1787

403-2880-04-1

⑈0⑈0⑈6⑈5⑈5⑈  ⑆051900395⑆          ⑈0000005752⑈

---

10572

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

**UNITED BANK**
69-39-519

PAY Fifty-Six and 21/100 *************************************************************************

TO THE
ORDER OF

DATE  5/25/2007          $*******56.21  AMOUNT

CHARLESTON SANITARY BOARD
& CITY OF CHARLESTON FEES
PO BOX 711787
COLUMBUS OH 43271-1787

403-2880-04-1

⑈0⑈0⑈5⑈7⑈2⑈  ⑆051900395⑆          ⑈0000005621⑈

10463

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

**UNITED BANK**
69-39-519

Sixty-Eight and 87/100 *********************************************************************************

TO THE
ORDER OF

DATE
4/6/2007

AMOUNT
$*******68.87

CHARLESTON SANITARY BOARD
& CITY OF CHARLESTON FEES
PO BOX 711787
COLUMBUS OH 43271-1787

403-2880-04-1

⑈010463⑈ ⑆051900395⑆ ⑈00000068 87⑈

---

10416

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

**UNITED BANK**
69-39-519

PAYForty-One and 02/100 *********************************************************************************

TO THE
ORDER OF

DATE
3/8/2007

AMOUNT
$*******41.02

CHARLESTON SANITARY BOARD

403-2880-04-1

⑈010416⑈ ⑆051900395⑆ ⑈00000041 02⑈

---

10352

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

**UNITED BANK**
69-39-519

PAYSeventy and 77/100 *********************************************************************************

TO THE
ORDER OF

DATE
2/1/2007

AMOUNT
$*******70.77

CHARLESTON SANITARY BOARD

403-2880-04-1

⑈010352⑈ ⑆051900395⑆ ⑈00000070 77⑈

10303

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

Forty-Seven and 98/100 ***********************************************************************

| | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 1/4/2007 | $*******47.98 |

CHARLESTON SANITARY BOARD

403-2880-04-1

⑈0⑊0303⑈ ⑆051900395⑆                    ⑈000000⑊798⑈

10237

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

PAY Forty-Three and 55/100 ***********************************************************************

| | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 11/22/2006 | $*******43.55 |

CHARLESTON SANITARY BOARD

403-2880-04-1

⑈0⑊0237⑈ ⑆051900395⑆                    ⑈0000004355⑈

10203

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

PAY Thirty and 26/100 ***********************************************************************

| | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 11/3/2006 | $*******30.26 |

CHARLESTON SANITARY BOARD

403-2880-04-1

⑈0⑊0203⑈ ⑆051900395⑆                    ⑈00000030 26⑈

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY Eighty-Seven and 65/100 ***************************************************************************

TO THE
ORDER OF

DATE    8/30/2006    $*******87.65    AMOUNT

CHARLESTON SANITARY BOARD

403-2880-04-1

⑈0⑊0085⑈ ⑉051900395⑉ ⑊0000008765⑈

MP

10049

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY Forty-Three and 55/100 ***********************************************************************************************

TO THE
ORDER OF

DATE 8/18/2006     $*******43.55 AMOUNT

CITY OF CHARLESTON MUNICIPAL FEES

Account No. 403-2880-04-1

⑈010049⑈ ⑇051900395⑇ ⑆ MP

⑉0000004355⑉

Security Features Included.    Details on back.

6938



**JAMES F. HUMPHREYS**
**PERSONAL ACCOUNT**
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

Thirty-Seven and 26/100 *****************************************************************

|  | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 7/14/2006 | $*******37.26 |

CITY OF CHARLESTON MUNICIPAL FEES
PO Box 711787
COLUMBUS OH 43271-1787

Account: 403-2880-04-1

AUTHORIZED SIGNATURE

⑈006938⑈ ⑆051900366⑈                    ⑈000000 3726⑈

---

6874



**JAMES F. HUMPHREYS**
**PERSONAL ACCOUNT**
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAYForty-Five and 45/100 ****************************************************************

|  | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 6/2/2006 | $*******45.45 |

CITY OF CHARLESTON MUNICIPAL FEES
PO Box 711787
COLUMBUS OH 43271-1787

Account: 403-2880-04-1

AUTHORIZED SIGNATURE

⑈006874⑈ ⑆051900366⑈                    ⑈000000 4545⑈

---

6814

**JAMES F. HUMPHREYS**
**PERSONAL ACCOUNT**
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAYForty-Three and 55/100 ***************************************************************

|  | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 5/12/2006 | $*******43.55 |

CITY OF CHARLESTON MUNICIPAL FEES
PO Box 711787
COLUMBUS OH 43271-1787

Account: 403-2880-04-1

AUTHORIZED SIGNATURE

⑈006814⑈ ⑆051900366⑈                    ⑈000000 4355⑈



**JAMES F. HUMPHREYS**
**PERSONAL ACCOUNT**
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6734

Forty-Five and 06/100 ****************************************************************************

TO THE
ORDER OF

| DATE | AMOUNT |
|---|---|
| 4/4/2006 | $*******45.06 |

CITY OF CHARLESTON MUNICIPAL FEES
PO Box 711787
COLUMBUS OH 43271-1787

Account: 403-2880-04-1

AUTHORIZED SIGNATURE                                    MP

⑈006734⑈ ⑉051900366⑉                          ⑈0000004506⑈

---



**JAMES F. HUMPHREYS**
**PERSONAL ACCOUNT**
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6697

PAY Forty and 39/100 ****************************************************************************

TO THE
ORDER OF

| DATE | AMOUNT |
|---|---|
| 3/16/2006 | $*******40.39 |

CITY OF CHARLESTON MUNICIPAL FEES
PO Box 711787
COLUMBUS OH 43271-1787

Account: 403-2880-04-1

AUTHORIZED SIGNATURE                                    MP

⑈006697⑈ ⑉051900366⑉                          ⑈0000004039⑈

---



**JAMES F. HUMPHREYS**
**PERSONAL ACCOUNT**
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6612

PAY Fifty-Six and 21/100 ****************************************************************************

TO THE
ORDER OF

| DATE | AMOUNT |
|---|---|
| 1/26/2006 | $*******56.21 |

CITY OF CHARLESTON MUNICIPAL FEES
PO Box 711787
COLUMBUS OH 43271-1787

Account: 403-2880-04-1

AUTHORIZED SIGNATURE                                    MP

⑈006612⑈ ⑉051900366⑉                          ⑈0000005621⑈

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6565

Forty-Two and 28/100 ***************************************************

TO THE
ORDER OF

| DATE | AMOUNT |
|------|--------|
| 1/4/2006 | $*******42.28 |

CITY OF CHARLESTON MUNICIPAL FEES
PO Box 711787
COLUMBUS OH 43271-1787

Account: 403-2880-04-1

AUTHORIZED SIGNATURE

⑈006565⑈ ⑉051900366⑈                  ⑈000000422⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6491

PAY Thirty-Eight and 49/100 ***************************************************

TO THE
ORDER OF

| DATE | AMOUNT |
|------|--------|
| 11/23/2005 | $*******38.49 |

CITY OF CHARLESTON MUNICIPAL FEES
PO Box 711787
COLUMBUS OH 43271-1787

Account: 403-2880-04-1

AUTHORIZED SIGNATURE

⑈006491⑈ ⑉051900366⑈                  ⑈000000384⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6421

PAY Forty-Two and 92/100 ***************************************************

TO THE
ORDER OF

| DATE | AMOUNT |
|------|--------|
| 11/4/2005 | $*******42.92 |

CITY OF CHARLESTON MUNICIPAL FEES
PO Box 711787
COLUMBUS OH 43271-1787

Account: 403-2880-04-1

AUTHORIZED SIGNATURE

⑈006421⑈ ⑉051900366⑈                  ⑈000000429⑈



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6384

Forty-Seven and 35/100 *********************************************************************************

| | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 10/14/2005 | $*******47.35 |

CITY OF CHARLESTON MUNICIPAL FEES
PO Box 1026
Charleston WV 25324-1026

Account: 403-2880-04-1

AUTHORIZED SIGNATURE

⑈006384⑈ ⑆051900366⑆                    ⑈000000473 5⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6302

PAYForty-Seven and 35/100 *********************************************************************************

| | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 8/29/2005 | $*******47.35 |

CITY OF CHARLESTON MUNICIPAL FEES
PO Box 1026
Charleston WV 25324-1026

Account: 403-2880-04-1

AUTHORIZED SIGNATURE

⑈006302⑈ ⑆051900366⑆                    ⑈000000473 5⑈

---



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6255

PAY Fifty-One and 78/100 *********************************************************************************

| | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 8/1/2005 | $*******51.78 |

CITY OF CHARLESTON MUNICIPAL FEES
PO Box 1026
Charleston WV 25324-1026

Account: 403-2880-04-1

AUTHORIZED SIGNATURE

⑈006255⑈ ⑆051900366⑆                    ⑈000000517 8⑈



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6128

Forty-Five and 45/100 ***********************************************************************

| | DATE | AMOUNT |
|---|---|---|
| | 6/3/2005 | $*******45.45 |

TO THE
ORDER OF

CITY OF CHARLESTON MUNICIPAL FEES
PO Box 1026
Charleston WV 25324-1026

Account: 403-2880-04-1

AUTHORIZED SIGNATURE

⑈006128⑈ ⑆051900366⑆ ⑈00000004545⑈

---



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6039

PAY Fifty-One and 78/100 ***********************************************************************

| | DATE | AMOUNT |
|---|---|---|
| | 4/29/2005 | $*******51.78 |

TO THE
ORDER OF

CITY OF CHARLESTON MUNICIPAL FEES
PO Box 1026
Charleston WV 25324-1026

Account: 403-2880-04-1

AUTHORIZED SIGNATURE

⑈006039⑈ ⑆051900366⑆ ⑈00000005178⑈

---



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

5930

PAY Forty-Two and 92/100 ***********************************************************************

| | DATE | AMOUNT |
|---|---|---|
| | 3/24/2005 | $*******42.92 |

TO THE
ORDER OF

CITY OF CHARLESTON MUNICIPAL FEES
PO Box 1026
Charleston WV 25324-1026

Account: 403-2880-04-1

AUTHORIZED SIGNATURE

⑈005930⑈ ⑆051900366⑆ ⑈00000004292⑈



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

5876

PAY Forty-Four and 82/100 *********************************************************************************

TO THE
ORDER OF

| DATE | AMOUNT |
|---|---|
| 3/3/2005 | $*******44.82 |

CITY OF CHARLESTON MUNICIPAL FEES
PO Box 1026
Charleston WV 25324-1026

Account: 403-2880-04-1

_____
AUTHORIZED SIGNATURE

⑈005876⑈ ⑆051900366⑈ ⑆000000448 2⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

5799

AY Fifty-Five and 58/100 *********************************************************************************

T
DER OF

| DATE | AMOUNT |
|---|---|
| 1/31/2005 | $*******55.58 |

CITY OF CHARLESTON MUNICIPAL FEES
PO Box 1026
Charleston WV 25324-1026

Account: 403-2880-04-1

_____
AUTHORIZED SIGNATURE

⑈005799⑈ ⑆051900366⑈ ⑆000000555 8⑈

Details on Back | Security Features Included

10727

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY Thirty-Two and 61/100 ***************************************************************************************

TO THE
ORDER OF

DATE 8/21/2007          $*******32.61 AMOUNT

MOUNTAINEER GAS COMPANY
PO BOX 362
CHARLESTON WV 25322-0362

7 20 06 326 89650 2

⑈010727⑈ ⑆051900395⑆ ⑈000000326⑈

---

10681

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY Nineteen and 73/100 ***************************************************************************************

TO THE
ORDER OF

DATE 7/27/2007          $*******19.73 AMOUNT

MOUNTAINEER GAS COMPANY
PO BOX 362
CHARLESTON WV 25322-0362

7 20 06 326 89650 2

⑈010681⑈ ⑆051900395⑆ ⑈000000 1973⑈

---

10558

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY Thirty-Two and 61/100 ***************************************************************************************

TO THE
ORDER OF

DATE
5/18/2007          $*******32.61 AMOUNT

MOUNTAINEER GAS COMPANY
PO BOX 362
CHARLESTON WV 25322-0362

7 20 06 326 89650 2

⑈010558⑈ ⑆051900395⑆ ⑈000000326⑈

10510

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

Ninety-Seven and 01/100 ********************************************************************************

TO THE
ORDER OF

DATE
4/20/2007

AMOUNT
$*******97.01

MOUNTAINEER GAS COMPANY
PO BOX 362
CHARLESTON WV 25322-0362

7 20 06 326 89650 2

⑈"0 ↓05↓0⑈"  ⑈:05↓9003 95⑈:          ⑈"00000097 0 ↓⑈"

---

10439

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY One Hundred Forty-Eight and 53/100 ********************************************************************************

TO THE
ORDER OF

DATE
3/16/2007

AMOUNT
$******148.53

MOUNTAINEER GAS COMPANY

7 20 06 326 89650 2

⑈"0 ↓0439⑈"  ⑈:05↓9003 95⑈:          ⑈"00000↓4853⑈"

---

10408

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY One Hundred Forty-Eight and 53/100 ********************************************************************************

TO THE
ORDER OF

DATE
3/8/2007

AMOUNT
$******148.53

MOUNTAINEER GAS COMPANY

7 20 06 326 89650 2

⑈"0 ↓0408⑈"  ⑈:05↓9003 95⑈:          ⑈"00000↓4853⑈"

10359

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

/One Hundred Nine and 89/100 ***********************************************************************************

TO THE
ORDER OF

DATE
2/1/2007

AMOUNT
$******109.89

MOUNTAINEER GAS COMPANY

7 20 06 326 89650 2

⑆010359⑆ ⑈051900395⑈        ⑈000001098⑆

---

10318

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAYEighty-Four and 14/100 ***********************************************************************************

TO THE
ORDER OF

DATE
1/4/2007

AMOUNT
$*******84.14

MOUNTAINEER GAS COMPANY

7 20 06 326 89650 2

⑆010318⑆ ⑈051900395⑈        ⑈00000084⑆4⑆

---

10229

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAYEighty-Three and 11/100 ***********************************************************************************

TO THE
ORDER OF

DATE
11/22/2006

AMOUNT
$*******83.11

MOUNTAINEER GAS COMPANY

7 20 06 326 89650 2

⑆010229⑆ ⑈051900395⑈        ⑈00000083⑆⑆

10198

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

Six and 31/100 *********************************************************************************

TO THE
ORDER OF

DATE
11/3/2006

$********6.31
AMOUNT

MOUNTAINEER GAS COMPANY

7 20 06 326 89650 2

⑈010198⑈ ⑆051900395⑆ ⑈000000631⑈

---

10108

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

PAY Twenty-Two and 57/100 ****************************************************************

TO THE
ORDER OF

DATE
9/21/2006

$*******22.57
AMOUNT

MOUNTAINEER GAS COMPANY

7 20 06 326 89650 2

⑈010108⑈ ⑆051900395⑆ ⑈000000 2257⑈

---

10051

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

PAY Twenty-Two and 57/100 ****************************************************************

TO THE
ORDER OF

DATE
8/18/2006

$*******22.57
AMOUNT

MOUNTAINEER GAS COMPANY

7 20 06 326 89650 2

⑈010051⑈ ⑆051900395⑆ ⑈000000 2257⑈

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY Twenty-Two and 57/100 ***************************************************************************************

TO THE
ORDER OF

DATE
7/21/2006

AMOUNT
$*******22.57

MOUNTAINEER GAS COMPANY

7 20 06 326 89650 2

⑈0 10010⑈ ⑈051900395⑈ ▬▬▬▬▬ ⑈000000 2257⑈

Security Features Included.    Details on back.



6905

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

... Twenty-Two and 57/100 **********************************************************

|  | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 6/23/2006 | $*******22.57 |

MOUNTAINEER GAS COMPANY
PO BOX 362
CHARLESTON WV 25322-0362

7 20 06 326 89650 2

*James Humphreys*
AUTHORIZED SIGNATURE

⑈006905⑈ ⑆051900366⑈          ⑈000000 2257⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6841

PAY Thirty-Eight and 84/100 ***************************************************

|  | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 5/16/2006 | $*******38.84 |

MOUNTAINEER GAS COMPANY
PO BOX 362
CHARLESTON WV 25322-0362

7 20 06 326 89650 2

*James Humphreys*
AUTHORIZED SIGNATURE

⑈006841⑈ ⑆051900366⑈          ⑈000000 3884⑈

Details on Back
Security Features Included

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6777

PAY One Hundred Fifteen and 58/100 **********************************************

|  | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 4/14/2006 | $******115.58 |

MOUNTAINEER GAS COMPANY
PO BOX 362
CHARLESTON WV 25322-0362

7 20 06 326 89650 2

*James Humphreys*
AUTHORIZED SIGNATURE

⑈006777⑈ ⑆051900366⑈          ⑈00001 1558⑈



6637

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

Sixty-Seven and 15/100 *****************************************************************

| DATE | AMOUNT |
|------|--------|
| 2/22/2006 | $*******67.15 |

TO THE
ORDER OF

MOUNTAINEER GAS COMPANY
PO BOX 362
CHARLESTON WV 25322-0362

7 20 06 326 89650 2

AUTHORIZED SIGNATURE

⑈006637⑈ ⑆051900366⑈ ⑈000000 6 715⑈

---



6596

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAYOne Hundred Eighty-Eight and 82/100 ******************************************************

| DATE | AMOUNT |
|------|--------|
| 1/19/2006 | $******188.82 |

TO THE
ORDER OF

MOUNTAINEER GAS COMPANY
PO BOX 362
CHARLESTON WV 25322-0362

7 20 06 326 89650 2

AUTHORIZED SIGNATURE

⑈006596⑈ ⑆051900366⑈ ⑈00000 1888 2⑈

---

6464

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAYSixty-Eight and 60/100 *******************************************************

| DATE | AMOUNT |
|------|--------|
| 11/17/2005 | $*******68.60 |

TO THE
ORDER OF

MOUNTAINEER GAS COMPANY

7 20 06 326 89650 2

AUTHORIZED SIGNATURE

⑈006464⑈ ⑆051900366⑈ ⑈000000 6860⑈



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6396

PAY Twenty-Nine and 13/100 ****************************************************************

TO THE
ORDER OF

MOUNTAINEER GAS COMPANY

DATE
10/14/2005

AMOUNT
$*******29.13

7 20 06 326 89650 2

AUTHORIZED SIGNATURE                MP

⑈006396⑈ ⑆051900366⑆ ⑈000000 2913⑈

---



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6365

PAY Seventeen and 72/100 ****************************************************************

TO THE
ORDER OF

ALLEGHENY POWER
800 Cabin Hill Drive
Greensburg PA 15606-0001

DATE
9/27/2005

AMOUNT
$*******17.72

7 20 06 326 89650 2

AUTHORIZED SIGNATURE                MP

⑈006365⑈ ⑆051900366⑆ ⑈000000 1772⑈

---



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6271

PAY Seventeen and 72/100 ****************************************************************

TO THE
ORDER OF

ALLEGHENY POWER
800 Cabin Hill Drive
Greensburg PA 15606-0001

DATE
8/19/2005

AMOUNT
$*******17.72

7 20 06 326 89650 2

AUTHORIZED SIGNATURE                MP

⑈006271⑈ ⑆051900366⑆ ⑈000000 1772⑈

Details on Back

Security Features Included



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6210

Twelve and 63/100 ***************************************************************************************************

TO THE
ORDER OF

|  | DATE | AMOUNT |
|---|---|---|
|  | 7/18/2005 | $*******12.63 |

ALLEGHENY POWER
800 Cabin Hill Drive
Greensburg PA 15606-0001

7 20 06 326 89650 2

AUTHORIZED SIGNATURE

⑈006210⑈ ⑆051900366⑆ ⑈000000 1263⑈

---



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6076

PAY Sixty-Three and 34/100 ********************************************************************************************

TO THE
ORDER OF

|  | DATE | AMOUNT |
|---|---|---|
|  | 5/23/2005 | $*******63.34 |

ALLEGHENY POWER
800 Cabin Hill Drive
Greensburg PA 15606-0001

7 20 06 326 89650 2

AUTHORIZED SIGNATURE

⑈006076⑈ ⑆051900366⑆ ⑈000000 6334⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6013

PAY Sixty-Three and 34/100 ********************************************************************************************

TO THE
ORDER OF

|  | DATE | AMOUNT |
|---|---|---|
|  | 4/20/2005 | $*******63.34 |

ALLEGHENY POWER
800 Cabin Hill Drive
Greensburg PA 15606-0001

7 20 06 326 89650 2

AUTHORIZED SIGNATURE

⑈006013⑈ ⑆051900366⑆ ⑈000000 6334⑈

Security Features Included



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

5922

PAY One Hundred Forty-Three and 17/100 ************************************************************************

|  | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 3/24/2005 | $******143.17 |

ALLEGHENY POWER
800 Cabin Hill Drive
Greensburg PA 15606-0001

7 20 06 326 89650 2

AUTHORIZED SIGNATURE

⑈005922⑈ ⑉051900366⑈ ⑈00000143 17⑈

---



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

5875

PAY One Hundred Forty-Three and 84/100 ************************************************************************

|  | DATE | AMOUNT |
|---|---|---|
| E ORDER OF | 3/3/2005 | $******143.84 |

ALLEGHENY POWER
800 Cabin Hill Drive
Greensburg PA 15606-0001

7 20 06 326 89650 1

AUTHORIZED SIGNATURE

⑈005875⑈ ⑉051900366⑈ ⑈00000143 84⑈

10695

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

Fifty-Two and 72/100 ************************************************************************************

TO THE
ORDER OF

DATE
8/3/2007

AMOUNT
$*******52.72

ORKIN PEST CONTROL
119 Lakeview Drive
Charleston WV 25313-1467

Account No. D-4460048

⑈010695⑈ ⑊051900395⑊ ⑊0000005272⑊

MP

10652

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

PAY Fifty-Two and 72/100 ************************************************************************************

TO THE
ORDER OF

DATE
7/16/2007

AMOUNT
$*******52.72

ORKIN PEST CONTROL
119 Lakeview Drive
Charleston WV 25313-1467

Account No. D-4460048

⑈010652⑈ ⑊051900395⑊ ⑊0000005272⑊

MP

10595

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

PAY Fifty-Two and 72/100 ************************************************************************************

TO THE
ORDER OF

DATE
6/8/2007

AMOUNT
$*******52.72

ORKIN PEST CONTROL
119 Lakeview Drive
Charleston WV 25313-1467

Account No. D-4460048

⑈010595⑈ ⑊051900395⑊ ⑊0000005272⑊

MP

Details on back.

Security Features Included.

10460

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY Fifty-Two and 72/100 *************************************************************************************

TO THE
ORDER OF

DATE
4/6/2007

AMOUNT
$*******52.72

ORKIN PEST CONTROL
119 Lakeview Drive
Charleston WV 25313-1467

Account No. D-4460048

⑈0ı0460⑈ ⑆05ı900395⑆ ⑈00000005272⑈

---

10421

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY Fifty-Two and 72/100 *************************************************************************************

TO THE
ORDER OF

DATE
3/8/2007

AMOUNT
$*******52.72

ORKIN PEST CONTROL
119 Lakeview Drive
Charleston WV 25313-1467

Account No. D-4460048

⑈0ı04ı2ı⑈ ⑆05ı900395⑆ ⑈00000005272⑈

---

10377

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY Fifty-Two and 72/100 *************************************************************************************

TO THE
ORDER OF

DATE
2/12/2007

AMOUNT
$*******52.72

ORKIN PEST CONTROL
119 Lakeview Drive
Charleston WV 25313-1467

Account No. D-4460048

⑈0ı0377ı⑈ ⑆05ı900395⑆ ⑈00000005272⑈

10304

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

Fifty-Two and 72/100 **********************************************************************************

TO THE
ORDER OF

DATE
1/4/2007

AMOUNT
$*******52.72

ORKIN PEST CONTROL
119 Lakeview Drive
Charleston WV 25313-1467

Account No. D-4460048

⑈010304⑈  ⑆051900395⑉  ⑈000000 5272⑉

---

10261

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

PAYFifty-Two and 72/100 **********************************************************************************

TO THE
ORDER OF

DATE
12/11/2006

AMOUNT
$*******52.72

ORKIN PEST CONTROL
119 Lakeview Drive
Charleston WV 25313-1467

Account No. D-4460048

⑈010261⑈  ⑆051900395⑉  ⑈000000 5272⑉

---

10202

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

PAYFifty-Two and 72/100 **********************************************************************************

TO THE
ORDER OF

DATE
11/3/2006

AMOUNT
$*******52.72

ORKIN PEST CONTROL
119 Lakeview Drive
Charleston WV 25313-1467

Account No. D-4460048

⑈010202⑈  ⑆051900395⑉  ⑈000000 5272⑉

10159

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

PAY Fifty-Two and 72/100 *********************************************************************************

TO THE
ORDER OF

DATE 10/12/2006          $*******52.72 AMOUNT

ORKIN PEST CONTROL
119 Lakeview Drive
Charleston WV 25313-1467

Account No. D-4460048

⑈010159⑈ ⑉051900395⑈                        ⑈0000005272⑈

10115

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

PAY Fifty-Two and 72/100 *********************************************************************************

TO THE
ORDER OF

DATE 9/21/2006          $*******52.72 AMOUNT

ORKIN PEST CONTROL
119 Lakeview Drive
Charleston WV 25313-1467

Account No. D-4460048

⑈010115⑈ ⑉051900395⑈                        ⑈0000005272⑈

10054

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

PAY Fifty-Two and 72/100 *********************************************************************************

TO THE
ORDER OF

DATE 8/18/2006          $*******52.72 AMOUNT

ORKIN PEST CONTROL
119 Lakeview Drive
Charleston WV 25313-1467

Account No. 4519538

⑈010054⑈ ⑉051900395⑈                        ⑈0000005272⑈

6948



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY Fifty-Two and 72/100 *******************************************************************

TO THE
ORDER OF

| DATE | AMOUNT |
|------|--------|
| 7/14/2006 | $*******52.72 |

ORKIN EXTERMINATING
119 LAKEVIEW DRIVE
CHARLESTON WV 25313-1478

ACCOUNT:  D-4460048

AUTHORIZED SIGNATURE   MP

⑈006948⑈ ⑆051900366⑈                    ⑈000000 5 2 7 2⑈

---

6908

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY Fifty-Two and 72/100 *******************************************************************

TO THE
ORDER OF

| DATE | AMOUNT |
|------|--------|
| 6/23/2006 | $*******52.72 |

ORKIN EXTERMINATING
119 LAKEVIEW DRIVE
CHARLESTON WV 25313-1478

ACCOUNT:  D-4460048



AUTHORIZED SIGNATURE   MP

⑈006908⑈ ⑆051900366⑈                    ⑈000000 5 2 7 2⑈

---

6826

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY Fifty-Two and 72/100 *******************************************************************

TO THE
ORDER OF

| DATE | AMOUNT |
|------|--------|
| 5/12/2006 | $*******52.72 |

ORKIN EXTERMINATING
119 LAKEVIEW DRIVE
CHARLESTON WV 25313-1478

ACCOUNT:  D-4460048

AUTHORIZED SIGNATURE   MP

⑈006826⑈ ⑆051900366⑈                    ⑈000000 5 2 7 2⑈



6760

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

Forty-Nine and 28/100 *************************************************************************

TO THE
ORDER OF

DATE 4/13/2006

AMOUNT $*******49.28

ORKIN EXTERMINATING
119 LAKEVIEW DRIVE
CHARLESTON WV 25313-1478

ACCOUNT:  D-4460048

_James Humphreys_
AUTHORIZED SIGNATURE

⑈006760⑈ ⑈051900366⑈ 0000004928⑈

---



6648

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY
Ninety-Eight and 56/100 *************************************************************************

TO THE
ORDER OF

DATE 2/22/2006

AMOUNT $*******98.56

ORKIN EXTERMINATING
119 LAKEVIEW DRIVE
CHARLESTON WV 25313-1478

Account: D-4460048 FEBRUARY 2006

_James Humphreys_
AUTHORIZED SIGNATURE

⑈006648⑈ ⑈051900366⑈ 0000009856⑈

---



6424

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAYForty-Nine and 28/100 *************************************************************************

TO THE
ORDER OF

DATE 11/4/2005

AMOUNT $*******49.28

ORKIN EXTERMINATING
119 LAKEVIEW DRIVE
CHARLESTON WV 25313-1478

Account: D-4460048 November 2005

_James Humphreys_
AUTHORIZED SIGNATURE

⑈006424⑈ ⑈051900366⑈ 0000004928⑈

6391



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

Forty-Nine and 28/100 ***************************************************************************

TO THE
ORDER OF

DATE      AMOUNT
10/14/2005    $*******49.28

ORKIN EXTERMINATING
119 LAKEVIEW DRIVE
CHARLESTON WV 25313-1478

OCTOBER 2005

AUTHORIZED SIGNATURE

⑈006391⑈ ⑆051900366⑆      ⑈00000004928⑈

---

6319



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY Forty-Nine and 28/100 ***************************************************************************

TO THE
ORDER OF

DATE      AMOUNT
9/12/2005    $*******49.28

ORKIN EXTERMINATING
119 LAKEVIEW DRIVE
CHARLESTON WV 25313-1478

September 2005

AUTHORIZED SIGNATURE

⑈006319⑈ ⑆051900366⑆      ⑈00000004928⑈

---

6285



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY Forty-Nine and 28/100 ***************************************************************************

TO THE
ORDER OF

DATE      AMOUNT
8/19/2005    $*******49.28

ORKIN EXTERMINATING
119 LAKEVIEW DRIVE
CHARLESTON WV 25313-1478

AUG TREATMENT 1616 KIRKLEE

AUTHORIZED SIGNATURE

⑈006285⑈ ⑆051900366⑆      ⑈00000004928⑈

6201



**JAMES F. HUMPHREYS**
**PERSONAL ACCOUNT**
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

Two Thousand Four Hundred Thirteen and 62/100 ****************************************************

TO THE
ORDER OF

DATE
7/18/2005

AMOUNT
$****2,413.62

ORKIN EXTERMINATING
119 LAKEVIEW DRIVE
CHARLESTON WV 25313-1478

Termite Treatment @! 1616 Kirklee Road

AUTHORIZED SIGNATURE

⑈006201⑈ ⑆051900366⑆ ⑆000024136 2⑈

---

6154

**JAMES F. HUMPHREYS**
**PERSONAL ACCOUNT**
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY Forty-Nine and 28/100 **********************************************************

TO THE
ORDER OF

DATE
6/14/2005

AMOUNT
$*******49.28

ORKIN EXTERMINATING
119 LAKEVIEW DRIVE
CHARLESTON WV 25313-1478

Account No. D-4460048

AUTHORIZED SIGNATURE

⑈006154⑈ ⑆051900366⑆ ⑆00000004928⑈

---

6057

**JAMES F. HUMPHREYS**
**PERSONAL ACCOUNT**
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY Forty-Nine and 28/100 *********************************************************

TO THE
ORDER OF

DATE
5/11/2005

AMOUNT
$*******49.28

ORKIN EXTERMINATING
119 LAKEVIEW DRIVE
CHARLESTON WV 25313-1478

Account No. D-4460048

AUTHORIZED SIGNATURE

⑈006057⑈ ⑆051900366⑆ ⑆00000004928⑈

5959



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

Forty-Nine and 28/100 ************************************************************************

|  | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 4/7/2005 | $*******49.28 |

ORKIN EXTERMINATING
119 LAKEVIEW DRIVE
CHARLESTON WV 25313-1478

Account No. D-4460048

AUTHORIZED SIGNATURE
MP

⑈005959⑈ ⑇051900366⑇ ⑈0000004928⑈

---

5894

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY Forty-Nine and 28/100 ************************************************************************

|  | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 3/11/2005 | $*******49.28 |

ORKIN EXTERMINATING
119 LAKEVIEW DRIVE
CHARLESTON WV 25313-1478

Account No. D-4460048

AUTHORIZED SIGNATURE
MP

⑈005894⑈ ⑇051900366⑇ ⑈0000004928⑈

---

5824

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY Forty-Nine and 28/100 ************************************************************************

|  | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 2/16/2005 | $*******49.28 |

ORKIN EXTERMINATING
119 LAKEVIEW DRIVE
CHARLESTON WV 25313-1478

Account No. D-4460048

AUTHORIZED SIGNATURE
MP

⑈005824⑈ ⑇051900366⑇ ⑈0000004928⑈

10676

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

Four Hundred Thirty-One and 85/100 ********************************************************************

TO THE
ORDER OF

DATE
7/27/2007

AMOUNT
$*****431.85

SUDDENLINK
PO BOX 742535
CINCINNATI OH 45274-2535

001 2020 052929601

⑈010676⑈ ⑆051900395⑉                    ⑈0000043185⑈

---

10525

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

PAYThree Hundred Sixty-One and 25/100 ********************************************************************

TO THE
ORDER OF

DATE
4/27/2007

AMOUNT
$*****361.25

SUDDENLINK
PO BOX 742535
CINCINNATI OH 45274-2535

001 2020 052929601

⑈010525⑈ ⑆051900395⑉                    ⑈0000036125⑈

---

10518

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

PAYOne Hundred One and 83/100 ********************************************************************

TO THE
ORDER OF

DATE
4/20/2007

AMOUNT
$*****101.83

SUDDENLINK
PO BOX 742535
CINCINNATI OH 45274-2535

001 2020 047684401

⑈010518⑈ ⑆051900395⑉                    ⑈0000010183⑈

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

Three Hundred Sixty-One and 25/100 ***********************************************************************

| TO THE ORDER OF | DATE 3/22/2007 | AMOUNT $******361.25 |
|---|---|---|

SUDDENLINK

8345 19 001 0654370

⑈'010441⑈' ⑉:051900395⑉:                        ⑊'000003 6125⑊'

---

10366

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY Three Hundred Thirty and 26/100 ***********************************************************************

| TO THE ORDER OF | DATE 2/1/2007 | AMOUNT $******330.26 |
|---|---|---|

SUDDENLINK

8345 19 001 0654370

⑈'010366⑈' ⑉:051900395⑉:                        ⑊'000003 3026⑊'

---

10317

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY Two Hundred Sixty-One and 68/100 ***********************************************************************

| TO THE ORDER OF | DATE 1/4/2007 | AMOUNT $******261.68 |
|---|---|---|

SUDDENLINK

8345 19 001 0654370

⑈'010317⑈' ⑉:051900395⑉:                        ⑊'00000 26168⑊'

10256

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

Two Hundred Seventy-Three and 87/100 ************************************************************

TO THE
ORDER OF

DATE
12/11/2006

AMOUNT
$******273.87

SUDDENLINK

8345 19 001 0654370

⑈010256⑈ ⑉051900395⑉                                    ⑈000002 7387⑉

---

10209

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

PAYTwo Hundred Forty-Nine and 39/100 ************************************************************

TO THE
ORDER OF

DATE
11/3/2006

AMOUNT
$******249.39

SUDDENLINK

8345 19 001 0654370

⑈010209⑈ ⑉051900395⑉                                    ⑈000002 4939⑉

---

10161

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

PAYTwo Hundred Sixty-One and 68/100 ************************************************************

TO THE
ORDER OF

DATE
10/12/2006

AMOUNT
$******261.68

SUDDENLINK

8345 19 001 0654370

⑈010161⑈ ⑉051900395⑉                                    ⑈000002 6168⑉

10095

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

Three Hundred Eleven and 22/100 ***********************************************************************************

TO THE
ORDER OF

DATE
8/30/2006

$******311.22     AMOUNT

SUDDENLINK

8345 19 001 0654370

⑈010095⑈ ⑆051900395⑈ ⑈000003⑈22⑈



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6860

Two Hundred Forty-One and 96/100 ***************************************************************

| | DATE | AMOUNT |
| TO THE ORDER OF | 6/1/2006 | $*****241.96 |

CHARTER COMMUNICATIONS
PO BOX 742529
CINCINNATI OH 45274-2529

8345 19 001 0654370

AUTHORIZED SIGNATURE

⑈006860⑈ ⑆051900366⑆                    ⑈00000024196⑈

---



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6829

PAYThree Hundred Twenty-Seven and 93/100 ***************************************************************

| | DATE | AMOUNT |
| TO THE ORDER OF | 5/12/2006 | $*****327.93 |

CHARTER COMMUNICATIONS
PO BOX 742529
CINCINNATI OH 45274-2529

8345 19 001 0654370

AUTHORIZED SIGNATURE

⑈006829⑈ ⑆051900366⑆                    ⑈00000032793⑈

---



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6736

PAYThree Hundred Fifteen and 64/100 ***************************************************************

| | DATE | AMOUNT |
| TO THE ORDER OF | 4/4/2006 | $*****315.64 |

CHARTER COMMUNICATIONS
PO BOX 742529
CINCINNATI OH 45274-2529

8345 19 001 0654370

AUTHORIZED SIGNATURE

⑈006736⑈ ⑆051900366⑆                    ⑈00000031564⑈



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6564

Two Hundred Sixty-Six and 52/100 *****************************************************************

TO THE
ORDER OF

| DATE | AMOUNT |
|------|--------|
| 1/4/2006 | $******266.52 |

CHARTER COMMUNICATIONS
PO BOX 742529
CINCINNATI OH 45274-2529

8345 19 001 0654370

AUTHORIZED SIGNATURE

⑈006564⑈ ⑆051900366⑆                                              ⑈00000026652⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6620

PAY Three Hundred Three and 39/100 ****************************************************************

TO THE
ORDER OF

| DATE | AMOUNT |
|------|--------|
| 1/31/2006 | $******303.39 |

CHARTER COMMUNICATIONS
PO BOX 742529
CINCINNATI OH 45274-2529

8345 19 001 0654370

AUTHORIZED SIGNATURE

⑈006620⑈ ⑆051900366⑆                                              ⑈00000030339⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6499

PAY Two Hundred Twenty-Nine and 67/100 **************************************************************

TO THE
ORDER OF

| DATE | AMOUNT |
|------|--------|
| 12/1/2005 | $******229.67 |

CHARTER COMMUNICATIONS
PO BOX 742529
CINCINNATI OH 45274-2529

8345 19 001 0654370

AUTHORIZED SIGNATURE

⑈006499⑈ ⑆051900366⑆                                              ⑈00000022967⑈

6433



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

Two Hundred Twenty-Nine and 67/100 **************************************************

| DATE | AMOUNT |
|---|---|
| 11/4/2005 | $******229.67 |

TO THE
ORDER OF

CHARTER COMMUNICATIONS
PO BOX 742529
CINCINNATI OH 45274-2529

8345 19 001 0654370

AUTHORIZED SIGNATURE

⑈006433⑈ ⑆051900366⑈                ⑆000002296 7⑈

---

6375

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY Three Hundred and 86/100 ***************************************************

| DATE | AMOUNT |
|---|---|
| 10/14/2005 | $******300.86 |

TO THE
ORDER OF

CHARTER COMMUNICATIONS

8345 19 001 0654370

AUTHORIZED SIGNATURE

⑈006375⑈ ⑆051900366⑈                ⑆000003008 6⑈

---

6328

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY Three Hundred Eleven and 74/100 **************************************************

| DATE | AMOUNT |
|---|---|
| 9/12/2005 | $******311.74 |

TO THE
ORDER OF

CHARTER COMMUNICATIONS

8345 19 001 0654370

AUTHORIZED SIGNATURE

⑈006328⑈ ⑆051900366⑈                ⑆000003117 4⑈



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6241

Two Hundred Seventy-Six and 19/100 ***********************************************************

TO THE
ORDER OF

| DATE | AMOUNT |
|------|--------|
| 8/1/2005 | $******276.19 |

CHARTER COMMUNICATIONS

8345 19 001 0654370

AUTHORIZED SIGNATURE

⑈006241⑈ ⑆051900366⑆                    ⑈00000027619⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6221

PAY Three Hundred Thirty-Seven and 47/100 ***********************************************************

TO THE
ORDER OF

| DATE | AMOUNT |
|------|--------|
| 7/18/2005 | $******337.47 |

CHARTER COMMUNICATIONS

8345 19 001 0654370

AUTHORIZED SIGNATURE

⑈006221⑈ ⑆051900366⑆                    ⑈00000033747⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6138

PAY Two Hundred Thirty-Eight and 31/100 ***********************************************************

TO THE
ORDER OF

| DATE | AMOUNT |
|------|--------|
| 6/3/2005 | $******238.31 |

CHARTER COMMUNICATIONS

8345 19 001 0654370

AUTHORIZED SIGNATURE

⑈006138⑈ ⑆051900366⑆                    ⑈00000023831⑈



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

Two Hundred Eighty-Eight and 46/100 *********************************************************************

TO THE
ORDER OF

|  | DATE | AMOUNT |
|---|---|---|
|  | 5/11/2005 | $******288.46 |

CHARTER COMMUNICATIONS

8345 19 001 0654370

_James Humphreys_
AUTHORIZED SIGNATURE    MP

⑈"006056"⑈ ⑈:051900366⑈: ⑈"00000 28846⑈"

---



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

5952

PAY Two Hundred Fifty-One and 68/100 *********************************************************************

TO THE
ORDER OF

|  | DATE | AMOUNT |
|---|---|---|
|  | 4/7/2005 | $******251.68 |

CHARTER COMMUNICATIONS

8345 19 001 0654370

_James Humphreys_
AUTHORIZED SIGNATURE    MP

⑈"005952"⑈ ⑈:051900366⑈: ⑈"00000 25168⑈"

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

5803

PAY Two Hundred Eighty-Seven and 34/100 *********************************************************************

TO THE
ORDER OF

|  | DATE | AMOUNT |
|---|---|---|
|  | 1/31/2005 | $******287.34 |

CHARTER COMMUNICATIONS

8345 19 001 0654370

_James Humphreys_
AUTHORIZED SIGNATURE    MP

⑈"005803"⑈ ⑈:051900366⑈: ⑈"00000 28734⑈"

10713

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

**UNITED BANK**
69-39-519

Two Hundred Sixty-Five and 91/100 ************************************************************

TO THE
ORDER OF

DATE 8/10/2007      $******265.91 AMOUNT

VERIZON
P.O. BOX 17577
BALTIMORE MD 21297-0513

007

202-965-2120 account: 000689603067

⑃010713⑃ ⑊051900395⑊              ⑊000002659⑊

---

10685

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

**UNITED BANK**
69-39-519

PAY Two Hundred Sixty-Five and 80/100 ************************************************************

TO THE
ORDER OF

DATE 7/27/2007      $******265.80 AMOUNT

VERIZON
P.O. BOX 17577
BALTIMORE MD 21297-0513

00000 6134 126 120072582 MD

202-965-2120  000689603067 09Y

⑃010685⑃ ⑊051900395⑊              ⑊0000026580⑊

---

10608

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

**UNITED BANK**
69-39-519

PAY Two Hundred Sixty-Seven and 12/100 ************************************************************

TO THE
ORDER OF

DATE 6/15/2007      $******267.12 AMOUNT

VERIZON
P.O. BOX 17577
BALTIMORE MD 21297-0513

00000 6546 058 700005528 MD

202-965-2120 / 000689603067 09Y

⑃010608⑃ ⑊051900395⑊              ⑊0000026712⑊

10563

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

**UNITED BANK**
69-39-519

Two Hundred Sixty-Seven and 12/100 ************************************************************************

TO THE
ORDER OF

DATE
5/18/2007

AMOUNT
$******267.12

VERIZON
P.O. BOX 17577
BALTIMORE MD 21297-0513

000001  6583  054  422029109  MD

202-965-2120 – 000689603067 09Y

⑈0⑈0563⑈ ⑆051900395⑇

⑈00000 26712⑈

---

10478

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

**UNITED BANK**
69-39-519

PAY Two Hundred Sixty-Seven and 74/100 ************************************************************************

TO THE
ORDER OF

DATE
4/13/2007

AMOUNT
$******267.74

VERIZON
P.O. BOX 17577
BALTIMORE MD 21297-0513

000001  6476  010  070062476  MD

202-965-2120 (000689603067 09Y)

⑈0⑈04⑈78⑈ ⑆051900395⑇

⑈00000 26774⑈

---

10429

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

**UNITED BANK**
69-39-519

PAY Two Hundred Fifty-Eight and 85/100 ************************************************************************

TO THE
ORDER OF

DATE
3/16/2007

AMOUNT
$******258.85

VERIZON

000001  4473  094  800944042  MD

202 965-2120

⑈0⑈0429⑈ ⑆051900395⑇

⑈00000 25885⑈

10376

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

Two Hundred Fifty-Nine and 23/100 ************************************************************

TO THE
ORDER OF

DATE 2/12/2007     $******259.23   AMOUNT

VERIZON

000001  6199  019  452027366  MD

202 965-2120

⑆010376⑆ ⑉051900395⑉                          ⑈000025923⑈

---

10328

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

PAY Two Hundred Fifty-Eight and 84/100 ************************************************************

TO THE
ORDER OF

DATE 1/16/2007     $******258.84   AMOUNT

VERIZON

000001  6029  023  180030917  MD

202 965-2120

⑆010328⑆ ⑉051900395⑉                          ⑈000025884⑈

---

10319

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

PAY Two Hundred Fifty-Eight and 52/100 ************************************************************

TO THE
ORDER OF

DATE 1/4/2007     $******258.52   AMOUNT

VERIZON

000001  6007  152  092009575  MD

202 965-2120

⑆010319⑆ ⑉051900395⑉                          ⑈000025852⑈

10230

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

Two Hundred Fifty-Nine and 28/100 **********************************************************************************************

TO THE
ORDER OF

DATE  11/22/2006          $******259.28  AMOUNT

VERIZON

202 965-2120

⑈"0⎵10230"⎵ ⑉:051900395⑉:                                ,"00000 25928,"

---

10172

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

PAY Two Hundred Fifty-Six and 40/100 **********************************************************************************************

TO THE
ORDER OF

DATE  10/12/2006          $******256.40  AMOUNT

VERIZON

000001  6490  045  892131158  MD

202 965-2120

⑈"0⎵10172"⎵ ⑉:051900395⑉:                                ,"00000 25640,"

---

10121

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

PAY Two Hundred Fifty-Eight and 03/100 **********************************************************************************************

TO THE
ORDER OF

DATE  9/21/2006          $******258.03  AMOUNT

VERIZON

000001  6390  052  680031258  MD

202 965-2120

⑈"0⎵10121"⎵ ⑉:051900395⑉:                                ,"00000 25803,"

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

wo Hundred Fifty-Nine and 71/100 **********************************************************************************

TO THE
ORDER OF

DATE
8/18/2006

$******259.71

AMOUNT

VERIZON

202 965-2120

000001 652 145 332059202 MD

MP

⑈'010053⑈' ⑊051900395⑊ ⑈'00000 25971⑈'

6942



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY Two Hundred Seventy-One and 25/100 *************************************************************

| | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 7/14/2006 | $******271.25 |

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

000689603067 09Y

000001 6884 088 980038411 MD

AUTHORIZED SIGNATURE

⑆006942⑈ ⑆051900366⑆ ⑆00000 27125⑈

---

6906

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY Two Hundred Fifty-Six and 32/100 *************************************************************

| | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 6/23/2006 | $******256.32 |

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

000689603067 09Y

000001 6315 021 772051018 MD

AUTHORIZED SIGNATURE

⑆006906⑈ ⑆051900366⑆ ⑆00000 25632⑈

Details on Back.

Security Features Included

---

6638

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY Two Hundred Fifty-Eight and 05/100 *************************************************************

| | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 2/22/2006 | $******258.05 |

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

000689603067 09Y

000001 001 4 5363030 MD

AUTHORIZED SIGNATURE

⑆006638⑈ ⑆051900366⑆ ⑆0000025805⑈

6597



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY Two Hundred Fifty-Nine and 69/100 **********************************************

TO THE
ORDER OF

DATE
1/19/2006

AMOUNT
$******259.69

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

000689603067 09Y

000001  6682  158  312012029 MD

AUTHORIZED SIGNATURE

MP

⑈006597⑈ ⑆051900366⑉ ⑈0000025969⑈

---

6465

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY Two Hundred Fifty-Four and 96/100 **********************************************

TO THE
ORDER OF

DATE
11/17/2005

AMOUNT
$******254.96

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

000689603067 09Y

000001  6886

AUTHORIZED SIGNATURE

MP

⑈006465⑈ ⑆051900366⑉ ⑈0000025496⑈

---

6380



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY Two Hundred Eighty-Seven and 50/100 **********************************************

TO THE
ORDER OF

DATE
10/14/2005

AMOUNT
$******287.50

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

000689603067 09Y

000001  65

AUTHORIZED SIGNATURE

MP

⑈006380⑈ ⑆051900366⑉ ⑈0000028750⑈

6368

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

Two Hundred Fifty-Nine and 22/100 ************************************************************

| | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 9/27/2005 | $*****259.22 |

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

000689603067 09Y

000001 6466 201 720026325 MD

AUTHORIZED SIGNATURE

⑈006368⑈ ⑈051900366⑈                    ⑈000000259 22⑈

---

6276

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY Two Hundred Fifty-One and 89/100 ************************************************************

| | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 8/19/2005 | $*****251.89 |

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

000689603067 09Y

000001 6060 073 342 MD

AUTHORIZED SIGNATURE

⑈006276⑈ ⑈051900366⑈                    ⑈000000251 89⑈

---

6208

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY Three Hundred Fifty-Three and 31/100 ************************************************************

| | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 7/18/2005 | $*****353.31 |

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

000689603067 09Y

000001 6895 129 020035423 MD

AUTHORIZED SIGNATURE

⑈006208⑈ ⑈051900366⑈                    ⑈000000353 31⑈

6147



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

F.   Two Hundred Twenty and 21/100 ***************************************************************

TO THE
ORDER OF

DATE
6/14/2005

AMOUNT
$******220.21

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

000081  6414  032  680018173  MD

000689603067 09Y

AUTHORIZED SIGNATURE

⑆006147⑆ ⑆051900366⑆          ⑆00000 22021⑆

---

6064



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY  Two Hundred Twenty-One and 69/100 ***********************************************************

TO THE
ORDER OF

DATE
5/11/2005

AMOUNT
$******221.69

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

000001  6353  121  3520 5007 MD

000689603067

AUTHORIZED SIGNATURE

⑆006064⑆ ⑆051900366⑆          ⑆00000 22169⑆

---

6003

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY Two Hundred Twenty-Four and 30/100 ***********************************************************

TO THE
ORDER OF

DATE
4/20/2005

AMOUNT
$******224.30

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

000001  6763  178  152 04173 MD

000689603067 09Y

AUTHORIZED SIGNATURE

⑆006003⑆ ⑆051900366⑆          ⑆00000 22430⑆



5903

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY Two Hundred Thirteen and 61/100 **************************************************************

|  | DATE | AMOUNT |
|---|---|---|
|  | 3/15/2005 | $******213.61 |

TO THE
ORDER OF

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

202-965-2120

00000  6352  051  760042791  MD

AUTHORIZED SIGNATURE

⑈005903⑈ ⑆051900366⑆ ⑆00000 2136 1⑈

---

5815

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY Seven Hundred Fifty-Seven and 26/100 **************************************************

|  | DATE | AMOUNT |
|---|---|---|
|  | 2/16/2005 | $******757.26 |

TO THE
C      OF

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

000689603067 09Y

00000  6392  056  90029072  MD

AUTHORIZED SIGNATURE

⑈005815⑈ ⑆051900366⑆ ⑆00000 75726⑈

10707

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

Seventy-Eight and 93/100 *********************************************************************************

TO THE
ORDER OF

DATE 8/10/2007          $*******78.93 AMOUNT

VERIZON
P.O. BOX 17577
BALTIMORE MD 21297-0513

007

202-362-1820 000642312943

⑆010707⑈ ⑉051900395⑊                              ⑆000000 7893⑈

---

10648

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY Seventy-Eight and 91/100 *********************************************************************************

TO THE
ORDER OF

DATE 7/16/2007          $*******78.91 AMOUNT

VERIZON
P.O. BOX 17577
BALTIMORE MD 21297-0513

000001 6431 025 990042235 MD

202-362-1820 / 000642312943 37Y

⑆010648⑈ ⑉051900395⑊                              ⑆000000 7891⑈

---

10611

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY Seventy-Nine and 33/100 *********************************************************************************

TO THE
ORDER OF

DATE 6/15/2007          $*******79.33 AMOUNT

VERIZON
P.O. BOX 17577
BALTIMORE MD 21297-0513

000001 6552 029 700001495 MD

202-362-1820 / 000642312943 37 Y

⑆010611⑈ ⑉051900395⑊                              ⑆000000 7933⑈

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

Seventy-Nine and 38/100 ************************************************************************

TO THE
ORDER OF

DATE
5/11/2007

AMOUNT
$*******79.38

VERIZON
P.O. BOX 17577
BALTIMORE MD 21297-0513

000001 6414 146 35004266A MD

202-362-1820 (000642312943 37Y)

*010546* :051900395: ◼◼◼◼◼◼◼◼ ,000000?938,

---

10474

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY Seventy-Nine and 38/100 ************************************************************************

TO THE
ORDER OF

DATE
4/13/2007

AMOUNT
$*******79.38

VERIZON
P.O. BOX 17577
BALTIMORE MD 21297-0513

000001 6476 011 070062478 MD

202-362-1820 (000642312943 37Y)

*010474* :051900395: ◼◼◼◼◼◼◼◼ ,000000?938,

---

10380

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY One Hundred Fifty-Three and 18/100 ************************************************************************

TO THE
ORDER OF

DATE
2/12/2007

AMOUNT
$******153.18

VERIZON

000001 6203 132 452029202 MD

202 362-1820

*010380* :051900395: ◼◼◼◼◼◼◼◼ ,00000?53?8,

10361

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

. . . . Seventy-Six and 49/100 ********************************************************************************************

| | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 2/1/2007 | $*******76.49 |

VERIZON

000001 6207 005 370000013 MD

*James Humphreys*                MP

202 362-1820

⑈"010361⑈" ⑇:051900395⑇:                    ⑈"000000 7649⑈"

---

10310

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY Seventy-Six and 49/100 ********************************************************************************************

| | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 1/4/2007 | $*******76.49 |

VERIZON

000001 6007 151 092009573 MD

*James Humphreys*                MP

202 362-1820

⑈"010310⑈" ⑇:051900395⑇:                    ⑈"000000 7649⑈"

---

10231

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY Seventy-Six and 49/100 ********************************************************************************************

| | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 11/22/2006 | $*******76.49 |

VERIZON

000001 6193 070 310085369 MD

*James Humphreys*                MP

202 362-1820

⑈"010231⑈" ⑇:051900395⑇:                    ⑈"000000 7649⑈"

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

.Seventy-Six and 51/100 ***************************************************************

TO THE
ORDER OF

DATE
10/12/2006

$*******76.51

AMOUNT

VERIZON

000001 6395 052 890058093 MD

202 362-1820

*James Humphreys*    MP

⑈⑈0LОL58⑈⑈  ⑈:051900395⑈:                    ⑈⑈000000765⑈⑈

10117

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAYSeventy-Six and 16/100 ***************************************************************

TO THE
ORDER OF

DATE
9/21/2006

$*******76.16

AMOUNT

VERIZON

00000James4445 09  MD

202 362-1820

MP

⑈⑈0L0LL7⑈⑈  ⑈:051900395⑈:                    ⑈⑈000000765⑈⑈

10048

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAYSeventy-Six and 16/100 ***************************************************************

TO THE
ORDER OF

DATE
8/18/2006

$*******76.16

AMOUNT

VERIZON

00000James6553 172 330091438 MD

202 362 1820

MP

⑈⑈0L0048⑈⑈  ⑈:051900395⑈:                    ⑈⑈000000765⑈⑈

6943



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

eventy-Seven and 86/100 **********************************************************

| | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 7/14/2006 | $*******77.86 |

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

000642312943 37Y

000001 6884 087 980038409 MD

AUTHORIZED SIGNATURE

⑈"006943" ⑈:051900366 ⑈"000000 7786"

---

6910



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAYSeventy-Three and 99/100 **********************************************************

| | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 6/23/2006 | $*******73.99 |

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

000642312943 37Y

000001 6958 079 770026526 MD

AUTHORIZED SIGNATURE

⑈"006910" ⑈:051900366 ⑈"000000 7399"

---

6754

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAYSixty-Eight and 95/100 **********************************************************

| | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 4/13/2006 | $*******68.95 |

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

00062312943 37Y

000001 6755 175 070085918 MD

AUTHORIZED SIGNATURE

⑈"006754" ⑈:051900366 ⑈"000000 6895"



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6693

Seventy-Three and 71/100 *********************************************************************

TO THE
ORDER OF

DATE
3/16/2006

AMOUNT
$*******73.71

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

000642312943 37Y

00000 ... MD
AUTHORIZED SIGNATURE

⑈006693⑈ ⑉051900366⑈ ... ⑈000000 7371⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6644

PAY Seventy-Three and 71/100 *********************************************************************

TO THE
ORDER OF

DATE
2/22/2006

AMOUNT
$*******73.71

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

000642312943 37Y

00000 ... MD
AUTHORIZED SIGNATURE

⑈006644⑈ ⑉051900366⑈ ⑈000000 7371⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

644

PAY Seventy-Three and 71/100 *********************************************************************

TO THE
ORDER OF

DATE
11/7/2005

AMOUNT
$*******73.71

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

000642312943 37Y

000001 6465 063 1320 6065 MD
AUTHORIZED SIGNATURE

⑈006644⑈ ⑉051900366⑈ ⑈000000 7371⑈



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6387

Seventy-Two and 28/100 *************************************************************************

TO THE
ORDER OF

DATE
10/14/2005

AMOUNT
$*******72.28

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

000642312943 37Y

000001  6204  179  902084012  MD

AUTHORIZED SIGNATURE

MP

⑈006387⑈ ⑉051900366⑈ ⑈000000722B⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6367

PAY Seventy-Three and 71/100 *************************************************************************

TO THE
ORDER OF

DATE
9/27/2005

AMOUNT
$*******73.71

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

000642312943 37Y

000001  6875  129  732062351  MD

AUTHORIZED SIGNATURE

MP

⑈006367⑈ ⑉051900366⑈ ⑈000000737I⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6277

PAY Seventy-Three and 71/100 *************************************************************************

TO THE
ORDER OF

DATE
8/19/2005

AMOUNT
$*******73.71

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

000642312943 37Y

000001  6068  312

AUTHORIZED SIGNATURE

MP

⑈006277⑈ ⑉051900366⑈ ⑈000000737I⑈

6209



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

Seventy-Three and 71/100 **********************************************************************

TO THE
ORDER OF

DATE    7/18/2005

AMOUNT    $*******73.71

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

000642312943 37Y

000001  6867  027  022054498  MD

AUTHORIZED SIGNATURE

⑈006209⑈ ⑆051900366⑆                ⑈00000073⑈71⑈

---

6148

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAYSeventy-Four and 10/100 **********************************************************************

TO THE
ORDER OF

DATE    6/14/2005

AMOUNT    $*******74.10

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

000642312943 37Y

000001  6114  031  0680018171  MD

AUTHORIZED SIGNATURE

⑈006148⑈ ⑆051900366⑆                ⑈00000074⑈10⑈

---

6066

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY Seventy-Four and 10/100 **********************************************************************

TO THE
ORDER OF

DATE    5/11/2005

AMOUNT    $*******74.10

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

000642312943 37Y

000001  6353  012  362  MD

AUTHORIZED SIGNATURE

⑈006066⑈ ⑆051900366⑆                ⑈00000074⑈10⑈

10668

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY One Hundred Twenty-Four and 44/100 **************************************************************

TO THE
ORDER OF

DATE 7/27/2007     AMOUNT $******124.44

VERIZON
P.O. BOX 17577
BALTIMORE MD 21297-0513

000001 6057 208 120024770 MD

304-744-9573 (00001616221212Y

⑈010668⑈ ⑊051900395⑉                    ⑈00000 12444⑈

---

10618

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY One Hundred Thirty-Eight and 16/100 **************************************************************

TO THE
ORDER OF

DATE 6/27/2007     AMOUNT $******138.16

VERIZON
P.O. BOX 17577
BALTIMORE MD 21297-0513

000001 6535 138 302057563 MD

304-744-9573 - 000016162212 12Y

⑈010618⑈ ⑊051900395⑉                    ⑈00000 13816⑈

---

10576

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY One Hundred Twenty-Four and 03/100 **************************************************************

TO THE
ORDER OF

DATE 5/25/2007     AMOUNT $******124.03

VERIZON
P.O. BOX 17577
BALTIMORE MD 21297-0513

000001 6266 051 502039852 MD

304-744-9573 (000016162212 12Y)

⑈010576⑈ ⑊051900395⑉                    ⑈00000 12403⑈

10539

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

One Hundred Thirteen and 28/100 *********************************************************************

TO THE
ORDER OF

DATE
5/4/2007

AMOUNT
$******113.28

VERIZON
P.O. BOX 17577
BALTIMORE MD 21297-0513

304-744-9573

00001 6155 037 29005B444 MD

⑈010539⑈ ⑆051900395⑆ ⑈00000 11328⑈

---

10467

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY One Hundred Fifteen and 22/100 *********************************************************************

TO THE
ORDER OF

DATE
4/6/2007

AMOUNT
$*******115.22

VERIZON
P.O. BOX 17577
BALTIMORE MD 21297-0513

304-744-9573 / 00001612212 12Y

00001 6222 058 00207945 MD

⑈010467⑈ ⑆051900395⑆ ⑈00000 11522⑈

---

10418

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY One Hundred Seven and 26/100 *********************************************************************

000001 6082 141 71109380 MD

TO THE
ORDER OF

DATE
3/8/2007

AMOUNT
$******107.26

VERIZON

304 744-9573

⑈010418⑈ ⑆051900395⑆ ⑈00000 10726⑈

10350

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

One Hundred One and 37/100 ***************************************************************************

TO THE
ORDER OF

DATE
2/1/2007

AMOUNT
$******101.37

VERIZON

00000I 6207 004 370000011 MD

304 744-9573

⑉"0 10 350"⑉ ⑉:051900395⑉:                        ⑉"000001 0 137"⑉

---

10309

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY One Hundred Twelve and 06/100 ***************************************************************************

TO THE
ORDER OF

DATE
1/4/2007

AMOUNT
$******112.06

VERIZON

000001 6007 150 092009571 MD

304 744-9573

⑉"0 10 309"⑉ ⑉:051900395⑉:                        ⑉"000001 1 206"⑉

---

10258

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY One Hundred Twelve and 37/100 ***************************************************************************

TO THE
ORDER OF

DATE
12/11/2006

AMOUNT
$******112.37

VERIZON

000001 6151 138 482009987 MD

304 744-9573

⑉"0 10 258"⑉ ⑉:051900395⑉:                        ⑉"000001 1 237"⑉

10204

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

One Hundred Five and 81/100 ***************************************************************

TO THE
ORDER OF

DATE
11/3/2006

AMOUNT
$******105.81

VERIZON

304 744 9573

⑈010204⑈ ⑆051900395⑆                              ⑈0000010581⑈

---

10142

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY One Hundred Nine and 94/100 ***************************************************************

TO THE
ORDER OF

DATE
9/27/2006

AMOUNT
$******109.94

VERIZON

304 744 9573

⑈010142⑈ ⑆051900395⑆                              ⑈0000010994⑈

---

10091

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY Ninety-Nine and 50/100 ***************************************************************

TO THE
ORDER OF

DATE
8/30/2006

AMOUNT
$*******99.50

VERIZON

304 744-9573

⑈010091⑈ ⑆051900395⑆                              ⑈0000009950⑈

10021

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

**UNITED BANK**
69-39-519

LSRR 08/01/2006 2 1 430346883 3158 57

PER 08/02/2006 2 3 410803134 6938 34 POSITIO

F.    ne Hundred Six and 39/100 ****************************************************************************************

TO THE
ORDER OF                                                    DATE                    AMOUNT
                                                    7/28/2006        $******106.39

        VERIZON

        000001 6490 141 122067491 MD

304 744-9573

⑈010021⑈ ⑆051900395⑆ ⑈0000010639⑈

Details on back.

Security Features Included.

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

Five and 70/100 ************************************************************************************

| | DATE | AMOUNT |
|---|---|---|
| | 7/14/2006 | $********5.70 |

TO THE
ORDER OF

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

00001612212 12Y

00000  6884  089  980058413  MD

AUTHORIZED SIGNATURE

⑆006941⑆ ⑆051900366⑆ ⑈0000000570⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6698

PAY One Hundred Nine and 99/100 ************************************************************************

| | DATE | AMOUNT |
|---|---|---|
| | 3/16/2006 | $******109.99 |

TO THE
ORDER OF

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

000016162212 12Y

00000  6788  100  790037923  MD

AUTHORIZED SIGNATURE

⑆006698⑆ ⑆051900366⑆ ⑈00000 10999⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6611

PAY One Hundred Two and 91/100 *************************************************************************

| | DATE | AMOUNT |
|---|---|---|
| | 1/26/2006 | $******102.91 |

TO THE
ORDER OF

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

000016162212 12Y

00001  6692  160  31204/2033  MD

AUTHORIZED SIGNATURE

⑆006611⑆ ⑆051900366⑆ ⑈00000 10291⑈

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6427

P ne Hundred Twenty-Two and 91/100 **********************************************************

|  | DATE | AMOUNT |
|---|---|---|
| TO THE | 11/4/2005 | $******122.91 |
| ORDER OF |  |  |

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

00000l 6338 l97 l30032693 MD

AUTHORIZED SIGNATURE

000016162212 12Y

⑆006427⑆ ⑆051900366⑆                ⑈00000 l229l⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6238

PAY One Hundred Six and 32/100 ******************************************************

|  | DATE | AMOUNT |
|---|---|---|
| TO THE | 8/1/2005 | $******106.32 |
| ORDER OF |  |  |

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

00000l 6396 08l l60 5355 MD

AUTHORIZED SIGNATURE

000016162212 12Y (304) 744-9573

⑆006238⑆ ⑆051900366⑆                ⑈00000 l0632⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6183

PAY One Hundred Five and 00/100 *****************************************************

|  | DATE | AMOUNT |
|---|---|---|
| TO THE | 6/29/2005 | $******105.00 |
| ORDER OF |  |  |

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

00000l 6000 079 86200320 9 MD

AUTHORIZED SIGNATURE

000016162212 12Y

⑆006183⑆ ⑆051900366⑆                ⑈00000 l0500⑈

JAMES F. HUMPHREYS
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6134

PAY One and 90/100 ***** ********************************************************************

TO THE
ORDER OF

00001 6279 205    DATE 6/3/2005    91017542    AMOUNT $*******1.90

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

000872177923 21Y

James Humphreys    MP
AUTHORIZED SIGNATURE

"006134"  ":051900366:    "0000000190"

---

JAMES F. HUMPHREYS
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6133

PAY One Hundred Fourteen and 59/100 *************************************************************

TO THE
ORDER OF

DATE 6/3/2005    AMOUNT $******114.59

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

00001612212 12Y

00001 6352 069 590091443 MD

James Humphreys    MP
AUTHORIZED SIGNATURE

"006133"  ":051900366:    "0000011459"

---

JAMES F. HUMPHREYS
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6034

PAY One Hundred Thirteen and 86/100 *************************************************************

TO THE
ORDER OF

DATE 4/29/2005    AMOUNT $******113.86

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

00001616212 12Y

00000 6693 105 20034255 MD

James Humphreys    MP
AUTHORIZED SIGNATURE

"006034"  ":051900366:    "0000011386"

Details on Back.

Security Features Included



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

5931

One Hundred Two and 86/100 ********************************************************************

TO THE
ORDER OF

DATE
3/24/2005

AMOUNT
$******102.86

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

304 744-9573

AUTHORIZED SIGNATURE

MP

"005931"  :051900366:  00000102 86

---



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

5877

PAY Seven and 95/100 ********************************************************************

TO THE
ORDER OF

DATE
3/3/2005

AMOUNT
$********7.95

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

000016162212 12Y

AUTHORIZED SIGNATURE

MP

"005877"  :051900366:  000000079 5

---



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

5786

PAY Two Hundred Two and 45/100 ********************************************************************

TO THE
ORDER OF

DATE
1/27/2005

AMOUNT
$******202.45

VERIZON

000016162212 12Y

AUTHORIZED SIGNATURE

MP

"005786"  :051900366:  00000202 45

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

Forty-Three and 91/100 ************************************************************************************

TO THE
ORDER OF

DATE 8/15/2007     $*******43.91   AMOUNT

WEST VIRGINIA AMERICAN WATER
PO BOX 70824
CHARLOTTE NC 28272

160014 46837012   2805371628 41
081907 0416005491082007 0416021628

28-0537162-8

⑈010715⑈ ⑆051900395⑇                    ⑆000000439⑈

---

10684

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

PAY Seventy-Two and 71/100 ************************************************************************************

TO THE
ORDER OF

DATE 7/27/2007     $*******72.71   AMOUNT

WEST VIRGINIA AMERICAN WATER
PO BOX 70824
CHARLOTTE NC 28272

160002            2805371628 41
073107 0416003792

28-0537162-8

⑈010684⑈ ⑆051900395⑇                    ⑆000000727⑈

---

10616

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

PAY Thirty-Nine and 41/100 ************************************************************************************

TO THE
ORDER OF

DATE 6/15/2007     $*******39.41   AMOUNT

WEST VIRGINIA AMERICAN WATER
PO BOX 70824
CHARLOTTE NC 28272

160014 46044118   2805371628 41
061807 0416012507061807 0416017602

28-0537162-8

⑈010616⑈ ⑆051900395⑇                    ⑆000000394⑈

10559

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

Fifty-Five and 06/100 ****************************************************************************************

TO THE
ORDER OF

DATE
5/18/2007

AMOUNT
$*******55.06

WEST VIRGINIA AMERICAN WATER
PO BOX 70824
CHARLOTTE NC 28272

160024  46068046  2005371628 41
052107  0416016932052107 0416017264

28-0537162-8

⑈'010559⑈' ⑈:051900395⑈: ⑈'0000005506⑈'

---

10508

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY Fifty-Five and 06/100 ****************************************************************************************

TO THE
ORDER OF

DATE
4/20/2007

AMOUNT
$*******55.06

WEST VIRGINIA AMERICAN WATER
PO BOX 70824
CHARLOTTE NC 28272

160013  46052096  2005371628 41
042307  0416009623042307 0416018925

28-0537162-8

⑈'010508⑈' ⑈:051900395⑈: ⑈'0000005506⑈'

---

10444

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAY Seventy-One and 35/100 ****************************************************************************************

TO THE
ORDER OF

DATE
3/22/2007

AMOUNT
$*******71.35

WEST VIRGINIA AMERICAN WATER

160006  46005050  2005371628 41
032307  0416009627030007 0416016184

28-0537162-8

⑈'010444⑈' ⑈:051900395⑈: ⑈'0000007135⑈'

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

Thirty-Eight and 84/100 ***********************************************************************

TO THE
ORDER OF

DATE
3/8/2007

AMOUNT
$*******38.84

WEST VIRGINIA AMERICAN WATER

28-0537162-8

⑊"010409"  ⑊051900395⑊                              ⑊"0000003884"

---

10358

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAYEighty and 74/100 ***********************************************************************

TO THE
ORDER OF

DATE
2/1/2007

AMOUNT
$*******80.74

WEST VIRGINIA AMERICAN WATER

28-0537162-8

⑊"010358"  ⑊051900395⑊                              ⑊"0000008074"

---

10320

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

PAYForty-Eight and 65/100 ***********************************************************************

TO THE
ORDER OF

DATE
1/4/2007

AMOUNT
$*******48.65

WEST VIRGINIA AMERICAN WATER

28-0537162-8

⑊"010320"  ⑊051900395⑊                              ⑊"0000004865"

10223

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

Thirty-Eight and 75/100 ********************************************************************************

TO THE
ORDER OF

DATE
11/22/2006

$*******38.75

AMOUNT

WEST VIRGINIA AMERICAN WATER

28-0537162-8

⑆010223⑆ ⑆051900395⑆            ⑈000000387 5⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

10200

PAY Thirty-Two and 59/100 ********************************************************************************

TO THE
ORDER OF

DATE
11/3/2006

$*******32.59

AMOUNT

WEST VIRGINIA AMERICAN WATER

28-0537162-8

⑆010200⑆ ⑆051900395⑆            ⑈000000325 9⑈

Details on back.
Security Features Included.

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV  25301

UNITED BANK
69-39-519

10110

PAY Thirty and 61/100 ********************************************************************************

TO THE
ORDER OF

DATE
9/21/2006

$*******30.61

AMOUNT

WEST VIRGINIA AMERICAN WATER

28-0537162-8

⑆010110⑆ ⑆051900395⑆            ⑈000000306 1⑈

Details on back.
Security Features Included.



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

Thirty and 23/100 **************************************************************************

TO THE
ORDER OF

DATE 8/18/2006    $*******30.23 AMOUNT

WEST VIRGINIA AMERICAN WATER

28-0537162-8

⑈010050⑈ ⑆051900345⑇                        ⑈000000030 23⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

10011

UNITED BANK
69-39-519

PAY Forty-Two and 39/100 **************************************************************************

TO THE
ORDER OF

DATE 7/21/2006    $*******42.39 AMOUNT

WEST VIRGINIA AMERICAN WATER

28-0537162-8

⑈010011⑈ ⑆051900345⑇                        ⑈000004 239⑈

Details on back.

Security Features Included.



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6903

Thirty and 61/100 ****************************************************************************************

| | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 6/23/2006 | $*******30.61 |

WV-AMERICAN WATER COMPANY
PO BOX 70824
CHARLOTTE NC 28272

28-0537162-8

AUTHORIZED SIGNATURE

⑆006903⑆ ⑆051900366⑆ ⑈000000306⑈

---



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6840

PAY Forty-One and 19/100 ****************************************************************************************

| | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 5/16/2006 | $*******41.19 |

WV-AMERICAN WATER COMPANY
PO BOX 70824
CHARLOTTE NC 28272

28-0537162-8

AUTHORIZED SIGNATURE

⑆006840⑆ ⑆051900366⑆ ⑈000000411⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6703

PAY Thirty-Five and 50/100 ****************************************************************************************

| | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 3/16/2006 | $*******35.50 |

WV-AMERICAN WATER COMPANY
PO BOX 70824
CHARLOTTE NC 28272

28-0537162-8

AUTHORIZED SIGNATURE

⑆006703⑆ ⑆051900366⑆ ⑈000000355⑈

6645

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

Thirty-Four and 67/100 ************************************************************************

| | DATE | AMOUNT |
|---|---|---|
| | 2/22/2006 | $*******34.67 |

TO THE
ORDER OF

WV-AMERICAN WATER COMPANY
PO BOX 70824
CHARLOTTE NC 28272

Account No. 28-0537162-8

AUTHORIZED SIGNATURE

⑈006645⑈ ⑆051900366⑆ ⑈000000 3467⑈

---

6584

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAYFifty and 67/100 ************************************************************************

| | DATE | AMOUNT |
|---|---|---|
| | 1/19/2006 | $*******50.67 |

TO THE
ORDER OF

WV-AMERICAN WATER COMPANY
PO BOX 70824
CHARLOTTE NC 28272

Account No. 28-0537162-8

AUTHORIZED SIGNATURE

⑈006584⑈ ⑆051900366⑆ ⑈000000 5067⑈

---

6468

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAYSeventy-Three and 74/100 ************************************************************************

| | DATE | AMOUNT |
|---|---|---|
| | 11/17/2005 | $*******73.74 |

TO THE
ORDER OF

WV-AMERICAN WATER COMPANY
PO BOX 70824
CHARLOTTE NC 28272

Account No. 28-0537162-8

AUTHORIZED SIGNATURE

⑈006468⑈ ⑆051900366⑆ ⑈000000 7374⑈



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6431

P~, Forty-One and 51/100 ****************************************************************************************

| TO THE ORDER OF | DATE | AMOUNT |
|---|---|---|
| | 11/4/2005 | $*******41.51 |

WV-AMERICAN WATER COMPANY
PO BOX 70824
CHARLOTTE NC 28272

Account No. 28-0537162-8

AUTHORIZED SIGNATURE                MP

⑆006431⑆ ⑈051900366⑈                        ⑇000000415⑇

---



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6362

PAY Forty-Three and 64/100 ****************************************************************************************

| TO THE ORDER OF | DATE | AMOUNT |
|---|---|---|
| | 9/27/2005 | $*******43.64 |

WV-AMERICAN WATER COMPANY
PO BOX 70824
CHARLOTTE NC 28272

Account No. 28-0537162-8

AUTHORIZED SIGNATURE                MP

⑆006362⑆ ⑈051900366⑈                        ⑇000000436⑇

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6272

PAY Forty-Three and 64/100 ****************************************************************************************

| TO THE ORDER OF | DATE | AMOUNT |
|---|---|---|
| | 8/19/2005 | $*******43.64 |

WV-AMERICAN WATER COMPANY
PO BOX 70824
CHARLOTTE NC 28272

Account No. 28-0537162-8

AUTHORIZED SIGNATURE                MP

⑆006272⑆ ⑈051900366⑈                        ⑇000000436⑇



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6206

PAY Forty-Eight and 60/100 **********************************************************

TO THE
ORDER OF

| DATE | AMOUNT |
|------|--------|
| 7/18/2005 | $*******48.60 |

WV-AMERICAN WATER COMPANY
PO BOX 70824
CHARLOTTE NC 28272

Account No. 28-0537162-8

AUTHORIZED SIGNATURE

⑈006206⑈ ⑆051900366⑆                    ⑈0000004860⑈

---



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6081

PAY Forty-Four and 06/100 **********************************************************

TO THE
ORDER OF

| DATE | AMOUNT |
|------|--------|
| 5/23/2005 | $*******44.06 |

WV-AMERICAN WATER COMPANY
PO BOX 70824
CHARLOTTE NC 28272

Account No. 28-0537162-8

AUTHORIZED SIGNATURE

⑈006081⑈ ⑆051900366⑆                    ⑈0000004406⑈

---



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6009

PAY Forty-Eight and 24/100 **********************************************************

TO THE
ORDER OF

| DATE | AMOUNT |
|------|--------|
| 4/20/2005 | $*******48.24 |

WV-AMERICAN WATER COMPANY
PO BOX 70824
CHARLOTTE NC 28272

Account No. 28-0537162-8

AUTHORIZED SIGNATURE

⑈006009⑈ ⑆051900366⑆                    ⑈0000004824⑈

5907

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PA   irty-Seven and 09/100 *******************************************************************

TO THE
ORDER OF

DATE
3/15/2005

AMOUNT
$*******37.09

WV-AMERICAN WATER COMPANY
PO BOX 70824
CHARLOTTE NC 28272

Account No. 28-0537162-8

AUTHORIZED SIGNATURE

MP

⑆005907⑆ ⑆051900366⑆                                    ⑆000000370⑉

---

5820

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY   Thirty-Nine and 47/100 *******************************************************************

TO THE
ORDER OF

DATE
2/16/2005

AMOUNT
$*******39.47

WV-AMERICAN WATER COMPANY
PO BOX 70824
CHARLOTTE NC 28272

Account No. 28-0537162-8

AUTHORIZED SIGNATURE

MP

⑆005820⑆ ⑆051900366⑆                                    ⑆000000394⑉



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6270

PAY Seventy-Five and 99/100 **************************************************************

THE
ORDER OF

| | DATE | AMOUNT |
|---|---|---|
| | 8/19/2005 | $*******75.99 |

TRUGREEN CHEMLAWN
PO BOX 396
SCOTT DEPOT WV 25560-0396

009294 INV. 650490

AUTHORIZED SIGNATURE

⑈006270⑈ ⑆051900366⑆                    ⑆0000007599⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6243

PAY Seventy-Five and 99/100 **************************************************************

TO THE
ORDER OF

| | DATE | AMOUNT |
|---|---|---|
| | 8/1/2005 | $*******75.99 |

TRUGREEN CHEMLAWN
PO BOX 396
SCOTT DEPOT WV 25560-0396

009294 INV. 645265

AUTHORIZED SIGNATURE

⑈006243⑈ ⑆051900366⑆                    ⑆0000007599⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6353

PAY Fifty-Four and 20/100 ************************************

TO THE
ORDER OF

| | DATE | AMOUNT |
|---|---|---|
| | 9/27/2005 | $*******54.20 |

TRUGREEN CHEMLAWN
PO BOX 396
SCOTT DEPOT WV 25560-0396

009294 INV. 657144

AUTHORIZED SIGNATURE

⑈006353⑈ ⑆051900366⑆                    ⑆0000005420⑈

6012

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

Fifty-Four and 20/100 *********************************************************************

TO THE
ORDER OF

DATE
4/20/2005

AMOUNT
$*******54.20

TRUGREEN CHEMLAWN
PO BOX 396
SCOTT DEPOT WV 25560-0396

009294

AUTHORIZED SIGNATURE

⑊006012⑊ ⑊051900366⑊ ⑊000000 54 20⑊

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

5936

PAY Seventy-Five and 99/100 ***********************************************************************

TO THE
ORDER OF

DATE
3/28/2005

AMOUNT
$*******75.99

TRUGREEN CHEMLAWN
PO BOX 396
SCOTT DEPOT WV 25560-0396

009294

AUTHORIZED SIGNATURE

⑊005936⑊ ⑊051900366⑊ ⑊0000007599⑊

# EXHIBIT 9

| FILER'S name, street address, city, state, and ZIP code | | | | Tuition Statement |
|---|---|---|---|---|
| BARD COLLEGE<br>BOX 5000<br>ANNANDALE-ON-HUDSON    NY  12504 | | **2** Amounts billed for qualified tuition and related expenses | **2006**<br><br>Form 1098-T | ☐ CORRECTED (if checked) |

| FILER'S Federal identification no. **14-1713034**<br>FILER'S 1098-T contact name **Kim Henschel**<br>and phone **(845)758-7960** | **3** Reporting method changed for 2006 (if checked) ☐ | Student's Social Security Number | Copy B<br>For Student |
|---|---|---|---|

| | **4** | **5** | This is important tax information and is being furnished to the Internal Revenue Service. |
|---|---|---|---|
| D0267100 TR058600 047922<br>**KATHLEEN M HUMPHREYS<br>1616 KIRKLEE ROAD<br>CHARLESTON      WV  25314** | **6** | **7** The amount in box 1 or 2 includes amounts for an academic period beginning January - March 2007 (if checked) ☒ | |
| | **8** At least half-time student (if checked) ☒ | **9** Graduate Student (if checked) ☐ | **10** |

Form 1098-T                          (keep for your records)                          Department of the Treasury – Internal Revenue Service

# YOU MAY BE ABLE TO REDUCE YOUR FEDERAL TAX LIABILITY!

An eligible educational institution, such as your college or university, that received qualified tuition and related expenses on your behalf, must furnish this statement to you. You, or the person who may claim you as a dependent, may be able to take **either** the tuition and fees deduction **or** claim an education credit on Form 1040 or 1040A for the qualified tuition and related expenses that were actually paid in 2006.

This statement reports either amounts paid in Box 1 or amounts billed in Box 2. The amount shown in Box 1 or 2 may represent an amount other than the amount actually paid in 2006.

Although the institution or service provider may be able to answer certain questions about the statement, **do not** contact them for explanations of the requirements for (and how to figure) any allowable tuition and fees deduction or education credit that you may claim. For more information about the deduction or credit, see Publication 970, *Tax Benefits for Education;* Form 8863, *Education Credits;* and the Form 1040 or 1040A instructions. These forms and publications can be found at **www.irs.gov** or call the IRS at 1-800-829-1040.

**Box 1.** Shows the total payments received from any source for qualified tuition and related expenses less any related reimbursements or refunds.

**Box 2.** Shows the total amounts billed for qualified tuition and related expenses less any related reductions in charges.

**Box 3.** Shows whether your institution changed its method of reporting for 2006. It has changed its method of reporting if the method (payments received or amounts billed) used for 2006 is different than the reporting method used for 2005. You should be aware of this change in figuring your allowable tuition and fees deduction or education credits. The deduction and the credits are allowable only for amounts actually paid during the year and not amounts reported as billed, but not paid, during the year.

**Box 4.** Shows any adjustment made for a prior year for qualified tuition and related expenses reported on a prior year Form 1098-T. This amount may reduce any allowable education credit you may claim for the prior year. See Form 8863 or Publication 970 for more information.

**Box 5.** Shows the total of all scholarships or grants administered and processed by the eligible educational institution. The amount of scholarships or grants for the calendar year (including those not reported by the institution) may reduce the amount of any allowable tuition and fees deduction or the education credit you may claim for the year.

**Box 6.** Shows adjustments to scholarships or grants for a prior year. This amount may affect the amount of any allowable tuition and fees deduction or education credit you may claim for the prior year. See Publication 970 for how to report these amounts.

**Box 7.** Shows whether the amount in Box 1 or 2 includes amounts for an academic period beginning January - March, 2007. See Publication 970 for how to report these amounts.

**Box 8.** Shows whether you are considered to be carrying at least one-half the normal full-time workload for your course of study at the reporting institution. If you are at least a half-time student for at least one academic period that begins during the year, you meet one of the requirements for the Hope credit. You do not have to meet the workload requirement to qualify for the tuition and fees deduction or the Lifetime Learning credit.

**Box 9.** Shows whether you are considered to be enrolled in a program leading to a graduate degree, graduate-level certificate, or other recognized graduate-level education credential. If you are enrolled in a graduate program, you are not eligible for the Hope credit, but you may qualify for the tuition and fees deduction or the Lifetime Learning credit.

**Box 10.** Shows the total amount of reimbursements or refunds of qualified tuition and related expenses made by an insurer. The amount of reimbursements or refunds for the calendar year may reduce the amount of any allowable tuition and fees deduction or education credit you may claim for the year.

> **BARD College cannot determine if you qualify for a tax credit. The financial data provided is to assist you in computing amounts that may be eligible for the Hope or Lifetime Learning Tax Credits. It does not represent tax or legal advice from the College. You should obtain IRS Publication 970 and IRS Form 8863 or contact a tax professional about personal income tax situations.**

# IMPORTANT TAX INFORMATION

WSA

901232895

BILLING STATEMENT

PAGE 1
as of: 10-MAY-06



**BARD COLLEGE**

P O BOX 5000
ANNANDALE-ON-HUDSON N.Y. 12504-5000
**Office of Student Accounts**
(845) 758-7520 or (845) 758-7521

Ple... advise the Office of Student Accounts
of any changes in billing address. Address changes
made at other offices WILL NOT change the billing address.

Parent/Guardian of:
Kathleen Humphreys
United Center Suite 800
500 Virginia Street E
Charleston, WV 25301

AMOUNT DUE THIS MONTH

AMOUNT ENCLOSED

DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT.          DUE: THIS JUNE

| ITEM DATE | DESCRIPTION | CHARGES | CREDITS |
|-----------|-------------|---------|---------|
| | * BALANCE FORWARD 01-MAY-06 * | | |
| | - CURRENT CHARGES - | | |
| 09-MAY-06 | 2006-07 Enrollment Deposit | | |
| 09-MAY-06 | Fall 2006 Tuition-Full Time | | |
| 09-MAY-06 | Room Charge | | |
| 09-MAY-06 | Meal Plan | | |
| 09-MAY-06 | L & T Meals | | |
| 09-MAY-06 | Health Services Fee | | |
| 09-MAY-06 | Student Activity Fee | | |
| 09-MAY-06 | Security Deposit | | |
| 09-MAY-06 | I.D. Card | | |
| 09-MAY-06 | Residence Hall Telephone | | |
| | * CURRENT BILLED BALANCE * | | |



ID: 901232895

DUE JUNE :
DUE JULY :
TO PAY IN FULL:

This statement shows the charges and the financial aid
that has been approved for your account for the Fall 2006
semester.

If you anticipated loans or other financial aid that is not
listed on this statement, please call the Financial Aid
Office now at 845-758-7526.

The first payment for the Fall term costs is due this June.
An updated statement will be sent to you during the first
week of June.

BBO-005

PLEASE SEND YOUR PAYMENTS PROMPTLY.
ACCOUNTS NOT PAID AS DUE ARE SUBJECT TO FINANCE CHARGES AT ONE PERCENT OF THE OUTSTANDING BALANCE.
PRINTED ON 100% RECYCLABLE PAPER

EXHIBIT 10

**Valley West Veterinary Hospital**
Elk Valley Veterinary Hospital
201 Virginia St. W.
Charleston, WV 25302
(304) 343-6783

**Statement**

Page 1 / 1

DONNA & JAMES HUMPHREYS
UNITED CENTER SUITE 800
500 VIRGINIA ST EAST
CHARLESTON, WV 25301

Date: 7/10/2007
Client ID: 28984

| Date | Description | Amount |
|------|-------------|--------|
| | Previous Balance: | ▬▬ |

---

6/15/2007     Invoice #: 508194 - Closed

| Patient ID: 57417 | Species: Canine | Weight: |
|-------------------|-----------------|---------|
| Patient Name: LAEDEE | Breed: Retriever, Labrador | Birthday: 07/01/1998    Sex: Spayed Fe |

| | Description | Staff Name | Quantity | Total |
|------|-------------|------------|----------|-------|
| 6/15/2007 | SENTINAL >51LBS WHITE | Thomas L. Isaac, Jr.DVM | 1.00 | ▬▬ |
| 6/15/2007 | DERAMAXX 100 MG 90 CT | | 1.00 | ▬▬ |
| | | | Patient Subtotal: | ▬▬ |
| | | | Invoice Total #508194: | ▬▬ |
| 6/16/2007 | Payment: Check, Check # 10610 | | | (▬▬) |

Balance Due: ▬▬

| | Current | 30 Days | 60 Days | 90 Days | Finance Charge |
|---|---------|---------|---------|---------|----------------|
| | ▬▬ | $0.00 | $0.00 | $0.00 | $0.00 |

There is a 1.5% finance charge applied to all balances over 30 days.

James Lawrence
RR 10 Box 127
Charleston, WV 25312
(304) 744-3732

September 1, 2007

Jim Humphreys
ATTN: MARY WALKER
500 Virginia Street East Suite 800
Charleston, WV 25301

## The Master Showman

> - Board & Training September 2007...
> - Lawrence Expenses for KY State Fair, Aug 19-25, 2007...
> - Golf Cart Rental for KY State Fair...
> - Megan's room for KY State Fair...
> - Health Certificate...




## Callaway's Exclamation Point

> - Board & Training September 2007...



## Radiant Tara

> - Pasture Board September 2007...



## Flora (embryo recipient mare)

> - Pasture Board September 2007...



- o  **Dry Cleaning Services...**
- o  **Fly Spray...**

**Balance Due:**  

Invoices are payable upon receipt.

**James Lawrence**
**RR 10 Box 127**
**Charleston, WV 25312**
**(304) 744-3732**

**May 1, 2007**

**Jim Humphreys**
**ATTN: MARY WALKER**
**500 Virginia Street East Suite 800**
**Charleston, WV 25301**

<u>**The Master Showman**</u>

- ➢ Board & Training May 2007…
- ➢ Stall & Grounds Fee for KVHA Point Show, Winfield, WV, April 21st…
- ➢ 1/6 of Tack Stall…
- ➢ Grooming Fee x (2) days…
- ➢ Hauling to Winfield, WV…
- ➢ Pre-Entry & Office Fee for Heartland Classic Horse Show, Springfield, OH.
- ➢ Stall Fee…
- ➢ 1/3 of Tack Stalls…
- ➢ Pre-Entry, office & USEF Fees for Blowing Rock Charity Horse Show…
- ➢ Stall Fees…



<u>**Callaway's Exclamation Point**</u>

- ➢ Board & Training May 2007…
- ➢ Stall & Grounds Fee for KVHA Point Show, Winfield, WV, April 21st…
- ➢ 1/6 of Tack Stall…
- ➢ Grooming Fee x (2) days…
- ➢ Hauling to Winfield, WV…



<u>**Radiant Tara**</u>

- ➢ Pasture Board May 2007…



**Balance Due:** 



Invoices are payable upon receipt.

James Lawrence Farrier Service
RR 10 Box 127
Charleston, WV 25312

(04) 744-3732

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 02/26/07 | 4183 |

| BILL TO |
|---------|
| JIM HUMPHREYS<br>ATTN: MARY WALKER<br>500 VIRGINIA STREET EAST SUITE 800<br>CHARLESTON, WV 25301 |

| DUE DATE |
|----------|
| 03/13/07 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| FARRIER SERVICES ON 02/19/07<br>CALLAWAY'S EXCLAMATION POINT - RESET - FLAT SHOD<br>(4) PLATES<br><br>THE MASTER SHOWMAN - TRIM | |

Thank you for your business!

**Total**

**James Lawrence**
**RR 10 Box 127**
**Charleston, WV 25312**
**(304) 744-3732**

**January 1, 2007**

**Jim Humphreys**
**ATTN: MARY WALKER**
**500 Virginia Street East Suite 800**
**Charleston, WV 25301**

### The Master Showman

> ➢ Board & Training January 2007…                    

### Callaway's Exclamation Point

> ➢ Barn Board January 2007…                          

### Radiant Tara

> ➢ Pasture Board January 2007…                       

> o **Credit for Star 'N Blaze board December 27-31, 2006…**    
> o **Credit for sale of Foxcross's Make Me King in Spring 2006…**
> o **Commission on Sale of Foxcross's Make Me King…**

**Balance Due:** ▮▮▮

Invoices are payable upon receipt.

James Lawrence
RR 10 Box 127
Charleston, WV 25312
(304) 744-3732

December 1, 2006

Jim Humphreys
ATTN: MARY WALKER
500 Virginia Street East Suite 800
Charleston, WV 25301

**The Master Showman**

> ➢ Board & Training December 2006…

**Callaway's Exclamation Point**

> ➢ Pasture Board December 2006…

**Radiant Tara**

> ➢ Pasture Board December 2006…

**Star 'N Blaze**

> ➢ Pasture Board December 2006…

> o **Transfer fee for Foxcross's Divine Asset…**
> o **USEF membership fee…**

**Balance Due:**

Invoices are payable upon receipt.

James Lawrence Farrier Service
RR 10 Box 127
Charleston, WV 25312

*304) 744-3732*

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 09/08/06 | 3850 |

| BILL TO |
|---------|
| JIM HUMPHREYS<br>ATTN: MARY WALKER<br>500 VIRGINIA STREET EAST SUITE 800<br>CHARLESTON, WV 25301 |

| DUE DATE |
|----------|
| 09/23/06 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| FARRIER SERVICES ON 08/29/06<br>CALLAWAY'S EXCLAMATION POINT - RESET - FLAT SHOD<br>(4) PLATES<br>EQUITHANE HOOF REPAIR - LEFT REAR<br><br>THE MASTER SHOWMAN - RESET FRONT | |

Thank you for your business!

| Total |  |
|-------|--|

**James Lawrence**
**RR 10 Box 127**
**Charleston, WV 25312**
**(304) 744-3732**

**August 1, 2006**

**Jim Humphreys**
**ATTN: MARY WALKER**
**500 Virginia Street East Suite 800**
**Charleston, WV 25301**

### The Master Showman

- ➢ Board & Training August 2006… 
- ➢ Championship Entry Fee for Lexington Jr. League Horse Show, Lexington, KY, July 10-15, 2006…
- ➢ Hauling to Lexington Jr. League…
- ➢ Daily Grooming Fees x (6) days for Lexington Jr. League…
- ➢ ½ of bedding for Lexington Jr. League…
- ➢ ½ of Lawrence expenses for Lexington Jr. League…
- ➢ Entries, stall, & passes for Mercer County Fair, Harrodsburg, KY, July 26-29, 2006…
- ➢ ½ of tack stall for Mercer County Fair…
- ➢ Hauling to Mercer County Fair…
- ➢ Daily Grooming Fees x (6) days for Mercer County Fair…
- ➢ ½ of Lawrence expenses for Mercer Country Fair…

### Callaway's Exclamation Point

- ➢ Board & Training August 2006…
- ➢ Hauling to Ohio State University for vet exam on July 5, 2006…
- ➢ Hauling from Ohio State University on July 8, 2006…

### Radiant Express & Foal

- ➢ Board August 2006…
- ➢ Board July 8-31, 2006…
- ➢ Hauling from Equine Medical Center, Chesapeake, OH, on July 8, 2006…

- o **Credit for rate difference for Lexington Jr. League show…**
- o **Credit for rate difference for Mercer County Fair…**
- o **Show Supplies…**
- o **Dry Cleaning Services…**



Balance Due: 

Invoices are payable upon receipt.

James Lawrence
RR 10 Box 127
Charleston, WV 25312
(304) 744-3732

January 1, 2006

Jim Humphreys
ATTN: MARY WALKER
500 Virginia Street East Suite 800
Charleston, WV 25301

### The Master Showman

    ➤  Board & Training January 2006… 

### Callaway's Exclamation Point

    ➤  Board & Training January 2006… 

### Foxcross' Make Me King

    ➤  Board & Training December 29-31, 2005…
    ➤  Board & Training January 2006… 
    ➤  Hauling from Alderson, WV, on December 29, 2005…

### Step-N-Time Venus

    ➤  Board December 29-31, 2005…
    ➤  Board January 2006… 
    ➤  Hauling from Alderson, WV, on December 29, 2005…

        ■  **Credit for Board/Training for Ultima Royale on December 31, 2005…**
        ■  **Dry Cleaning Services…** 

**Balance Due:** 

Invoices are payable upon receipt.



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

5927

Two Hundred Ninety-Eight and 00/100 ***************************************************************

|  | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 3/24/2005 | $******298.00 |

DR. CLARA MASON
8 COUNTRYVIEW ESTATES
WINFIELD WV 25213

SUPPLIES FOR BARN

_James Humphreys_
AUTHORIZED SIGNATURE

⑈005927⑈ ⑆051900366⑆ ⑈0000029800⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6532

PAYFour Hundred Twenty-Five and 00/100 **********************************************************

|  | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 12/21/2005 | $******425.00 |

NANCY COMER/SHOW HORSES
126 TOMS FORK ROAD
ALUM CREEK WV 25003

TRAINING & BOARD CHICKLET DECEMBER 2005

_James Humphreys_
AUTHORIZED SIGNATURE

⑈006532⑈ ⑆051900366⑆ ⑈0000042500⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6561

PAYFour Hundred and 00/100 *********************************************************

|  | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 1/4/2006 | $******400.00 |

T.L.C. Contracting
65 Harvest Lane
Charleston WV 25312

Burial of Ultima Royale

_James Humphreys_
AUTHORIZED SIGNATURE

⑈006561⑈ ⑆051900366⑆ ⑈0000040000⑈

6586

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

Four Hundred Sixty and 00/100 ************************************************************************

TO THE
ORDER OF

DATE    AMOUNT

1/19/2006    $******460.00

NANCY COMER/SHOW HORSES
126 TOMS FORK ROAD
ALUM CREEK WV 25003

TRAINING & BOARD CHICKLET JAN. 2006

AUTHORIZED SIGNATURE

⑆006586⑆ ⑉051900366⑉ 0000046000⑆

---

6274

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY Four Hundred Twenty-Five and 00/100 ************************************************************************

TO THE
ORDER OF

DATE    AMOUNT

8/19/2005    $******425.00

NANCY COMER/SHOW HORSES
126 TOMS FORK ROAD
ALUM CREEK WV 25003

TRAINING & BOARD CHICKLET

AUTHORIZED SIGNATURE

⑆006274⑆ ⑉051900366⑉ 0000042500⑆

---

6355

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

PAY Four Hundred Twenty-Five and 00/100 ************************************************************************

TO THE
ORDER OF

DATE    AMOUNT

9/27/2005    $******425.00

NANCY COMER/SHOW HORSES
126 TOMS FORK ROAD
ALUM CREEK WV 25003

TRAINING & BOARD CHICKLET

AUTHORIZED SIGNATURE

⑆006355⑆ ⑉051900366⑉ 0000042500⑆

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6393

Four Hundred Twenty-Five and 00/100 ************************************************************

| DATE | AMOUNT |
|------|--------|
| 10/14/2005 | $*****425.00 |

TO THE
ORDER OF

NANCY COMER/SHOW HORSES
126 TOMS FORK ROAD
ALUM CREEK WV 25003

TRAINING & BOARD CHICKLET OCTOBER 2005

AUTHORIZED SIGNATURE

⑈006393⑈ ⑈051900366⑈ 000004 2500⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6488

PAY Four Hundred Twenty-Five and 00/100 ************************************************************

| DATE | AMOUNT |
|------|--------|
| 11/23/2005 | $*****425.00 |

TO THE
ORDER OF

NANCY COMER/SHOW HORSES
126 TOMS FORK ROAD
ALUM CREEK WV 25003

TRAINING & BOARD CHICKLET NOVEMBER 200.

AUTHORIZED SIGNATURE

⑈006488⑈ ⑈051900366⑈ 000004 2500⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6220

PAY Four Hundred Twenty-Five and 00/100 ************************************************************

| DATE | AMOUNT |
|------|--------|
| 7/18/2005 | $*****425.00 |

TO THE
ORDER OF

Nancy COMER SHOW HORSES
126 TOM'S FORK ROAD
ALUM CREEK WV 25003

BOARD & TRAINING FOR CHICKLET

AUTHORIZED SIGNATURE

⑈006220⑈ ⑈051900366⑈ 000004 2500⑈

# EXHIBIT 11

**DEPARTMENT OF TRANSPORTATION**
**DIVISION OF MOTOR VEHICLES**
**BUILDING 3**
**1800 KANAWHA BLVD E**
**CHARLESTON WV 25317-0002**

C765B1P104079**3-DIGIT253
HUMPHREYS, JAMES F
500 VA ST UN CNTR STE 806
CHARLESTON WV25301

lululuuluullluuulllulul

## IMPORTANT CHECKLIST

HAVE YOU:

1. COMPLETED AND SIGNED STATEMENT OF INSURANCE ON REVERSE SIDE OF RENEWAL APPLICATION OR INCLUDED A CURRENT INSURANC CERTIFCATE FOR THE VEHICLE BEING RENEWED?
2. RETURNED ALL PARTS OF YOUR RENEWAL APPLICATION INCLUDING REGISTRATION CARD? IF ENTIRE APPLICATION IS NOT RETURN DELAYS CAN OCCUR.
3. ENCLOSED A COPY OF YOUR PERSONAL PROPERTY TAX RECEIPT? THE DIVISION DOES NOT RETURN THESE UNLESS A SELF-ADDRES STAMPED ENVELOPE IS ENCLOSED. FOR QUESTIONS ABOUT PROPERTY TAX, PLEASE CONTACT YOUR LOCAL COUNTY SHERIFF ASSESSOR.
4. MADE ANY ADDRESS CORRECTIONS ON BOTH PARTS OF RENEWAL APPLICATION? FOR NAME CHANGES THE TITLE MUST BE SUBMIT ALONG WITH PROOF OF THE NAME CHANGE.
5. MADE PAYMENT BY CHECK OR MONEY ORDER-MADE PAYABLE TO THE DIVISION OF MOTOR VEHICLES? DO NOT SEND CASH
6. IF YOUR CHECK IS RETURNED FOR "INSUFFICIENT FUNDS" OR "UNCOLLECTED FUNDS," THE DIVISION OF MOTOR VEHICLES RESERVES RIGHT TO COLLECT SUCH FUNDS ELECTRONICALLY.
7. NO REFUNDS ON USED PLATES, DECALS, OR VANITY PLATES.

**\* REQUIRED PERSONAL PROPERTY TAX RECEIPT**

| JANUARY 1 THRU APRIL 30, 2004 RENEWALS | MAY 1 THRU DECEMBER 31, 2004 RENEWALS |
| SECOND HALF OR FULL YEAR - 2002 | SECOND HALF OR FULL YEAR - 2003 |

VEHICLE OWNERS WHO PREVIOUSLY SELECTED THE TWO-YEAR RENEWAL OPTION MUST PROVIDE THE LAST TWO YEARS PERSONAL PROPE TAX RECEIPTS IN ORDER TO RENEW THEIR LICENSE.

R     RDLESS OF WHETHER YOU DECIDE TO RENEW FOR ANOTHER TWO-YEAR CYCLE OR GO BACK TO THE ONE-YEAR OPTION, YOU MI
P.     .DE YOUR TAX RECEIPTS FOR THE LAST TWO YEARS.

*IF YOU DID NOT OWN A VEHICLE OR RESIDE IN WEST VIRGINIA ON JULY 1ST OF THE APPLICABLE TAX YEAR, AN AFFIDAVIT OF EXEMPT FROM THE ASSESSORS OFFICE MAY BE USED IN LIEU OF A PERSONAL PROPERTY RECEIPT.

Section 20-7-26 UNLAWFUL DISPOSAL OF LITTER; CRIMINAL PENALTIES: Any person who violates the litter control law is guilty of a misdemeanor.

| | |
|---|---|
| Violations in an amount less than 100 pounds or 27 cubic feet. | First Conviction: Fine of $50 to $500 or 8 to 16 hours of community service, or both |
| Violations in an amount of 100 to 500 pounds or 27 to 216 cubic feet. | First Conviction: Fine of $500 to $2,000 or 16 to 32 hours of community service, or |
| Violations in an amount of over 500 pounds or 216 cubic feet. | First Conviction: Fine of $2,500 to $25,000 or confinement in a jail for up to 1 year, |

Any person convicted of a second or subsequent violation is subject to double the authorized range of fines and community service for the subsequent violation. Any driver of a motor vehicle or other land conveyance convicted of violating this law, shall have three points assessed against his or her driver's license.

If you have any questions concerning handicap accessible locations for Division of Motor Vehicle services, please call 1-800-642-9066 (in West Virginia) or (304) 558-3900 (Out of state).

AMERICAN ASSOCIATION OF RETIRED PERSONS 55 ALIVE/MATURE DRIVING CLASSES ARE SCHEDULED MONTHLY THROUGHOUT WEST VIRGIN THIS PROGRAM COULD REDUCE YOUR AUTOMOBILE INSURANCE PREMIUMS. FOR MORE INFORMATION CONTACT: AARP, PO BOX 11572, CHARLEST WV 25339, 1-888-227-7669

**BOB WISE, GOVERNOR**          REMOVE THIS STUB AND INSERT IN RETURN ENVELOPE          **F. DOUGLAS STUMP, COMM**
↓ DETACH HERE ↓

---

- **PERSONAL PROPERTY TAX RECEIPT MUST BE ENCLOSED.**
- **COMPLETE INSURANCE STATEMENT ON REVERSE SIDE OF THIS CARD.**

MAKE CHECK OR MONEY PAYABLE TO DIVISION OF VEHICLES OF WEST VI RETURN ALL SECTIONS CARD.

| EXPIRATION DATE | | | CLASS | MOTORBOAT/VEHICLE REGISTRATION STATE OF WEST VIRGINIA |
|---|---|---|---|---|
| MONTH | DAY | YEAR | | |
| 05 | 01 | 05 | ANR | RENEWAL |

The accompanying boat or plate number assigned to the addressee is to be used or the boat/vehicle described on this card
W52036

| VEHICLE/BOAT IDENTIFICATION NUMBER | | | 1J4GW68N7XC673161 |
| MAKE BODY | YEAR MODEL | LENGTH/ WEIGHT | TITLE NUMBER |
| JEEP | 99 | 4195 | Y090293 |
| SW | | KANA | 051299 |

MPHREYS, JAMES F
) VA ST UN CNTR STE 806
ARLESTON WV 25301

OWNER'S SIGNATURE  _James F Humphreys_

---

| TITLE DATE | | | EXPIRATION DATE | | | CLASS | |
|---|---|---|---|---|---|---|---|
| 05 | 12 | 99 | 05 | 01 | 05 | ANR | W52036 |
| | | | MONTH | DAY | YEAR | | |

ANRY090293W52036ддд199900045 00

| JEEP | 99 | 4195 | Y090293 |
| | 1J4GW68N7XC673161 | | KANA |

HUMPHREYS, JAMES F
500 VA ST UN CNTR STE 806
CHARLESTON WV 25301

00104

**LICENSE FEE REQUIRED**  ☐ 1 YEAR $45.00  ☒ 2 YEARS $90.00

DO NOT SEPARATE THESE CARDS. YOUR VALID REGISTRATION AND/OR DECAL WILL BE RETURNED.

MOTORBOAT/VEHICLE/PHYSICALLY DISABLED

| EXPIRATION DATE | | | CLASS | MOTORBOAT/VEHICLE REGISTRATION STATE OF WEST VIRGINIA |
|---|---|---|---|---|
| MONTH | DAY | YEAR | | |
| 05 | 01 | 07 | ANR   M | TRANSFER |

The accompanying boat or plate number assigned to the addressee is to be used for the boat/vehicle described on this card.

W52036

VEHICLE/BOAT
IDENTIFICATION NUMBER  JTEEP21A370212000

| MAKE BODY | YEAR MODEL | LENGTH/ WEIGHT | TITLE NUMBER |
|---|---|---|---|
| TOYT UT | 2007 | 3935 | BZ37314 04/09/07 |

KANA

JAMES F HUMPHREYS & ASSOC OR
JAMES F HUMPHREYS
500 VIRGINIA ST E SUITE 80
CHARLESTON          WV 25301

SIGN ON THE BACK

CERTIFICATE OF INSURANCE - WEST VIRGINIA

**State Farm Mutual Automobile Insurance Company**          W5 2036

VEHICLE OWNER ENTER PLATE NO.

an authorized West Virginia insurer certifies that there is in effect a motor vehicle liability policy upon the described vehicle in accordance with the provisions of the West Virginia Motor Vehicle Code.

NAME AND ADDRESS OF INSURED          NAME AND ADDRESS OF OWNER

**HUMPHREYS, JAMES F**
**500 VIRGINIA ST E STE 800**
**CHARLESTON WV  25301-2125**

POLICY NUMBER    **2279-E04-48A**              **MUTL**

DATE CERTIFICATE ISSUED  **OCTOBER 02, 2006**      **VOL**

EFFECTIVE DATES OF POLICY TERM    FROM  **NOV 04 2006**   TO  **MAY 04 2007**

YR  **1999**    MAKE  **JEEP**      VIN **1J4GW68N7XC673161**

**MELINDA TAYLOR**                    **1459-663**

PHONE  **(304)344-3571**

THIS CERTIFICATE MUST BE CARRIED IN THE VEHICLE DESCRIBED ABOVE FOR USE AS PROOF OF INSURANCE
A COPY OF THIS CERTIFICATE MAY BE REQUESTED BY THE COMMISSIONER OF MOTOR VEHICLES.

Signature
of Owner                                             Date  10-13-06

WV-1B 4/94                                      MUTL  VOL

**STATE OF WEST VIRGINIA**

MONTANI SEMPER LIBERI

| R N T E | |
| CLASS | |
| LICENSE # | |
| E | YEAR |
| EXP DATE | |

## CERTIFICATE OF TITLE TO A MOTOR VEHICLE

The Division of Motor Vehicles of West Virginia certifies that pursuant to an application under oath and in substance presented by the laws of West Virginia and filed with said Division, the applicant, whose name and address first hereinbelow appears, has been registered as the owner of said Division as the lawful owner of the vehicle/boat hereinafter described, or is otherwise entitled to have said vehicle/boat registered in the name of said applicant, that is to say:

ODOMETER READING    35    ACTUAL

| | MAKE/BODY | YEAR | VEHICLE/BOAT | WEIGHT/LENGTH | TITLE | PREVIOUS TITLE |
| | MODEL | | IDENTIFICATION NO. | | NUMBER | NUMBER |

07
03
02    16    LNDR    2002    4541    AM94433
SW    SALNE22292A204884    07/03/2002

HUMPHREYS, JAMES F
BANC ONE CENTER STE 1113
CHARLESTON            WV 25301

Said Division further certifies that from said verified application it appears the above described vehicle/boat is subject to the lien and encumbrance described below, and none other, that is to say:

### FIRST LIEN
Name and mail address of lienholder

**RELEASE**
This lien fully paid, satisfied and released on
this the ___ day of _____ , 20 ___

Name of Lienholder

Signature of person or officer

taken, subscribed and sworn to before me this the ___ day of _____ , 20 ___

Notary Public
My commission expires on ___ day of _____ , 20 ___

### SECOND LIEN
Name and mail address of lienholder

**RELEASE**
This lien fully paid, satisfied and released on
this the ___ day of _____ , 20 ___

Name of Lienholder

Signature of person or officer

taken, subscribed and sworn to before me this the ___ day of _____ , 20 ___

Notary Public
My commission expires on ___ day of _____ , 20 ___

Witness the corporate name of the Division of Motor Vehicles and the seal of said Division the day of year set beneath the name of the applicant in the Certificate.

DIVISION OF MOTOR VEHICLES OF W...
OFFICIAL SEAL

DIVISION OF MOTOR VEHICLES

WV-359468

DO NOT ACCEPT THIS TITLE UNLESS IT CONTAINS AN EAGLE WATERMARK. HOLD TO LIGHT TO VIEW.

DING 3
KANAWHA BLVD E
:LESTON WV 25317-0002

0074291    01 AT 0.334  **AUTO  T5 0 0501 25301-212500     0 0

ldldldldldlldllllllllldldldlldldldldldldlllldllldlldl
HUMPHREYS, JAMES F
500 VA ST E STE 800
CHARLESTON WV 25301-2125

## IMPORTANT CHECKLIST

J:

MPLETED AND SIGNED STATEMENT OF INSURANCE ON REVERSE SIDE OF RENEWAL APPLICATION OR INCLUDED A CURRENT INSURANCE
RTIFICATE FOR THE VEHICLE BEING RENEWED?
TURNED ALL PARTS OF YOUR RENEWAL APPLICATION INCLUDING REGISTRATION CARD? IF ENTIRE APPLICATION IS NOT RETURNED, DELAYS
N OCCUR.
CLOSED A COPY OF YOUR PERSONAL PROPERTY TAX RECEIPT? (SEE REQUIREMENTS BELOW)  THE DIVISION DOES NOT RETURN THESE
LESS A SELF-ADDRESSED STAMPED ENVELOPE IS ENCLOSED.  FOR QUESTIONS ABOUT PROPERTY TAX, PLEASE CONTACT YOUR LOCAL
UNTY SHERIFF OR ASSESSOR.
DE ANY ADDRESS CORRECTIONS ON BOTH PARTS OF RENEWAL APPLICATION?  FOR NAME CHANGES THE TITLE MUST BE SUBMITTED ALONG
H PROOF OF THE NAME CHANGE.
DE PAYMENT BY CHECK OR MONEY ORDER-MADE PAYABLE TO THE DIVISION OF MOTOR VEHICLES?  DO NOT SEND CASH
YOUR CHECK IS RETURNED FOR "INSUFFICIENT FUNDS" OR "UNCOLLECTED FUNDS," THE DIVISION OF MOTOR VEHICLES RESERVES THE
HT TO COLLECT SUCH FUNDS ELECTRONICALLY.
REFUNDS ON USED PLATES, DECALS, OR VANITY PLATES.

*REQUIRED PERSONAL PROPERTY TAX RECEIPT

JANUARY 1 THRU APRIL 30, 2007 RENEWALS              MAY 1 THRU DECEMBER 31, 2007 RENEWALS
SECOND HALF OR FULL YEAR-2005                       SECOND HALF OR FULL YEAR-2006
FIRST HALF OR FULL YEAR-2006

JNITS REGISTERED AT 55,000 POUNDS GVW OR MORE, MUST HAVE PROOF OF PAYMENT FOR FEDERAL HIGHWAY USE TAX.
IT IRS FORM 2290, SCHEDULE 1, VALIDATED BY IRS. ONLY VALIDATED SCHEDULE 1 IS ACCEPTABLE. ALL UNITS TO BE RENEWED
BE LISTED ON THE SCHEDULE.

JU DID NOT OWN A VEHICLE OR RESIDE IN WEST VIRGINIA ON JULY 1ST OF THE APPLICABLE TAX YEAR, AN AFFIDAVIT OF EXEMPTION FROM
ASSESSORS OFFICE MAY BE USED IN LIEU OF A PERSONAL PROPERTY RECEIPT.

:tion 20-7-26 UNLAWFUL DISPOSAL OF LITTER; CRIMINAL PENALTIES: Any person who violates the litter control law is guilty of a misdemeanor.

lations in an amount less than 100 pounds or 27 cubic feet.    First conviction: Fine of $50 to $500 or 8 to 16 hours of community service, or both.
lations in an amount of 100 to 500 pounds or 27 to 216 cubic feet.  First conviction: Fine of $500 to $2,000 or 16 to 32 hours of community service, or both.
lations in an amount of over 500 pounds or 216 cubic feet.    First conviction: Fine of $2,500 to 25,000 or confinement in a jail for up to 1 year, or both.

/ person convicted of a second or subsequent violation is subject to double the authorized range of fines and community service for the subsequent violation.
/ driver of a motor vehicle or other land conveyance convicted of violating this law, shall have three points assessed against his or her drivers license.

nchin III, GOVERNOR          REMOVE THIS STUB AND INSERT IN RETURN ENVELOPE    Joseph Cicchirillo, COMMISSIONER
                                         DETACH HERE ↓

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

| ON DATE | | | 0074291  05 MOTORBOAT/VEHICLE REGISTRATION STATE OF WEST VIRGINIA | • PERSONAL PROPERTY TAX RECEIPT MUST BE ENCLOSED. • COMPLETE INSURANCE STATEMENT ON REVERSE SIDE OF THIS CARD. | MAKE CHECK OR MONEY ORDER PAYABLE TO DIVISION OF MOTOR VEHICLES OF WEST VIRGINIA. RETURN ALL SECTIONS OF THIS CARD. |

Y  YEAR  |  CLASS
1  08  |  A  |  RENEWAL

anying boat or plate number
the addressee is to be used
vehicle described on this card    7FA637

| 07 | 03 | 02 | 07 | 01 | 08 | A | 7FA637 |
| TITLE DATE | | | MONTH DAY YEAR EXPIRATION DATE | | | CLASS | |

OAT
TION NUMBER    SALNE22292A204884        A⊦⊦AM944337FAb37⊦⊦⊦⊦20020003000

| YEAR MODEL | LENGTH/WEIGHT | TITLE NUMBER | | LNDR | 02 | 4541 | AM94433 |
| 02 | 4541 | AM94433 | | | 4W | SALNE22292A204884 | KANA |
| KANA | 07/03/02 | | |

HUMPHREYS, JAMES F
500 VA ST E STE 800
CHARLESTON WV 25301-2125

EYS, JAMES F
T E STE 800
STON WV 25301-2125

                                    020916
* PRIOR TWO YEARS *
LICENSE FEE REQUIRED  ☐ 1 YEAR $30.00  ☒ 2 YEARS $60.00
DO NOT SEPARATE THESE CARDS. YOUR VALID REGISTRATION
AND / OR DECAL WILL BE RETURNED.    0074291  05

SIGN ON THE BACK

FOR DIVISION USE ONLY

R  N  T  E

CLASS

LICENSE #

MAKE  YEAR

EXP DATE

FOR DIVISION USE ONLY

REVISED 7/96

R  N  T  E

CLASS

LICENSE #

MAKE  YEAR

EXP DATE

**DEPARTMENT OF TRANSPORTATION**
DIVISION OF MOTOR VEHICLES

STATE OF WEST VIRGINIA

MONTANI SEMPER LIBERI

## CERTIFICATE OF TITLE TO A MOTOR VEHICLE

The Division of Motor Vehicles of West Virginia certifies that pursuant to an application under oath and in substance prescribed by the laws of West Virginia and in accord with said, Division the applicant, whose name and address first hereinbelow appears, has been registered in the office of said Division as the lawful owner of the vehicle/boat hereinafter described, or is otherwise entitled to have said vehicle/boat registered in the name of said applicant, that is to say:

05
13
04

| | ODOMETER READING | 104 | | ACTUAL |
|---|---|---|---|---|
| MAKE/BODY | YEAR MODEL | VEHICLE/BOAT IDENTIFICATION NO. | WEIGHT/LENGTH | TITLE NUMBER | PREVIOUS TITLE NUMBER |
| BMW | 2004 | | 3472 | BC60050 | |
| 4D | | WBANA73594BB04260 | | 05/13/2004 | |

HUMPHREYS, JAMES F
500 VIRGINIA ST STE 800
CHARLESTON      WV   25301

1540

Said Division further certifies that from said verified application it appears the above described vehicle/boat is subject to the lien and encumbrance described below, and none other, that is to say:

### FIRST LIEN

Name and mail address of lienholder

### RELEASE

This lien fully paid, satisfied and released on this the ____ day of ____ 20__

Name of Lienholder

Signature of person or officer

Taken, subscribed and sworn to before me this the ____ day of ____ 20__

Notary Public
My commission expires on ____ 20__

### SECOND LIEN

Name and mail address of lienholder

### RELEASE

This lien fully paid, satisfied and released on this the ____ day of ____ 20__

Name of Lienholder

Signature of person or officer

Taken, subscribed and sworn to before me this the ____ day of ____ 20__

Notary Public
My commission expires on ____ day of ____ 20__

Witness the incorporate name of the Division of Motor Vehicles of West Virginia and the seal of said Division the day of year set beneath the name of the applicant in the Certificate.

DIVISION OF MOTOR VEHICLES OF WV
OFFICIAL SEAL

DIVISION OF MOTOR VEHICLES

WV-4931215

DO NOT ACCEPT THIS TITLE UNLESS IT CONTAINS AN EAGLE WATERMARK. HOLD TO LIGHT TO VIEW.

DEPARTMENT OF TRANSPORTATION
DIVISION OF MOTOR VEHICLES

REVISED 7/96

| FOR DIVISION USE ONLY | | | | FOR DIVISION USE ONLY | | | |
|---|---|---|---|---|---|---|---|
| R | NTE | | | R | NTE | | |
| CLASS | | | | CLASS | | | |
| LICENSE # | | | | LICENSE # | | | |
| KE | | YEAR | | MAKE | | YEAR | |
| EXP DATE | | | | EXP DATE | | | |

STATE OF WEST VIRGINIA
MONTANI SEMPER LIBERI

## CERTIFICATE OF TITLE TO A MOTOR VEHICLE

The Division of Motor Vehicles of West Virginia certifies that pursuant to an application under oath and in substance prescribed by the laws of West Virginia and filed with said Division the applicant, whose name and address first hereinbelow appear, has been registered in the office of said Division as the lawful owner of the vehicle/boat hereinafter described, or is otherwise entitled to have said vehicle/boat registered in the name of said applicant, that is to say:

06
14
04

ODOMETER READING     117     ACTUAL

| MAKE/BODY | YEAR MODEL | VEHICLE/BOAT IDENTIFICATION NO. | WEIGHT/LENGTH | TITLE NUMBER | PREVIOUS TITLE NUMBER |
|---|---|---|---|---|---|
| BMW | 2004 | | 3219 | BC79314 | |
| 4D | | WBAET37454NJ96031 | | 06/14/2004 | |

HUMPHREYS, JAMES F
UNITED CTR STE 800
CHARLESTON            WV    25301

1221

Said Division further, certifies that from said verified application it appears the above described vehicle/boat is subject to the lien and encumbrance described below, and none other, that is to say:

### FIRST LIEN
Name and mail address of lienholder

### RELEASE
This lien fully paid, satisfied and released on this the _____ day of _____ 20___

Name of Lienholder

Signature of person or officer

Taken, subscribed and sworn to before me this the _____ day of _____ 20___

Notary Public
My commission expires on _____ day of _____ 20___

### SECOND LIEN
Name and mail address of lienholder

### RELEASE
This lien fully paid, satisfied and released on this the _____ day of _____ 20___

Name of Lienholder

Signature of person or officer

Taken, subscribed and sworn to before me this the _____ day of _____ 20___

Notary Public
My commission expires on _____ day of _____ 20___

Witness the corporate name of the Division of Motor Vehicles of West Virginia and the seal of said Division the day of year set beneath the name of the applicant in the Certificate.

DIVISION OF MOTOR VEHICLES OF WV
OFFICIAL SEAL

DIVISION OF MOTOR VEHICLES

WV-198.5983

DO NOT ACCEPT THIS TITLE UNLESS IT CONTAINS AN EAGLE WATERMARK. HOLD TO LIGHT TO VIEW.

Case 1:07-cv-04367-GBD Document 1 Filed 05/30/2007 Page 8 of 10

STATE OF WEST VIRGINIA

FOR DIVISION USE ONLY

| R | N | T | E |
|---|---|---|---|

CLASS

LICENSE #

MAKE        YEAR

EXP DATE

FOR DIVISION USE ONLY

FR 250 7/96

| R | N | T | E |
|---|---|---|---|

CLASS

LICENSE #

MAKE        YEAR

EXP DATE

## CERTIFICATE OF TITLE TO A MOTOR VEHICLE

The Division of Motor Vehicles of West Virginia certifies that pursuant to an application under oath and in substance prescribed by the laws of West Virginia and filed with said Division, the applicant, whose name and address first hereinbelow appear, has been registered in the office of said Division as the lawful owner of the vehicle/boat hereinafter described, or is otherwise entitled to have said vehicle/boat registered in the name of said applicant, that is to say:

| | ODOMETER READING | | 4 | | ACTUAL | | |
|---|---|---|---|---|---|---|---|
| | MAKE/BODY | YEAR MODEL | VEHICLE/BOAT IDENTIFICATION NO. | WEIGHT/LENGTH | TITLE NUMBER | PREVIOUS TITLE NUMBER | |
| 04 11 07  16 | BMW SW | 2007 | WBXPC93487WF13700 | 4012 | BZ85259 04/11/2007 | | |

HUMPHREYS, JAMES F
500 VA ST E UNTD CTR 800
CHARLESTON          WV
25301

Said Division further certifies that from said verified application it appears the above described vehicle/boat is subject to the lien and encumbrance described below, and none other, that is to say:

### FIRST LIEN
Name and mail address of lienholder

### RELEASE
This lien fully paid, satisfied and released on
this the _____ day of _____ 20___

Name of Lienholder

Signature of person or officer

taken, subscribed and sworn to before me this the _____ day of _____ 20___

Notary Public
My commission expires on

### SECOND LIEN
Name and mail address of lienholder

### RELEASE
This lien fully paid, satisfied and released on
this the _____ day of _____ 20___

Name of Lienholder

Signature of person or officer

taken, subscribed and sworn to before me this the _____ day of _____ 20___

Notary Public
My commission expires on _____ day of _____ 20___

Witness the corporate name of the Division of Motor Vehicles of West Virginia and the seal of said Division the day of year set beneath the name of the applicant in the Certificate.

DIVISION OF MOTOR VEHICLES

OFFICIAL SEAL — DIVISION OF MOTOR VEHICLES OF WV

WVC-445384

DO NOT ACCEPT THIS TITLE UNLESS IT CONTAINS AN EAGLE WATERMARK. HOLD TO LIGHT TO VIEW.

MOTORBOAT / VEHICLE / PHYSICALLY DISABLED     REGISTRATION
                                               STATE OF
                                               WEST VIRGINIA

| EXPIRATION DATE | | | CLASS | 16 |
|---|---|---|---|---|
| MONTH | DAY | YEAR | | |
| 04 | 01 | 08 | A | KANA    NEW PLATE |

THE ACCOMPANYING BOAT OR PLATE NUMBER
ASSIGNED TO THE ADDRESSEE IS TO BE USED FOR     **4LT556**
THE BOAT / VEHICLE DESCRIBED ON THIS CARD.

VEHICLE / BOAT          **WBXPC93487WF13700**
IDENTIFICATION NUMBER

| | | LENGTH / WEIGHT | TITLE NUMBER |
|---|---|---|---|
| MAKE BODY | YEAR MODEL | | |
| **BMW** | **2007** | **4012** | **BZ85259** |
| **SW** | | | **04/11/07** |

**HUMPHREYS, JAMES F**
**500 VA ST E UNTD CTR 800**
**CHARLESTON          WV   25301**

SIGN ON THE BACK

CERTIFICATE OF INSURANCE - WEST VIRGINIA     **4LT 556**

**State Farm Mutual Automobile Insurance Company**     VEHICLE OWNER ENTER PLATE NO.

an authorized West Virginia insurer certifies that there is in effect a motor vehicle liability policy upon the
described vehicle in accordance with the provisions of the West Virginia Motor Vehicle Code.

NAME AND ADDRESS OF INSURED          NAME AND ADDRESS OF OWNER

**HUMPHREYS, JAMES F**
**500 VIRGINIA ST E STE 800**
**CHARLESTON WV  25301-2125**

POLICY NUMBER     **2279-E04-48B**                    **MUTL**
                                                       **VOL**
DATE CERTIFICATE ISSUED  **APRIL 23, 2007**

EFFECTIVE DATES OF POLICY TERM     FROM **MAY 04 2007**  TO  **NOV 04 2007**

YR **2007**     MAKE **BMW**     VIN **WBXPC93487WF13700**

    **MELINDA TAYLOR**                    **1459-663**

PHONE **(304)344-3571**

2317

THIS CERTIFICATE MUST BE CARRIED IN THE VEHICLE DESCRIBED ABOVE FOR USE AS PROOF OF INSURANCE
A COPY OF THIS CERTIFICATE MAY BE REQUESTED BY THE COMMISSIONER OF MOTOR VEHICLES.

Signature
of Owner                                        Date

WV-1B       (otb031cb)

REVISED 1/06

| R | N T E |
|---|---|
| CLASS | |
| LICENSE # | |
| MAKE | YEAR |
| EXP DATE | |

| R | N T E |
|---|---|
| CLASS | |
| LICENSE # | |
| MAKE | YEAR |
| EXP DATE | |

STATE OF WEST VIRGINIA
MONTANI SEMPER LIBERI

## CERTIFICATE OF TITLE TO A MOTOR VEHICLE

The Division of Motor Vehicles of West Virginia certifies that pursuant to an application under oath and in substance prescribed by the laws of West Virginia and filed with said Division, the applicant, whose name and address first hereinbelow appear, has been registered in the office of said Division as the lawful owner of the vehicle/boat hereinafter described, or is otherwise entitled to have said vehicle/boat registered in the name of said applicant, that is to say:

ODOMETER READING    479    ACTUAL

| | MAKE/BODY TYPE | YEAR MODEL | VEHICLE/BOAT IDENTIFICATION NO. | WEIGHT/LENGTH | TITLE NUMBER | PREVIOUS TITLE NUMBER |
|---|---|---|---|---|---|---|
| 04 09 07 | TOYT UT | 2007 | JTEEP21A370212000 | 3935 | BZ37314 | 04/09/2007 |

JAMES F HUMPHREYS & ASSOC OR JAMES F HUMPHREYS
500 VIRGINIA ST E SUITE 800
CHARLESTON          WV
25301

1555

Said Division further certifies that from said verified application it appears the above described vehicle/boat is subject to the lien and encumbrance described below, and none other, that is to say:

### FIRST LIEN
Name and mail address of lienholder

### RELEASE
This lien fully paid, satisfied and released on
this the _____ day of _____ , 20 ____

Name of Lienholder

Signature of person or officer

taken, subscribed and sworn to before me this the _____ day of _____ , 20 ____

Notary Public
My commission expires on _____ day of _____ , 20 ____

### SECOND LIEN
Name and mail address of lienholder

### RELEASE
This lien fully paid, satisfied and released on
this the _____ day of _____ , 20 ____

Name of Lienholder

Signature of person or officer

taken, subscribed and sworn to before me this the _____ day of _____ , 20 ____

Notary Public
My commission expires on _____ day of _____ , 20 ____

Witness the corporate name of the Division of Motor Vehicles of West Virginia and the seal of said Division the day of year set beneath the name of the applicant in the Certificate.

DIVISION OF MOTOR VEHICLES OF WV
OFFICIAL SEAL

DIVISION OF MOTOR VEHICLES

KANAWHA COUNTY STATEMENT OF TAXES DUE        No 3065   P 1

| PROPERTY TYPE | ACCOUNT NO. | YEAR | TICKET NO. | | RATE | ASSESSMENT | EXEMPTION | HALF YEAR TAX |
|---|---|---|---|---|---|---|---|---|
| PERSONAL | 03675372 | 2007 | 320059 | | 4 | 24960 | 24960 | |

| PROPERTY DESCRIPTION |
|---|
| 04 BMW  3 SE12750 99 JEEP GRAN04650 |
| 02 LAND FREE07560 |

### TAX USAGE FOR DISTRICT
### 11-CHAS E

STATE
COUNTY  CURRENT
COUNTY  EXCESS
SCHOOL  CURRENT
SCHOOL  EXCESS
SCHOOL  BOND
MUNICIPAL  CURRENT
MUNICIPAL  EXCESS
MUNICIPAL  BOND

HUMPHREYS JAMES F
500 VA   UNITED CENTER ST E STE
CHARLESTON WV  25301-2125

*RETAIN THIS SECTION FOR YOUR RECORDS*

## PAYMENT SCHEDULE - SECOND HALF / FULL YEAR

| NAME | ACCOUNT NO. | YEAR | TICKET NO. |
|---|---|---|---|
| HUMPHREYS JAMES F | 03675372 | 2007 | 320059 |

| IF PAID BY: | 2ND HALF | FULL YEAR | DISTRICT | PROPERTY TYPE |
|---|---|---|---|---|
| MARCH 1, 2008 | | | 11-CHAS E | PERSONAL |
| MARCH 31, 2008 | | | | |
| APRIL 1, 2008 | | | | |
| APRIL 30, 2008 | | | | |

IF EITHER HALF IS NOT PAID BY APRIL 30TH, IT WILL BE PUBLISHED AS REQUIRED BY LAW WITH FEES ADDED

**PLEASE REVIEW THIS STATEMENT CAREFULLY.** If you feel that there is an error with the assessment of your property, please contact the County Assessor s office immediately. You can contact them by calling 304-357-0250, or via e-mail at assessor@kanawha.us. W. Va. Code §?1-3-27 imposes strict deadlines for correcting errors.

THIS STATEMENT IS FOR TAXES ASSESSED ON PROPERTY YOU OWNED ON JULY 1 OF THE PRECEDING YEAR. TAXES ON PROPERTY YOU OWN THIS JULY 1 WILL BE BILLED NEXT YEAR. PLEASE BRING ANY DISCREPANCIES TO THE ATTENTION OF THE COUNTY ASSESSOR.

## PAYMENT SCHEDULE - FIRST HALF / FULL YEAR

| NAME | ACCOUNT NO. | YEAR | TICKET NO. |
|---|---|---|---|
| HUMPHREYS JAMES F | 03675372 | 2007 | 320059 |

| IF PAID BY: | 1ST HALF | FULL YEAR | DISTRICT | PROPERTY TYPE |
|---|---|---|---|---|
| SEPTEMBER 1, 2007 | | | 11-CHAS E | PERSONAL |
| SEPTEMBER 30, 2007 | | | | |
| OCTOBER 31, 2007 | | | | |
| NOVEMBER 30, 2007 | | | | |
| DECEMBER 31, 2007 | | | | |
| JANUARY 31, 2008 | | | | |
| FEBRUARY 28, 2008 | | | | |
| MARCH 1, 2008 | | | | |
| MARCH 31, 2008 | | | | |

**PLEASE REVIEW THIS STATEMENT CAREFULLY.** If you feel that there is an error with the assessment of your property, please contact the County Assessor s office immediately. You can contact them by calling 304-357-0250, or via e-mail at assessor@kanawha.us. W. Va. Code §?1-3-27 imposes strict deadlines for correcting errors.

TEAR OFF AND RETURN THIS PORTION WITH YOUR PAYMENT IF YOU ARE PAYING EITHER THE FIRST HALF OR THE FULL YEAR TAXES.

PLEASE CIRCLE THE AMOUNT PAID

TO AVOID INTEREST CHARGES PAY THE 1ST HALF BEFORE OCTOBER 1 AND THE 2ND HALF BY APRIL 1

THIS STATEMENT IS FOR TAXES ASSESSED ON PROPERTY YOU OWNED ON JULY 1 OF THE PRECEDING YEAR. TAXES ON PROPERTY YOU OWN THIS JULY 1 WILL BE BILLED NEXT YEAR. PLEASE BRING ANY DISCREPANCIES TO THE ATTENTION OF THE COUNTY ASSESSOR.

**RECEIPT FOR TAXES AND FEES PAID**

KANAWHA COUNTY SHERIFF'S OFFICE
TAX DIVISION
409 VIRGINIA ST E RM 120
CHARLESTON, WV 25301-2595

| COUNTY | TAX YEAR | TICKET NO. |
|---|---|---|
| KANAWHA | 2006 | 320040 |

| DISTRICT | ACCOUNT NO. |
|---|---|
| 11-CHAS E | 03675372 |

HUMPHREYS JAMES F
500 VA. ST. E UNITED CENTER ST
CHARLESTON, WV 25301

| RATE | CLASS | ASSESSMENT | ASSESSMENT LESS EXEMPTION | TAX (1/2 YEAR) |
|---|---|---|---|---|
| 2.906800 | 4 | 28845 | 28845 | ▓▓▓▓ |
| | | | **TOTAL 1/2 YEAR** | ▓▓▓▓ |
| | | LESS 2 1/2% DISCOUNT | | ▓▓▓▓ |
| | | PLUS 9% INTEREST PER ANNUM | | .00 |
| | | ADVERTISING AND RECEIPT FEES | | .00 |
| | | AMOUNT COLLECTED | | ▓▓▓▓ |

| DESCRIPTION |
|---|
| 04 BMW  3 SE14325 99 JEEP GRAN 5400 |
| 02 LAND FREE 9120 |

| PAYMENT FOR | DEPUTY |
|---|---|
| FULL YEAR PAYMENT PERSONAL PROPERTY PAID:    07/26/2006 | BSM |

**PLEASE EXAMINE YOUR RECEIPT CAREFULLY AND BE SURE IT COVERS ALL REAL ESTATE OR PERSONAL PROPERTY.**

ASSESSMENT: This statement is for taxes assessed on the property that you owned on July 1 of the preceding year. Taxes on property that you own this July I will be billed next year. If you believe there is any discrepancy in the assessed value or classification of your property, you should contact the ʻanawha County Assessor's Office at (304) 357-0250.

CLASSIFICATION OF PROPERTY: The classification of your property significantly affects the amount of taxes that you pay. For the purpose of levies, property is classified as follows:

Class I: All tangible personal property employed exclusively in agriculture, including horticulture and grazing; All products of agriculture (including livestock) while owned by the producer; All notes, bonds, bills and accounts receivable, stocks and any other intangible personal property;

Class II: All property owned, used and occupied by the owner exclusively for residential purposes; All farms, including land used horticulture and grazing, occupied and cultivated by their owners or bona fide tenants;

Class III: All real and personal property situated outside municipalities, exclusive of Classes I and II;

Class IV: All real and personal property situated inside municipalities, exclusive of Classes I and 11.

DISCOUNT: Taxpayers receive 2 1/2 percent discount on the first half installment if paid on or before September 1. This discount is also applied to the second half installment if paid on or before the following March 1. Postmarks are observed as time of payment.

DELINQUENCIES: The first half installment becomes delinquent if not paid before October 1. The second half installment becomes delinquent if not paid before the following April 1. Taxes remaining unpaid on April 30 will be subject to publication. If publication occurs- additional fees will be charged. Delinquent real estate taxes are subjected to the Sheriff's Tax Lien Sale if not redeemed before the date of the sale.

INTEREST: If taxes are not paid on or before the date on which they become delinquent, including both first and second installments, interest at the rate of nine percent per annum shall be added from the date they become delinquent until they become paid.

PAYMENT LOCATIONS: You may pay taxes at the following Kanawha County Sheriffs Office Locations:

Kanawha County Courthouse - Room 120 (304) 357-0210

Cross Lanes Detachment: (304) 776-7565

Sissonville Detachment: (304) 984-0006

Elkview Detachment: (304) 965-7075

Chelyan Detachment: (304) 595-6470

St. Albans Detachment: (304) 722-4912

PAYMENTS MADE BY MAIL SHOULD BE MAILED TO THE ADDRESS ON THE FRONT OF THIS STATEMENT.

Please do not remit dog tax payments to the Sheriff. Dog taxes must be paid to the Assessor.

MIKE RUTHERFORD                    RECEIPT FOR TAXES PAID
SHERIFF & TREASURER
KANAWHA        COUNTY              PERSONAL PROPERTY TAXES

| DISTRICT | NAME | | | | | TICKET NO. |
|---|---|---|---|---|---|---|
| CHAS E | HUMPHREYS JAMES F UNITED CENTER SUITE 600 500 VIRGINIA STREET EAST | | | | | |

| DESCRIPTION | RATE | CLASS | VALUATION | VAL LESS HOMESTEAD EXEMP. | "TAX (½ year)" |
|---|---|---|---|---|---|
| 04 BMW 525I 4dr 99 JEEPGRCH 02 LANDRVER 10065 | .0600 2.907200 | 4 | 30900 | 30900 | ▬ |

| | TOTAL | ▬ |
|---|---|---|

| TYPE OF PAYMENT | DATE PAID |
|---|---|
| FULL YEAR | |

LESS 2½% DISCOUNT
PLUS 9% INTEREST PER ANNUM
ADVERTISING AND RECEIPT FEE
AMOUNT COLLECTED
DEPUTY

HUMPHREYS JAMES F
UNITED CENTER SUITE 600
500 VIRGINIA STREET EAST
CHARLESTON           WV 25301

DAVID L. TUCKER          RECEIPT FOR TAXES PAID
SHERIFF & TREASURER
KANAWHA      COUNTY      PERSONAL PROPERTY TAXES    2004

| DISTRICT | NAME | | | | | TICKET NO. |
|---|---|---|---|---|---|---|
| CHAS E | HUMPHREYS JAMES F<br>500 VIRGIIA STREET EAST<br>UNITED CENTER SUITE 800 | | | | | 319129 |
| DESCRIPTION | RATE | CLASS | VALUATION | VAL. LESS<br>HOMESTEAD EXEMP. | | "TAX (½ year)" |
| 01 UTILASM    2460 01 UTILASM<br>98 JEEPGRCH    7620 02 LANDFREE | 7460<br>12015<br>2.947600 | | 4   24555 | 24555 | | ████ |
| | | | | TOTAL | | ████ |

| TYPE OF PAYMENT | DATE PAID | | | |
|---|---|---|---|---|
| THIS YEAR | 2/10/200? | LESS 2½% DISCOUNT | | ████ |
| | | PLUS 9% INTEREST PER ANNUM | | 00 |
| HUMPHREYS JAMES F<br>500 VIRGIIA STREET EAST<br>UNITED CENTER SUITE 800<br>CHARLESTON        WV 25301 | | ADVERTISING AND RECEIPT FEE | | 00 |
| | | AMOUNT COLLECTED | | ████ |

DEPUTY        GAZ

# TAX RECEIPT

| DESCRIPTION | COUNTY | TAX YEAR | TICKET NO. |
|---|---|---|---|
| | GREENBRIER COUNTY | 2007 | 301088 |

CHEV SILV05925 00 CLI1 MACH30000
01 CHEV SILV11955 00 CLI2 ANIM22770
02 EBY 30' 10200 01 FEAT ASM 01020
01 EZR DUMP01530

| DISTRICT | | ACCOUNT NO. |
|---|---|---|
| 03-BLUE SULPHUR DISTRIC | | 19419027 |

| RATE | CLASS | ASSESSMENT | ASSESSMENT LESS EXEMPTION | TAX DUE (1/2 YEAR) |
|---|---|---|---|---|
| .466350 | 1 | 52770 | 52770 | ▓▓▓▓ |
| 1.865400 | 3 | 30630 | 30630 | ▓▓▓▓ |
| | | | TOTAL | ▓▓▓▓ |

FOXCROSS FARMS LLC
500 VIRGINIA ST E SUITE 800
CHARLESTON, WV 25301

| LESS 2 1/2% DISCOUNT | ▓▓▓▓ |
|---|---|
| PLUS 9% INTEREST PER ANNUM | .00 |
| ADVERTISING AND RECEIPT FEES | .00 |
| AMOUNT COLLECTED | ▓▓▓▓ |

ROGER L. SHEPPARD
SHERIFF & TREASURER

| PAYMENT FOR | DEPUTY |
|---|---|
| FULL YEAR PAYMENT PERSONAL PROPERTY PAID: 08/06/2007 | LAB |

*Thank You*

*Please Verify Your Receipt*

TAXPAYER COPY

GREENBRIER COUNTY, WV          03
       BLUE SULPHUR DISTRIC
ROGER L. SHEPPARD
SHERIFF OF GREENBRIER COUNTY

| MAP & PARCEL | TICKET NO. |
|---|---|
|  | 301268 |

PERSONAL PROPERTY

**TAX YEAR:** 2006          **DATE PAID:** 07/31/2006

# RECEIPT

FOXCROSS FARMS LLC
500 VIRGINIA ST E SUITE 800
CHARLESTON, WV   25301

|  | FIRST HALF | SECOND HALF |
|---|---|---|
| GROSS TAX |  |  |
| INTEREST |  |  |
| DISCOUNT |  |  |
| PUBLICATION FEE |  |  |
| **TOTALS** |  |  |

| VALUATION | TAX CODE |
|---|---|
| 76710 | 1 |
| 34890 | 3 |

00 CHEV SILV 6450 00 CLI1 MACH4320001 CHEV SILV13440 00 CLI2 ANIM33010
'02 EBY  30'  12000 01 FEAT ASM  180001 EZR  DUMP 1200 LAB

BY: _____

PROPERTY
DESCRIPTION

**NOTICE TO TAXPAYER:** KEEP THIS COPY OF YOUR RECEIPT. ATTACH IT TO YOUR APPLICATION FOR REGISTRATION AND LICENSE OF THE UPCOMING YEAR.

VEHICLE RECEIPT-PERSONAL PROPERTY

GREENBRIER COUNTY, WV          03
        BLUE SULPHUR DISTRIC
ROGER L. SHEPPARD
SHERIFF OF GREENBRIER COUNTY

| MAP & PARCEL | TICKET NO. |
|---|---|
|  | 301284 |

PERSONAL PROPERT

**TAX YEAR:** 2005          **DATE PAID:** 7/20/200

# RECEIPT

FOXCROSS FARMS LLC
500 VIRGINIA ST E SUITE 800
CHARLESTON          WV 25301

|  | FIRST HALF | SECOND HALF |
|---|---|---|
| GROSS TAX --- 1/2 YR |  |  |
| INTEREST     FULL YEAR |  |  |
| DISCOUNT     PAYMENT |  |  |
| PUBLICATION FEE |  |  |
| TOTALS     TOTAL PAID |  |  |

| VALUATION | TAX CODE |
|---|---|
| 81042 | 1 |
| 36900 | 3 |

BY: _____ LAB _____

00 CHEVSILV  7350  01 CHEVSILV  1455000 CLI1MACH  57042  00 CLI2ANIM  240
00 EBY 30'   12000  01 EZR DUMP  120001 FEATASM   1800

PROPERTY
DESCRIPTION

Current
Voter Aprv Bonds
Voter Aprv Excess
Total

State     County    Bd Of Ed.



TAXPAYER COPY

GREENBRIER COUNTY, WV

DISTRICT:BLUE SULPHUR DISTRICT
       ALBERT W LINDSEY

3

| MAP & PARCEL | TICKET NO.<br>301224 |
|---|---|

PERSONAL PROPERTY

SHERIFF OF GREENBRIER COUNTY    **TAX YEAR:** 2004    **DATE PAID:** 08/06/2004

TOTAL PAID: 

# RECEIPT

FOXCROSS FARMS LLC

500 VIRGINIA ST E SUITE 800
CHARLESTON
WV    25301 0000

|  | FIRST HALF | SECOND HALF |
|---|---|---|
| GROSS TAX |  |  |
| INTEREST |  |  |
| DISCOUNT |  |  |
| PUBLICATION FEE |  |  |
| **TOTALS** |  |  |

| VALUATION | TAX CODE |
|---|---|
| 26400 | 1 |
|  | 2 |
|  | 3 |
| 26700 |  |

```
                      State        County     Bd Of Ed.
Current
Voter Aprv Bonds
Voter Aprv Excess
Total
```


TAXPAYER COPY

| GREENBRIER COUNTY, WV | 3 |
DISTRICT:BLUE SULPHUR DISTRICT
          ALBERT W LINDSEY

| MAP & PARCEL | TICKET NO. 301365 |

PERSONAL PROPERTY

SHERIFF OF GREENBRIER COUNTY          **TAX YEAR:** 2004          **DATE PAID:** 08/06/2004

TOTAL PAID:

# RECEIPT



| | FIRST HALF | SECOND HALF |
|---|---|---|
| GROSS TAX | | |
| INTEREST | | |
| DISCOUNT | | |
| PUBLICATION FEE | | |
| **TOTALS** | | |



HUMPHREYS JAMES E
FOX CROSS FARMS

UNITED CENTER STE 800
CHARLESTON
WV  25301 0000

| VALUATION | TAX CODE |
|---|---|
| 138000 | 1 |
| | 2 |
| 23250 | 3 |
| 161250 | NET |

## REGISTRATION NOT TRANSFERABLE

**UNITED STATES OF AMERICA — FEDERAL AVIATION ADMINISTRATION**

## CERTIFICATE OF AIRCRAFT REGISTRATION

| DEPARTMENT OF TRANSPORTATION | | This certificate must be in the air-craft when operated. |
|---|---|---|

| NATIONALITY AND REGISTRATION MARKS | **N** 157SM | AIRCRAFT SERIAL NO. 18280157 |
|---|---|---|

**MANUFACTURER AND MANUFACTURER'S DESIGNATION OF AIRCRAFT**

CESSNA                                          182S
ICAO Aircraft Address Code: 50162714

| I S S U E D T O | HUMPHREYS JAMES F<br>500 VIRGINIA ST E STE 800<br>CHARLESTON WV 25301-2125 | This certificate is issued for registra-tion purposes only and is not a certi-ficate of title. The Federal Avia-tion Administration does not determine rights of ownership as between private persons. |
|---|---|---|

INDIVIDUAL

It is certified that the above described aircraft has been entered on the register of the Federal Aviation Administration, United States of America, in accordance with the Convention on International Civil Aviation dated December 7, 1944, and with Title 49, United States Code, and regulations issued thereunder.

| DATE OF ISSUE | *Robert C. Pody* | |
|---|---|---|
| August 18, 2005 | ADMINISTRATOR | |

AC Form 8050-3(10/2003) Supersedes previous editions

---

**U.S. Department of Transportation**
**Federal Aviation Administration**

U.S. Department of Transportation
**Federal Aviation Administration**

Civil Aviation Registry
P.O. Box 25504
Oklahoma City, OK 73125-0504

Official Business
Penalty for Private Use $300

AC Form 8050-3(10/2003) Supersedes previous editions

**TO:** HUMPHREYS JAMES F
500 VIRGINIA ST E STE 800
CHARLESTON WV 25301-2125                157SM

# CERTIFICATE OF INSURANCE

This certificate is given as a matter of information only and confers no rights upon the certificate addressee.

Date: August 20, 2007

This is to certify to:

Rader Aviation, Inc.
602 Lincoln Street
Summersville, WV 26651

That the following policy has been issued to:

JAMES F. HUMPHREY'S AND ASSOCIATES, L.C. D/B/A
AMERICAN EXECUTIVE AIR CHARTER, INC.
500 VIRGINIA ST., EAST
SUITE 800
CHARLESTON, WV 25301

Policy No. 10041085 issued through one or more member companies of Global Aerospace, Inc.
Policy Period: from September 10, 2006 to September 10, 2007          Policy Territory: Worldwide

## AIRCRAFT LIABILITY

| | Coverages | Limits of Liability |
|---|---|---|
| A. | Single Limit Bodily Injury and Property Damage Including Passengers | $20,000,000 Each Occurrence * <br> $1,000,000 Each Occurrence ** |

DESCRIPTION OF INSURED AIRCRAFT

Make, Model and Identification No. of Aircraft

1982 Beech King Air 200, N87SA *

1998 Cessna 182 Skylane, N157SM **

This policy contains the following provisions:

1. The certificate addressee shall be included as an additional Insured under Liability Coverage A - LIABILITY FOR SCHEDULED AIRCRAFT.

2. The Company waives any right to recovery it may have against the certificate addressee because of payments it makes for physical damage in accordance with Coverage L - PHYSICAL DAMAGE TO SCHEDULED AIRCRAFT, but only to the same extent that the Named Insured has waived its right of recovery for such physical damage against such person or organization.

3. The policy shall not apply to any assumption of the liability of the certificate addressee by the Named Insured for bodily injury or property damage caused by an occurrence arising out of any service performed by or on behalf of such person or organization.

Notwithstanding any requirement, term or condition of any contract or other document with respect to which this certificate may be issued or may pertain, the insurance afforded by the policies described herein is subject to all the terms, exclusions and conditions of such policies. This certificate does not amend, extend or otherwise alter the coverages afforded by the policies described herein. Limits may have been reduced by paid claims.

Global Aerospace, Inc. has made provision for prompt notice to the certificate addressee in the event of cancellation of the above described policies, but except as otherwise stated in this certificate, Global Aerospace, Inc. assumes no legal responsibility for any failure to do so.

GLOBAL AEROSPACE, INC.

BY: _____

BHZ001

# Reg. No.   N87SA
# Serial No.   BB-1089

Date:           9/14/2007
Hourmeter:      3437.8
Total Time:     9581.8
Total Cycles:   8953

Pratt & Whitney PT6A- 42
LH Eng. S/N:   PCE-93531

Total Time:     9238.1
Total Cycles:   8150
TSOH:           3376.1
Cycles SOH:     3508
TSHSI:          1198.4
Cycles SHSI:    1123

Pratt & Whitney PT6A- 42
RH Eng. S/N:   PCE-93030

Total Time:     9121.9
Total Cycles:   10548
TSOH:           3457.9
Cycles SOH:     3682
TSHSI:          1907.9
Cycles SHSI:    2032

Hartzell HC-D4N-3A
LH Prop. S/N:  FY1432

Total Time:     3267.1
TSOH:           192.6

Hartzell HC-D4N-3A
RH Prop. S/N:  FY1433

Total Time:     3267.1
TSOH:           231.5

**RIGHT
ENGINE HOT
SECTION DUE
IN (HOURS)       36.2**



# REGISTRATION NOT TRANSFERABLE

UNITED STATES OF AMERICA
DEPARTMENT OF TRANSPORTATION - FEDERAL AVIATION ADMINISTRATION
**CERTIFICATE OF AIRCRAFT REGISTRATION**

| | AIRCRAFT SERIAL NO. |
|---|---|
| NATIONALITY AND REGISTRATION MARKS N 675A | BB-1089 |

**MANUFACTURER AND MANUFACTURER'S DESIGNATION OF AIRCRAFT**

BEECH          B200
ICAO Aircraft Address Code: 52772616

**NAME OF OWNER**

JAMES F HUMPHREYS & ASSOCIATES LC
500 VIRGINIA ST E STE 800
CHARLESTON WV 25301-2164

**CORPORATION**

It is certified that the above described aircraft has been entered on the register of the Federal Aviation Administration, United States of America, in accordance with the Convention on International Civil Aviation dated December 7, 1944, and with the Federal Aviation Act of 1958, and regulations issued thereunder.

DATE OF ISSUE
June 22, 2001

ADMINISTRATOR

This certificate must be in the aircraft when operated.

This certificate is issued for registration purposes only and is not a certificate of title. The Federal Aviation Administration does not determine rights of ownership as between private persons.

U.S. Department of Transportation
Federal Aviation Administration

AC Form 8050-3(8/97) Supersedes previous editions

EFFECT OF REGISTRATION

Section 501(f) of the Federal Aviation Act of 1958(49 U.S.C.1401) provides:"...Registration shall not be evidence of ownership of aircraft in any proceeding in which such ownership by a particular person is, or may be, in issue." THIS CERTIFICATE MUST BE SIGNED AND RETURNED BY THE REGISTERED OWNER WITHIN 60 DAYS WHEN IT IS NO LONGER IN EFFECT FOR ANY REASON UNDER 14 C.F.R 47.41(a)(1) THROUGH (9)

a. ☐ Registration is cancelled at the request of the owner.(Also check and/or complete Block, b, c, d, e, or f).

b. ☐ The aircraft is totally destroyed or scrapped.

c. ☐ United States citizenship has been lost, or the owner's status as a resident alien has changed (unless changed to that of a U.S. citizen).

d. ☐ Thirty days have elapsed since the death of the registered owner (estate representative should sign).

e. ☐ The aircraft is to be registered under the laws of a foreign country:

_____
(NAME OF FOREIGN COUNTRY)

f. ☐ The ownership of the aircraft is transferred to:

(NAME) _____

(ADDRESS) _____

(CITY, STATE, ZIP) _____

_____      Owner      2/27/02
(SIGNATURE)                   (TITLE)     (DATE)

This certificate must be returned to:
AIRCRAFT REGISTRATION BRANCH, P.O. BOX 25504, OKLAHOMA CITY, OKLAHOMA 73125-0504

# EXHIBIT 12

# UNITED

3044 0301          4109  Y

A SUBSIDIARY OF UNITED BANKSHARES  Member  FDIC

EQUAL HOUSING
LENDER

STATEMENT OF ACCOUNTS

X

| STATEMENT FROM | PERIOD THROUGH |
|---|---|
| 6-29-07 | 7-29-07 | 0

PAGE    1 OF    3

39   ENCLOSURES

0

JAMES F HUMPHREYS
UNITED CENTER STE 800
500 VIRGINIA ST EAST
CHARLESTON WV 25301

PLATINUM CHECKING                    ACCOUNT:

PREVIOUS          DEPOSITS /

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
500 VIRGINIA STREET E.
UNITED CENTER, SUITE. 800
CHARLESTON, WV 25301

UNITED BANK
69-39-519

TO THE
ORDER OF

DATE

AMOUNT

 ⑆051900395⑆ 

AMES F. HUMPHREYS PERSONAL ACCOUNT



AMES F. HUMPHREYS PERSONAL ACCOUNT

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227
800-786-8787



SUNTRUST™

||.|.|||.||.|||....|||.|.|..|||.|.|.|||.||....||...|||.|

JAMES F HUMPHREYS
500 VIRGINIA ST E STE 800
CHARLESTON WV 25301-2125

ACCOUNT NUMBER: 
STATEMENT DATE: MARCH 07, 2006
FOR ALL YOUR BANKING NEEDS CALL:
Kristina Kathryn Calhoun
(304) 340-4404

OUR HOME EQUITY LOANS PROVIDE YOU WITH THE OPTIONS YOU NEED. WE OFFER FIXED
RATES, A VARIETY OF REPAYMENT TERMS, LOW CLOSING COSTS, AND FIXED MONTHLY
PAYMENTS. FOR DETAILS VISIT A BANK BRANCH OR CALL US AT 800.SUNTRUST.
SUNTRUST BANK. EQUAL HOUSING LENDER. MEMBER FDIC.

## YOUR SMART SOLUTION PLUS SUMMARY

ASSETS

|  | BALANCE LAST STATEMENT | BALANCE THIS STATEMENT |
|---|---|---|
| DEPOSITS | | |
| CHECKING ACCOUNTS | | |
| TOTAL DEPOSITS | | |
| TOTAL ASSETS | | |

# City NATIONAL BANK

Member FDIC
Housing Lender

City National Bank Operations Center    P.O. Box 7077    Cross Lanes, West Virginia 25356

N AFFILIATE OF CITY HOLDING COMPANY

30

THERE IS A BETTER WAY TO PAY:
USE YOUR DEBIT GOLD MASTERCARD.
IT'S SAFER THAN CASH AND MORE
EFFICIENT THAN PAYING WITH CHECKS.

```
      FOX CROSS FARM ACCOUNT
26    JAMES F HUMPHREYS
      500 VIRGINIA ST EAST #800
      CHARLESTON WV 25301-2164                    PAGE     1
```

```
********************* S u m m a r y   O f   A c c o u n t s *********************
Account Number        Type Of Account      Current Balance        Images
                      COMMERCIAL ACCT                                26

***************************** Checking Account *******************************
```

```
        Account Title:  FOX CROSS FARM ACCOUNT
COMMERCIAL ACCT                         Number of Images                    26
Account Number                          Statement Dates   7/31/07 thru  8/31/07
Previous Balance                        Days This Statement Period          31
    2 Deposits                          Average Ledger Balance             .00
   24 Checks/Charges                    Average Collected Bal              00
```





**JAMES F. HUMPHREYS**
FOXCROSS FARMS ACCOUNT
UNITED CENTER, SUITE 800
CHARLESTON, WV 25301
(304) 347-5050

CITY
NATIONAL BANK
MONTGOMERY, WEST VIRGINIA 25136
69-452-519

TO THE
ORDER OF

DATE                    AMOUNT

     

MP

**AMES F. HUMPHREYS**
FOXCROSS FARMS ACCOUNT



**AMES F. HUMPHREYS**
FOXCROSS FARMS ACCOUNT

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

 

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227



# SUNTRUST

## Account Statement

ldlldlldlldllldlldlldlldlldl

JAMES F HUMPHREYS
500 VIRGINIA ST E STE 800
CHARLESTON WV 25301-2125

Questions? Please call
1-800-786-8787

SPECIAL OFFERS FOR SUNTRUST CLIENTS.
FIND OUT MORE ABOUT OUR EXCLUSIVE OFFERS, LIMITED-TIME RATES AND PACKAGES YOU
DON'T WANT TO MISS. FOR MORE DETAILS, VISIT SUNTRUST.COM/SPECIALS, AND CHECK
BACK EACH MONTH FOR NEW OFFERS.

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | PREMIUM MONEY MKT PERFORMANCE | | 07/28/2007 - 08/29/2007 |




| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | | Average Balance | |
| Deposits/Credits | | Average Collected Balance | |
| Checks | | Number of Days in Statement Period | |
| Withdrawals/Debits | | Annual Percentage Yield Earned | |
| Ending Balance | | Interest Paid Year to Date | |

| Deposits/ Credits | Date | Amount | Description |
|---|---|---|---|
| | 08/29 | | INTEREST PAID THIS STATEMENT THRU 08/29 |

Deposits/Credits: 1      Total Items Deposited: 0

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 07/28 | | | 08/29 | | |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
63/B16/0175/0 /76
08/28/2007



# SunTrust

JAMES F HUMPHREYS TRUST
UAD 05052005
JON W CAIN TRUSTEE
500 VIRGINIA ST E STE 800
CHARLESTON WV 25301-2125

## Account Statement

Questions? Please call
1-800-786-8787

SPECIAL OFFERS FOR SUNTRUST CLIENTS.
FIND OUT MORE ABOUT OUR EXCLUSIVE OFFERS, LIMITED-TIME RATES AND PACKAGES YOU
DON'T WANT TO MISS. FOR MORE DETAILS, VISIT SUNTRUST.COM/SPECIALS, AND CHECK
BACK EACH MONTH FOR NEW OFFERS.

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | PREFERRED CHECKING | | 07/27/2007 - 08/28/2007 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance |  | Average Balance |  |
| Deposits/Credits | | Average Collected Balance | |
| Checks | | Number of Days in Statement Period | |
| Withdrawals/Debits | | Annual Percentage Yield Earned | |
| Ending Balance | | Interest Paid Year to Date | |

| Deposits/ Credits | Date | Amount | Description |
|---|---|---|---|
| | 08/28 | 1.16 | INTEREST PAID THIS STATEMENT THRU 08/28 |
| | Deposits/Credits: 1 | | Total Items Deposited: 0 |

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 07/27 | | | 08/28 | | |

Member FDIC    Continued on next page



**G**reetings! We have enclosed your new
New York Yankees card(s).

**BONUS POINTS**
Earn points even faster by using your
card at select merchants. Check out the
latest offers at
www.mbnaworldpoints.com/offers.



JAMES F HUMPHREYS
500 VIRGINIA ST E FL 8
CHARLESTON WV
25301-216499



Account # ▮▮▮▮▮▮▮▮▮    Credit Line: $▮▮▮▮    Number of Card(s): 1
Cardholder Since 2004
(Verify ▮ ▮ ▮ ▮



Prepared for:   JAMES F HUMPHREYS

4264 2815 5204 **4272**

**WORLD POINTS**

**September 2006 Statement**
Credit Line:                     **$50,000.00**
*Cash or Credit Available:*      **$48,116.02**

### Customer Service
*For Information on Your Account Visit:*
www.ibsnetaccess.com
*Mail Payments to:*
MBNA AMERICA
P.O. BOX 17322
BALTIMORE, MD 21297-1322
*Mail Billing Inquiries to:*
MBNA AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026
Call toll-free 1-800-789-6701
TDD hearing-impaired 1-800-346-3178

### Account Information

**Summary of Transactions**

| | |
|---|---|
| Previous Balance | |
| Payments and Credits | – |
| Cash Advances | + |
| Purchases and Adjustments | + |
| Periodic Rate **Finance Charges** | + |
| Transaction Fee **Finance Charges** | + |
| New Balance Total | $ |

**Billing Cycle and Payment Information**

| | |
|---|---|
| Days in Billing Cycle | 32 |
| Closing Date | 09/18/06 |
| Payment Due Date | 10/13/06 |
| Current Payment Due | |
| Past Due Amount          + | $0.00 |
| **Total Minimum Payment Due** | $18.00 |

### Transactions

| | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| **Payments and Credits** | | | | | | |
| PAYMENT, THANK YOU | 09/01 | | | | | |
| **Purchases and Adjustments** | | | | | | |
| B&N MEMBERSHIP RENEWAL 866-238-7323 NY 00007025911 | 09/01 | 09/01 | 4500 | 4272 | C | |
| BISHOPS LODGE       505-9836377 NM 165270 | 09/06 | 09/05 | 7550 | 4272 | C | |
| ARRIVAL DATE  9/02/06 | | | | | | |

```
WORLD POINTS
  1,884  MONTHLY EARNINGS
      0  BONUS POINTS THIS MONTH
 39,814  POINTS AVAILABLE
```

### Finance Charge Schedule

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| **Cash Advances** | | | |
| A    nce Transfers, Checks | 0.005452% DLY | 1.99% | $0.00 |
| B....., Bank | 0.021643% DLY | 7.90% | $0.00 |
| C. Purchases | 0.021643% DLY | 7.90% | $0.00 |

Annual Percentage Rate for this Billing Period:
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges.)

See Corresponding
Annual Percentage
Rate Above

▦ **U·S AIRWAYS**
DIVIDEND MILES

JAMES F HUMPHREYS
STE 800
500 VIRGINIA ST E
CHARLESTON WV 25301-2125

To:          James F. Humphreys
From:        Customer Satisfaction department
Date:        June 20, 2007
Subject:     Account Information
Account No.: ████████████████████

This letter is to notify you that the annual fee for this account will bill on your July 2007 statement. The purpose of this fee is to support the ongoing maintenance of your account, as well as the wide range of benefits available to you. Such benefits include:

- **Global Acceptance** — Your card is welcome at millions of locations–overseas, at home, or online–including resorts, restaurants, jewelry shops, grocery stores, gas stations, and Internet retailers.

- **Customer Satisfaction** — Call us anytime, day or night–or visit us online. Rest assured that you will receive the highest level service in the industry, which includes additional cards for family members or others you trust; quick decisions on credit line increase requests; quick replacement of lost or stolen cards; merchant dispute advocacy; electronic bill payment scheduling; and the list goes on and on (see your account agreement for a comprehensive listing of your account benefits).

- **Internet Access** — Get up-to-the-minute information about your account anytime–in a safe, highly secured environment–by visiting us online. You can find your account specific Web site address on your most recent statement.

- **Security** — Use your credit card with complete confidence. Our Zero Liability fraud protection policy ensures that you will not be responsible for unauthorized purchases.

- **Cash Access** — Have cash at your fingertips, whenever and wherever you need it. Your account offers you fast access to cash by using credit card access checks, by visiting ATMs or financial institutions worldwide, or having emergency cash wired to you anywhere in the world.

- **Balance Transfers** —It's easy to pay off other credit card accounts. Visit us online at www.cashtransfernow.com to see if you qualify to transfer higher-rate balances to this account.

This notice provides you with a summary of some of the pertinent terms of your account and your rights in regards to the annual fee. This account is issued and administered by FIA Card Services, N.A.

**Statement** for account number:

You have a credit balance of

You do not have to make a payment at this time.

**⍟ UNITED**

Mileage Plus•

| Amount Enclosed | $            . | Make your check payable to Chase Card Services.<br>New address or e-mail?  Print on back. |

4388576022773405000000000000000000000000009

03087 BEX Z 22907 C
MR JAMES F HUMPHREYS
500 VIRGINIA ST E STE 800
CHARLESTON WV 25301-2125

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153

⑈5000160 28⑈: 23660 22773405 ⑊⑊

**⍟ UNITED**

Mileage Plus•

Opening/Closing Date:     .07/18/07 - 08/17/07
Payment Due Date:                         09/11/07

**CUSTOMER SERVICE**
In U.S.            1-800-537-7783
Español         1-888-446-3308
TDD              1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
                        1-847-888-6600

Minimum Payment Due for Credit Access Line
Total Minimum Payment Due



**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

### VISA SIGNATURE SUMMARY          Account Number:  4388 5760 2277 3405

**PAYMENT ADDRESS**
P.O. Box 15153
Wilmington, DE  19886-5153

| | | |
|---|---|---|
| Previous Balance | Credit Access Line | |
| Payment, Credits | Available Credit | |
| Purchases, Cash, Debits | Cash Access Line | |
| New Balance | Available for Cash | |




**VISIT US AT:**
www.chase.com/united

You have a credit balance, so no payment is required.  You may make charges against the
credit or request a refund by contacting Cardmember Service at the address above.  If after 6
months the credit balance is $1.00 or more, we will refund the credit within 30 days.

070831  270  008003907  C  1
SUNTRUST INVESTMENT SERVICES INC
P.O. BOX 596
RICHMOND, VA 23286

JAMES F HUMPHREYS
-**COLLATERAL ACCOUNT**
500 VIRGINIA STREET
SUITE 800
CHARLESTON WV 25301

# SunTrust Investment Services, inc.
*A SunTrust Company*

Account Number:

FOR QUESTIONS OR UP-TO-DATE ACCOUNT INFORMATION:
Local        540 982 3101
National     800 874 4770

YOUR INVESTMENT CONSULTANT IS:
DAVID BOWMAN
RR#: 825

Statement Date: 08/01/07 to 08/31/07

# SNAPSHOT



**Portfolio Value**
(in thousands of dollars)

27,000
18,000
9,000
0

■ December 2006   ▨ March 2007
▒ June 2007       ■ This Period

A portfolio value less than $100.00 may not be displayed.

## TOTAL PORTFOLIO

| PORTFOLIO VALUE | This Period | Prior Period |
|---|---|---|
| Cash and Cash Equivalents | | |
| Securities | | |
| Other Securities | | |
| TOTAL PORTFOLIO VALUE | | |

## ACCOUNT ACTIVITY

| | This Period | Year-To-Date |
|---|---|---|
| Net Trading | | |
| Net Core Fund Activity | | |
| Net Additions and Withdrawals | | |
| Net Income and Expenses | | |
| Net Miscellaneous Activity | | |

## LEGEND

( ) Numbers in parenthesis
are debits or subtractions
NFS - National Financial
Service LLC

Page 1 of 18
070831 270 008003907

SunTrust Investment Services Inc

Account carried with National Financial Services LLC, Member NYSE, SIPC

# LEHMAN BROTHERS

**MANAGER ACCESS PROGRAM**
Quarterly Performance Monitor Report
*For the Period 03/31/2007 – 06/30/2007*

**Your Investment Representative**
ROSS BEVINO

LEHMAN BROTHERS INC.
399 PARK AVENUE
6TH FLOOR
NEW YORK NY 10022

**Bulletin Board**
We hope you enjoy our enhanced quarterly performance reporting monitor. Please call your investment representative with any questions.

JAMES HUMPHREYS
UNITED CENTER
500 VIRGINIA STREET EAST
STE 800
CHARLESTON WV 25301-2125

## Contents

| | Page |
|---|---|
| Portfolio Overview | 3 |
| Performance Scorecard | 4 |
| Sector Type Allocation | 5 |

83204748-15-310411

Page 1 of 6

# LEHMAN BROTHERS

**MANAGER ACCESS PROGRAM**
Quarterly Performance Monitor Report
*For the Period 09/30/2006 – 12/31/2006*

**Your Investment Representative**
ROSS BEVEVINO

LEHMAN BROTHERS INC.
399 PARK AVENUE
6TH FLOOR
NEW YORK NY 10022

**Bulletin Board**
We hope you enjoy our enhanced quarterly
performance reporting monitor. Please call
your investment representative with any
questions.

JAMES HUMPHREYS
UNITED CENTER
500 VIRGINIA STREET EAST
STE 800
CHARLESTON WV 25301-2125

| Contents | Page |
|---|---|
| Portfolio Overview | 3 |
| Performance Scorecard | 4 |
| Sector Type Allocation | 5 |

83204748-63-310411

# LEHMAN BROTHERS

**MANAGER ACCESS PROGRAM**
Quarterly Performance Monitor Report
*For the Period 12/31/2005 – 03/31/2006*

**Your Investment Representative**
ROSS BEVEVINO

LEHMAN BROTHERS INC.
399 PARK AVENUE
6TH FLOOR
NEW YORK NY 10022

**Bulletin Board**
We hope you enjoy our enhanced quarterly performance reporting monitor. Please call your investment representative with any questions.

JAMES HUMPHREYS
UNITED CENTER
500 VIRGINIA STREET EAST
STE 800
CHARLESTON WV 25301-2125

| Contents | Page |
|---|---|
| Portfolio Overview | 3 |
| Performance Scorecard | 4 |
| Sector Type Allocation | 5 |

83204748-30-310411

# LEHMAN BROTHERS

**Your Investment Representative**

ROSS BEVEVINO

LEHMAN BROTHERS INC.
399 PARK AVENUE
6TH FLOOR
NEW YORK NY 10022

JAMES HUMPHREYS
UNITED CENTER
500 VIRGINIA STREET EAST
STE 800
CHARLESTON WV 25301-2125

**MANAGER ACCESS PROGRAM**
**Quarterly Performance Monitor Report**
*For the Period 09/30/2005 – 12/31/2005*

**Bulletin Board**
We hope you enjoy our enhanced quarterly
performance reporting monitor. Please call
your investment representative with any
questions.

| Contents | Page |
|---|---|
| Portfolio Overview | 3 |
| Performance Scorecard | 4 |
| Sector Type Allocation | 5 |

83204748-21-310411

# LEHMAN BROTHERS

**MANAGER ACCESS PROGRAM**
Quarterly Performance Monitor Report
*For the Period 12/31/2004 – 03/31/2005*

**Your Investment Representative**

ROSS BEVEVINO
LEHMAN BROTHERS INC.
399 PARK AVENUE
6TH FLOOR
NEW YORK NY  10022

**Bulletin Board**

We hope you enjoy our enhanced quarterly
performance reporting monitor.  Please call
your investment representative with any
questions.

JAMES HUMPHREYS
HORIZON ASSET MANAGEMENT
UNITED CENTER
500 VIRGINIA STREET EAST
SUITE 800
CHARLESTON WV 25301-2125

| Contents | Page |
| --- | --- |
| *Portfolio Overview* | *3* |
| *Performance Scorecard* | *4* |
| *Sector Type Allocation* | *5* |

83204748-2

## Fidelity
INVESTMENTS®

*Private Access*

Envelope 135193381

JAMES F HUMPHREYS
500 VIRGINIA ST E STE 800
CHARLESTON WV 25301-2125

**2006 Investment Report**

January 1, 2006 - December 31, 2006

Online                          Fidelity.com
FAST(sm)-Automated Telephone    800-544-5555
Private Access                  800-544-5704

### Your Asset Allocation on Dec 31, 2006

|              |      |
|--------------|------|
| Stock        | 100% |
| Bond         | 0%   |
| Short-term   | 0%   |

▶ This Investment Report summarizes activity in your Fidelity accounts for the past year. We hope you find it helpful, however, keep in mind, it is not intended for tax reporting purposes. To assist you with completing your tax returns, we mail a Tax Reporting Statement in late January. The supplemental information section of that Statement contains such items as realized gain/loss information, cost basis information, and tax-exempt income from Fidelity Funds. Your IRA summary statement and certain other tax forms, such as Form 1099-R and Form 5498, are mailed under separate cover.

## Your Portfolio Summary

### 2006 Changes in Portfolio Value

Beginning value as of Jan 1**
Change in investment value

Ending value as of Dec 31

### Value by Account

**General Investment**
Fidelity Funds Account - Individual

**Personal Retirement**
Fidelity Funds Traditional IRA
Total Portfolio Value

| Account Number | Net Value January 1, 2006* | Net Value December 31, 2006 |
|---|---|---|

### Income Summary

Taxable
Tax-deferred
Total

070106 0004 135193381            04 18  000

0001

# Fidelity® INVESTMENTS

*Private Access*

Envelope 135249934

JAMES F HUMPHREYS
500 VIRGINIA STE
UNITED CENTER STE 800
CHARLESTON WV 25301-2164

## 2005 Investment Report

January 1, 2005 - December 31, 2005

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Private Access | 800-544-5704 |

### Your Asset Allocation on Dec 31, 2005



Stock  >100%
Bond  0%
Short-term  0%

▲ This Investment Report summarizes activity in your Fidelity accounts for the past year. We hope you find it helpful, however,keep in mind, it is not intended for tax reporting purposes. To assist you with completing your tax returns, we mail a Tax Reporting Statement in late January. The supplemental information section of that Statement contains such items as realized gain/loss information, cost basis information, and tax-exempt income from Fidelity Funds. Your IRA summary statement and certain other tax forms, such as Form 1099-R and Form 5498, are mailed under separate cover.

## Your Portfolio Summary

### 2005 Changes in Portfolio Value

Beginning value as of Jan 1**
Change in investment value

Ending value as of Dec 31

### Value by Account

**General Investment**
Fidelity Funds Account - Individual

**Personal Retirement**
Fidelity Funds Traditional IRA
Total Portfolio Value

| | Account Number | Net Value January 1, 2005** | Net Value December 31, 2005 |
|---|---|---|---|

## Income Summary

Taxable
Tax-deferred
Total

04 18 020

060106 0004 135249934

0001



# Fidelity® INVESTMENTS

*Private Access*

Envelope 13525096

JAMES F HUMPHREYS
500 VIRGINIA ST E
UNITED CENTER STE 800
CHARLESTON WV 25301-2164

## 2004 Investment Report

January 1, 2004 - December 31, 2004

Online                Fidelity.com
FAST(sm)–Automated Telephone    800-544-5555
Private Access           800-544-5704

### Your Asset Allocation on Dec 31, 2004



Stock      100%
Bond       0%
Short-term  0%

▲ Your 2004 Investment Report summarizes activity in your Fidelity accounts for the past year. In order to provide better tax preparation service to our customers, your realized gain/loss information, cost basis information, and tax-exempt income from Fidelity Funds information are consolidated on Form(s) 1099. You will receive your Form(s) 1099 and your IRA summary statement, Form 5498, under separate cover.

## Your Portfolio Summary

### 2004 Changes in Portfolio Value



Beginning value as of Jan 1**
Transfers between Fidelity accounts
Change in investment value

Ending value as of Dec 31

### Value by Account

| | Account Number | Net Value January 1, 2004** | Net Value December 31, 2004 |
|---|---|---|---|
| **General Investment** | | | |
| Fidelity Funds Account - Individual | | | |
| **Personal Retirement** | | | |
| Fidelity Funds Traditional IRA | | | |
| **Total Portfolio Value** | | | |






### Income Summary

Taxable
Tax-deferred
Total

0001                050106 0004 13525096        04 18  020

Page 1 of 6

 State Farm Fire and Casualty Company
1500 State Farm Blvd.
Charlottesville, VA 22909-0001

**RENEWAL CERTIFICATE**

POLICY NUMBER
Personal Liability Umbrella Policy
FEB 18 2007 to FEB 18 2008

| DATE DUE | SEE BALANCE DUE NOTICE |
|---|---|
| FEB 18 2007 | |

I-21- 1459-F663   L

HUMPHREYS, JAMES F
500 VIRGINIA ST E STE 800
CHARLESTON WV 25301-2125

**COVERAGES AND LIMITS**
L  Personal Liability
   Self Insured Retention
   Uninsured Motor Vehicle
U


None

**UNDERLYING EXPOSURES**
Our records show the following underlying
information. This information was used in
determining the rate of the policy.
**AUTOMOBILE EXPOSURES**
Automobile Liability
Automobile Operators
Youthful Operator



**OTHER LIABILITY EXPOSURES**
Personal Res Liability

**Forms and Endorsements**

| | |
|---|---|
| Personal Liability Umbrella | FP-7950.1 |
| Lead Paint Exclusion | FE-7694.1 |
| Uninsured/Underinsured Cover | FE-7660.1 |
| Policy Endorsement | FE-7786 |
| Fungus (Including Mold) Liab | FE-5717 |

**Annual Premium**
Coverage L
Coverage U
Credit
West Virginia Surcharge
**Amount Due**



**\*Notify your agent immediately if the above listed Coverages and/or Underlying Exposures are incorrect.
Your Coverages and/or bill can be affected if this information is not correct.**

*Thanks for letting us serve you...*

8856
G5,H5      2011   I

**Agent** MELINDA TAYLOR
**Telephone** (304) 344-3571

*If you have moved, please contact your agent.
See reverse side for important information.*

REB

Prepared  JAN 02 2007

1500 State Farm Blvd
Charlottesville, VA 22909-0001

I-21-  1459-F663 F  L

HUMPHREYS, JAMES F
500 VIRGINIA ST E STE 800
CHARLESTON WV  25301-2125

IdddbdddlmmddbdddddbdddIddIdddd



POLICY NUMBER     48-06-1891-2
Personal Liability Umbrella Policy
FEB 18 2006 to FEB 18 2007

DATE DUE          SEE BALANCE DUE NOTICE
FEB 18 2006

**COVERAGES AND LIMITS**
L  Personal Liability
   Self Insured Retention              None
   Uninsured Motor Vehicle             100,000
U                                      300,000
                                        50,000

**UNDERLYING EXPOSURES**
Our records show the following underlying
information.  This information was used in
determining the rate of the policy.
**AUTOMOBILE EXPOSURES**
Automobile Liability                8  Autos
Automobile Operators                2
Youthful Operator                   1

**OTHER LIABILITY EXPOSURES**
Personal Res Liability

**Forms and Endorsements**

| | |
|---|---|
| Personal Liability Umbrella | FP-7950.1 |
| Lead Paint Exclusion | FE-7694.1 |
| Uninsured/Underinsured Cover | FE-7660.1 |
| F      Endorsement | FE-7786 |
| Fu. _s (Including Mold) Liab | FE-5717 |

**Annual Premium**
Coverage L
Coverage U
West Virginia Surcharge
**Amount Due**



*Notify your agent immediately if the above listed Coverages and/or Underlying Exposures are incorrect.
Your Coverages and/or bill can be affected if this information is not correct.

*'s for letting us serve you...*

1299
G5   2011  I

**Agent** MELINDA TAYLOR
**Telephone** (304) 344-3571                REB

74 3403 7294

*See reverse side for important information.*
Prepared  DEC 23 2005



State Farm Fire and Casualty Company
One State Farm Drive
Frederick, MD 21709-1000

T- 1459-F663   F L

HUMPHREYS, JAMES F
1616 KIRKLEE RD
CHARLESTON WV  25314-2427

|ılıldıladlıdaılldladdaldıldılldılaadlldlaadld|

| POLICY NUMBER | PLEASE PAY THIS AMOUNT |
|---|---|
| Personal Liability Umbrella Policy | |
| FEB 18 2005  to  FEB 18 2006 | |

| DATE DUE | PLEASE PAY THIS AMOUNT |
|---|---|
| FEB 18 2005 | |

**COVERAGES AND LIMITS**

| | | |
|---|---|---|
| L | Personal Liability | |
| | Self Insured Retention | None |
| | Uninsured Motor Vehicle | 100,000 |
| U | | 300,000 |
| | | 50,000 |

**UNDERLYING EXPOSURES**
Our records show the following underlying
information. This information was used in
determining the rate of the policy.
**AUTOMOBILE EXPOSURES**

| | |
|---|---|
| Automobile Liability | 8 Autos |
| Automobile Operators | 2 |
| Youthful Operator | 1 |

**OTHER LIABILITY EXPOSURES**
Personal Res Liability

**Forms and Endorsements**

| | |
|---|---|
| Personal Liability Umbrella | FP-7950.1 |
| Lead Paint Exclusion | FE-7694.1 |
| Uninsured/Underinsured Cover | FE-7660.1 |
| P        Endorsement | FE-7786 |
| Fu  _s (Including Mold) Liab | FE-5717 |



**Annual Premium**
Coverage L
Coverage U
West Virginia Surcharge
**Amount Due**

'Notify your agent immediately if the above listed Coverages and/or Underlying Exposures are incorrect.
Your Coverages and/or bill can be affected if this information is not correct.

*1.  's for letting us serve you...*
*Agent*   MELINDA TAYLOR
*Telephone*   (304) 344-3571

74 3303 9580

Prepared  DEC 28 2004

*See reverse side for important information.*
*Please keep this part for your record.*



STATE FARM INSURANCE COMPANIES

RENEWAL CERTIFICATE

State Farm Fire and Casualty Company

One State Farm Drive
Frederick, MD 21709-1000

W-1459-F663    F L

HUMPHREYS, JAMES F
1616 KIRKLEE RD
CHARLESTON WV  25314-2427

|ılılılılılılılılılılılılılılılılılılılı|

| PERSONAL LIABILITY UMBRELLA POLICY | |
|---|---|
| FEB 18 2004  to  FEB 18 2005 | |
| POLICY NUMBER  48-06-1694-2 | |
| DATE DUE | PLEASE PAY THIS AMOUNT |
| FEB 18 2004 | |

## COVERAGES AND LIMITS

L  Personal Liability
   Self Insured Retention     None
   Uninsured Motor Vehicle    100,000
U                       300,000
                           50,000

## UNDERLYING EXPOSURES

Our records show the following underlying
information. This information was used in
determining the rate of the policy.

### AUTOMOBILE EXPOSURES

Automobile Liability           5 Autos
Automobile Operators         2

### OTHER LIABILITY EXPOSURES

Personal Res Liability

## Forms and Endorsements

| Personal Liability Umbrella | FP-7950.1 |
|---|---|
| Lead Paint Exclusion | FE-7694.1 |
| Uninsured/Underinsured Cover | FE-7660.1 |
| Pc    Endorsement | FE-7786 |
| Fungus (Including Mold) Liab | FE-5717 |

Annual Premium
Coverage L
Coverage U
West Virginia Surcharge
**Amount Due**



Notify your agent immediately if the above listed Coverages and/or Underlying Exposures are incorrect.
Your Coverages and/or bill can be affected if this information is not correct.

The Class 50 Discount has reduced the premium on your policy by $60.00

*Thanks for letting us serve you...*
Agent   MELINDA TAYLOR
Telephone   (304) 344-3571

74 3204 1011
Prepared  DEC 24 2003

*See reverse side for important information.*
*Please keep this part for your record.*

# EXHIBIT 13



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6909

1221110919 11

PAY Twenty-Eight and 00/100 ***********************************************************************

TO THE
ORDER OF

DATE
6/23/2006

AMOUNT
$*******28.00

KANAWHA VALLEY RADIOLOGISTS, INC

ACCOUNT NO. 110536281

AUTHORIZED SIGNATURE

⑈006909⑈ ⑊051900366⑉             ⑈000000 2800⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6753

PAY Two Thousand One Hundred Thirty-Three and 00/100 *************************************************

TO THE
ORDER OF

DATE
4/13/2006

AMOUNT
$****2,133.00

THE GREENBRIER CLINIC, INC.
320 WEST MAIN STREET
WHITE SULPHUR SPRINGS 24986

ACCOUNT NO. 19210

AUTHORIZED SIGNATURE

⑈006753⑈ ⑊051900366⑉             ⑈0000 21 3300⑈

---

**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6130

PAY Two Thousand One Hundred Twenty-Five and 00/100 **************************************************

TO THE
ORDER OF

DATE
6/3/2005

AMOUNT
$****2,125.00

THE GREENBRIER CLINIC, INC.
320 WEST MAIN STREET
WHITE SULPHUR SPRINGS WV 24986

ACCOUNT 19210

AUTHORIZED SIGNATURE

⑈006130⑈ ⑊051900366⑉             ⑈0000 21 2500⑈



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6083

Ten and 00/100 ***************************************************************************************************

| | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 5/23/2005 | $*******10.00 |

YARBROUGH & VAUGHAN DERMATOLOGY ASSO.
PO BOX 2747
HUNTINGTON WV 25727

ACCT. 10696

*Signature: James Humphreys*
AUTHORIZED SIGNATURE                    MP

⑆006083⑈ ⑆051900366⑆                    ⑆000000 1000⑈

---



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

6058

PAY Ten and 00/100 **************************************************************************************************

| | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 5/11/2005 | $*******10.00 |

MUHIB S. TARAKJI, M.D.
PO Box 8432
South Charleston, WV 25303

ACCOUNT: 18566 (JFH EYE EXAM)

*Signature: James Humphreys*
AUTHORIZED SIGNATURE                    MP

⑆006058⑈ ⑆051900366⑆                    ⑆000000 1000⑈

---



**JAMES F. HUMPHREYS**
PERSONAL ACCOUNT
UNITED CENTER
SUITE 800
CHARLESTON, WV 25301

BANK ONE, WEST VIRGINIA
CHARLESTON, WV
69-36/519

5957

PAY One Hundred Fifty-Seven and 00/100 ******************************************************************************

| | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | 4/7/2005 | $******157.00 |

THE GREENBRIER CLINIC, INC.
320 WEST MAIN STREET
WHITE SULPHUR SPRINGS 24986

ACCOUNT 19210

*Signature: James Humphreys*
AUTHORIZED SIGNATURE                    MP

⑆005957⑈ ⑆051900366⑆                    ⑆00000 15700⑈

# EXHIBIT 14

# The Kennedy Center

THE JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS

SUBSCRIPTION DEPARTMENT
P.O. Box 101510
Arlington, VA 22210

3207083
Mr. James F. Humphreys, Esq.
500 Virginia Street, East
United Center, Suite 800
Charleston    WV 25301

# National Symphony Orchestra

Leonard Slatkin, Music Director
2007-2008 Season



WASHINGTON, DC 20566-0001

# Welcome! Your National Symphony Orchestra Season Tickets Are Enclosed.

Dear Subscriber,

Welcome to the 2007–2008 season of the National Symphony Orchestra! With your subscription, you have guaranteed your seats for spectacular performances by one of the world's most renowned orchestras, featuring acclaimed Music Director Leonard Slatkin and sensational guest artists in the Kennedy Center Concert Hall.

Enclosed is a package of information and subscriber benefits to help you get the most out of these magnificent performances, including:

- **Tickets for all of the performances in your subscription series and any additional tickets you ordered along with your series.\*** Please check the concert dates and times on your tickets now! You may want to mark performances in your calendar with the handy "calendar dots" enclosed.

- **A National Symphony Orchestra Subscriber Guide** containing a schedule of all the subscription concerts this season, as well as a helpful guide to the Kennedy Center and the exclusive services available to you as a subscriber.

- **Information on Performance Plus™ music, dance, and theater events** at the Kennedy Center. Subscribers enjoy special discounts on many of these events.

If you have any questions about your subscription, please do not hesitate to call the Subscription Office at (202) 416-8500, Monday through Friday, 10 a.m. to 5 p.m., TTY (202) 416-8518. A subscription representative will be happy to assist you.

**Don't Forget...You Have the Subscriber Advantage!** As a subscriber, you may order tickets to any subscription concert in the National Symphony Orchestra Classical season—for yourself, your family, your friends, or business associates—and be guaranteed a subscriber discount on most tickets! Just ask for your National Symphony Orchestra Classical "Subscriber Advantage" discount when purchasing at the Kennedy Center Box Office or by phone at (202) 467-4600.

\***PLEASE NOTE:** Friday Blue Series subscribers will receive tickets for *Eugene Onegin* in concert for Monday, June 16 at 8 p.m.





WASHINGT[...]

Audience Services
2600 Virginia Avenue, NW, Suite 301
Washington, D.C. 20037

Return Service Requested

THE ESSENTIALS OF OPERA
2007-2008 Season
THE EXCELLENCE OF WNO

DELIVER TO :

503354
James F. Humphreys, Esq.
United Bank Center, Suite 800
500 Virginia Street East
Charleston WV, 25301

*Rigoletto*

Your favorite Verdi arias in one dramatic evening.

Mar 29-Apr 13m, 2008
www.dc-opera.org
***This is not a ticket.***

*Tamerlano*

Domingo and Daniels in Handel's rarely performed

Apr 30-May 22, 2008
www.dc-opera.org
***This is not a ticket.***

*Elektra*

A scorned daughter gets her ultimate revenge.

May 10-27, 2008
www.dc-opera.org
***This is not a ticket.***

---

*Don Giovanni*

ACCOUNT NUMBER
503354

ROW     SEAT
7       1

PremBox

11/01/2007    7:30 PM

FSSUBS
$225.00

WASHINGTON NATIONAL OPERA
Plácido Domingo
General Director

ACCOUNT NUMBER
503354

ROW     SEAT
7       1

PremBox

FSSUBS
$225.00

Kennedy Center Opera House
Thu, Nov 01, 2007
7:30 PM

ACCOUNT 503354  ORDER 20842762  4
James F. Humphreys, Esq.

---

*A View from the Bridge*

WASHINGTON NATIONAL OPERA
Plácido Domingo
General Director

The acclaimed world premiere production comes to Washington.

Nov 3-17, 2007
www.dc-opera.org
***This is not a ticket.***

---

WASHINGTON NATIONAL OPERA
THE ESSENTIALS OF OPERA. THE EXCELLENCE OF WNO.

**Enjoy the Season!**

Thank you for your support of Washington National Opera.
James F. Humphreys, Esq.

ACCOUNT NUMBER
503354

ORDER NUMBER
20842762

PAGE 1 of 6

# WASHINGTON NATIONAL OPERA

*2007-2008 Season*
La Bohème • Don Giovanni • A View from the Bridge
The Flying Dutchman • Rigoletto • Tamerlano • Elektra

Plácido Domingo
*General Director*

**Shayne Doty**
*Director of Development*

September 10, 2007

James F. Humphreys, Esq.
President
James F. Humphreys & Associates
United Center, Suite 800
500 Virginia Street, East
Charleston, WV 25301

Dear Jim,

I want to express my deep gratitude for your generosity to Washington National Opera through your gift of ▓▓▓▓▓. On behalf of our company, I appreciate your support, which continues to strengthen the Opera both financially and artistically as it represents our city and indeed our country. Your generosity assures the high level of quality onstage that all of us have come to enjoy.

Thank you again for your confidence in Washington National Opera. I hope that you have had an enjoyable and restful summer, and I look forward to seeing you for the opening night on September 15.

With best regards,

Shayne Doty



UPPER SUITE LEVEL

554473500170

| LOGE | ROW | SEAT | GATE | A |
|------|-----|------|------|---|
| 411 | 3 | 13 | Sprint |  |

### GAME 4 WASHINGTON REDSKINS VS. NEW YORK GIANTS

SUNDAY, SEPTEMBER 23, 2007 4:15PM

ANTWAAN RANDLE EL

75

FedExField

UPPER SUITE LEVEL

GAME 4

Sprint    GATE A

| LOGE | ROW | SEAT |
|------|-----|------|
| 411 | 3 | 13 |

THIS PARKING PASS IS VALID FOR ONE VEHICLE ONLY. NOT TAILGATE SPACE. PASS MUST BE VISIBLE AT ALL TIMES.

## PURPLE

### WASHINGTON REDSKINS vs. NEW YORK GIANTS

SUNDAY, SEPTEMBER 23, 2007

# 4

Ex

00308

070104000308





Express

The World C

For FedEx Express® Shipments Only

Align top of FedEx Express Shippir    :bel here.

ORIGIN ID: MGWA    (304) 293-3541
WVU TICKET OFFICE
WVU TICKET OFFICE
P.O. BOX 0877

MORGANTOWN, WV 265070877
UNITED STATES US

TO JAMES HUMPHREYS & ASSOC.
JAMES F HUMPHREYS & ASSOC LC
500 VIRGINIA ST. E.  800

CHARLESTON, WV 25301

Ship Date: 06AUG07
ActWgt: 1.0 LB MAN
System: 340720/CGFE2308
Account: S 185000405

Ref:
Inv:
PO:

Dept:

** 2DAY **

TRK# 9154 8291 0850    Form
                        0201

25301    -WV-US    SK CRWA

HTS   A2

WED
Deliver By:
08AUG07

BILL SENDER

Delivery Address
Barcode

FedEx
Express

CLS050107/22/23

204 14 107 GATE E | 204 14 107 GATE E | 204 14 107 GATE E

**MISSISSIPPI STATE 3 Game**
SATURDAY OCTOBER 20

**LOUISVILLE 4 Game**
SATURDAY NOVEMBER 8

**CONNECTICUT 5 Game**
SATURDAY NOVEMBER 24

204 SEC. 14 ROW 107 SEAT | 204 SEC. 14 ROW 107 SEAT | 204 SEC. 14 ROW 107 SEAT

SEC. 204 ROW 14 SEAT 107 GATE E

**PITT 6 Game**
SATURDAY DECEMBER 1

## MOUNTAINEER FOOTBALL 2007

| | | | |
|---|---|---|---|
| SAT. | SEPT. 1 | WESTERN MICHIGAN | HOME |
| SAT. | SEPT. 8 | MARSHALL | AWAY |
| THURS. | SEPT. 13 | MARYLAND | AWAY |
| SAT. | SEPT. 22 | EAST CAROLINA | HOME |
| FRI. | SEPT. 28 | USF | AWAY |
| SAT. | OCT. 6 | SYRACUSE | AWAY |
| SAT. | OCT. 20 | MISSISSIPPI STATE (HOMECOMING) | HOME |
| SAT. | OCT. 27 | RUTGERS | AWAY |
| THURS. | NOV. 8 | LOUISVILLE (MOUNTAINEER DAY) | HOME |
| SAT. | NOV. 17 | CINCINNATI | AWAY |
| SAT. | NOV. 24 | CONNECTICUT | HOME |
| SAT. | DEC. 1 | PITT | HOME |

**May We Suggest**

Safeguard your season tickets; keep them in a safe place. Examine your ticket to make sure you have detached the proper one for the game you are attending. WVU Intercollegiate Athletics is not responsible for lost, stolen or damaged tickets.

BIG EAST FOOTBALL

03 AUG 2 18908.2
4 FS $0.00
76297
James F Humphreys & Assoc
James Humphreys & Assoc.
500 Virginia St. E. #800
Charleston, WV 25301

204 SEC. 14 ROW 107 SEAT

# MARSHALL UNIVERSITY

## THE HERD

w w w . m a r s h a l l . e d u

Department of Athletics
P.O. Box 1360
Huntington, WV 25715-1360
www.herdzone.com

# ]ME GAMES

## FOOTBALL SCHEDULE

### 2007

West Virginia 9/8
New Hampshire 9/15
Southern Miss 10/21
Rice 10/27
East Carolina 11/10

Mr. James Humphreys
United Center
500 Virginia St. East Suite 80
Charleston, WV 25301

SEPT 15, 2007 ▪ 4:30 p.m.
GAME 2
THE HERD
105 SEC 35 ROW 108 SEAT
Joan C. Edwards Stadium
We Are... Marshall
vs. New Hampshire
Price includes a $3 facility fee.
PRICE $32.00
105 SEC 35 ROW 108 SEAT
OCT 21, 2007 ▪ TBA
GAME 3
THE HERD
105 SEC 35 ROW 108 SEAT
Joan C. Edwards Stadium
We Are... Marshall
vs. Southern Miss
Price includes a $3 facility fee.
PRICE $32.00
105 SEC 35 ROW 108 SEAT
OCT 27, 2007 ▪ 4:30 p.m.
GAME 4
THE HERD
105 SEC 35 ROW 108 SEAT
Joan C. Edwards Stadium
We Are... Marshall
vs. Rice
Price includes a $3 facility fee.
PRICE $32.00
105 SEC 35 ROW 108 SEAT
NOV 10, 2007 ▪ 4:30 p.m.
GAME 5
THE HERD
105 SEC 35 ROW 108 SEAT
Joan C. Edwards Stadium
We Are... Marshall
vs. East Carolina
Price includes a $3 facility fee.
PRICE $32.00
105 SEC 35 ROW 108 SEAT
NOV 24, 2007
105 SEC 35 ROW
Joan C. Edward
We Are Marsh
vs. UAB
Price includes a $
PRICE $32.00
105 SEC 35 ROW

MARSHALL THUNDERING HERD™

31712.1

S:R
3775
r. James Humphreys
nited Center
0 Virginia St. East Suite 800
harleston, WV 25301

**2007 FOOTBALL SCHEDULE**

SAT ▪ SEPT 1 ▪ @ MIAMI (FL)
SAT ▪ SEPT 8 ▪ WEST VIRGINIA (ESPN)
SAT ▪ SEPT 15 ▪ NEW HAMPSHIRE
SAT ▪ SEPT 22 ▪ @ CINCINNATI
TUES ▪ OCT 2 ▪ @ MEMPHIS (ESPN 2)
SAT ▪ OCT 13 ▪ @ TULSA
SUN ▪ OCT 21 ▪ SOUTHERN MIS
SAT ▪ OCT 27 ▪ RICE
SAT ▪ NOV 3 ▪ @ UCF
SAT ▪ NOV 10 ▪ EAST CAROLIN
SAT ▪ NOV 17 ▪ @ HOUSTON
SAT ▪ NOV 24 ▪ UAB

# EXHIBIT 15

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**THOMAS F. URBAN, II,**

      **Plaintiff,**

**vs.)**                                         **Civil Action No. 1:07-CV-01367**

**JAMES F. HUMPHREYS;**
**CINDY J. KIBLINGER; and**
**JAMES F. HUMPHREYS &**
**ASSOCIATES, L.C.**

      **Defendants.**

### AFFIDAVIT OF JAMES F. HUMPHREYS

STATE OF WEST VIRGINIA
COUNTY OF KANAWHA, TO WIT:

      Personally appeared before me, an officer duly authorized by law to administer oaths, is James F. Humphreys, who, after being duly sworn, states as follows:

      1.      My name is James F. Humphreys, and I am competent in all respects to testify regarding the matters set forth herein, and suffer from no legal disability, and make this affidavit based on my personal knowledge as a named Defendant herein.

      2.      During my deposition and my former wife's deposition in this matter, a photocopy of a draft letter of a highly-personal nature that I had handwritten was used as an exhibit.

      3.      The handwritten draft was made on a legal pad kept in a closed drawer in my private office in the District of Columbia.

      4.      The legal pad containing the handwritten draft was taken without my knowledge or authorization from my desk drawer and a photocopy was made that was presented at these depositions.

5.    During my deposition in this matter, a photocopy of my personal address book was used as an exhibit.

6.    The personal address book was kept on my desk in my private office in the District of Columbia.

7.    The personal address book was taken without my knowledge or authorization from my desk and a photocopy was made that was presented at my deposition.

FURTHER AFFIANT SAITH NOT.

*James F. Humphreys*

James F. Humphreys

Taken, subscribed and sworn to before me this 29th day of September, 2007.

My commission expires:    *Feb 13  2012*    .

OFFICIAL SEAL
NOTARY PUBLIC, STATE OF WEST VIRGINIA
ERIC R. WALLER
6762 PRENTER ROAD
SETH, WV 25181
MY COMMISSION EXPIRES FEB. 13, 2012

*E. R. Waller*

Notary Public

(NOTARIAL SEAL)