IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**THOMAS F. URBAN, II,**

    **Plaintiff,**

vs.)                                                    Civil Action No. 1:07-CV-01367

**JAMES F. HUMPHREYS;**
**CINDY J. KIBLINGER; and**
**JAMES F. HUMPHREYS &**
**ASSOCIATES, L.C.**

    **Defendants.**

**DEFENDANTS' EMERGENCY MOTION FOR RULE TO SHOW
CAUSE IN CONTEMPT AND/OR MOTION TO STRIKE OR
SEAL PLAINTIFF'S SUPPLEMENTAL MEMORANDUM AND EXHIBITS**

COME NOW the Defendants, James F. Humphreys, Cindy J. Kiblinger, and James F. Humphreys & Associates, L.C., with their motion for contempt and to strike or seal "Supplemental Memorandum to Plaintiff's Motion to Remand Case to the Superior Court of the District of Columbia," stating as follows:

1. On September 28, 2007, this Court entered an order stating as follows: "Plaintiff's motion [#18] to continue the status conference that had been set for 10/1/07 is **granted.** The status conference is re-set for **10:30 a.m. 10/19/07.** Unitl further order of this Court, neither party is to make any kind of public dissemination of the videotape, transcripts, or exhibits either used in the depositions conducted of the defendant and his exwife, or produced during discovery. The 'probative, supplemental

evidence' plaintiff has promised to file before 9/30/07 is to be filed **under seal**. It is **SO ORDERED**." Docket Entry No. 22. (emphasis in original).

2. On October 1, 2007, the Plaintiff electronically filed "Supplemental Memorandum to Plaintiff's Motion to Remand Case to the Superior Court of the District of Columbia," filing the transcripts of both of the discovery depositions in violation of this Court clear directive to the contrary.

3. Those transcripts have been publicly available to anyone with PACER access since the time they were electronically filed.

4. In addition to the transcripts filed in violation of this Court's order, the memorandum contains references to irrelevant matters of a highly personal and sensitive nature, having nothing whatsoever to do with the limited issue before the Court of citizenship, domicile, and residency.

WHEREFORE, the Defendants, James F. Humphreys; Cindy J. Kiblinger; and James F. Humphreys & Associates, L.C., respectfully request that (1) a rule be issued for the Plaintiff to show cause as to why he should not be held in contempt of this Court's order of September 28, 2007; (2) the Plaintiff's "Supplemental Memorandum to Plaintiff's Motion to Remand Case to the Superior Court of the District of Columbia" be stricken and removed from PACER, or otherwise placed under seal; (3) the exhibits attached to the Plaintiffs' "Supplemental Memorandum to Plaintiff's Motion to

Remand Case to the Superior Court of the District of Columbia" be stricken and removed from PACER, or otherwise placed under seal; and (4) such other relief be awarded by the Court as it deems appropriate in light of the attendant circumstances.

**JAMES F. HUMPHREYS; CINDY J. KIBLINGER; and JAMES F. HUMPHREYS & ASSOCIATES, L.C.**

**By Counsel**

|  |  |
|---|---|
|  | /s/ Russell D. Jessee |
|  | Russell D. Jessee, Esq. |
|  | DCB No. 468844 |
| STEPTOE & JOHNSON, PLLC | Chase Tower, Eighth Floor |
|  | P.O. Box 1588 |
|  | Charleston, WV 25326-1588 |
|  | Telephone (304) 353-8112 |
|  | Facsimile (304) 353-8180 |

|  |  |
|---|---|
|  | /s/ Ancil G. Ramey |
|  | Ancil G. Ramey, Esq. |
|  | WVSB No. 3013 – Pro Hac Vice |
| STEPTOE & JOHNSON, PLLC | Chase Tower, Eighth Floor |
|  | P.O. Box 1588 |
|  | Charleston, WV 25326-1588 |
|  | Telephone (304) 353-8112 |
|  | Facsimile (304) 353-8180 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**THOMAS F. URBAN, II,**

    **Plaintiff,**

vs.)                                      Civil Action No. 1:07-CV-01367

**JAMES F. HUMPHREYS;
CINDY J. KIBLINGER; and
JAMES F. HUMPHREYS &
ASSOCIATES, L.C.**

    **Defendants.**

## CERTIFICATE OF SERVICE

    I hereby certify that on October 1, 2007, I filed the foregoing **"DEFENDANTS' EMERGENCY MOTION FOR RULE TO SHOW CAUSE IN CONTEMPT AND/OR MOTION TO STRIKE OR SEAL PLAINTIFF'S SUPPLEMENTAL MEMORANDUM AND EXHIBITS"** using the CM/ECF system and the Clerk of the Court will notify the following by electronic mail:

                Mark A. Smith, Esq.
       Law Office of Mark A. Smith, LLC.
           1785 Massachusetts NW
                  Suite 100
             Washington, DC 20036
              *Counsel for Plaintiff*

                                        /s/ Russell D. Jessee
                                        Russell D. Jesse, Esq.
                                        DC Bar No. 468844

                                        /s/ Ancil G. Ramey
                                        Ancil G. Ramey, Esq.
                                        WV Bar No. 3013 – Pro Hac Vice