**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THOMAS F. URBAN, II, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-1367 (JR) |
| JAMES F. HUMPHREYS, *et al.*, | : |
| Defendants. | : |

**ORDER**

Upon consideration of defendants' emergency motion [#25] to strike or seal plaintiff's supplemental memorandum, it is **ORDERED** that plaintiff's supplemental memorandum [#24] and all its attachments be **stricken forthwith**, and that they be taken down from the Court's electronic filing system.


JAMES ROBERTSON
United States District Judge