UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS F. URBAN, II )
)
Plaintiff )
)    Civil Action No. 1: 07-CV-01367
v. )
)
JAMES F. HUMPHREYS, )
CINDY J. KIBLINGER, and )
JAMES F. HUMPHRIES & )
   ASSOCIATES, L.C. )
)
Defendants. )

**PLAINTIFF'S MOTION FOR LEAVE TO REFILE
PLAINTIFF'S SUPPLEMENTAL
MEMORANDUM AND EXHIBITS UNDER SEAL**

Plaintiff's counsel, Mark A. Smith, responds to Defendants' Emergency

Motion for Rule to Show Cause in Contempt and/or Motion to Strike or Seal

Plaintiff's Supplemental Memorandum and Exhibits, and this Court's Order

granting Defendant's Motion to Strike Plaintiff's Supplemental Memorandum, as

follows:

1.     Plaintiff's counsel denies that he intentionally violated the Court's

Order that certain matters be filed under seal.  Undersigned counsel would not

intentionally have disregarded this Court's order.

2.     Plaintiff's counsel has been out of his office from Friday afternoon, September 28, 2007 to the present time in Cambridge, Massachusetts, attending a Harvard Business School course.

3.     Plaintiff's counsel was unaware that the transcripts in question were to be filed under seal.

4.     Concurrently with the filing of this Opposition, Plaintiff is filing a motion to place the discovery documents under seal.

5.     Defendants do not allege that any of the materials which were to be under seal have been visited by anyone other than counsel.

WHEREFORE, Plaintiff's attorney, Mark A. Smith, requests this Court to grant leave for him to refile the Supplemental Memorandum under seal on or before October 3, 2007 .

Respectfully submitted,


/s/ Mark A. Smith
Mark A. Smith, D.C. Bar No.
Law Office of Mark A. Smith, LLC
1785 Massachusetts Avenue, N.W.
Suite 100
Washington, DC 20036
301-325-8388
E-Mail: marksmith@masmithlaw.com
Counsel for Plaintiff


October 1, 2007

**Certificate of Service**

I hereby certify that on October 1, 2007, the foregoing *Plaintiff's Motion For Leave To Refile Plaintiff's Supplemental Memorandum And Exhibits Under Seal*, is being filed with the Court using the CM/ECF system, and the Clerk of the Court will notify by electronic mail Russell D. Jessee, Esq. and Ancil G. Ramey, Esq., Steptoe & Johnson, PLLC, at their respective e-mail addresses, counsel for defendants James F. Humphreys, Cindy J. Kiblinger and James F. Humphreys & Associates, L.C.

/s/ Mark A. Smith
Mark A. Smith
Attorney for Plaintiff, Thomas F. Urban, II