IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**THOMAS F. URBAN, II,**

    **Plaintiff,**

vs.)                                                    Civil Action No. 1:07-CV-01367

**JAMES F. HUMPHREYS;**
**CINDY J. KIBLINGER; and**
**JAMES F. HUMPHREYS &**
**ASSOCIATES, L.C.**

    **Defendants.**

**DEFENDANTS' RESPONSE IN OPPOSITION**
**TO PLAINTIFF'S MOTION FOR LEAVE**
**TO REFILE PLAINTIFF'S SUPPLEMENTAL MEMORANDUM**
**AND EXHIBITS UNDER SEAL**

COME NOW the Defendants, James F. Humphreys, Cindy J. Kiblinger, and James F. Humphreys & Associates, L.C., with their response in opposition to "Plaintiff's Motion for Leave to Refile Plaintiff's Supplemental Memorandum and Exhibits Under Seal," stating as follows:

1. On September 26, 2007, this Court entered an order stating as follows: "Upon consideration of defendant's motion for protective/confidentiality order, and after reviewing the two written rulings of Magistrate Judge Mary E. Stanley (which I have fiated for filing in the docket of this case), it is **ORDERED** that counsel appear for a status conference in Courtroom 23A on **Monday, October 1, 2007, at 4:30 p.m.**"  Docket Entry No. 17.  (emphasis in original).

2.   On September 26, 2007, the Plaintiff filed a motion to continue the status conference stating, "Plaintiff's counsel is scheduled to attend a week-long course at the Harvard Business School, which starts on Sunday September 30, 2007. . . . Plaintiff's counsel will be filing a document with this Court, on or before September 30, 2007, which will provide probative, supplemental evidence to assist this Court in resolving the removal dispute upon which this Court predicated its order of August 22, 2007, granting Plaintiff special discovery."  Docket Entry No. 18.

3.   On September 27, 2007, the Plaintiff filed "Plaintiff's Reply to Defendant's Response to Motion to Continue Status Hearing," stating that, "Plaintiff respectfully renews his requests that this Court continue the status hearing in this matter and deny Defendants' request for an "interim Confidentiality/Protective Order."  Docket Entry No. 20.

4.   On September 28, 2007, this Court entered an order stating as follows: "Plaintiff's motion [#18] to continue the status conference that had been set for 10/1/07 is **granted.** The status conference is re-set for **10:30 a.m. 10/19/07.** Unitl further order of this Court, neither party is to make any kind of public dissemination of the videotape, transcripts, or exhibits either used in the depositions conducted of the defendant and his exwife, or produced during discovery. The 'probative, supplemental evidence' plaintiff has promised to file before 9/30/07 is to be filed **under seal.** It is **SO ORDERED.**"   Docket Entry No. 22.

2

(emphasis in original).

5.   This Order was entered at **2:43 p.m.** in the electronic filing system and a copy was electronically mailed to all counsel of record.  Docket Entry No. 22.

6.   On **October 1, 2007,** at **1:45 a.m.**, the Plaintiff electronically filed a "Supplemental Memorandum to Plaintiff's Motion to Remand Case to the Superior Court of the District of Columbia."  Docket Entry No. 24.

7.   On October 1, 2007, the Defendant filed an "Emergency Motion for Rule to Show Cause in Contempt and/or Motion to Strike or Seal Plaintiff's Supplemental Memorandum and Exhibits."  Docket Entry No. 25.

8.   On October 1, 2007, this Court entered an Order stating, "Upon consideration of defendants' emergency motion [#25] to strike or seal plaintiff's supplemental memorandum, it is **ORDERED** that plaintiff's supplemental memorandum [#24] and all its attachments be **stricken forthwith,** and that they be taken down from the Court's electronic filing system."  Docket Entry No. 26.

9.   This Order was entered at **4:10 p.m.** in the electronic filing system and a copy electronically mailed to counsel of record.

10.  On October 1, 2007, at **10:03 p.m.**, the Plaintiff electronically filed "Plaintiff's Motion for Leave to Refile Plaintiff's Supplemental Memorandum and Exhibits Under Seal,"

stating that, "Plaintiff's counsel has been out of his office from Friday afternoon, September 28, 2007 to the present time in Cambridge, Massachusetts, attending a Harvard Business School course . . . Plaintiff's counsel was unaware that the transcripts in question were to be filed under seal." Docket Entry No. 27.

11. First, the foregoing history begs the questions of (a) why did Plaintiff's counsel not appear at the status conference scheduled for October 1, 2007, if he was not aware of this Court's order of September 28, 2007, continuing the status conference; (b) why did Plaintiff's counsel not receive this Court's Order entered at 2:43 p.m. on September 28, 2007, but did receive this Court's Order entered at 4:10 p.m. on October 1, 2007; and (c) why did Plaintiff's counsel not check with PACER, which he used to electronically file the supplemental response, if he was unaware of the disposition of his continuance motion and the motion for an interim protective/confidentiality order, prior to filing the supplemental response?

12. Second, the Defendants' emergency motion alternatively sought either the striking or sealing of the Plaintiff's supplemental memorandum, and this Court has already decided to strike, rather than seal, such memorandum. Other than alleging that Plaintiff's counsel was unaware of this Court's order continuing the status conference, the Plaintiff's motion sets forth no reasons why this Court should reconsider its order striking the supplemental response.

WHEREFORE, the Defendants, James F. Humphreys; Cindy J. Kiblinger; and James F. Humphreys & Associates, L.C., respectfully request that (1) this Court deny the "Plaintiff's Motion for Leave to Refile Plaintiff's Supplemental Memorandum and Exhibits Under Seal" or (2) defer ruling on said motion until after conducting the status conference on October 19, 2007.

**JAMES F. HUMPHREYS; CINDY J. KIBLINGER; and JAMES F. HUMPHREYS & ASSOCIATES, L.C.**

**By Counsel**

|  |  |
|---|---|
| STEPTOE & JOHNSON, PLLC | /s/ Russell D. Jessee<br>Russell D. Jessee, Esq.<br>DCB No. 468844<br>Chase Tower, Eighth Floor<br>P.O. Box 1588<br>Charleston, WV 25326-1588<br>Telephone (304) 353-8112<br>Facsimile (304) 353-8180 |
| STEPTOE & JOHNSON, PLLC | /s/ Ancil G. Ramey<br>Ancil G. Ramey, Esq.<br>WVSB No. 3013 – Pro Hac Vice<br>Chase Tower, Eighth Floor<br>P.O. Box 1588<br>Charleston, WV 25326-1588<br>Telephone (304) 353-8112<br>Facsimile (304) 353-8180 |

```
        IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF COLUMBIA
```

**THOMAS F. URBAN, II,**

    Plaintiff,

vs.)                                    Civil Action No. 1:07-CV-01367

**JAMES F. HUMPHREYS;**
**CINDY J. KIBLINGER; and**
**JAMES F. HUMPHREYS &**
**ASSOCIATES, L.C.**

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2007, I filed the foregoing **"DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO REFILE PLAINTIFF'S SUPPLEMENTAL MEMORANDUM AND EXHIBITS UNDER SEAL"** using the CM/ECF system and the Clerk of the Court will notify the following by electronic mail:

Mark A. Smith, Esq.
Law Office of Mark A. Smith, LLC.
1785 Massachusetts NW
Suite 100
Washington, DC 20036
*Counsel for Plaintiff*

    /s/ Russell D. Jessee
    Russell D. Jesse, Esq.
    DC Bar No. 468844

    /s/ Ancil G. Ramey
    Ancil G. Ramey, Esq.
    WV Bar No. 3013 – Pro Hac Vice