## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THOMAS F. URBAN II,         )
         )
        Plaintiff,   )
         )     **Civil Action No: 1:07-cv-01367**
v.         )     **Judge James Robertson**
         )
         )
JAMES F. HUMPHREYS,     )
     et al.       )
         )
       Defendants.  )
         )

### PLAINTIFF'S REPLY TO DEFENDANTS'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO REFILE PLAINTIFF'S SUPPLEMENTAL MOTION AND EXHIBITS UNDER SEAL

Plaintiff Thomas F. Urban II, through undersigned Counsel, hereby respectfully replies to Defendants' Opposition to Plaintiff's Motion to Re-file Plaintiff's Supplemental Motion and Exhibits Under Seal.

1.    In Defendants' Opposition, Defendants accuse Plaintiff's Counsel of knowingly violating this Court's Order requiring that the original Supplemental Motion and Exhibits be filed under seal.

2.    Plaintiff's Counsel would not, and did not, intentionally violate this Court's Order.

3.    Quite to the contrary, as explained previously, Plaintiff's Counsel departed for Cambridge on the afternoon of September 28, 2007, to meet with clients and head up to Harvard University for a week-long class. In the flurry of activity and preparations that preceded Plaintiff's Counsel's departure, he saw the face of the ECF-DCD Notice dated September 28, 2007, which read "*ORDER granting*

*plaintiff's motion to continue the status conference [18] set for 10/1/07. The status conference is re-set for 10:30 a.m. 10/19/07. Signed by Judge James Robertson on September 28, 2007. (MT")*

4.      Due to various factors involving a rush of duties and responsibilities in the days preceding a week's absence from his office, Plaintiff's Counsel failed to open the attached Order.

5.      This was a mistake and an oversight for which Plaintiff's Counsel apologizes to the Court and all involved.

6.      It was not a willful act.

7.      Plaintiff's Counsel takes full responsibility for this error.

8.      By striking the unsealed filing from Pacer, this Court rectified the situation and disciplined Plaintiff's Counsel simply by making it necessary for him to have to re-file the document and exhibits under seal.

9.      Defendants do not allege that any of the materials that were to be under seal have been visited by anyone other than counsel for the parties.

10.     The broader interest of justice are not served by precluding Plaintiff's Counsel from filing the sealed documents nunc pro tunc.


WHEREFORE, Plaintiff request that this grant leave for Plaintiff to re-file Plaintiff's Supplemental Motion and the Exhibits thereto under seal.


DATED this 3rd day of October, 2007.

Respectfully submitted,

2

_____/s/_____
Mark A. Smith
Law Office of Mark A. Smith, LLC
  D.C. Bar No. 439116
1785 Massachusetts Avenue, N.W.,
Suite 100
Washington, D.C. 20006
(202) 776-0022
(202) 756-7516 (facsimile)

Attorney for Plaintiff Thomas F. Urban II

**Certificate of Service**

I hereby certify that on October 3, 2007, the foregoing *PLAINTIFF'S REPLY TO DEFENDANTS'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO REFILE  PLAINTIFF'S SUPPLEMENTAL MOTION AND EXHIBITS UNDER SEAL*, is being filed with the Court using the CM/ECF system, and the Clerk of the Court will notify by electronic mail Russell D. Jessee, Esq. and Ancil G. Ramey, Esq., Steptoe & Johnson, PLLC, at their respective e-mail addresses, counsel for defendants James F. Humphreys, Cindy J. Kiblinger and James F. Humphreys & Associates, L.C.

/s/ Mark A. Smith
Mark A. Smith
Attorney for Plaintiff, Thomas F. Urban, II