UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS F. URBAN, II,                :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :  Civil Action No. 07-1367 (JR)
                                    :
JAMES F. HUMPHREYS, *et al.*,       :
                                    :
        Defendants.                 :

## **ORDER**

Plaintiff's motion for leave to file supplemental memorandum [#27] is **denied**. The status conference that has been set for October 19, 2007, will now be a hearing on all pending motions. Plaintiff may bring the disputed discovery material to court.


                                JAMES ROBERTSON
                            United States District Judge