IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**THOMAS F. URBAN, II,**

    **Plaintiff,**

vs.)                                                    Civil Action No. 1:07-CV-01367

**JAMES F. HUMPHREYS;**
**CINDY J. KIBLINGER; and**
**JAMES F. HUMPHREYS &**
**ASSOCIATES, L.C.**

    **Defendants.**

**DEFENDANTS' REQUEST FOR PERMISSION FOR *PRO HAC VICE*
ATTORNEY TO BE HEARD IN OPEN COURT[1]**

COME NOW the Defendants, James F. Humphreys, Cindy J. Kiblinger, and James F. Humphreys & Associates, L.C., and, pursuant to Local Rule of Civil Procedure 83.2(d), respectfully request permission for Ancil G. Ramey, Esq., who is not a member of the Bar of this Court, but who has been admitted *pro hac vice*, to be heard in open court, stating as follows:

1.    By Order [#9] entered August 22, 2007, the Court granted the motion of Ancil G. Ramey, Esq., for leave to appear *pro hac vice* [#4]. Mr. Ramey has joined of record a member in good standing of the Bar of this Court, Russell D. Jessee, Esq., D.C. Bar Number 468844, who is of counsel to Mr. Ramey's firm, Steptoe & Johnson PLLC. The only condition of Mr. Ramey's admission *pro*

---

[1] The Defendants believe that this Court's previous orders would permit the appearance of *pro hac vice* counsel, but out of an abundance of caution, are filing this motion so as to avoid any potential non-compliance with this Court's rules.

*hac vice* was that Mr. Ramey or a member of his firm undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. That condition has been satisfied.

2. By Order [#22] entered September 28, 2007, the Court re-set for 10:30 a.m. on October 19, 2007, a status conference that had been set for October 1, 2007.

3. By Order [#31] entered October 5, 2007, the Court denied Plaintiff's motion for leave to file supplemental memorandum [#27], and the Court further ordered that "[t]he status conference that has been set for October 19, 2007, will now be a hearing on all pending motions."

4. By September 28, 2007, the date that the Court first set the October 19, 2007 status conference, Mr. Jessee already was scheduled to attend the ABA's 11th Annual National Institute on Class Actions in Chicago, Illinois on October 19, 2007. Mr. Jessee had paid the registration fee and had paid for non-refundable airline tickets.

5. The firm representing the Defendants can, if necessary, file a notice of appearance by another attorney admitted to this Court who can appear with *pro hac vice* counsel at the scheduled hearing, but Mr. Ramey is prepared to fully and completely represent Defendants at the hearing of all pending motions on October 19, 2007.

WHEREFORE, the Defendants, James F. Humphreys; Cindy J. Kiblinger; and James F. Humphreys & Associates, L.C., respectfully request permission for Ancil G. Ramey, Esq., who has been admitted *pro hac vice* in this matter, to represent them and be heard in open court at the hearing set for October 19, 2007, without the presence of the member of the Bar of this Court with whom he has joined, Russell D. Jessee.

**JAMES F. HUMPHREYS; CINDY J. KIBLINGER; and JAMES F. HUMPHREYS & ASSOCIATES, L.C.**

**By Counsel**

STEPTOE & JOHNSON, PLLC

/s/ Russell D. Jessee
Russell D. Jessee, Esq.
DCB No. 468844
Chase Tower, Eighth Floor
P.O. Box 1588
Charleston, WV 25326-1588
Telephone (304) 353-8112
Facsimile (304) 353-8180

STEPTOE & JOHNSON, PLLC

/s/ Ancil G. Ramey
Ancil G. Ramey, Esq.
WVSB No. 3013 – Pro Hac Vice
Chase Tower, Eighth Floor
P.O. Box 1588
Charleston, WV 25326-1588
Telephone (304) 353-8112
Facsimile (304) 353-8180

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**THOMAS F. URBAN, II,**

    **Plaintiff,**

vs.)                                                                 Civil Action No. 1:07-CV-01367

**JAMES F. HUMPHREYS;**
**CINDY J. KIBLINGER; and**
**JAMES F. HUMPHREYS &**
**ASSOCIATES, L.C.**

    **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2007, I filed the foregoing **"DEFENDANTS' REQUEST FOR PERMISSION FOR A NON-MEMBER ATTORNEY TO BE HEARD IN OPEN COURT"** using the CM/ECF system and the Clerk of the Court will notify the following by electronic mail:

Mark A. Smith, Esq.
Law Office of Mark A. Smith, LLC.
1785 Massachusetts NW
Suite 100
Washington, DC 20036
*Counsel for Plaintiff*

        /s/ Russell D. Jessee
        Russell D. Jesse, Esq.
        DC Bar No. 468844

        /s/ Ancil G. Ramey
        Ancil G. Ramey, Esq.
        WV Bar No. 3013 – Pro Hac Vice