*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **THOMAS F. URBAN, II,** <br> Plaintiff(s), | |
| vs. | Civil Case No.  07-1367 (JR) |
| **JAMES F. HUMPHREYS, et al** <br> Defendant(s). | |

## NOTICE

Pursuant to the procedures for filing documents electronically, attached to this Notice are two Orders forwarded to this Court by the USDC-Southern District of West Virginia.

**NANCY MAYER-WHITTINGTON**

Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON

THOMAS F. URBAN II,

    Plaintiff,

v.                               Case No. 2:06-mc-00082
                                   (D.D.C. No. 1:07-cv-01367-JR)

JAMES F. HUMPHREYS, et al,

    Defendants.

O R D E R

Pending before the court is Columbia Properties Charleston LLC Motion to Modify Subpoena (Docket #6) filed September 20, 2007. Attached to the motion is a proposed Protective Order marked as "Exhibit C." The court is prepared to make a ruling after attempts to get a response from Plaintiff's attorney Marc Smith, Esq. have failed.

For good cause as shown in the motion, it is hereby **ORDERED** that the motion is **GRANTED** and the Subpoena is **MODIFIED** in that the documents shall be produced for inspection at the Holiday Inn Charleston House as they are kept in the usual course of business, and pursuant to the Protective Order entered this day.

The Clerk is directed to transmit copies of this Order to all counsel of record.

    ENTER: October 2, 2007

                                              *Mary E. Stanley*
                                              Mary E. Stanley
                                          United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THOMAS F. URBAN II
PLAINTIFF,

V.   CASE NUMBER: 2:07-mc-00082
     (D..D.C. NO. 1:07-cv-01367-JR)

JAMES F. HUMPHREYS, ET AL
DEFENDANTS.

### PROTECTIVE ORDER

This matter is before the Court regarding a Subpoena for business records served by Plaintiff upon Columbia Properties Charleston, LLC owner of the Holiday Inn Charleston House located in Charleston, West Virginia. Specifically, Plaintiff seeks records relating to room reservations and/or occupancy at the Holiday Inn Charleston House made by or for Defendant James F. Humphreys or his law firm from January 1, 2004 to the present.

Columbia Properties Charleston, LLC states that the requested documents are maintained at an onsite storage facility and arranged by date, along with all other documents regarding the Holiday Inn's business for that day. In order to identify and retrieve the requested documents, the file for each day must be reviewed in its entirety.

Columbia Properties Charleston, LLC has not objected to production of the requested documents and this Court, by Order dated September 20, 2007, has required such production. Based upon the foregoing representations of Columbia Properties Charleston, LLC, however, the Subpoena is modified as follows:

1.   The documents requested by the Plaintiff shall be made available to Plaintiff's counsel or his designee as kept in the usual course of business.

2. Information reviewed by Plaintiff's counsel or his designee, not related to the information described in the Subpoena, shall not be disclosed to any person or entity.

3. Documents that are responsive to the Subpoena, but also include other information unrelated to Mr. Humphreys or his law firm shall be redacted to avoid disclosure of such unrelated information.

4. Plaintiff's counsel shall provide Columbia Properties Charleston, LLC with a copy of all documents obtained in accordance with the Subpoena and this Order.

The Clerk is requested to provide a copy of this Order to all counsel of record in the District of Columbia case and the Honorable James Robertson.

ENTERED: This 2nd day of October, 2007.

Mary E. Stanley
United States Magistrate Judge