IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**THOMAS F. URBAN, II,**

    **Plaintiff,**

vs.                                          Civil Action No. 1:07-CV-01367

**JAMES F. HUMPHREYS;**
**CINDY J. KIBLINGER; and**
**JAMES F. HUMPHREYS &**
**ASSOCIATES, L.C.**

    **Defendants.**

**DEFENDANTS' RESPONSE**
**TO MOTION TO QUASH NON-PARTY DEPOSITION SUBPOENA**

COME NOW the defendants in response to a "Motion to Quash Non-Party Deposition," stating as follows:

1. On March 24, 2008, plaintiff's counsel informed the defendant's counsel that the movant, whom the plaintiff has identified as a fact witness, would be available for deposition on April 28, 2008. See Ex. A.

2. On March 25, 2008, in reliance upon counsel's representations, a notice of deposition was served scheduling the movant's deposition for April 28, 2008. See Ex. B.

3. Eventually, plaintiff's counsel reneged on his promise to produce either the movant or John Mason, another witness, on April 28, 2008, and the defendants had deposition subpoenas served on the movant and Mr. Mason.

4. At no time was defndants' counsel ever informed of any scheduling conflict on the part of the movant.

5. At no time did the defendants' counsel receive any e-mail, voicemail, or other communication from the movant, contrary to the

allegations in the motion, indicating that he had any scheduling conflict.

6. At no time did the defendants' counsel receive any e-mail, voicemail, or other communication from the movant, contrary to the allegations in the motion, proposing the alternative dates of May 7, 13, or 14, 2008.

7. The defendants' counsel certainly would have been willing to accommodate any reasonable request by the movant or any other deponent, but no such request was ever received and the date scheduled was the date indicated, in writing, by plaintiff's counsel, that the movant was available for deposition.[1]

8. In the movant's motion, all he states is that he is allegedly "not available for a deposition on the specified date due to other professional obligations."  Motion at 1.

9. Without some more specific indication of what "professional obligations" are involved and how a deposition from 1:30 to 5:00 p.m. on Monday, April 28, 2008, will interfere with those obligations, and because of the substantial expense that has been incurred in scheduling this deposition, the defendants respectfully request that the motion be denied.

10. Alternatively, the defendants request that, if the movant can specify what "professional obligations" are involved that place an undue burden on the movant, the deposition be rescheduled without the need for the service of another deposition subpoena on May 13, 2008,

---

[1] The defendants' counsel contacted the movant immediately upon receipt of the motion and left a voice mail message, but as of the time of filing of this response, has received no reply.

at 9:30 a.m., at the location for which the deposition was previously scheduled.

                                              **JAMES F. HUMPHREYS; CINDY J. KIBLINGER; and JAMES F. HUMPHREYS & ASSOCIATES, L.C.**

                                              **By Counsel**

|  |  |
|---|---|
|  | /s/ Russell D. Jessee |
|  | Russell D. Jessee, Esq. |
|  | DCB No. 468844 |
| STEPTOE & JOHNSON PLLC | Post Office Box 1588 |
| Of Counsel | Charleston, WV 25326-1588 |
|  | Telephone (304) 353-8000 |
|  | Facsimile (304) 353-8180 |
|  |  |
|  | /s/ Ancil G. Ramey |
|  | Ancil G. Ramey, Esq. |
|  | WVSB No. 3013/Pro Hac Vice |
| STEPTOE & JOHNSON, PLLC | Post Office Box 1588 |
| Of Counsel | Charleston, WV 25326-1588 |
|  | Telephone (304) 353-8112 |
|  | Facsimile (304) 353-8180 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**THOMAS F. URBAN, II,**

    **Plaintiff,**

**vs.)**                                                                   Civil Action No. 1:07-CV-01367

**JAMES F. HUMPHREYS;**
**CINDY J. KIBLINGER; and**
**JAMES F. HUMPHREYS &**
**ASSOCIATES, L.C.**

    **Defendants.**

### CERTIFICATE OF SERVICE

We hereby certify that on April 21, 2008, we served the foregoing **"DEFENDANTS' RESPONSE TO MOTION TO QUASH NON-PARTY DEPOSITION SUBPOENA"** by electronic mail and by first-class mail as follows:

Mark A. Smith, Esquire
Law Office of Mark A. Smith, LLC.
1785 Massachusetts NW, Suite 100
Washington, DC 20036
*Counsel for Plaintiff*

James H. Falk, Jr., Esquire
Urban & Falk, PLLC
2867 S. Abingdon Street
Arlington, VA 22206
Email sportlaw@hotmail.com
*Pro Se*

                                                  /s/ Russell D. Jessee
                                                  Russell D. Jessee, Esq.
                                                  DCB No. 468844
STEPTOE & JOHNSON PLLC         Post Office Box 1588
    Of Counsel                       Charleston, WV 25326-1588
                                                  Telephone (304) 353-8000


                                                  /s/ Ancil G. Ramey
                                                  Ancil G. Ramey, Esq.
                                                  WVSB No. 3013/Pro Hac Vice
STEPTOE & JOHNSON, PLLC       Post Office Box 1588
    Of Counsel                       Charleston, WV 25326-1588
                                                  Telephone (304) 353-8112

LAW OFFICE OF MARK A. SMITH, LLC

1785 MASSACHUSETTS AVENUE, N.W.
SUITE 100
WASHINGTON, D.C. 20036

March 24, 2008

Ancil G. Ramey,
Steptoe & Johnson, PLLC
Chase Tower, Eighth Floor
P.O. Box 1588
Charleston, West Virginia 25326-1588
**VIA Federal Express**

Re:   *Urban v. Humphreys, et al.*
      *Civil Case No. 1:07-cv-01367-JR*

Dear Ancil:

      Transmitted herein are the responses to the discovery you served on my client, Thomas F. Urban, II. The lion's share of the documents that would, or may, be responsive to both sets of Requests for Production of Documents are in electronic form, and my client will be providing me with a disc containing that body of documents by Friday March 28th, 2008. I shall forward them to you straightway thereafter.

      As for your proposal of the week of April 28th for depositions: that will work. Although Mr. Falk and Mr. Mason are willing to submit to a deposition in a venue located in Washington, DC, despite each deponent's right under the rules to be deposed in the place where he resides, Virginia and Maryland, respectively; neither, however, is willing to submit to a deposition that occurs in the D.C. offices of James F. Humprheys and Associates, L.C. My client expresses the same preference. My recommendation is that the depositions occur at one of the D.C. reporter's facilities, such as LADS, which is a couple blocks away from my office.

      It strikes me that, in the interest of efficiency and convenience all around, it may also be worthwhile to coordinate so that we can depose Cindy Kiblinger and the designated witness for James F. Humphreys and Associates, L.C. here in Washington, D.C. within that same week.

Thank you for your assistance with this. Please confirm receipt of this package, and I will contact you later this week to follow up.

Sincerely,

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**THOMAS F. URBAN, II,**

      **Plaintiff,**

vs.                                        **Civil Action No. 1:07-CV-01367**

**JAMES F. HUMPHREYS; CINDY J. KIBLINGER; and**
**JAMES F. HUMPHREYS & ASSOCIATES, L.C.**

      **Defendants.**

**NOTICE OF DEPOSITIONS OF JOHN MASON,**
**JAMES FALK AND THOMAS URBAN**

PLEASE TAKE NOTICE that the undersigned will take the depositions of the following individuals by stenographic and videographic means on the following dates and time at the offices of **L.A.D. Reporting and Digital Videography, 1100 Connecticut Avenue, NW, Suite 850, Washington, DC 20036**:

      **John M. Mason**      **Monday, April 28, 2008 at 9:30 a.m.**

      **James H. Falk**      **Monday, April 28, 2008 at 1:30 p.m.**

      **Thomas F. Urban**      **Tuesday, April 29, 2008 at 9:30 a.m.**

The above-depositions will be taken pursuant to the Rules of Civil Procedure before a person authorized to administer oaths and will continue from hour to hour until complete. The depositions will be conducted for all purposes, at which time you may appear to protect the rights of your client.

      **JAMES F. HUMPHREYS; CINDY J. KIBLINGER; and**
      **JAMES F. HUMPHREYS & ASSOCIATES, L.C.**

      **By Counsel**

**STEPTOE & JOHNSON PLLC**
    Of Counsel

/s/ Russell D. Jessee
Russell D. Jessee, Esq. [DCB No. 468844]
Chase Tower, Eighth Floor
Post Office Box 1588
Charleston, WV 25326-1588
Telephone (304) 353-8112
Facsimile (304) 353-8180

3882877.1

|  |  |
|---|---|
|  | /s/ Ancil G. Ramey |
|  | Ancil G. Ramey, Esq. [WVSB No. 3013/Pro Hac Vice] |
| STEPTOE & JOHNSON PLLC | Chase Tower, Eighth Floor |
| Of Counsel | Post Office Box 1588 |
|  | Charleston, WV 25326-1588 |
|  | Telephone (304) 353-8112 |
|  | Facsimile (304) 353-8180 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**THOMAS F. URBAN, II,**

    **Plaintiff,**

vs.)                                          Civil Action No. 1:07-CV-01367

**JAMES F. HUMPHREYS;**
**CINDY J. KIBLINGER; and**
**JAMES F. HUMPHREYS &**
**ASSOCIATES, L.C.**

    **Defendants.**

## CERTIFICATE OF SERVICE

    I hereby certify that on March 25, 2008, I served the foregoing **"NOTICE OF DEPOSITIONS OF JOHN MASON, JAMES FALK AND THOMAS URBAN"** by electronic mail:

Mark A. Smith, Esquire
Law Office of Mark A. Smith, LLC.
1785 Massachusetts NW, Suite 100
Washington, DC 20036
*Counsel for Plaintiff*


                          /s/ Russell D. Jessee
                          Russell D. Jesse, Esq.
                          DC Bar No. 468844

                          /s/ Ancil G. Ramey
                          Ancil G. Ramey, Esq.
                          WV Bar No. 3013 – Pro Hac Vice