IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**THOMAS F. URBAN, II,**

    **Plaintiff,**

vs.                                        Civil Action No. 1:07-CV-01367

**JAMES F. HUMPHREYS;
CINDY J. KIBLINGER; and
JAMES F. HUMPHREYS &
ASSOCIATES, L.C.**

    **Defendants.**

### DEFENDANTS' NOTICE OF RESOLUTION OF MOTION TO QUASH NON-PARTY DEPOSITION SUBPOENA

COME NOW the defendants and provide notice of resolution of a "Motion to Quash Non-Party Deposition" with an agreement by the parties and the movant to reschedule the subject deposition for May 13, 2008, at 9:30 a.m., at the offices of L.A.D. Reporting and Digital Videography, 1100 Connecticut Avenue, NW, Suite 850, Washington, DC 20036.

                                             **JAMES F. HUMPHREYS; CINDY J. KIBLINGER; and JAMES F. HUMPHREYS & ASSOCIATES, L.C.**

                                             **By Counsel**

STEPTOE & JOHNSON PLLC      /s/ Russell D. Jessee
    Of Counsel                        Russell D. Jessee, Esq.
                                     DCB No. 468844
                                     Post Office Box 1588
                                     Charleston, WV 25326-1588
                                     Telephone (304) 353-8000
                                     Facsimile (304) 353-8180

```
                                    /s/ Ancil G. Ramey
                                    Ancil G. Ramey, Esq.
                                    WVSB No. 3013/Pro Hac Vice
STEPTOE & JOHNSON, PLLC             Post Office Box 1588
    Of Counsel                      Charleston, WV 25326-1588
                                    Telephone (304) 353-8112
                                    Facsimile (304) 353-8180
```

Case 1:07-cv-01367-JR    Document 38    Filed 04/22/2008    Page 2 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**THOMAS F. URBAN, II,**

    **Plaintiff,**

**vs.)**                                              Civil Action No. 1:07-CV-01367

**JAMES F. HUMPHREYS;**
**CINDY J. KIBLINGER; and**
**JAMES F. HUMPHREYS &**
**ASSOCIATES, L.C.**

    **Defendants.**

## CERTIFICATE OF SERVICE

We hereby certify that on April 22, 2008, we served the foregoing **"DEFENDANTS' NOTICE OF RESOLUTION OF MOTION TO QUASH NON-PARTY DEPOSITION SUBPOENA"** by electronic mail and by first-class mail as follows:

Mark A. Smith, Esquire
Law Office of Mark A. Smith, LLC.
1785 Massachusetts NW, Suite 100
Washington, DC 20036
*Counsel for Plaintiff*

James H. Falk, Jr., Esquire
Urban & Falk, PLLC
2867 S. Abingdon Street
Arlington, VA 22206
Email sportlaw@hotmail.com
*Pro Se*

|  |  |
|---|---|
|  | /s/ Russell D. Jessee |
|  | Russell D. Jessee, Esq. |
|  | DCB No. 468844 |
| STEPTOE & JOHNSON PLLC | Post Office Box 1588 |
|     Of Counsel | Charleston, WV 25326-1588 |
|  | Telephone (304) 353-8000 |
|  |  |
|  | /s/ Ancil G. Ramey |
|  | Ancil G. Ramey, Esq. |
|  | WVSB No. 3013/Pro Hac Vice |
| STEPTOE & JOHNSON, PLLC | Post Office Box 1588 |
|     Of Counsel | Charleston, WV 25326-1588 |
|  | Telephone (304) 353-8112 |