IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**THOMAS F. URBAN, II,**

    **Plaintiff**,

vs.                                **Civil Action No. 1:07-CV-01367**

**JAMES F. HUMPHREYS;**
**CINDY J. KIBLINGER; and**
**JAMES F. HUMPHREYS &**
**ASSOCIATES, L.C.**

    **Defendants.**

**STIPULATION OF PARTIAL DISMISSAL**

COME NOW the parties, by their respective attorneys, with the following stipulation of partial dismissal:

1. The plaintiff, Thomas F. Urban, II, voluntarily dismisses, with prejudice, Count V of his amended complaint, against the defendants, James F. Humphreys; Cindy J. Kiblinger; and James F. Humphreys & Associates, L.C.;

2. The plaintiff, Thomas F. Urban, II, stipulates to a dismissal, with prejudice, of the defendant, Cindy J. Kiblinger, as a party defendant in this matter;

3. The plaintiff, Thomas F. Urban, II, stipulates that he is seeking no non-economic damages with respect to the remaining Counts I, II, III, and IV of the amended complaint;

4. The plaintiff, Thomas F. Urban, II, stipulates that he is seeking no punitive damages with respect to the remaining Counts I, II, III, and IV of the amended complaint; and

5. The plaintiff, Thomas F. Urban, II, stipulates that the net worth of the defendants, James F. Humphreys; Cindy J. Kiblinger; and James F. Humphreys & Associates, L.C., has no relevance nor will be

admitted in conjunction with his prosecution of the remaining Counts I, II, III and IV of the amended complaint.

        **THOMAS F. URBAN, II**

        **By Counsel**

        /s/Mark A. Smith
        Mark A. Smith, Esq.
        DCB No. 439116
        Law Office of Mark A. Smith, LLC.
        1785 Massachusetts NW, Suite 100
        Washington, DC 20036
        Telephone (202) 776-0022
        Facsimile (202) 756-7516

        **JAMES F. HUMPHREYS; CINDY J. KIBLINGER; and JAMES F. HUMPHREYS & ASSOCIATES, L.C.**

        **By Counsel**

STEPTOE & JOHNSON PLLC    /s/ Russell D. Jessee
    Of Counsel            Russell D. Jessee, Esq.
                               DCB No. 468844
                               Post Office Box 1588
                               Charleston, WV 25326-1588
                               Telephone (304) 353-8000
                               Facsimile (304) 353-8180

STEPTOE & JOHNSON, PLLC   /s/ Ancil G. Ramey
    Of Counsel            Ancil G. Ramey, Esq.
                               WVSB No. 3013/Pro Hac Vice
                               Post Office Box 1588
                               Charleston, WV 25326-1588
                               Telephone (304) 353-8112
                               Facsimile (304) 353-8180