IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**THOMAS F. URBAN, II,**

    **Plaintiff,**

vs.)                                          Civil Action No. 1:07-CV-01367 JR

**JAMES F. HUMPHREYS**
**and JAMES F. HUMPHREYS &**
**ASSOCIATES, L.C.**

    **Defendants.**

## NOTICE OF IMPENDING TENDER
## OF AGREED ORDER OF DISMISSAL

COME NOW the parties, by their attorneys, and provide notice to the Court of the impending tender of an Agreed Order of Dismissal in this matter.

/s/ Mark A. Smith                    /s/ Ancil G. Ramey
Mark A. Smith, Esq.                  Ancil G. Ramey, Esq.
DCB No. 439116                       WV State Bar No. 3013
*Counsel for Plaintiff*              *Counsel for Defendants*