IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**THOMAS F. URBAN, II,**

    **Plaintiff,**

vs.                                      Civil Action No. 1:07-CV-01367

**JAMES F. HUMPHREYS,
and JAMES F. HUMPHREYS &
ASSOCIATES, L.C.,**

    **Defendants.**

**DEFENDANTS' MOTION FOR A NEW SCHEDULING
ORDER OR, IN THE ALTERNATIVE, FOR A STATUS CONFERENCE**

COME NOW the defendants, James F. Humphreys, and James F. Humphreys & Associates, L.C., and move this Court for a new scheduling order or, in the alternative, for a status conference, stating as follows:

1.  On April 29, 2007, the parties filed a "Notice of Impending Tender of Agreed Order of Dismissal." Docket Entry No. 40.

2.  The parties have been unable, however, to agree upon the language of documents that would memorialize their agreement of April 29, 2008, for the tender to the Court of an agreed order of dismissal.

3.  Due to the parties' agreement on April 29, 2008, the defendants suspended their discovery efforts, including the deposition of the plaintiff scheduled for April 29-30, 2008, and the deposition of another witness, scheduled for May 13, 2008.

4.  The previous discovery cutoff date was May 19, 2008; the deadline for dispositive motions was June 19, 2008; the pretrial conference was scheduled for August 14, 2008, at 4:30 p.m.; and the trial was scheduled to commence on August 25, 2008.

5. As about thirty (30) days have elapsed since the defendants suspended their discovery efforts, they request that an order be entered making such thirty-day adjustment to the previous scheduling order and establishing a new deadline for the completion of discovery on June 20, 2008; a new deadline for dispositive motions on July 21, 2008; and that a new pretrial and trial commencement in September 2008, other than the dates of September 3 and 19, 2008, or such other deadlines, pretrial, and trial dates as the Court may deem appropriate under the circumstances.

6. Alternatively, the defendants move for a status conference for purpose of entry of a new scheduling order.

**JAMES F. HUMPHREYS; CINDY J. KIBLINGER; and JAMES F. HUMPHREYS & ASSOCIATES, L.C.**

**By Counsel**

| | |
|---|---|
| | /s/ Russell D. Jessee |
| | Russell D. Jessee, Esq. |
| | DCB No. 468844 |
| STEPTOE & JOHNSON PLLC | Post Office Box 1588 |
| Of Counsel | Charleston, WV 25326-1588 |
| | Telephone (304) 353-8000 |
| | Facsimile (304) 353-8180 |
| | |
| | /s/ Ancil G. Ramey |
| | Ancil G. Ramey, Esq. |
| | WVSB No. 3013/Pro Hac Vice |
| STEPTOE & JOHNSON, PLLC | Post Office Box 1588 |
| Of Counsel | Charleston, WV 25326-1588 |
| | Telephone (304) 353-8112 |
| | Facsimile (304) 353-8180 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**THOMAS F. URBAN, II,**

    **Plaintiff,**

vs.)                                     Civil Action No. 1:07-CV-01367

**JAMES F. HUMPHREYS;
CINDY J. KIBLINGER; and
JAMES F. HUMPHREYS &
ASSOCIATES, L.C.**

    **Defendants.**

## CERTIFICATE OF SERVICE

We hereby certify that on May 28, 2008, we served the foregoing **"DEFENDANTS' MOTION FOR A NEW SCHEDULING ORDER OR, IN THE ALTERNATIVE, FOR A STATUS CONFERENCE"** by electronic mail and by first-class mail as follows:

Mark A. Smith, Esquire
Law Office of Mark A. Smith, LLC.
1785 Massachusetts NW, Suite 100
Washington, DC 20036
*Counsel for Plaintiff*


|  |  |
|---|---|
|  | /s/ Russell D. Jessee |
|  | Russell D. Jessee, Esq. |
|  | DCB No. 468844 |
| STEPTOE & JOHNSON PLLC | Post Office Box 1588 |
| Of Counsel | Charleston, WV 25326-1588 |
|  | Telephone (304) 353-8000 |
|  |  |
|  | /s/ Ancil G. Ramey |
|  | Ancil G. Ramey, Esq. |
|  | WVSB No. 3013/Pro Hac Vice |
| STEPTOE & JOHNSON, PLLC | Post Office Box 1588 |
| Of Counsel | Charleston, WV 25326-1588 |
|  | Telephone (304) 353-8112 |